ILND 442 (Rev. 11/16) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

Northern District of Illinois Eastern Division

| United States of America | ) |
|---|---|
| v. | ) Case No. **19-cr-567-1** |
| Robert Sylvester Kelly | ) |

## BENCH WARRANT

**To:** Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring Robert Sylvester Kelly before a United States magistrate judge without unnecessary delay, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

| Offense: | Title: | U.S.C: |
|---|---|---|
| Sexual Exploitation of Children (1-4) | 18 | 2251(a) |
| Conspiracy to Defraud the United States (5) | 18 | 371 |
| Activities Re Material Constituting/Containing Child Porno (6-8) | 18 | 2252A |
| Coercion or Enticement of Female (9-13) | 18 | 2422(b) |

THOMAS G. BRUTON, CLERK

_[signature]_

(By) DEPUTY CLERK



July 11, 2019

DATE

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

*Case No.* **19-cr-567-1**

| **Return** |
|---|
| This warrant was received on *(date)* _____, the person was arrested on *(date)* _____<br><br>at *(city and state)* _____.<br><br>Date:_____                                                _____<br>                                                                                     *Arresting officer's signature*<br><br>                                                                   _____<br>                                                                                     *Printed name and title* |