

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| USA, <br><br> Plaintiff(s), <br><br> v. <br><br> Robert Sylvester Kelly, <br><br> Defendant(s). | Case No. 19CR567 <br> Judge Sheila Finnegan |

## ORDER

Initial appearance held on 7/11/2019 as to defendant Robert Sylvester Kelly. Defendant appears in response to arrest on 7/11/2019. Defendant advised of charges and maximum penalties available under the law and informed of his rights. Retained counsel Steven Greenberg appeared for defendant. The Government orally moves for pretrial detention on the grounds that if released the defendant poses a danger to the community and a serious risk of flight and serious risk that he will obstruct justice. The parties request a detention hearing before presiding District Judge Leinenweber following arraignment. The parties are to contact Judge Leinenweber's courtroom deputy the morning of 7/12/2019 to schedule the arraignment and detention hearing. Defendant shall remain in custody until further order of the Court. The Government's oral motion to unseal the case is granted. Without objection, time is excluded in the interest of justice from 7/11/2019 to and including the date of arraignment pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) and for reasons stated in open court.

(00.15) (X-T)

Date: 7/11/2019

*Sheila Finnegan*
Sheila Finnegan
United States Magistrate Judge