# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 19 CR 567 |
| v. | ) | |
| | ) | Judge Harry D. Leinenweber |
| Kelly, et al. | ) | |

## ATTORNEY APPEARANCE

Please take notice that the undersigned Assistant United States Attorney is assigned to this case.

Date: July 12, 2019

                                        Respectfully submitted,

                                        JOHN R. LAUSCH, JR.
                                        United States Attorney
                                        Northern District of Illinois

                          By:    */s/ Jeannice Appenteng*
                                        JEANNICE APPENTENG
                                        Assistant United States Attorney
                                        219 S. Dearborn St., 5th Floor
                                        Chicago, Illinois 60604
                                        Tel: (312) 353-5357