# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.                                                    Case No.: 1:19–cr–00567

Honorable Harry D. Leinenweber

Robert Sylvester Kelly, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 16, 2019:

MINUTE entry before the Honorable Harry D. Leinenweber: Arraignment and plea hearing held as to Defendant Robert Kelly held on the N.D. Ill. charges. Defendant Kelly acknowledges receipt, waives formal reading and enters a plea of not guilty to all counts of the indictment. Pre–trial detention hearing held on both the N.D. Ill. and E.D.N.Y. charges. For the reasons stated on the record, the Government's motion for pretrial detention [14] is granted and Defendant Kelly's oral motion for recognizance bond is denied. The defendant shall remain in custody until further order of the Court. The Government has two weeks to produce Rule 16 discovery material to all Defendants in this case. The Government is to confer with the E.D.N.Y. to organize an arraignment on that district's charges and shall advise the Court if it wishes to proceed with that arraignment in this Court. Status hearing set for 9/4/19 at 10:00 a.m. Without objection, time is excluded from 7/16/19 to 9/4/19 pursuant to 18 U.S.C. § 316l(h)(7)(A)(B) in the interest of justice and for reasons stated in open court. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.