# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                         Plaintiff,

v.                                          Case No.: 1:19–cr–00567
                                                     Honorable Harry D. Leinenweber

Robert Sylvester Kelly, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 18, 2019:

      MINUTE entry before the Honorable Harry D. Leinenweber: Pursuant to Federal Rule of Criminal Procedure 5(c)(3)(D), the Court orders that the United States Marshals Service transfer Defendant Robert Kelly to the Eastern District of New York for arraignment on United States v. Robert Sylvester Kelly, 19–286 (S–1) (AMD), scheduled for 8/2/19. After his arraignment takes place, the Marshals Service is ordered to transfer Kelly back to the Northern District of Illinois in advance of Kelly's appearance before this Court on 9/4/19. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.