UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT SYLVESTER KELLY, et al. | No. 19 CR 567<br><br>Judge Harry D. Leinenweber |

## NOTICE OF MOTION

TO:   Defense Counsel of Record

PLEASE TAKE NOTICE that on July 25, 2019 at 9:30 a.m., I will appear before the Honorable Harry D. Leinenweber, in the courtroom usually occupied by him in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present the **MOTION FOR ENTRY OF PROTECTIVE ORDER GOVERNING DISCOVERY** in the above-captioned case, at which time and place you may appear if you see fit.

                                                                             Respectfully submitted,

                                                                             JOHN R. LAUSCH, JR.
                                                                             United States Attorney

                              By:    /s/ *Angel M. Krull*
                                                    ANGEL M. KRULL
                                                    ABIGAIL L. PELUSO
                                                    JEANNICE APPENTENG
                                                    Assistant U.S. Attorney
                                                    219 South Dearborn St., Rm. 500
                                                    Chicago, Illinois 60604
                                                    (312) 886-2954

Dated: July 22, 2019