# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                                Case No.: 1:19−cr−00567
                                                                                       Honorable Harry D. Leinenweber

Robert Sylvester Kelly, et al.

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 25, 2019:

      MINUTE entry before the Honorable Harry D. Leinenweber: Motion hearing held. The Government's motion for protective order [43] is entered and continued to 7/31/19 at 9:45 a.m. Counsel for Defendant Brown is ordered to appear at the 7/31/19 hearing. In the meantime, the parties are to meet and confer on the terms of a protective order. The Government's deadline to produce Rule 16 materials is extended to 8/1/19. Regarding Defendant Kelly's transport to the E.D.N.Y.: because Kelly does not consent to being arraigned in the Northern District of Illinois on his E.D.N.Y. charges, the Court's earlier Order [29] stands as−is. The defendants' presence is waived for the 7/31/19 motion hearing. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.