**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: US v. Kelly

Case Number: 19 CR 567-1

An appearance is hereby filed by the undersigned as attorney for:

Robert Sylvester Kelly

Attorney name (type or print): Christopher Grohman

Firm:

Street address:

City/State/Zip:

Bar ID Number: 254450
(See item 3 in instructions)

Telephone Number: 312-515-7313

Email Address: ctgrohman@duanemorris.com

Are you acting as lead counsel in this case? ☐ Yes ☒ No

Are you acting as local counsel in this case? ☐ Yes ☒ No

Are you a member of the court's trial bar? ☒ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☒ Yes ☐ No

If this is a criminal case, check your status.
☒ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 7/24/19

Attorney signature: S/ CJG

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015