**From:** ▮▮▮▮ <▮▮▮▮@bop.gov>
**Sent:** Monday, August 26, 2019 10:37 AM
**To:** Grohman, Christopher T.; Steve Greenberg
**Cc:** ▮▮▮ Mike Leonard
**Subject:** RE: Kelly

The issue is that although he may be ready to go to general population, for safety and security reasons, he may not be appropriate for general population at this time because of his alleged offense and notoriety. BOP policy (Program Statement, 5270.10, Special Housing Units) permits inmates to be placed on Administrative Detention status in SHU when their continued presence in the general population poses a serious threat to themselves or others. The decision to place an inmate on administrative detention status is left to the sound discretion of the Warden. Nonetheless, his housing status will continue to be monitored and reviewed on a weekly basis. In addition, staff, including the psychologists and medical staff, make daily rounds in SHU to check on inmates