UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No.: 19 CR 567-1 |
| v. | ) |
| | ) |
| ROBERT KELLY, | ) |
| | ) Hon. Harry D. Leinenweber |
| Defendant. | ) |

## NOTICE OF MOTION

TO: All Counsel of Record (ECF)

PLEASE TAKE NOTICE that on Wednesday, September 4, 2019, at 10:00 a.m., or as soon thereafter as we will be heard, Defendant, through his counsel, will appear before Judge Harry D. Leinenweber, in courtroom 1941 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then present Defendant's Motions, copies of which has already been filed.

Respectfully submitted,

/s/ Christopher T. Grohman
**CHRISTOPHER T. GROHMAN,**

# **CERTIFICATE OF SERVICE**

Christopher T. Grohman, Attorney at Law, hereby certifies that the foregoing Defendant's Notice of Motion was served on August 29, 2019, in accordance with Fed.R.Crim.P.49, Fed.R.Civ.P.5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

/s/ Christopher T.Grohman