# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                Case No.: 1:19–cr–00567
                                                       Honorable Harry D. Leinenweber

Robert Sylvester Kelly, et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Monday, September 16, 2019:

      MINUTE entry before the Honorable Harry D. Leinenweber: By agreement of the parties, defendant Kelly's motion for reconsideration [54] set for 9/18/19 is re–set to 10/8/19 at 10:00 a.m. Status hearing set for 10/8/19 at 10:00 a.m. No appearance is needed on 9/18/19. Defendant ordered to appear and be transported by U.S. Marshals Service: Status hearing set for 10/8/19 at 10:00 a.m. Mailed notice(maf)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.