**FILED**
SEP 16 2019 ᵀʰ
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT
Chicago, Ill *
#19-00567-1 USA: VS
#19-00569-1

"CRIME * VICTIM": "R. Kelly"
R Wayne Johnson; To Judge SHELIA
* VS * FINNEGAN
STEVEN GREENBERG;
Angel KRULL (US. ATY)  *(2) EXHIBITS
(Dees: U.S. CLERKS (4);

* MOTIONs To INTERVENE: CRIM-
INAL Complaint: VICTIM PROTECTION
ORDER*

Judge FINNEGAN: Rule 24 Interv-
ENE (18 USC-3663A (MANDATORY Vic-
Tim Restitution Act: LAGOS 864 F 3D
320 (5TH CIR):

1) 1974 PRIVACY Act: 5 U.S.C. 552(i)-
(1): "CRIMINAL PENALTIES"!

FACTS: POSTMARKED FROM THIS COURT
*(1)*

8-14-2019: Clerk sent me documents related to this case: (2-Exhibits

2): BROWN ENVELOPE OPENED W/ VOID Rule BP.03.91 - To commit mail crimes (ATTACHED): See 39 USC-101 - Postal Policy; 18 USC-1729 - Collins; 584 U.S. ___ (2018) "Acts of Congress TRUMPS, state laws - pursuant to supremacy clause"

3) U.S.D.JUST. - ALL federal judges: enforce/prosecute fed. crimes: 28 USC 547 ("shall prosecute all offenses against U.S."

A) AS with "R. Kelly's" indictments! He's in Jail: C.F.R.'s are used by Jail officials to open-read his mail AS with BP.03.91 (TX-Rules).

4) U.S. Atty's (NOT THIS COURT) OR - U.S. clerks: are reporting jail

(2)

mail CRIMES; w/ VOID <u>C.P.R.S.</u>"

5) <u>CRIMES</u>: "TO <u>CONCEAL</u>" ANY <u>felony</u>, <u>Not Report them</u>;" 1 SUSC-4 MISPR- ISON <u>FELONY</u>: " Aware of <u>felony-conceals it</u>; <u>not report</u> To ANY Judge - ASAP - 3 yrs Prison;" (ALL ARE GUILTY - AS charged - ; R. Rull; CLERKS, ATTY Green BERG - ; Grodi MANN; LEONARD; <u>ALSO</u>: "<u>AID-ABET</u>: 18 USC-2(b); - <u>JAILS</u> mail CRIMES ATTACHED!

6) <u>NO ARREST</u>; <u>NO ONE NOTIFIED The FBI Investigates</u>: 28 U.S.C 533 - 28 USC 544 U.S. MARSHALLS; court included!

7) Same "<u>illegal</u>" <u>SCENARIO</u>"; IN TX! w/ <u>VOID Rule</u> BP.03.91! THUS - <u>Jail staff</u> Being PAID To commit - <u>federal crimes</u>: 18 USC - 371 <u>Conspiracy DEFRAUD</u>

(3)

U.S. 18USC-241 "Conspiracy" to violate Civil Rhts" of "R. Kelly" AND this Victim of same (TX)!

8): Johnson now files His charges to Court: See Armstrong 517 U.S. 456 Art 2, sect 2 U.S. const.; "District Ct's AT KRULL, - Greenberg, - Clerks - All John/Jane Does at Chicago Jail where "R. Kelly" is confined w/o Bond: 18 USC-3142 All Courts order

B) 18 USC-4 - 18 USC-371 - 18 USC-242, - 18 USC 2(b); Obstr: Justice 18 USC-1512(c); (Selective Prosecution) of "R. Kelly":

9) Not in Capacity As "Judge" when committing crimes on air "R. Kelly": Biased!

(4)

10) FOIA 5USC552: Judge order clerks to provide me A copy of:

A) "R. Kelly's" indictments!
B) 2002 PORNO indictments ALSO)
C) Have clerk provide "R. Kelly w/ copy of this so to know his Rights – Everyone:( Judge Also); Against Him! His Atty's Also!

(ORDER BP03.91 - VOID)

11) order 03.91 - VOID AND Jails mail rules "C.F.R's" VOID ALSO (Halt mail crimes on me "R. Kelly" ALSO!

12) Order clerks PAY restitution

(5)

18 USC 3663A) HIS crimes: N/B PG 3.91
$5,000.00):

Relief

1) Copy All Kelly's indictments
2) Order 03.91-VOID; issue Victim Protection 18 USC 3663(b)-(1): me and "R. Kelly";
3) Address crimes by clerks 28 USC 533 (FBI) notified; -

I declare all true 25 USC 1746

R Wayne Felton
9601 Spur 591
Amarillo, TX 79107

\* <u>SEPARATION OF POWERS</u> \*

<u>Acts of Congress</u>: "<u>Nullified</u>" by -<u>EXECUTIVE</u>: "<u>Rules</u>" (<u>Jails & Prisons</u>) (<u>Mail Crimes</u>) \*

1) <u>18 USC-12 defines: U.S.P. Serv: "As in Title 39 USC-201</u>"; 39 U.S.C.-101-"<u>Postal-Policy</u>": U.S.P. Serv: <u>shall be operated by U.S. government - created by Acts of Congress</u>"; (39 U.S.C.-1032(1) U.S.P. Serv: <u>Means U.S.P. Serv: Established by: 39 USC-201</u>);

2) <u>McNeil</u>: 508 U.S. 106-11: "<u>Statutory TEXT - Precludes</u>: A <u>Judicial</u> Re-write (<u>Not deviate from</u> statutory TEXT: <u>Burrage</u>: 571 U.S. 204 (Sep. Powers);

3) <u>Collins</u>: 584 U.S. ___ (5-20-19); "<u>Acts of Congress</u> (<u>Trumps</u>): State laws pursuant to Supremacy Clause: Article 6, Clause 2 - U.S. Constitution" (3 SB4 1305 & 2238 - ("State laws yield to Acts of Congress")

\* \* \*

\* Mail Crimes \*

4) 18 USC-1729 "Operate P. Off. w/o Authority"; (18 USC-912 - Impersonate U.S. Employee); 18 USC-1708 - "Receipt of any letter, - postcard, package from U.S. P. Off. or letter carrier."

A) Hughey, 110 S. Ct. 1779 (W. Dist. (A) : 13-Cts. Mail Theft; 18 USC 1709 - $147,000.00 Restitution); Phillips, 477 F.3d 215 (5TH) (W. Dist. (Austin)); $170,000.00 Restitution; (Mandatory Victim Rest. Act; 18 U.S.C 3663A)..

B) 18 USC - 4, misprision of felony; "AWARE of any felony, - concealed, - not notify - A St.D, 3 yrs." Present;"

C) 99 Tx. Law. Rev. 1321-34; Sep. of Powers; (FBI; 102 S. Ct 2054-73 - (" Judges - Not Re-write Acts of Congress");

5) 5TH Cir: #17-30298 (12 - Laws Convicted - Sentenced; 18 USC-242'; ) \* Lagos, 867 F. 3d 320 (5TH); "Mand." Vict. Rest. Act; 18 USC - 3663

R. Wayne Johnson

(2)

United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
Email: USAILN.ECFAUSA@usdoj.gov
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

**Pretrial Services**

.

(312) 435-5793
Email:
ilnptdb_Court_Action_Notice@ilnpt.uscourts.gov
*ATTORNEY TO BE NOTICED*
*Designation: Pretrial Services*

**Abigail Lynn Peluso**
United States Attorney's Office (NDIL - Chicago)
219 South Dearborn Street
Chicago, IL 60604
312 353 5300
Email: abigail.peluso@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jeannice Williams Appenteng**
United States Attorney's Office
Northern District of Illinois
219 S. Dearborn Street
Fifth Floor
Chicago, IL 60604
312-353-5357
Email: jeannice.appenteng@usdoj.gov
*ATTORNEY TO BE NOTICED*

FOIA 5 USC 552a (ACLU 15 of. 3.)

927 (3) - upon request make promp-
tly Available to any person - ANY
Record."

1) R. Kelly's indictment (copy) -
2) U.S. Aty's Address from Record
ALSO
Raquel Johnson
C. FILE

282756

R Wayne Johnson
9601 Spur 591 - Clements
Unit (Ama Rillo, Tx
79107-9606

AMARILLO TX 791
10 SEP 2019 PM 2 L

2019 SEP 16 AM 9:10

U.S. DISTRICT COURT
219 S. DEARBORN ST
Chicago, Ill
60604

09/16/2019-5

...ED OFFENDER MAIL
.SPECTED BY TEXAS
RTMENT OF CRIMINAL
J.. TICE - CORRECTIONAL
INSTITUTIONS DIVISION