# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.  Case No.: 1:19–cr–00567
Honorable Harry D. Leinenweber

Robert Sylvester Kelly, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 26, 2019:

MINUTE entry before the Honorable Harry D. Leinenweber: The motion to intervene [67] is denied. There is no provision in the Federal Rules of Criminal Procedure for intervention by a third party in a criminal proceeding. United States v. Blagojevich, 612 F.3d 558, 559 (7th Cir. 2010). The Seventh Circuit has indicated that intervention in a criminal case is permitted "when the potential intervenor has a legitimate interest in the outcome and cannot protect that interest without becoming a party." Id. The movant has not identified any such legitimate interest. Moreover, the motion is largely illegible. Therefore, there is no basis upon which to grant this motion, and it is denied. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.