# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:19−cr−00567
Honorable Harry D. Leinenweber

Robert Sylvester Kelly, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 7, 2019:

MINUTE entry before the Honorable Harry D. Leinenweber: At the request of counsel, defendant Kelly's motion for reconsideration [54] set for 10/8/19 is reset to 10/30/19 at 10:00 a.m. Status hearing set for 10/8/19 is re−set to 10/30/19 at 10:00 a.m. No appearance is needed on 10/8/19. Defendant ordered to appear and be transported by U.S. Marshals Service: Status hearing set for 10/30/19 at 10:00 a.m. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.