UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 19 CR 567 ) ) |
| ROBERT KELLY, | ) ) |
| Defendant. | ) Judge Leinenweber ) |

## MOTION TO ADOPT MOTION TO DISMISS (Dkt. 71)

**NOW COMES** the Defendant, **ROBERT KELLY**, requesting that this Court allow him to adopt the Motion to Dismiss filed by codefendant McDavid, in its entirety, as if his own.

Respectfully submitted,
/s/ Steven Greenberg

Attorneys for Defendant:

STEVEN A. GREENBERG
Greenberg Trial Lawyers
Attorney at Law
53 W. Jackson Blvd., Suite 1260
Chicago, IL 60604
(312) 879-9500
Steve@GreenbergCD.com

LEONARDMEYER, LLP
Michael I. Leonard
120 North LaSalle – 12th Floor
Chicago, Illinois 60602
(312) 380-6659 (p)
(312) 264-0671 (f)
mleonard@leonardmeyerllp.com

Christopher T. Grohman
190 S. LaSalle St. Suite 3700
Chicago, IL 60603-3433
P: +1 312 499 0118