# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                              Case No.: 1:19−cr−00567

                                                        Honorable Harry D. Leinenweber

Robert Sylvester Kelly, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 29, 2019:

      MINUTE entry before the Honorable Harry D. Leinenweber: Status hearing/motion hearing set for 10/30/19 at 10:00 a.m. is re−set to 10/30/19 at 9:30 a.m. for all defendants. Any pending motions will be heard at that time. Defendant Kelly ordered to appear and be transported by U.S. Marshals Service: Status hearing set for 10/30/19 at 9:30 a.m. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.