UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT SYLVESTER KELLY, aka "R.Kelly," and<br>DERREL MCDAVID | Case No. 19 CR 567<br><br>Honorable Harry D. Leinenweber |

**GOVERNMENT'S RESPONSE TO**
**DEFENDANTS' MOTION FOR A BILL OF PARTICULARS**

Defendants Robert Sylvester Kelly and Derrel McDavid are charged in a thirteen-count indictment containing allegations of various types of child exploitation and obstruction of justice. Dkt. #1. McDavid has moved for a bill of particulars relating to Counts Seven and Eight of the indictment, which charge him with receipt of child pornography. Dkt. #72. Kelly adopted McDavid's motion. Dkt. #76. Defendants claim that the time frames listed in those counts are overly broad. Without conceding any insufficiency in the indictment, the government does not object to defendants' request for a bill of particulars. Below the government explains the time frames of Count Seven and Count Eight with more particularity. These time frames are consistent with the discovery produced to defendants in this case.

With respect to Count Seven, the time frame of the alleged receipt of child pornography is "in or around August 2001." With respect to Count Eight, the time frame of the alleged receipt of child pornography is "from on or about April 17, 2007, to on or about April 20, 2007."

1

The government respectfully requests that the court consider this response to defendants' motion to be the government's bill of particulars.

                                            Respectfully submitted,

                                            JOHN R. LAUSCH, JR.
                                            United States Attorney

By:   /s/ *Angel M. Krull*
       ANGEL M. KRULL
       ABIGAIL L. PELUSO
       JEANNICE APPENTENG
       Assistant U.S. Attorneys
       219 South Dearborn St., Rm. 500
       Chicago, Illinois 60604
       (312) 353-5300

Dated: December 9, 2019