**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES ) | |
| ) | No. **19-CR-567** |
| ) | |
| ) | Hon. **Judge Leinenweber** |
| **ROBERT KELLY**, *et. al.*, ) | |
| ) | |

## NOTICE OF MOTION

TO: Counsel of Record (as reflected in CM/ECF)

**PLEASE TAKE NOTICE THAT** on **February 11, 2020 at 9:30 a.m.**, I shall appear before the Honorable **Judge Leinenweber** at the United States District Court for the Northern District of Illinois, Eastern Division, at the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, and shall then and there present the following: **DEFENDANT'S MOTION FOR THE PRODUCTION OF DOCUMENTS DEMONSTRATING OR RELATING TO ANY COMPLAINTS MADE AGAINST ANY AGENT OR MEMBER OF LAW ENFORCEMENT WHO MAY TESTIFY AT TRIAL RELATING TO THE TRUTHFULNESS OR VERACITY OF ANY SUCH INDIVIDUAL, OR TO ANY PROCEEDINGS OR INVESTIGATIONS REGARDING THE SAME**

        **RESPECTFULLY SUBMITTED:**

        By: <u>s/ Michael I. Leonard</u>
             **Counsel for Defendant Kelly**

**LEONARDMEYER, LLP**
Michael I. Leonard
120 N. LaSalle Street, 20th Floor
Chicago, Illinois 60602
(312)380-6659 (direct)
(312)264-0671 (fax)
mleonard@leonardmeyerllp.com

## CERTIFICATE OF SERVICE

The undersigned states that on February 3, 2020, he caused the above to be served on all counsel of record by way of ECF filing it.

        **RESPECTFULLY SUBMITTED,**

        By:  s/Michael Leonard
              **Counsel for Defendant Kelly**