# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

UNITED STATES OF AMERICA

                                  Plaintiff,

v.                                                             Case No.: 1:19−cr−00567
                                                            Honorable Harry D. Leinenweber

Robert Sylvester Kelly, et al.

                                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 11, 2020:

       MINUTE entry before the Honorable Harry D. Leinenweber: Status hearing/ruling date set for 2/13/20 is re−set to 3/5/20 at 10:00 a.m. Defendant Kelly's Motion for Reconsideration of Pre−Trial Detention [54] is continued for argument on 3/5/20. Defendant Kelly's [83, 85, 87] set for presentment on 2/11/20 will be heard on 3/5/20 at 10:00 a.m. No appearance is needed on 2/11/20. Defendant Kelly ordered to appear and be transported by U.S. Marshals Service: Status hearing set for 3/5/20 at 10:00 a.m. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.