2

FILED

FEB 13 2020

MAGISTRATE JUDGE
SUNIL R. HARJANI

19CR 567

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS



**FELONY**

JUDGE LEINENWEBER

MAGISTRATE JUDGE KIM

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1.     Is this an indictment or information arising out of offenses charged in one or more previously-filed complaints signed by a magistrate judge? **No**  (You must answer 1b even if the answer is No)

   1a.     If the answer is "Yes," list the case number and title of the earliest filed complaint:

   1b.     Should this indictment or information receive a new case number from the court? No

Is this an indictment or information that supersedes one or more previously-filed indictments or informations? **Yes, US v Robert Kelly et al;  19 CR 567;  Judge Harry D. Leinenweber**

   If the answer is "Yes," list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

2.     Is this a re-filing of a previously dismissed indictment or information? **No**

3.     Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court? **No**

4.     Is this a transfer of probation supervision from another district to this District? **No**

5.     What level of offense is this indictment or information? **Felony**

6.     Does this indictment or information involve eight or more defendants? **No**

7.     Does this indictment or information include a conspiracy count? **Yes**

8.     Identify the type of offense that describes the count, other than any conspiracy count, with the most severe penalty: **Sex Offenses (II)**

9.     List the statute of each of the offenses charged in the indictment or information.
   **18 USC §§ 371, 2251(a), 2252A(a)(2), 2252A(b)(1), and 2422(b)**

ANGEL KRULL
Assistant United States Attorney

**INTAKE**

FEB 13 2020