# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE LEINENWEBER | Sitting Judge if Other than Assigned Judge | MAGISTRATE JUDGE KIM |
|---|---|---|---|
| CASE NUMBER | 19-CR-00567 | DATE | FEBRUARY 13, 2020 |
| CASE TITLE | U.S. v. ROBERT SYLVESTER KELLY, ET AL | | |

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for ___SPECIAL MAY 2019___ the Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _____

NO BOND SET; DETAINED BY MAGISTRATE JUDGE AS TO ROBERT SYLVESTER KELLY.

BOND SET BY MAGISTRATE TO STAND AS BOND IN THIS INSTANCE AS TO DERREL MCDAVID AND MILTON BROWN.

SIGNATURE OF JUDGE or MAGISTRATE JUDGE _____  (ONLY IF FILED UNDER SEAL)

Courtroom Deputy Initials:



FILED
FEB 13 2020 P6
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT