**Kimberly Fashauer**
2489 Elkcam Blvd.
Port Charlotte, FL. 33952
(941)268-7941
Kfashauer@yahoo.com

February 18, 2020



**The Honorable Judge Harry D. Leinenweber**
Courtroom: 1941
Chambers: 1946
United States District Court
Northern District of Illinois
Everett McKinley Dirksen
United States Courthouse
219 South Dearborn Street.
Chicago, IL 60604

Dear Honorable Judge Harry D. Leinenweber,
I, Kimberly Fashauer, 42yrs old, am writing this letter to you, as I know Mr. Robert Sylvester Kelly's bail hearing is quickly approaching.

Robert Sylvester Kelly has a strong personality, with the desire for self-improvement especially through the challenges he is facing. I have every confidence that Mr. Robert Sylvester Kelly has developed the new skills needed to avoid any bad decisions, as well as the people he surrounds himself around. I am also fully aware of the gravity of the allegations in this case. Myself and many others, have no doubt, if bail is granted, Mr. Robert Sylvester Kelly will go on to, once again, being a solid, upstanding figure in his community, and all around.

I honestly, and strongly believe Mr. Robert Sylvester Kelly shouldnt be considered a "serious risk" if released, as he knows the seriousness of this matter. He has always made a commitment to fulfilling his obligations, which also brings strong confidence that he will comply with any and every conditions of release. Mr. Robert Sylvester Kelly would keep his word, face his obligations and honor his responsibilities, as he meets his challenges head on.

It is my hopes this letter regarding Mr. Robert Sylvester Kelly and his case, will act as a positive and contributing factor, when the court considers this matter.

Sincerely,
Kimberly Fashauer
*Kimberly Fashauer*