IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA | ) | Case No: 19 CR 567 |
| v. | ) | Judge: Harry D. Leinenweber |
| Robert Sylvester Kelly, et. al | ) | |

**ORDER**

Arraignment of Defendants Robert Sylvester Kelly, Derrel McDavid, and Milton Brown held on Government's superseding indictment [93]. Defendants Kelly, McDavid, and Brown present in Court. Kelly, McDavid, and Brown entered pleas of not guilty on all counts. Status and motion hearing held. Defendant Kelly's motion for reconsideration [54] is withdrawn. Defendant Kelly's motions [83, 85] granted in part as follows: The Government is ordered to produce Jencks Act and *Giglio* material 45 days prior to the start of trial. If the Government becomes aware of mental, psychiatric, or drug abuse and dependency records of any individual who may be called as a witness at trial, the Government must notify Defendants within a reasonable time and submit any documents to the Court for *in camera* review. Defendant Kelly is ordered to reply to the motion to produce law enforcement truthfulness materials [87] by 3/19/2020. Jury trial set for 4/27/20 is re-set to 10/13/20 at 10:00 a.m. . Without objection, time is excluded as to Defendants Kelly and Brown to 10/13/20 pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) in the interest of justice and for continuity of counsel. Defendant McDavid has until 3/12/20 to file a motion to sever. Time is excluded as to Defendant McDavid until 3/12/20 for purposes of that pretrial motion pursuant to 18 U.S.C. § 3161(h)(1)(D), otherwise time is excluded until 10/13/20 pursuant to 18 U.S.C. § 3161(h)(7)(A)(B) in the interests of justice and for continuity of counsel.

T: 00:15

Date: 3/5/20                                                                 /s/ Judge Harry D. Leinenweber