

March 30, 2020

Honorable Judge Harry D. Leinenweber
U.S. District Court Northern District of Illinois
219 South Dearborn Street
Courtroom 1941, Chambers 1946
Chicago, Illinois 60604

**RE: United States v. Robert Sylvester Kelly (1:19-cr-00286)**

Your Honor,

The purpose of this letter is to give a brief synopsis of how I believe Mr. Robert S Kelly's constitutional rights have been violated as well as alleged prosecutorial misconduct. There are countless ways in which prosecutors can prejudice the fact-finding process and undermine a defendant's right to a fair trial. It is common in high profile cases for prosecutorial misconduct to be used because the stakes are extremely high. There is political gain and pressure to get a conviction because you have spent millions of dollars on a case that was not properly investigated before arrest; as evident by the multiple superseding indictments that have been presented. Mr. Kelly is incarcerated while the government continues to add and delete jane does and present superseding indictments after indictments. Why didn't the government take their time to investigate and build their case before making an arrest? There first mistake was basing their case off of a documentary that has been proven to be filled with deception and lies that the producers were well aware of. How is that State Prosecutor Kim Foxx can give an interview on a documentary discussing an open case? Please tell me that is not a violation of Mr. Kelly's right to a fair trial. I believe that non-public information has been fed to informants. Prosecutors have piled on charges and continue to do so to make it exceedingly risky for Mr. Kelly to go to trial. Some of the information I will discuss pertains to cases in other jurisdictions, but is applicable, because these cases are intertwined and some of the same alleged accusers are in both indictments. I and other citizens will me making formal complaints to Office of Professional Responsibility regarding the conduct of prosecutors and requesting further investigation. This is an abbreviated version of my concerns, there are many more.

**It is professional misconduct for a lawyer to: (a) violate or attempt to violate the Rules of Professional Conduct, knowingly assist or induce another to do so, or do through the acts of another; (c) engage in conduct involving dishonest, fraud, deceit or misrepresentation; (d) engage in conduct that is prejudicial to the administration of justice;** *(ABA Model Rules of Professional Conduct, 8.4. Misconduct, (a), (b),(d))*

**# 1: Federal Informants Releasing Information About Case to Public & Committing Crimes:** Larry McGee is a YouTube Blogger who has a YouTube channel entitled **"Grownman Show".** Mr. McGee brags about being an informant for Homeland Security in the Robert S Kelly case. **"I am responsible for "taking down R Kelly"** he constantly boasts on his show. He also admits to **"recruiting alleged victims and coaching them on what to say"** (there is video evidence of these statements). Mr. McGee has his own federal indictment for brank fraud so he has made a deal with the federal government to be an

informant in this case. He states that he is paying pay back the 1.6 million dollars he has stolen, and does not have to do any prison time. In the meantime, he continues to commit crimes. He is also closely connected to one of the alleged victims/informant in the NY indictment **(Azriel Clary)** and her father, **Angelo Clary.** Mr. McGee and Mr. Clary incite hatred and violence toward Mr. Kelly and his supporters on their social media platforms *(YouTube, Twitter, Instagram).* Both men have verbally threatened death and harm toward other bloggers/ fans/supporters of Mr. Kelly. They have posted pictures of individual's children, vehicles showing license plate numbers, addresses and contacted their place of employment spewing lies to get them fired. Mr. McGee incites his subscribers to participate in these acts as well. If you view the chat on Mr. McGee's YouTube channel, you will see subscribers saying they are getting shooting lessons and wishing death upon specific YouTube bloggers. Several police reports have been filed in various states against Mr. McGee and Mr. Clary for terroristic threatening and cyberbullying. There are numerous videos on social media with Mr. McGee and Mr. Clary displaying this threatening behavior. In addition, Mr. McGhee and his subscribers create social media pages pretending to be Kelly supporters and post threats against alleged victims on these pages. Prosecutor Krull was notified of validating the authenticity of social media pages that may be sent by Mr. McGee as alleged threats by Kelly's supporters. Mr. McGee has indicated that he sends all information to Prosecutor Krull. The information I described above and videos were emailed to Prosecutor Angel Krull earlier this year notifying her of the informant's behaviors. There is a video of a McGee's subscriber telling her supporters that they are going to create fake pages with threats. That video has been deleted but the government has the resources to recover that video.

**# 2: Federal Informant (Larry McGee) Connection to Prosecutor Angel Krull:** Informant Larry McGee has said on his YouTube channel that he is in direct contact with Prosecutor Angel Krull and has shown emails between the two. I have noticed that Mr. McGee has information that has not been released about the case to the public. He is aware of superseding indictments, motions and evidence of both cases in New York and Chicago. He talks about this information well in advance before the public is aware. In my opinion, there has to be a leak from the federal government. I am not saying Prosecutor Krull but Mr. Gee does speaks of her as being his point of contact. There is a gag order in this case but it seems like the federal government is using their informants to release information violating Mr. Kelly's **sixth amendment right** to a fair trial and impartial jury. Mr. McGee talks about the discovery in the case as if he has seen it or been given the information regarding the discovery. You can review his YouTube videos for evidence. Many videos have been deleted but the government has the resources to recover those videos.

**# 3: Federal Informants/Alleged Victim releasing recorded phone calls of Mr. Kelly& Appearing on Documentary:** It is a violation of Robert Sylvester Kelly's due process for Mr. Kelly's phone calls between him and an informant *(Azriel Clary, alleged victim in NY indictment)* to be played by Larry McGee on his YouTube channel. These are phone calls recorded from MCC, Chicago. In addition, Azriel Clary is participating in an upcoming documentary where she plays alleged phone calls between her and Mr. Kelly while he is at MCC. Additionally, she plays a *recording of her speaking to a federal agent* about the **"content on the IPADS"** that were seized in the raid in January 2020. The agent can be heard asking about the IPADS on the preview of the documentary. This is a direct violation of Mr. Kelly's

constitutional rights and it appears to be a form of entrapment. Previews of this documentary are over the internet and in the media. The producer of this documentary has stated on various YouTube platforms that evidence is discussed and shown in his documentary.

**#4 Emails/Visitor List/Commissary**: Tasha K is another YouTube Blogger *(informant)* that has admitted that she is working with the government. She has posted alleged emails of Mr. Kelly, his visitor list and his commissary list. She reports on who has donated to his account and how much he has in his account. My question is who providing the information to these informants thus further tainting the case and violating Mr. Kelly's constitutional rights?

**#5 100 Electronic Devices Seized:** Prosecutors announced during the hearing on March 5, that over 100 electronic devices had been seized from Mr. Kelly's storage unit. This information had been shared weeks ago to the public by Informant Larry McGee and he continues to talk about the alleged evidence that was found. **Why are these informants in Mr. Kelly's home recording, videotaping and going through his possessions?** *(the preview of the documentary shows this)* **Was evidence planted? How is McGee able to release this information before the prosecutors? Who is leaking information to informant McGee to leak to the public to further taint the jury pool?**

During the course of the investigation, multiple individuals have spoken to Prosecutor Angel Krull by phone and via email regarding favorable evidence for Mr. Kelly. Multitudes of exculpatory evidence has been provided to Prosecutor Krull. During Mr. Kelly's hearing on March 5, it was very disturbing to hear Prosecutor Krull refuse to give the exculpatory evidence over to the defense. She commented that it was the defense's responsibility to do their own investigations and why should she help them. Well, because it is Mr. Kelly's constitutional right to have access to evidence that is favorable to him. Prosecution must turn over all evidence that might exonerate the defendant. Violation of this is in contrary to the Due Process Clause of the Fourteenth Amendment to the U.S. Constitution **(Brady v. Maryland, 373 U.S.83C (1963).** Thankfully, the Honorable Judge Harry D Leinenweber intervened and instructed Prosecutor Krull to turn over all exculpatory evidence. Additionally, during this hearing Prosecutor Krull continued to voice her reluctancy to hand over other pertinent information to the defense team. Information that is withheld would violate Mr. Kelly's constitutional right to due process. My question is will the prosecution violate the Brady Disclosure by withholding exculpatory evidence from the defense? U.S. citizens are doing their own investigations and are continuing to provide the prosecution with favorable evidence. I would appreciate your discretion in making sure the prosecutors do not violate Mr. Kelly's constitutional rights.

All of the information that I have provided can be investigated and found on social media. Most of this information was provided to Prosecutor Angel Krull several months ago. Many of the videos have been deleted by the informants but the government has the resources to recover this information. Thank you, Honorable Judge Harry D Leinenweber for reading my concerns and I apologize for the length of the letter.

Sincerely,
*[signature]*
M Rae Greer

M. Rae Greer
3895 Edgewater Drive
Fayetteville, AR 72704

U.S. District Court Northern District of Illinois
Attn: Honorable Harry D. Leinenweber
219 South Dearborn Street
Courtroom 1941, Chambers 1946
Chicago, Illinois 60604