To: Judge Harry D. Leinenweber, Courtroom 1941

219 South Dearborn Street

Chicago, IL 60604 Fax no. (312) 554-8522

From: Derrick Jones, United States Tax payer Re: Robert Sylvester Kelly, COVID-19 Dear Honorable Judge Harry D. Leinenweber, I am writing on behalf of Robert Sylvester Kelly, an inmate currently being housed at MCC federal prison awaiting trial. I am concerned with his safety and well-being while in confinement due to the outbreak of coronavirus. . It has been documented according to the Federal Bureau of Prisons, that two employees at the MCC in Chicago had tested positive for the virus. There is much that is not known about this virus and the changes that will be needed in the prison systems in order to protect the further spread of the virus. With that being said, given the current conditions of confinement in and of itself, it is likely the virus will spread more rapidly. Incarcerated individuals are subject to close contact. There is not a doubt that this is a life threatening virus and will spread quickly. Therefore, the virus will spread in institutional settings and conditions including MCC more rapidly. Robert Kelly is a detainee. He is pre trial and has NOT been convicted of any crime. As part of his pre trial status he should not be subject to the extra risk and denied his ability to protect him self. Mr Kelly is a NON CONVICTED OFFENDER. Given his current incarcerated status, it is not likely Mr Kelly will be able to practice social distancing, proper disinfecting and the best protocol regarding self care. He would be at higher risk due to his age and existing health issues. Robert Kelly has not been proven guilty of anything and holding him, in my opinion, is cruel and unusually punishing. He should not be subject to uneccessary risk when other restrictions such as house confinement would accomplish the same goal and prevent the potential risk to his wellbeing. He has no criminal record and is not a violent man . Mr Kelly has not avoided what he is being accused of. As a presumed innocent man Mr Kelly should be afforded the right to prepare for his defense with his attorneys without added health risk. Mr Kelly has appeared at every court date and surrendered to the authorities of his own will, as well as without incident when arrested . Mr Kelly is not a flight risk. Eighth Amendment prohibits cruel and unusual punishment. ... Since detainees have not been convicted, they may not be punished at all until proven guilty. With all due respect, as a tax paying citizen, a business owner in the community and as an individual that believes that every person has the right to due process of the law I ask that you consider the release of Mr Kelly so that he can without risk prepare for his defense.

Sincerely,

Derrick Lamont Jones

U.S. citizen RESIDENT of Indiana

# **FAX**

**TO: HONORABLE JUDGE HARRY D. LEINENWEBER
COURT ROOM: 1941
CHAMBERS: 1946
FAX# 312-554-8522**

**RE: ROBERT SYLVESTER KELLY INMATE#09627-035
HELD @ CHICAGO METROPOLITAN CORRECTIONAL
CTR**

**71 W. VAN BUREN STREET CHICAGO, IL 60605**

Derrick Jones
Boots on the Ground Initiative
PO Box 21841
Columbia SC 29221

COLUMBIA SC 290
04 APR 2020 PM 3 L

U.S. District Court in Chicago
219 South Dearborn Street
Chicago, IL 60604
Attn: Honorable Judge Harry D. Leinenweber
Courtroom: 1941
Chambers: 1996