

**Kimberly Fashauer**
2489 Elkcam Blvd.
Port Charlotte, FL. 33952
(941)268-7941
Kfashauer@yahoo.com

30th March 2020

**The Honorable Judge Harry D. Leinenweber**
**Courtroom: 1941**
**Chambers: 1946**
**United States District Court**
**Northern District of Illinois**
**Everett McKinley Dirksen**
**United States Courthouse**
**219 South Dearborn Street. Chicago, IL 60604**

**Dear Honorable Judge Harry D. Leinenweber,**

I, Kimberly Fashauer, am writing in regards to Robert Sylvester Kelly's case, asking that you please reconsider his detention order at this time, and that you please consider Compassionate Release. With this pandemic that hit the US, Robert Sylvester Kelly's age and health issues put him in the category of high risk for complications from the Coronavirus, that's killing many people all over the world.

As i've stated before, I'm fully aware of the gravity of the allegations in this case, and I personally wouldn't consider him a flight risk, especially with this worldwide pandemic that's taken place. Robert Sylvester Kelly knows the seriousness of this matter/case as well, and I know whole-heartedly that he would not do anything to jeopardize himself or this case if he were allowed to be released. He has always made a commitment to fulfilling his obligations, which also brings strong confidence that he will comply with any and every conditions of release. Mr. Robert Sylvester Kelly would keep his word, face his obligations and honor his responsibilities, and with that being said I am asking for mercy from the court to allow him to be able to return to the safety of isolation at his place of residence.

Sincerely,

Kimberly Fashauer

*Kimberly Fashauer*

# PRIORITY® ★ MAIL ★

- DATE OF DELIVERY SPECIFIED*
- USPS TRACKING™ INCLUDED*
- INSURANCE INCLUDED*
- PICKUP AVAILABLE

\* Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

FROM:

US POSTAGE AND FEES PAID
PRIORITY MAIL
Mar 31 2020
Mailed from ZIP 33952
PM Flat Rate Env
10251345
Commercial Plus Pricing 062S0010968102

PRIORITY MAIL 2-DAY
C005 0006

KIMBERLY FASHAUER
2489 ELKCAM BLVD
Port Charlotte FL 33952

SHIP TO:
HONORABLE JUDGE HARRY D LEINENWEBER
UNITED STATE DISTRICT COURT
219 S DEARBORN ST
NORTHERN DISTRICT OF ILLINOIS #1941
CHICAGO IL 60604-1701

USPS TRACKING #
9405 5118 9956 2466 7262 89

PS00001000060
Legal Flat Rate Envelope
EP14L February 2014
OD: 15 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®