FILED
4/6/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

April 6, 2020

Stephanie Grant
4601-A Hardy Court
Suffolk, VA. 23435

The Honorable Judge Harry D. Leinweber
United States District Court Northern District of Illinois Everett McKinley Dirksen United States Courthouse 219 Southern Dearborn Street Chicago, Illinois 60604

Honorable Judge Harry D. Leinweber:

I am a long time fan of Robert Slyvester Kelly professionally known as "R. Kelly" since he started his career as a singer/songwriter/entertainer. I was 18 and now I am 48. I'm requesting bail on his behalf because.

Robert has always been professional and consistent towards his fans and his community. Robert overcame childhood molestation and poverty. He did not scam and take short cuts to accomplish his dreams. He has helped so many people financially. I believe he is an innocent man. He has a normal lifestyle of any entertainer maybe immoral but not criminal. Robert is an upstanding citizen in the U.S. and the World. He is a human being please judge him as a man and not his brand (R Kelly) #09627-035   Thank You, Stephanie Grant

RICHMOND VA 230

05 APR 2020 PM 2 L

The Honorable Judge Harry D. Leinweber
United States District Court Northern
District of Illinois Everett McKinley
Dirksen United States Courthouse 219
Southern Dearborn Street Chicago, Illinois
60604

Stephanie Grant
4601-A Hardy Court
Suffolk VA. 23435