UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT SYLVESTER KELLY,<br>  also known as "R. Kelly,"<br>DERREL MCDAVID, and<br>MILTON BROWN,<br>  also known as "June Brown" | No. 19 CR 567<br><br>Judge Harry D. Leinenweber |

## **JOINT STATUS REPORT**

The UNITED STATES OF AMERICA, by its attorney, JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and defendants ROBERT SYLVESTER KELLY, DERREL MCDAVID, and MILTON BROWN, by their attorneys, hereby submit this joint status report.

1. On July 11, 2019, the grand jury returned an indictment against all three defendants. On February 13, 2020, the grand jury returned a superseding indictment charging defendants with the following:

    - as to defendant KELLY, four counts of using a child to engage in sexually explicit conduct for the purpose of creating a visual depiction of that conduct; one count of conspiring to obstruct justice; one count of conspiring to receive child pornography; two counts of receiving child pornography; and five counts of enticing a minor to engage in sexual

activity, all in violation of Title 18, United States Code, Sections 371, 2251(a), 2252A(a)(2), and 2422(b);

- as to defendant MCDAVID, conspiring to obstruct justice; conspiring to receive child pornography; and receiving child pornography, all in violation of Title 18, United States Code, Sections 371 and 2252A(a)(2); and

- as to defendant BROWN, conspiring to receive child pornography, in violation of Title 18, United States Code, Sections 2252A(a)(2).

2. The alleged offenses in the superseding indictment occurred beginning in the summer of 1996 and continuing to the date of the indictment, February 13, 2020.

3. The government produced its initial Rule 16 discovery to defense counsel on August 2, 2019, and made additional productions on August 5, 2019, September 24, 2019, and February 24, 2020. The government anticipates producing additional discovery materials to the defense in the next 30 days. Additionally, the government is continuing its discovery review in coordination with prosecutors in the Eastern District of New York, which may result in additional productions to defendants.

4. The Court set a trial date for October 13, 2020. The government anticipates that the trial will last approximately three weeks.

5. No defendant is requesting a change of plea hearing at this time.

6. There are no pending motions.

Respectfully submitted,

/s/ *Michael Irving Leonard*
STEVEN GREENBERG
CHRISTOPHER T. GROHMAN
MICHAEL IRVING LEONARD
NICHOLAS VICTOR BURRIS
Attorneys for defendant
Robert Sylvester Kelly

/s/ *Vadim A. Glozman*
VADIM A. GLOZMAN
BEAU B. BRINDLEY
BLAIR TAMARA WESTOVER
Attorneys for defendant
Derrel McDavid

/s/ *Mary Higgins Judge*
MARY HIGGINS JUDGE
MARIA TERESA GONZALEZ
Attorneys for defendant
Milton Brown

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ *Jeannice W. Appenteng*
ANGEL KRULL
ABIGAIL PELUSO
JEANNICE W. APPENTENG
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street
Chicago, Illinois 60604
(312) 353-5300