FILED
JUL 22 2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

July 17, 2020

Honorable Judge Harry D. Leinenweber
U.S. District Court Northern District of Illinois
219 South Dearborn Street
Courtroom 1941, Chambers 1946
Chicago, Illinois 60604

**RE: United States v. Robert Sylvester Kelly (1:19-cr-00567-1)
Letter emailed to EDNY and NDIL ASUSAs**

Honorable Judge Leinenweber,

EDNY dropped a motion last week asking for an anonymous and sequestered jury. Now we have more propaganda with the government saying that the jury is in danger from Mr. Kelly. The government continues to submit motions that read like a reality show. They want the world to believe Mr. Kelly is a violent criminal that will harm witnesses and even the jury. Mr. Kelly is not a mob boss, a serial killer or a hit man. This is beyond ridiculous the lengths the government will go to win this case and to taint the jury pool. Prospective jurors will believe that Mr. Kelly is dangerous if they are being escorted in with armed guards. He has to be guilty right because they are protecting us. Please stop the dirty tactics and the propaganda. I have never seen a man treated like this. If he was white, his due process would be upheld. For example, there is a huge difference in how Harvey Weinstein and Ghislaine Maxwell have been treated. Even Minnesota police officers were granted bond after they publicly murdered George Floyd. Jeffrey Epstein and Ghislaine Maxwell were not overcharged as Robert S Kelly. No piling on of charges for them. Epstein was running a huge sex trafficking organization, even had his own island. How in the world did he have just one count of sex trafficking of a minor and one count of conspiracy to commit sex trafficking? Even Ms. Maxwell has a few charges and the government even said that they are not planning to supersede.

We all know that the easiest task in the U.S. judicial system is to convict a black man. There is no need for the malicious measures and violations of Mr. Kelly's constitutional rights. It is his constitutional right as an American citizen to have access to his attorneys, prepare his defense and have a fair trial. He is an American citizen even though he is not being treated as one. Allow Mr. Kelly the ability to fight and have a fair trial without dirty tactics. The dirty tactics I am referring to are:

(1) The use of government informants discussing the case and evidence in detail on social media
(2) Informants admitting to tampering with evidence
(3) Informants admitting to manufactured evidence; video of informant admitting "we got people to lie" and stating that they are withholding evidence.
(4) Alleged victims and informants creating fake social media pages pretending that Mr. Kelly's supporters are threatening witnesses. (Please check those IP addresses of those social media pages that your informants send you.)
(5) Jane Doe posing beside a burned car. Insinuating that Mr. Kelly is responsible. Another informant admitted that the burned car story was fabricated and that it was staged by Jane Doe. However, the media ran with the narrative that Mr. Kelly "sent someone to shut her up by burning up her car." Once again, tainting the jury pool.
(6) Then a week after the burned car incident, the government files a motion saying that Mr. Kelly and his team is a danger to the jurors. Is this a coincidence or a plot by the government to keep

the narrative going? One informant is pushing the narrative this week that two You-tube bloggers are responsible for the burning of the car. He announced on his YouTube channel on 7/16/20 that he will be sending the prosecutors a video of a confession that he probably chopped and edited. This is a total lie because no blogger or supporter burned Jane Doe's car. Will we expect to see the burned car allegation in a motion saying that the bloggers did it on the behalf or request of Mr. Kelly?

This list is not exhaustive because there are many occurrences. These informants make it known that they are in constant contact with AUSAs, so you are aware of their illegal behaviors.

The government brings up the media in their recent motion but failed to mention that they have allowed, maybe encouraged several of the Jane Does and witnesses to discuss the case on the following platforms:

(1) *Television interviews*,
(2) *Book Deals*; I can name 5 witnesses/Jane Does with books out. Some have written two books since the Surviving R Kelly series. NY Jane Doe is in the process of writing a book.
(3) *Radio interviews, speaking engagements*
(4) *Social Media; You tube videos, twitter, Instagram and Facebook* since his arrest in July 2019.

You have several informants that have YouTube channels and discuss the case in detail on a daily basis. There is a gag order on the case so why didn't you instruct your Jane Does, informants and witnesses to be silent and not discuss the case further tainting the jury pool which is a violation of Mr. Kelly's due process. It was all acceptable when they were helping your case against Mr. Kelly and keeping the narrative of painting him as a monster, but now that they have said things to incriminate themselves, I have noticed silence from these Jane Does, parents, witnesses and informants. Why? I would say that the government decided to finally enforce the gag order because they are hurting your case but helping the defense.

In conclusion, my request to the government is to get your knee off of Robert Sylvester Kelly's neck. Allow him to breath and get up so he can fight his case. He is a United States Citizen and it is his constitutional right, after all. Give him his due process!

Sincerely,

M. Rae Greer

M. Rae Sheer
3895 Edgewater Ave
Fayetteville, AR 72704

2020 JUL 22 AM 11:09

U.S. District Court Northern District of IL
219 South Dearborn St
Courtroom 1941, Chambers 1946
Chicago, IL 60604
ATTN: Judge
[illegible]