UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                                Case No.: 1:19–cr–00567
                                                        Honorable Harry D. Leinenweber

Robert Sylvester Kelly, et al.

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 4, 2020:

      MINUTE entry before the Honorable Harry D. Leinenweber: Telephonic status conference held and continued to 8/18/2020 at 10:00 a.m. Attorneys only. The Government shall respond to Kelly's motion for disclosure and protective order [133] on or before 8/11/20. Kelly shall reply on or before 8/18/20. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.