# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                           Case No.: 1:19–cr–00567
                                              Honorable Harry D. Leinenweber

Robert Sylvester Kelly, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 18, 2020:

      MINUTE entry before the Honorable Harry D. Leinenweber: Telephonic status hearing held. Defendants waive appearances. For the reasons stated on the record, the Court denies Kelly's motion for disclosure and protective order [133]. Kelly may move for the disclosure of specific categories of documents if he so chooses. For the reasons stated on the record, the Court grants the Government's motion to continue trial [136] and vacates the original trial date of 10/13/20. Telephonic hearing set for 10/13/20 at 10:00 a.m., attorneys only. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.