Case: 1:19-cr-00567 Document #: 146 Filed: 09/04/20 Page 1 of 6 PageID #:748
Case: 20-2291　Document: 8　Filed: 09/01/2020　Pages: 6

U.S.C.A. – 7th Circ
RECEIVED
SEP 1 - 2020

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

20-2291

UNITED STATES OF AMERICA ) Case No. 2:15-cr-00072
v. ) Northern Dist. U.S. Court.
JEREMIAH S. FARMER ) Judge Phillip Simon.
)
)

~~THE GOVERNMENT MADE ME ATTACK R-Kelly~~
Defendant-Appellant Jeremiah Farmer Request a Extension to file Docketing statement Circuit Rule 3. due to Covid-19.

Comes Now, Appealee Jeremiah S. Farmer, pro-se respectfully files a motion seeking a extension from the Aug. 27-Sept. deadline to file the Docketing Statement, and Circuit Rule 3.

A.) Appealee Jeremiah S. Farmer, respectfully request a extension to file his docketing statement for the following reasons;

1.) The Covid-19 acedemic prevents Farmer from haveing access to law library computer, And has been denied access to make legal copies. on a timely fashion.

2.) On 8/24/20 Farmer hand delivered his Docketing statement to be copied to counselour Russell. On Aug. 26, 20 she returned this legal material uncopied, with Aug 27, 20 being the deadline to file this. Farmer showed Russel he had a deadline and so she stated to officer maggnut that she can't make copies. violateing my Due process.

(3) Dist. Court Judge Phillip Simon previously put a order refuseing to provide Farmer legal copies of his pro-se Motions.

(4.) Every attorney given to Farmer were eneffective and conspired against Farmer, with AUSA, Judges, Hammond police, and eventually causeing farmer to receive erroneous guilty verdict on all counts with insufficient evidence.

(5.) Farmer with no where else to turn for legal help was forced to assault hip-hop R&B singer Robert Kelly # 09627-035 in hopes of getting spotlight attention and world news notice to shed light on the government corruption here in the seventh Circuit, mainly in the United States Northern District of Indiana. All while AUSA and Judges turned a blind eye.

Due to the most blatant Government corruption in Farmers case, and being lockdown for Robert Kelly protest, I physicaly beaten Mr. Kelly in a attempt to shed media spotlight on Farmers case to prove Government Corruption and helping Farmers innocense to prevail. In a attempt to find a effective attorney to help me with my case.

I'm now in the shu and denied all my property, legal materials, and can't do legal research.

This continuance is needed, as well as a attorney to help meet deadlines and articulate my issues. and this covid-19 case is also reason why a continuance should be granted.

I spoke to Mental suboday on the morning of the assault to get a different train of thought and this mental health proffessional at the MCC states "you don't want to assault kelly if you did you would had done it. I said some disrespect back and mental health stated " Go do it Then" So I got up stormed out his office and mental health screamed for me to come back I refused and physicaly assaulted Kelly.

I cannot litigate my case with no legal copies, legal research access and when lockdown.

I'm innocent And Government has controversly tried frameing me for my crimes. I need a lawyer to help me effectively please.

CERTIFICATE of SERVICE

I Jeremiah Farmer here by certify on this very August 27, 2020 day a copy of this Motion was foward to the following addresses:

(#1) United States Court of Appeals
219 South Dearborn
Chicago, IL
60605

#2) United States Courts
5400 Federal plaza
Hammond, IN 46320

Respectfully submitted
/s/ Jeremiah Farmer

Jeremiah Farmer #09312 2?
MCC Chicago

BP-A0288
JAN 17

# INCIDENT REPORT

**U.S. DEPARTMENT OF JUSTICE**      **FEDERAL BUREAU OF PRISONS**

## Part I - Incident Report

| 1. Institution: MCC Chicago | Incident Report Number: | | |
|---|---|---|---|
| 2. Inmate's Name: FARMER, Jeremiah Shane | 3. Register Number: 16931-027 | 4. Date of Incident: August 26, 2020 | 5. Time: 9:45 AM |
| 6. Place of Incident: Unit 19, Cell F04-006 | 7. Assignment: Unassigned | | 8. Unit: 19 F02-014U |
| 9. Incident: Assaulting Any Person | 10. Prohibited Act Code(s): 224 | | |

**11. Description of Incident** (Date: 08/26/2020 Time: 9:45 a.m. Staff became aware of incident):

On Wednesday, August 26, 2020 at approximately 9:45 AM, I was on Unit 19 attempting to meet with inmate FARMER, Jeremiah #16931-027 when he left the office against my order to stay. I observed inmate Farmer proceed into section 4, which is not his assigned section. I then notified the Unit Officer that inmate Farmer was out of bounds and proceeded to follow inmate Farmer. I then heard a disturbance coming from cell F04-006. The Unit Officer opened the door and I observed inmate Farmer 16931-027 who appeared to be on top of inmate KELLY, Robert #09627-035 on the lower bunk in the cell. Inmate Farmer appeared to be punching inmate Kelly repeatedly in the head and torso. I gave an order to cease the assault, and when inmate Farmer did not respond, I deployed a single two second burst of OC from my MK4 announcing "OC OC!" Inmate Farmer then ceased the assault and responded to orders from the officer to exit the cell. Inmate Farmer was placed in restraints and escorted off of the unit.

| 12. Typed Name/Signature of Reporting Employee: D. Szyhowski | 13. Date And Time: 08/26/2020 11:45 AM |
|---|---|
| 14. Incident Report Delivered to Above Inmate By (Type Name/Signature): G. PARKER JR. | 15. Date Incident Report Delivered: 8/26/2020    16. Time Incident Report Delivered: 6:00 PM |

## Part II - Committee Action

**17. Comments of Inmate to Committee Regarding Above Incident:**

**18. A.** It is the finding of the committee that you:
- ___ Committed the Prohibited Act as charged.
- ___ Did not Commit a Prohibited Act.
- ___ Committed Prohibited Act Code(s). ___

**B.** ___ The Committee is referring the Charge(s) to the DHO for further Hearing.

**C.** ___ The Committee advised the inmate of its finding and of the right to file an appeal within 20 calendar days.

**19. Committee Decision is Based on Specific Evidence as Follows:**

**20. Committee action and/or recommendation if referred to DHO** (Contingent upon DHO finding inmate committed prohibited act):

**21. Date and Time of Action:** ___ (The UDC Chairman's signature certifies who sat on the UDC and that the completed report accurately reflects the UDC proceedings).

Chairman (Typed Name/Signature)     Member (Typed Name)     Member (Typed Name)

INSTRUCTIONS: All items outside of heavy rule are for staff use only. Begin entries with the number 1 and work up. Entries not completed will be voided by staff.

Distribute: Original-Central File Record; COPY-1-DHO; COPY-2-Inmate after UDC Action; COPY 3-Inmate within 24 hours of Part I Preparation

WD     Prescribed by P5270     Replaces BP-A0288 of AUG 11

