IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | 19 CR 567 |
| ROBERT KELLY | ) | |
| v. | ) | |
| | ) | Judge Leinenweber |

RE-NOTICE OF MOTION

To: All Counsel of Record

PLEASE TAKE NOTICE THAT on **Wednesday, September 9, 20202**, **at 10:30 a.m.,** Defendant, through his counsel shall appear before the Honorable Judge Leinenweber in the Courtroom usually occupied by her in the United States District Court for the Northern District of Illinois, including by way of telephonic means, and shall then and there present the following Motion: **DEFENDANT'S MOTION FOR THE IMMEDIATE SETTING OF AN EVIDENTIARY HEARING; FOR AN ORDER REQUIRING THE APPEARANCE OF WITNESSES AT THAT HEARING; AND TO SUPPLEMENT HIS PENDING MOTION FOR RELEASE FROM CUSTODAY,** a copy of which is hereby served upon you.

                              **Respectfully submitted,**

                              **By: /s/ Michael I. Leonard**
                                  **Counsel for Mr. Kelly**

**LEONARMEYER LL**
Michael I. Leonard
120 North LaSalle, Suite 2000
Chicago, Illinois 60602
(312)380-6559 (phone)
(312)264-9671 (fax)

**GREENBERG TRIAL LAWYERS**
Steven Greenberg
53 W. Jackson Blvd.
Suite 1260
Chicago, IL 60604
(312)399-2711 (phone)
Steve@GreenbergCD.com

## CERTIFICATE OF SERVICE

 The undersigned states that, on September 7, 2020, he EFILED by way of this Court's ECF filing system, the above Notice.

             **By:/s/ Michael I. Leonard**
             **Counsel for Mr. Kelly**