IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 19 CR 567 |
| | ) | |
| ROBERT KELLY | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT ROBERT KELLY'S MOTION TO STRIKE**

Now comes Defendant, Robert S. Kelly, by and through his undersigned counsel, requesting that the court strike from the docket both the letter (No. 151) and "Motion" (No. 152). In support, he states as follows:

1. Today two documents were filed, purporting to be filed by Mr. Kelly, docket entry numbers 151 and 152. Number 151 was a letter in which Mr. Kelly allegedly claimed that his attorneys refused file the motion to dismiss that is dkt. 152.

2. None of these documents were prepared by Mr. Kelly, they were not filed with his approval, nor were they filed with the approval of his attorneys. They have plainly legally incorrect, frivolous, and full of errors.

3. The filing and letter should both be stricken.

Respectfully submitted,

*/s/* Steven A. Greenberg
*One of Defendant's Attorneys*

Attorneys for Defendant:

STEVEN A. GREENBERG
GREENBERG TRIAL LAWYERS
Attorney at Law
53 W. Jackson Blvd., Suite 1260
Chicago, IL 60604
(312) 879-9500
Steve@GreenbergCD.com

MICHAEL I. LEONARD
LEONARDMEYER, LLP
120 North LaSalle – 20th Floor
Chicago, Illinois 60602
(312)380-6659 (direct)
(312)264-0671 (fax)
mleonard@leonardmeyerllp.com

CHRISTOPHER T. GROHMAN
TAFT
111 East Wacker, Suite 2800
Chicago, IL 60601
P: +1 312 836-4109
C: +1 312 515 7313
cgrohman@taftlaw.com