From: Robert Sylvester Kelly
Reg. No. 09627-035
Metropolitan Correctional Center
71 West Van Buren Street
Chicago, IL 60605



**FILED**

SEP 25 2020 sH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

To: Harry D. Leinenweber, Judge
United States District Court
Chamber 1946
219 S. Dearborn Street
Chicago, IL 60604

Re: UNITED STATES OF AMERICA vs. ROBERT SYLVESTER KELLY,
Case No. 1:19CR00567

To the Honorable District Judge, Harry D. Leinenweber

    I am writing you this letter to inform you that, I am being denied effective assistance of counsel at the pre-trial stage in the above-referenced criminal case. I have instructed my attorney by the name of Steven A. Greenberg to file a pre-trial motion under Fed.R.Crim.P 12(b)(2). Mr. Greenberg refuses to electronically file on my behalf a legal document titled "DEFENDANT'S EXPEDITED MOTION TO DISMISS CRIMINAL CAUSE OF ACTION", consisting of six (6) pages, as prepared by me with the help of family and friends. A copy of the unfiled Rule 12(b)(2) motion is enclosed for your review. Although there are multiple attorneys representing me in this Court, none of them has carried out their duties owed to me by filing the necessary Rule 12(b)(2) motion for the adjudication of the Court. Since my attorneys has breached their duties owed to me, they are subject to a lawsuit for legal malpractice. Thank you Judge for discussing this matter with my attorneys.

Respectfully Submitted,

Dated: 9/15/2020

/s/ Robert Sylvester Kelly

**Certified Mail No.:**
7018 2290 0000 4340 4622