# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                   Case No.: 1:19−cr−00567
                                                     Honorable Harry D. Leinenweber

Robert Sylvester Kelly, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 16, 2020:

      MINUTE entry before the Honorable Harry D. Leinenweber: Telephonic status hearing set for 12/16/20 is re−set to 12/22/20 at 10:00 a.m. for all defendants. The presence of the defendants are waived for the 12/22/20 status. Time is ordered excluded to 12/22/20 pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B) in the interest of justice. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.