# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                                  Case No.: 1:19−cr−00567
                                                   Honorable Harry D. Leinenweber

Robert Sylvester Kelly, et al.

                          Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, March 25, 2021:

      MINUTE entry before the Honorable Harry D. Leinenweber: Telephonic status hearing held and continued to 7/15/21 at 9:00 a.m. Telephonic status hearing set for 8/12/21 is vacated. Defendants waive appearances. Parties to confer regarding a proposed new trial date and submit their proposal to the Court on or before 7/8/21. The parties are still to file a joint proposed jury questionnaire or competing proposed jury questionnaires on or before 7/29/21. Mailed notice (maf)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.