1   UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF ILLINOIS
2              EASTERN DIVISION

3   UNITED STATES OF AMERICA,          )

4              Plaintiff,              )

5   vs.                                )   No. 19 CR 567

6   DERREL McDAVID, et al.,            )   Chicago, Illinois
                                       )   August 28, 2019
7              Defendants.             )   9:26 o'clock a.m.

8
               TRANSCRIPT OF PROCEEDINGS
9       BEFORE THE HONORABLE HARRY D. LEINENWEBER

10  APPEARANCES:

11     For the Plaintiff:      UNITED STATES ATTORNEY'S OFFICE
                               MS. ANGEL KRULL
12                             219 South Dearborn Street
                               Chicago, Illinois 60604
13                             312-353-5300

14
       For the Defendant      LAW OFFICE OF BEAU B. BRINDLEY
15     Derrel McDavid:        MR. BEAU B. BRINDLEY
                               53 West Jackson Boulevard
16                             Chicago, Illinois 60604
                               312-765-8878
17
                               VADIM A. GLOZMAN LTD.
18                             MR. VADIM A. GLOZMAN
                               53 West Jackson Boulevard
19                             Chicago, Illinois 60604
                               312-726-9015
20

21

22

23     Court Reporter:        FEDERAL OFFICIAL COURT REPORTER
                               MS. KRISTA BURGESON
24                             219 South Dearborn Street
                               Chicago, Illinois 60604
25                             312-435-5567
                               krista_burgeson@ilnd.uscourts.gov

09:26:16  1          THE COURTROOM DEPUTY:  19 CR 567, USA versus Derrell

09:26:18  2   McDavid.

09:26:18  3          MR. BRINDLEY:  Good morning, Your Honor.  Beau

09:26:18  4   Brindley and Vadim Glozman on behalf of Derrel McDavid, who is

09:26:19  5   present.

09:26:19  6          MR. GLOZMAN:  Good morning.

09:26:22  7          THE DEFENDANT:  Good morning.

09:26:23  8          MS. KRULL:  Good morning, Your Honor.  Angel Krull on

09:26:24  9   behalf of the United States.

09:26:27  10          PRE-TRIAL OFFICER:  Good morning.  Pre-Trial

09:26:34  11   Services.

09:26:34  12          THE COURT:  All right.

09:26:37  13          What is the difference between your two motions,

09:26:40  14   Mr. Brindley?  Maybe you could start by telling me that.

09:26:42  15          MR. BRINDLEY:  First of all, the first motion, Judge,

09:26:45  16   is a motion to modify his conditions overall such that he is

09:26:49  17   not subjected to a curfew and can deal with the business of

09:26:53  18   his restaurant at whatever hour is necessary, and can travel

09:26:57  19   for his businesses as needed without me having to come here

09:27:01  20   and make a motion every time.  That is the first one.

09:27:04  21          The second one has to do with an emergency situation,

09:27:07  22   I believe there was a death in the family that he needs to

09:27:10  23   travel for, and Mr. Glozman can address that one further.

09:27:13  24          MR. GLOZMAN:  Yes, Judge.

09:27:14  25          Earlier this week Mr. McDavid's cousin passed away.

09:27:18  1    There is a funeral service Saturday at 2:00 o'clock p.m. in

09:27:22  2    Minnesota.

09:27:23  3        So notwithstanding our original request to modify the

09:27:24  4    conditions of release, we are asking for him to be able to

09:27:26  5    drive to Minnesota from Thursday to Sunday to go to this.  I

09:27:30  6    spoke with Ms. Krull and she indicated this morning that she

09:27:32  7    had no objection to that specific request.

09:27:34  8        THE COURT:  Is that correct?

09:27:35  9        MS. KRULL:  That is correct.  I have no objection for

09:27:37  10   Mr. McDavid to attend the funeral.

09:27:41  11       THE COURT:  Okay.  We will grant that one.

09:27:46  12       Now, the second one is to release him and let him

09:27:49  13   behave like he is not under any --

09:27:49  14       MR. BRINDLEY:  Well, Judge, not exactly that.

09:27:50  15       We are proposing -- pre-trial has the capability, and

09:27:53  16   we have just confirmed, of putting him on a GPS ankle

09:27:58  17   bracelet, meaning that they will be able to monitor where he

09:28:00  18   is at any time.  And we believe if monitoring is required, and

09:28:04  19   the statute indicates that it is, then Mr. McDavid, given the

09:28:08  20   nature of the conduct that he is charged with, and his

09:28:13  21   history, is a person who does not need the more strict

09:28:17  22   scrutiny that has been imposed here.

09:28:19  23       Normally this statute is meant to protect the public

09:28:24  24   from predators, but nobody is even alleging that is

09:28:28  25   Mr. McDavid.  Mr. McDavid is alleged to have obtained child

09:28:32 1 pornography for basically the purpose of destruction and
09:28:37 2 obstruction of justice.  And he has no substantial criminal
09:28:38 3 history of any sort.
09:28:39 4         It is worthy of note, Judge, that Mr. McDavid was
09:28:43 5 subpoenaed by the Grand Jury in February of 2019, so he knew
09:28:48 6 all about this, and he traveled to and from Miami, Florida,
09:28:48 7 back and forth, with no issue, he has made no effort to leave,
09:28:57 8 he has done nothing wrong, and he surrendered himself to the
09:29:01 9 U.S. Marshal Service.
09:29:01 10        This is the kind of person in a normal case alleged
09:29:06 11 to have been involved in obstruction of justice conduct of
09:29:08 12 this sort that would make sense, in any other circumstance,
09:29:11 13 for him to not have ankle monitor at all.
09:29:14 14        Now, the statute, because of that which he is
09:29:16 15 charged, requires some kind of monitoring, and it indicates
09:29:20 16 that he has to comply with any specified curfew conditions.
09:29:25 17 And of course it is up to Your Honor to set any and specify
09:29:28 18 any.  And given that he is in the restaurant business, his
09:29:31 19 business is ongoing late at night and every night, he has to
09:29:33 20 deal with this business, it doesn't make sense.  And he also
09:29:36 21 has business around the country, and he should be able to
09:29:39 22 conduct this business.
09:29:40 23        That is all we are asking for, Judge.
09:29:42 24        THE COURT:  What kind of restaurants, singular and
09:29:48 25 plural, does he have?  There is one here in Chicago,

09:29:51  1  apparently?

09:29:53  2        MR. BRINDLEY:  Yes, Judge, and we can discuss it

09:29:55  3  under seal, but I don't want to -- I would be happy to do

09:30:00  4  that.

09:30:00  5        THE COURT:  What type of restaurant?

09:30:02  6        MR. BRINDLEY:  Mexican restaurant, Judge.

09:30:06  7        THE COURT:  And how many restaurants does he have

09:30:08  8  currently?

09:30:08  9        MR. BRINDLEY:  He has one here, and they have been in

09:30:11  10  the process of expanding, and that is what he is going to

09:30:14  11  Florida for.

09:30:16  12        THE COURT:  So he has one and he wants to have a

09:30:18  13  second one in Florida?

09:30:20  14        MR. BRINDLEY:  Yes, Judge.

09:30:21  15        He is also a certified public accountant who has

09:30:24  16  accounting clients around the country, too.

09:30:27  17        So in terms of doing his work, he really does need to

09:30:31  18  be able to travel, and under the circumstances, what he is

09:30:35  19  alleged to have done, and who he has been for his whole life,

09:30:39  20  there is no good reason why we need to have him under these

09:30:43  21  strict conditions, and we can relax them.  He is not going to

09:30:46  22  break them.

09:30:47  23        So if it is a GPS monitor he has to do, I know he has

09:30:51  24  to plug it in and change the batteries, he will do that.  But

09:30:54  25  this curfew that prevents him from being out when he needs to

09:30:58　1　be out to address things that come up at night at the

09:31:01　2　restaurant has been very difficult already, and that is why we

09:31:05　3　are here.

09:31:05　4　　　　　Given what he has done and alleged to have done, it

09:31:09　5　is not fair for him to be treated in the same way as other

09:31:12　6　people who are actual predators out there who we need to

09:31:16　7　protect the public from.  That is what these statutes are for.

09:31:20　8　　　　　So we need to make a modification, which we can.  The

09:31:22　9　statute says that he has to be monitored and he has to comply

09:31:29　10　with whatever specified conditions there are.  And if we can

09:31:31　11　make that as to curfew, if we can specify 24 hours, he can be

09:31:37　12　out and report as needed to Pre-Trial Services about where he

09:31:39　13　is going.

09:31:40　14　　　　　That would satisfy the statute and that is basically

09:31:43　15　what we need.

09:31:43　16　　　　　THE COURT:  Ms. Krull?

09:31:45　17　　　　　MS. KRULL:  Thank you, your Honor, a couple things.

09:31:46　18　　　　　Under the Bail Reform Act 3142, a curfew is mandated

09:31:51　19　for people who are charged with receiving child pornography.

09:31:54　20　It says, shall be imposed, this condition of a curfew shall be

09:31:59　21　imposed.  That was enacted under the Adam Walsh Act, and so it

09:32:04　22　is a mandatory condition.

09:32:05　23　　　　　Right now his curfew is 9:00 p.m.  In the initial

09:32:10　24　discussions with Mr. Glozman, the government agreed, based on

09:32:13　25　Mr. McDavid's work schedule, to extend that to midnight, and

09:32:17  1  even that we thought was generous, to allow that to midnight.

09:32:20  2  But there is no reason that he needs to be at this restaurant

09:32:23  3  beyond that.  He is not there running the day-to-day business,

09:32:27  4  he is an owner at this restaurant.

09:32:29  5       On top of that, Mr. McDavid is a very wealthy man.

09:32:33  6  He is not needed to work for livelihood.  Like a lot of other

09:32:38  7  defendants that you see before you, they need to have their

09:32:43  8  curfews extended for certain hours to allow them to work so

09:32:47  9  they can maintain their bills, pay their bills, and support

09:32:51  10  their family.  That is not the situation here.  Mr. McDavid is

09:32:55  11  a very wealthy man.  He does not need these extended

09:32:58  12  conditions to allow him to pay his bills.

09:33:01  13       Mr. McDavid is charged with very serious crimes here

09:33:05  14  and Mr. Brindley is minimizing the allegations against

09:33:09  15  Mr. McDavid.

09:33:10  16       The allegations against Mr. McDavid are that he

09:33:14  17  actually knew that Mr. Kelly was sexually abusing minors and

09:33:19  18  actively covered it up, it was intentional, and he took steps

09:33:23  19  to cover that up.  That he actually met some of these minors

09:33:27  20  and knew that -- and knew what Robert Kelly was doing to these

09:33:30  21  minors, and that he actively covered it up.  It is not

09:33:34  22  something like he was just speculating or guessing or maybe

09:33:38  23  had intuition that Mr. Kelly was doing this, no, the

09:33:41  24  allegation in the indictment is that he actually knew that

09:33:44  25  these things were happening, and that he covered them up.

09:33:48 1    That is a reason why these conditions are appropriate

09:33:51 2  here, and that is why he is charged with a statute that he is

09:33:54 3  charged with.  He actually received child pornography, child

09:33:57 4  pornography that he knew existed, child pornography that he

09:34:01 5  watched, child pornography that talked about -- where the

09:34:05 6  child's age was mentioned on the video.

09:34:07 7    THE COURT:  You say he took possession of it.  What

09:34:09 8  did he do with it?

09:34:10 9    MS. KRULL:  He took it on behalf of Robert Kelly and

09:34:13 10  hid it from the government.  This was happening when

09:34:16 11  Mr. Kelly's prior case was pending at the State's Attorneys'

09:34:20 12  Office at Cook County, and these videos that Mr. McDavid

09:34:24 13  possessed were of the same minor who was at issue at the case

09:34:31 14  pending before Cook County.

09:34:32 15    So that was critical evidence relating to that trial

09:34:37 16  that Mr. McDavid had in his possession, that he is currently

09:34:41 17  charged with.

09:34:42 18    THE COURT:  That is closer to obstruction of justice

09:34:45 19  as opposed to possession of pornography.  I mean, it is sort

09:34:50 20  of -- I mean, it is -- it is not the same.  I mean, I can

09:34:56 21  understand where you can make the argument that it fits the

09:35:01 22  crime, but it is not -- it is dissimilar in most respects.

09:35:05 23    MS. KRULL:  Correct.

09:35:06 24    THE COURT:  I mean, most of the time, in 99.99 -- in

09:35:10 25  fact, probably the first one I have ever had, I have had other

09:35:14  1  ones where the person possesses child pornography for purposes
09:35:18  2  of his own -- for the purpose of his own -- what is the term
09:35:22  3  that I am thinking of?
09:35:23  4            MR. BRINDLEY:  Enjoyment, I suppose, Judge.
09:35:24  5            MS. KRULL:  Sexual interest in minors.
09:35:27  6            THE COURT:  Okay, yes.
09:35:27  7            MS. KRULL:  And I have been clear all along, Your
09:35:29  8  Honor, that the allegation is not that Mr. McDavid --
09:35:32  9            THE COURT:  I know, it is different, he doesn't have
09:35:34  10  -- at least we don't know, I don't think it is charged, that
09:35:37  11  he had any kind of sexual interest in this kind of thing, it
09:35:42  12  was more obstruction of justice as opposed to -- it may fit
09:35:48  13  under the crime, I am not saying that he is innocent of the
09:35:52  14  crime, but it seems to me to be substantially different.
09:35:52  15            What is the view of Pre-Trial Services?
09:35:54  16            PRE-TRIAL OFFICER:  Pre-Trial Services would object
09:35:56  17  to defendant being placed on GPS and not having a curfew.
09:36:01  18            The supervising officer indicated to defense counsel
09:36:15  19  that Pre-Trial Services would be willing to discuss amending
09:36:18  20  to the defendant's curfew should the defendant be able to
09:36:22  21  provide verification that he does need to be at the restaurant
09:36:27  22  after the curfew that he has.  The curfew as it currently
09:36:30  23  stands is as directed by Pre-Trial Services, and so we do have
09:36:32  24  the ability to adjust it, but to this day we have not received
09:36:35  25  any verification that Mr. -- or that the defendant needs to be

09:36:40  1    at the place of employment past 9:00 p.m.  So that is why the

09:36:44  2    curfew stands.

09:36:47  3          THE COURT:  I don't think there is anything

09:36:49  4    particularly wrong with the defendant earning money while he

09:36:53  5    is awaiting trial, particularly if he owes attorney's fees.

09:36:57  6          MR. BRINDLEY:  Oh, he certainly does, and we need to

09:36:59  7    get them paid.

09:36:59  8          THE COURT:  And I don't make light of that.

09:37:02  9          But it seems to me that it is -- why doesn't midnight

09:37:06 10    work?

09:37:06 11          MR. BRINDLEY:  Judge, there are a couple of reasons.

09:37:08 12          THE COURT:  Or maybe on weekends he needs more time?

09:37:12 13          MR. BRINDLEY:  Part of it is when he needs to travel,

09:37:16 14    if he is going to travel, he will often travel overnight so he

09:37:20 15    can be there and have meetings in the morning in other places

09:37:24 16    like Florida, and so we are limiting his ability to do that.

09:37:28 17          What this ultimately seems to amount to to me, Judge

09:37:30 18    is placement of form over substance.  Substantively we are not

09:37:34 19    dealing with the kind of offender who needs these

09:37:36 20    restrictions, and pre-trial is focusing on the form rather

09:37:40 21    than the substance.

09:37:41 22          Your Honor today can issue an order that says he is

09:37:44 23    placed on a 24-hour curfew, which will allow him to be out,

09:37:47 24    and on GPS monitoring, and then pre-trial will have to do

09:37:52 25    that, and then they will know where he is at and he won't be

09:37:54  1   limited in an unfair way.

09:37:56  2          In restricting his ability to make money and to be

09:37:59  3   treated like he deserves to be treated in light of what is

09:38:03  4   alleged against him, rather than the category of crime, is --

09:38:06  5   see, the category of crime hurts him, not what he is alleged

09:38:10  6   to have done, he is alleged to having gotten rid of the stuff.

09:38:14  7   He didn't want it.

09:38:15  8          So as a result -- even by their allegation.

09:38:17  9          So as a result of that, Judge, treating him that way,

09:38:19  10  like one of these other offenders, isn't right, and it places

09:38:23  11  form over substance.

09:38:24  12         Pre-trial is not saying they can't put him on GPS

09:38:28  13  monitoring, they can, and they can --

09:38:29  14         THE COURT:  Let me ask about that.

09:38:31  15         If I ordered GPS is that workable?  Or why wouldn't

09:38:37  16  that be workable?

09:38:38  17         PRE-TRIAL SERVICES OFFICER:  It is workable, we do

09:38:40  18  have GPS technology, we just feel that based on the identified

09:38:45  19  risks that we outlined in our Pre-Trial Services report and

09:38:51  20  that --

09:38:51  21         THE COURT:  I don't believe I have a copy of that.

09:38:51  22  Does anyone have a copy of that?

09:38:53  23         Do you have yours?

09:38:55  24         PRE-TRIAL SERVICES OFFICER:  I do not.

09:38:56  25         MS. KRULL:  Your Honor, I don't believe one was ever

09:38:58    1    created for Mr. McDavid because we agreed on conditions.

09:39:02    2    There was not a contested detention hearing here.

09:39:05    3            THE COURT:  Okay.

09:39:05    4            MR. GLOZMAN:  And if there was never one created,

09:39:07    5    there were no identified risks then.

09:39:10    6            PRE-TRIAL SERVICES OFFICER:  There is one created for

09:39:11    7    all cases, but after a bond determination is made it is not

09:39:16    8    shared with all attorneys.

09:39:17    9            THE COURT:  What would be the -- you know, we have

09:39:18   10    discussed the --

09:39:19   11            I tend to agree with Mr. Brindley, you know, he is

09:39:22   12    not a routine type of child pornographer, in fact, he

09:39:29   13    certainly wasn't disseminating it, he was accepting it but not

09:39:35   14    for the usual purposes that people do that sort of thing, and

09:39:40   15    so I am wondering what identifiable danger there would be if

09:39:44   16    we let him go to Florida, for example.

09:39:48   17            PRE-TRIAL SERVICES OFFICER:  Your Honor, the Bail

09:39:52   18    Reform Act and the Adam Walsh Act all created these conditions

09:39:55   19    that pre-trial and probation are required to file, and --

09:39:58   20            THE COURT:  I understand that, but I am trying to get

09:40:01   21    to if -- I mean, is anybody telling me I don't have the

09:40:05   22    authority to do what Mr. Brindley wants?

09:40:07   23            MS. KRULL:  Your Honor, my understanding, and I am

09:40:09   24    reading directly from the release order here, it says that his

09:40:12   25    travel -- that he can travel as approved by Pre-Trial

| | |
|---|---|
| 09:40:17 | 1 |

Services. And so right now he does not have to come to court
to ask to go to Florida, he can just ask Pre-Trial Services
and they can --

THE COURT: Then what is the difference then?

MR. GLOZMAN: Judge, that is not accurate.

I actually called Pre-Trial about this and they said
that he --

THE COURT: Well, if she says he can travel, I don't
know how we have a problem. If he can travel he just has to
notify them that he is traveling.

MR. GLOZMAN: Judge, Pre-Trial is not allowing him to
travel without your permission because of the curfew. And so
because there is a curfew --

THE COURT: Okay, okay.

MS. KRULL: I think you could give Pre-Trial
discretion on that so we don't have to come to court every
time. Instead of making a blanket ruling today you could just
say that --

THE COURT: What I am thinking of is to eliminate the
curfew, allow him to travel provided he notifies ahead of time
his complete schedule, the usual one where we let a person
travel, and --

MR. BRINDLEY: Yes.

THE COURT: (Continuing) -- and if there are
problems, they can be brought to my attention, and then we can

09:41:19    1    do something about it.

09:41:21    2        But it seems to me that he shouldn't -- with the

09:41:28    3    particular charges, as I understand them, he should be

09:41:38    4    distinguished from other pornographers.

09:41:39    5        MS. KRULL: Your Honor, I have a request.

09:41:39    6        THE COURT: Yes.

09:41:42    7        MS. KRULL: Instead of just notice to Pre-Trial

09:41:43    8    Services, if Pre-Trial Services could approve the travel, so

09:41:45    9    they can verify the travel, since you are eliminating the

09:41:49   10    curfew, then there goes that problem. But I still think

09:41:52   11    Pre-Trial Services should have the ability to approve or

09:41:55   12    disapprove the travel based on the representations and the

09:41:58   13    proof offered as to the reason for the travel, and if there is

09:42:01   14    an issue after that --

09:42:02   15        THE COURT: Okay, I will say this, that he can travel

09:42:05   16    for purposes of business, and he can't travel to Florida

09:42:12   17    because it is warm and that sort of thing. So the Pre-Trial

09:42:18   18    Services could disallow it if it isn't for specific purposes

09:42:24   19    or for --

09:42:25   20        MR. BRINDLEY: Business purposes.

09:42:26   21        THE COURT: (Continuing) -- business purposes related

09:42:29   22    with his restaurant businesses.

09:42:32   23        MR. BRINDLEY: Yes, Your Honor.

09:42:32   24        MS. KRULL: Okay.

09:42:33   25        THE COURT: So we will do it that way.

09:42:33    1          MR. GLOZMAN:  And Your Honor, if there is just
09:42:35    2    another emergency, like this one, the funeral in Minnesota, it
09:42:42    3    was unexpected, that wouldn't fall into the category of
09:42:48    4    business travel.  So could that also go through Pre-Trial
09:42:51    5    Services rather than before Your Honor?
09:42:52    6          THE COURT:  I don't understand.  I authorized him to
09:42:55    7    go to the funeral.
09:42:56    8          MR. GLOZMAN:  I am saying if there is something in
09:42:58    9    the future that --
09:42:59   10          MR. BRINDLEY:  Like if another personal issue comes
09:43:02   11    up, can we go to Pre-Trial Services or do we have to come
09:43:07   12    before you?
09:43:07   13          THE COURT:  Are you expecting someone else to die?
09:43:12   14          THE DEFENDANT:  A lot of my relatives are old, Judge.
09:43:16   15          THE COURT:  Well, I am too.
09:43:19   16          MR. BRINDLEY:  Judge, if it is an emergency situation
09:43:21   17    like that, we can just come in.  That is easy enough.
09:43:25   18          THE COURT:  Okay.
09:43:25   19          MR. BRINDLEY:  I do want to clarify one thing about
09:43:27   20    his business, when he is traveling with business, he is in the
09:43:29   21    restaurant business, and he also has these accounting clients.
09:43:31   22    So I would like it to cover both, not just the restaurant
09:43:34   23    business but his accounting work as well.
09:43:34   24          THE COURT:  Okay.
09:43:36   25          MR. BRINDLEY:  So for a work-related purpose,

09:43:38   1   whatever it is, that is what I am asking.

09:43:40   2          THE COURT:  All right.  That seems to me that that is

09:43:42   3   reasonable.

09:43:43   4          MR. BRINDLEY:  All right.

09:43:44   5          Thank you, Your Honor.

09:43:44   6          THE DEFENDANT:  Thank you.

09:43:45   7          THE COURT:  Anything else?

09:43:46   8          MR. BRINDLEY:  No, Your Honor.

09:43:47   9          MR. GLOZMAN:  No, Your Honor.

09:43:47   10         MS. KRULL:  No, Your Honor.

09:43:49   11         THE COURT:  All right.

09:43:49   12

09:43:49   13         (The above-mentioned case was recalled as follows:)

09:44:28   14

09:44:29   15         THE COURT:  The question is, did I order GPS?  And

09:44:31   16   the answer is, yes, I meant I am ordering GPS, because that

09:44:34   17   was agreed to.

09:44:37   18         MS. KRULL:  Okay.

09:44:37   19         THE COURT:  So we are ordering GPS.

09:44:39   20         MS. KRULL:  Yes, your Honor.

09:44:40   21         MR. BRINDLEY:  Yes, we figured that.

09:44:41   22         THE COURT:  Just wanted to make sure.

           23         Okay.

           24         (Proceedings concluded.)

           25

1        C E R T I F I C A T E

2

3        I certify that the foregoing is a correct transcript

4    from the record of proceedings in the above-entitled matter.

5

6    /s/Krista Burgeson, CSR, RMR, CRR      May 28, 2021
     Federal Official Court Reporter       Date
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25