UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 19 CR 567 |
| ROBERT SYLVESTER KELLY, et al. | ) | |
| | ) | Judge Harry D. Leinenweber |

## WITHDRAWAL OF COUNSEL

Please take notice that Assistant United States Attorney Abigail Peluso is no longer assigned to this case.

        Respectfully submitted,

        JOHN R. LAUSCH, JR.
        United States Attorney

By:   */s/Abigail Peluso*
       ABIGAIL PELUSO
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 353-5342