# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                 Case No.: 1:19–cr–00567
                                                       Honorable Harry D. Leinenweber

Robert Sylvester Kelly, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 15, 2021:

      MINUTE entry before the Honorable Harry D. Leinenweber: Telephonic status hearing held on 7/15/21 as to all defendants. Defendants waive appearances. The trial date set for 9/13/21 and corresponding deadlines are vacated. Telephonic status hearing set for 9/17/21, stated on the record, is re–set to 9/22/21 at 9:00 a.m. Time is excluded to 9/22/21 pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B) in the interest of justice and for the reasons stated on the record. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.