UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES | ) | |
| | ) | 19 CR 567 |
| | ) | |
| v. | ) | Judge Harry D. Leinenweber |
| | ) | |
| KELLY et al | ) | |

### Attorney Designation

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case with respect to the United States. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By:     */s/ Shy Jackson*
SHY JACKSON
Assistant United States Attorney
219 South Dearborn Street, Fifth Floor
Chicago, Illinois 60604
(312) 886-1317

Dated:     September 21, 2021