# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.

Case No.: 1:19–cr–00567
Honorable Harry D. Leinenweber

Robert Sylvester Kelly, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 22, 2021:

MINUTE entry before the Honorable Harry D. Leinenweber: Telephonic status hearing held and continued to 10/20/21 at 9:00 a.m. Time is excluded to 10/20/21 pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B) in the interest of justice and for the reasons stated on the record. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.