# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                  Case No.: 1:19–cr–00567
                                                              Honorable Harry D. Leinenweber

Robert Sylvester Kelly, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 28, 2021:

    MINUTE entry before the Honorable Harry D. Leinenweber: Telephonic status hearing set for 10/20/21 is vacated. Video status hearing is set for 10/20/21 at 10:30 a.m. The Court orders all Defendants to appear via video conference. Counsel for the Parties to meet and confer regarding a plan for Defendant Kelly to appear via video for the conference. Counsel shall submit their plan to the Courtroom Deputy via email on or before 10/13/21. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.