## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 19 CR 567 |
| ) | |
| ROBERT KELLY ) | |
| ) | |
| Defendant. ) | |

**DEFENSE COUNSELS REQUEST TO WITHDRAW**

Now come all defense counsel for Defendant, Robert S. Kelly, in this matter, by and through his undersigned counsel, requesting they be allowed to withdraw as counsel of record. In support they states as follows:

1. Since first being indicted in this case defendant Kelly has been represented by attorneys Steven Greenberg, Michael Leonard, and Christopher Grohman.

2. Attorneys Greenberg and Leonard were also counsel in the New York case, until they requested to withdraw.

3. There has been an irretrievable breakdown in communications between counsel and client, and a fundamental disagreement regarding strategy, making continuing representation impossible.

WHEREFORE, counsel requests leave to withdraw.

                                                                         Respectfully submitted,

                                                                         */s/* Steven A. Greenberg
                                                                         *One of Defendant's Attorneys*

Attorneys for Defendant:

STEVEN A. GREENBERG
GREENBERG TRIAL LAWYERS
Attorney at Law
53 W. Jackson Blvd., Suite 1260
Chicago, IL 60604
(312) 879-9500
Steve@GreenbergCD.com

MICHAEL I. LEONARD
LEONARDMEYER, LLP
120 North LaSalle – 20th Floor
Chicago, Illinois 60602
(312)380-6659 (direct)
(312)264-0671 (fax)
mleonard@leonardmeyerllp.com

CHRISTOPHER T. GROHMAN
TAFT
111 East Wacker, Suite 2800
Chicago, IL 60601
P: +1 312 836-4109
C: +1 312 515 7313
cgrohman@taftlaw.com