# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.	Case No.: 1:19−cr−00567
Honorable Harry D. Leinenweber

Robert Sylvester Kelly, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 9, 2022:

MINUTE entry before the Honorable Harry D. Leinenweber: Video conference held and continued to 2/16/22 at 8:00 a.m. re: MOTION to withdraw as attorney for Defendant Robert Sylvester Kelly by Greenberg, Leonard, and Grohman [180]. Members of the public and media may dial +1−929−251−9612, access code: 27642553093, to join the conference by telephone. Observers of the hearing must remain on mute throughout the proceeding. Counsel of record have been given the video dial in instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.