## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: USA v. Robert Kelly

Case Number: 19-cr-00567-1

An appearance is hereby filed by the undersigned as attorney for:
Defendant, Robert Kelly

Attorney name (type or print): Jennifer Bonjean

Firm: Bonjean Law Group, PLLC

Street address: 750 Lexington Avenue, 9th Floor

City/State/Zip: New York, NY 10022

Bar ID Number: 6269443
(See item 3 in instructions)

Telephone Number: (718) 875-1850

Email Address: jennifer@bonjeanlaw.com

Are you acting as lead counsel in this case? ✔ Yes ☐ No

Are you acting as local counsel in this case? ✔ Yes ☐ No

Are you a member of the court's trial bar? ✔ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ✔ Yes ☐ No

If this is a criminal case, check your status.
✔ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 2/18/2022

Attorney signature: S/ JENNIFER BONJEAN

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015