# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                       Case No.: 1:19−cr−00567
                                                        Honorable Harry D. Leinenweber

Robert Sylvester Kelly, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 21, 2022:

      MINUTE entry before the Honorable Harry D. Leinenweber: Video status hearing held. Jury trial set for 8/1/22 is re−set to 8/15/22 at 10:00 a.m. for all defendants. In the interests of justice, time is excluded to 8/15/22 pursuant to 18 U.S.C. § 3161(h)(7)(A)(B). Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.