**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> **ROBERT SYLVESTER KELLY,** ) <br> **aka "R. Kelly," DERREL** ) <br> **McDavid, and MILTON** ) <br> **BROWN, aka "June Brown"** ) <br> ) | Case Number: 19-cr-00567 <br><br> Judge Harry D. Leinenweber |

### ORDER DIRECTING THAT A SEPARATE JURY PANEL BE SUMMONED

Pursuant to Local Rule 47.1(b), I am requesting that a separate jury panel be summoned for *United States v. Kelly*, 19 CR 00567, a case to be tried before the Honorable Harry D. Leinenweber.

This trial involves three defendants and is anticipated to last a month. The notoriety of the Defendants and length of the case requires a large pool of prescreened jurors.

It is further ordered that requests to be excused from service on this jury panel shall be decided by the Honorable Harry D. Leinenweber.

Jury selection is set for August 15, 2022.

_____
Honorable Rebecca R. Pallmeyer
Chief Judge
United States District Judge

DATE: June 16, 2022