UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ROBERT SYLVESTER KELLY, aka "R. Kelly,"<br>DERREL McDAVID, and<br>MILTON BROWN, aka "June Brown" | No. 19 CR 567<br><br>Judge Harry D. Leinenweber |

**PROTECTIVE ORDER GOVERNING COURT PROCEEDINGS**

Upon the motion of the government, and pursuant to Title 18, United States Code, Section 3771(a), it is hereby ORDERED:

1. At trial and during pre-trial and post-trial proceedings in this case, the victim-witnesses referred to as Minor 1, Minor 3, Minor 4, Minor 5, and Minor 6 in the superseding indictment shall be permitted to testify using pseudonyms or their first names only.

2. At trial and during pre-trial and post-trial proceedings in this case, the victim-witnesses referred to as Minor 1, Minor 3, Minor 4, Minor 5, and Minor 6 in the superseding indictment shall be referred to by pseudonyms or their first names only.

3. At trial and during pre-trial and post-trial proceedings in this case, Minor 1's mother shall be permitted to testify using a pseudonym and shall only be referred to by a pseudonym.

4. At trial and during pre-trial and post-trial proceedings in this case, the following information about Minor 1, Minor 3, Minor 4, Minor 5, Minor 6, Minor 1's mother, and Individual D, shall not be disclosed: addresses, full names of family members, or exact places of employment.

5. All documents that disclose the first and/or last names of Minor 1, Minor 3, Minor 4, Minor 5, Minor 6, and Minor 1's mother must be filed under seal. All publicly filed documents shall refer to those witnesses by a generic name, such as "Minor 1," or "Minor 1's mother."

6. This protective order supplements the previously entered Protective Order Governing Discovery (Docket No. 53). All of the provisions of the Protective Order Governing Discovery remain in place.

7. Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision hereof.

ENTER:

_____
HARRY D. LEINENWEBER
District Judge
United States District Court
Northern District of Illinois

Date: 7/7/2022