UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

UNITED STATES OF AMERICA
                      Plaintiff,

v.                                    Case No.: 1:19−cr−00567
                                    Honorable Harry D. Leinenweber

Robert Sylvester Kelly, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 2, 2022:

      MINUTE entry before the Honorable Harry D. Leinenweber: Video pretrial conference is set for 8/3/22 at 9:00 a.m. Dial in information has been provided to counsel. Members of the public may dial in using: 571−353−2301. Meeting ID: 971179555#. Persons granted remote access to proceedings are required to mute their lines upon entry. Persons found to have violated the prohibition against photographing, recording, and rebroadcasting of court proceedings may face sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.