# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA
                                       Plaintiff,

v.                                                                 Case No.: 1:19–cr–00567
                                                                 Honorable Harry D. Leinenweber

Robert Sylvester Kelly, et al.
                                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 3, 2022:

      MINUTE entry before the Honorable Harry D. Leinenweber: Video pretrial conference held. For the reasons stated on the record, the Government's motion to empanel a confidential jury [246] is granted. The Court's rulings on the motions in limine [211, 221, 224, 227, 231] can be found in the attached order. The Government's oral motion to conduct a remote examination of a witness is granted, without objection. The Government shall file its response to Defendant Brown's motion to compel discovery [247] on or before Friday, August 5, 2022. Brown may file a reply on or before Monday, August 8, 2022. The Government shall file its responses to Kelly's motions to introduce evidence under Rule 412 [237], Kelly's motion to compel discovery [242], and Kelly's motion to bar testimony from the Government's sexual abuse expert [243] on or before Monday August 8, 2022. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.