## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 19 CR 567 |
| ROBERT SYLVESTER KELLY, aka "R. Kelly," DERREL McDAVID, and MILTON BROWN, aka "June Brown" | Judge Harry D. Leinenweber |

## RE-NOTICE OF EMERGENCY MOTION

**PLEASE TAKE NOTICE** that on the 7th day of September 2022, at 9:45 a.m., we shall appear before the Honorable Harry D. Leinenweber, or any judge sitting his stead, in Room 2525 of the Everett McKinley Dirksen United States Courthouse, Chicago, Illinois, and shall then and there present ***Jim DeRogatis and The New Yorker Magazine's Emergency Motion to Quash Subpoena to Reporter and/or For a Protective Order,*** a copy of which is attached and served upon you.

Dated: September 6, 2022      **Jim DeRogatis and The New Yorker Magazine**

By: /s/ Seth A. Stern
One of their Attorneys

Damon E. Dunn, Esq. (ARDC # 06180629)
ddunn@fvldlaw.com
Seth A. Stern, Esq. (ARDC # 6300954)
sstern@fvldlaw.com
**FUNKHOUSER VEGOSEN LIEBMAN & DUNN, LTD.**
55 West Monroe Street, Suite 2300
Chicago, Illinois 60603
Telephone: (312) 701-6800
Facsimile: (312) 701-6801

## **CERTIFICATE OF SERVICE**

      The undersigned states that, on September 6, 2022, he e-filed by way of this Court's ECF filing system, the above Notice.

By:   <u>/s/ Seth A. Stern</u><br>
Counsel for Jim DeRogatis<br>
and The New Yorker Magazine