**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**USA,**

        **Plaintiff,**

    **v.**

**Robert Kelly,**

        **Defendant.**

**Case No. 19 CR 567**

**Judge Harry D. Leinenweber**

Counsel for defendant Kelly is hereby granted access to consult and visit with the defendant at the Metropolitan Correctional Facility over the weekend beginning September 9, 2022 through and including September 11, 2022.

_____
Harry D. Leinenweber, Judge
United States District Court

Dated: 9/9/2022