**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| USA | ) | Case No: 19 CR 567 - 1 |
|  | ) |  |
| v. | ) | Judge: Harry D. Leinenweber |
|  | ) |  |
| Robert Sylvester Kelly | ) |  |
|  | ) |  |

**<u>ORDER</u>**

Deliberations concluded. Trial ends - jury as to defendant Robert Sylvester Kelly. The jury returns the verdict as follows: Defendant Robert Sylvester Kelly has been found guilty as to Counts I, II, III, IX, X, XII of the indictment, and not guilty as to Counts IV, V, VI, VII, VIII, XI, and VIII of the indictment. Judgment of guilty entered on the verdict. Cause is referred to probation department for the preparation of a presentence investigation report. The probation office shall disclose the sentencing recommendation to the parties. Post trial motions shall be filed by 11/1/22, responses by 11/15/22. The Court will rule by mail. Sentencing set for 2/23/23 at 10:00 a.m.

(T:01:00)

Date: 9/14/22                                              /s/ Judge Harry D. Leinenweber