UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v. )<br>)<br>ROBERT SYLVESTER KELLY, )<br>   Also known as "R. Kelly," )<br>DERREL MCDAVID, and )<br>MILTON BROWN, )<br>   Also known as "June Brown" )<br>) | No. 19 CR 567<br><br><br>Hon. Harry D. Leinenweber |

**NOTICE OF MOTION**

To: All counsel of record

**PLEASE TAKE NOTICE**, that on Tuesday, November 1, 2022 at 9:30 a.m., counsel shall appear before the Honorable Judge Harry D. Leinenweber, and present Defendant Robert Sylvester Kelly's Unopposed Motion for Extension of Time to File Post-Trial Motions in the above-captioned matter.

BY: /s/ ASHLEY COHEN

Bonjean Law Group, PLLC
750 Lexington Ave., 9th Floor
New York, New York, 10022
ashley@bonjeanlaw.com