# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                                Case No.: 1:19–cr–00567
                                                             Honorable Harry D. Leinenweber

Robert Sylvester Kelly, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 31, 2022:

        MINUTE entry before the Honorable Harry D. Leinenweber: Defendant Kelly's unopposed motion for extension of time to 11/15/22 to file post–trial motions [346] is granted. Government's response by 12/6/22, defendant's reply by 12/20/22. The Court will rule by mail. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.