IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 19 CR 567 |
| v. ) | Hon. Harry D. Leinenweber |
| ) | |
| ROBERT SYLVESTER KELLY ) | |

### MOTION TO WITHDRAW AS COUNSEL

Attorney Diane O'Connell ("Movant") hereby moves to withdraw her appearance as counsel for Defendant Robert Sylvester Kelly. Movant states the following as grounds for this motion:

1. Movant has represented the Defendant as part of her employment with Bonjean Law Group, PLLC. ("Bonjean Law Group"). Movant will no longer be employed by Bonjean Law Group as of February 9, 2023.

2. Movant's withdrawal will not cause any prejudice in this case. Defendant continues to be actively represented by other attorneys from Bonjean Law Group.

WHEREFORE, for the reasons set forth in this motion, Movant respectfully requests that this Court grant the motion to withdraw Diane O'Connell's appearance as counsel for Defendant Robert Sylvester Kelly in the above-captioned case.

Respectfully submitted,

/s/ Diane O'Connell

Bonjean Law Group, PLLC.
53 W. Jackson, Ste. 315
Chicago, IL 60604
Tel: 718.875.1850
diane@bonjeanlaw.com