# EXHIBIT I

# PARK DIETZ & ASSOCIATES, INC.
## Forensic Experts

**Administrative Offices**

2906 Lafayette
Newport Beach, CA 92663
Tel: 949-723-2211
Fax: 949-723-2212
Email: expert@parkdietzassociates.com
Website: www.parkdietzassociates.com

- **Forensic Psychiatry**
- **Forensic Psychology**
- **Forensic Pathology**
- **Forensic Neurology**
- **Forensic Social Work**
- **Criminology**
- **Security**

## CURRICULUM VITAE (January 20, 2022)

### Park Dietz, M.D., M.P.H., Ph.D.

**CURRENT POSITIONS:**

1996-  President, Park Dietz & Associates, Inc., Newport Beach, California, and Washington, DC (Employer ID: 33-0690184) (PD&A is a multidisciplinary forensic firm that grew out of a forensic psychiatry practice begun in 1978.)

1990-  Clinical Professor of Psychiatry and Biobehavioral Sciences, Semel Neuropsychiatric Institute, David Geffen School of Medicine, University of California, Los Angeles

1987-  President, Threat Assessment Group,® Inc., Newport Beach, California (Employer ID: 54-1423864) (TAG is a workplace violence prevention firm offering training, products, and consulting services to mitigate behavioral risks.)

1987-  Forensic Psychiatry Consultant, Forensic Sciences Unit, New York State Police, Albany, New York

1981-  Consultant, Critical Incident Response Group, Behavioral Science Unit, Profiling and Behavioral Assessment Unit, Behavioral Analysis Units, and National Center for the Analysis of Violent Crime, F.B.I. Academy, Quantico, Virginia

**EDUCATION:**

1970 A.B.  Cornell University College of Arts and Sciences
Honors Program in Psychology, 1969-1970
Alpha Epsilon Delta, 1969 (Vice President)

Park Dietz, M.D., M.P.H., Ph.D.
Page 2

                Phi Beta Kappa, 1970
                Phi Kappa Phi, 1970
                A.B. *cum laude* in Psychology and With Distinction
                 in All Subjects, 1970

1975  M.D.     Johns Hopkins University School of Medicine
                 Alpha Omega Alpha, 1975

1975  M.P.H.  Johns Hopkins School of Hygiene and Public Health

1984  Ph.D.    Johns Hopkins University (Sociology)

## POSTGRADUATE TRAINING:

Residencies:

1975-1977   Assistant Resident, Department of Psychiatry and
               Behavioral Sciences, Johns Hopkins Hospital

1977-1978   Resident, Department of Psychiatry, Hospital of the
               University of Pennsylvania

Fellowships:

1973-1977   M.D.-Ph.D. Fellow, M.D.-Ph.D. Program in Behavioral
               Sciences, Johns Hopkins University (National Institute
               of General Medical Sciences Training Grant)

1976-1977   Robert Wood Johnson Foundation Clinical Scholar, Johns
               Hopkins University

1977-1978   Robert Wood Johnson Foundation Clinical Scholar,
               University of Pennsylvania

## FULL-TIME ACADEMIC APPOINTMENTS:

1975-1977   Fellow, Department of Psychiatry and Behavioral
               Sciences, Johns Hopkins University School of Medicine

1977-1978   Chief Fellow in Forensic Psychiatry, Center for Studies in
               Social-Legal Psychiatry, University of Pennsylvania
               School of Medicine

Park Dietz, M.D., M.P.H., Ph.D.
Page 3

1978-1982    Assistant Professor of Psychiatry, Harvard Medical
             School, at the McLean Hospital

1982-1986    Associate Professor of Law and of Behavioral Medicine
             and Psychiatry, University of Virginia Schools of Law
             and Medicine

1986-1989    Professor of Law and Professor of Behavioral Medicine
             and Psychiatry, University of Virginia

## VISITING AND ADJUNCT APPOINTMENTS:

1975-1978    Lecturer in the Department of Public Health
             Administration, Division of Forensic Pathology, Johns
             Hopkins School of Hygiene and Public Health

1980-1983    Lecturer in the Department of Health Services
             Administration, Division of Forensic Pathology, Johns
             Hopkins School of Hygiene and Public Health

1981-        Guest Lecturer, Behavioral Science Unit and National
             Center for the Analysis of Violent Crime, F.B.I.
             Academy, Quantico, Virginia

1983-1989    Lecturer in the Department of Health Policy and
             Management, Johns Hopkins School of Hygiene and
             Public Health

1987-1988    Adjunct Scholar, Foundation for American
             Communications (FACS), Los Angeles, California

2001-2010    Member, Research Advisory Board, Child Abduction and
             Serial Murder Investigative Resources Center and
             National Center for the Analysis of Violent Crime, F.B.I.
             Academy, Quantico, Virginia

2003         Visiting Professor of Psychiatry, University of Hawaii
             John A. Burns School of Medicine, Honolulu, Hawaii

2006         Visiting Professor of Psychiatry, University of Hawaii
             John A. Burns School of Medicine, Honolulu, Hawaii

2014-15      Distinguished Fellow, Center for Psychology & Law,
             School of Social Ecology, University of California,

Park Dietz, M.D., M.P.H., Ph.D.
Page 4

|  |  |
|---|---|
|  | Irvine |
| 2015-16 | Distinguished Fellow, Center for Psychology & Law, School of Social Ecology, University of California, Irvine |

## HOSPITAL AND ADMINISTRATIVE APPOINTMENTS:

| | |
|---|---|
| 1978-1982 | Assistant Psychiatrist, McLean Hospital, Belmont, Massachusetts |
| 1978-1980 | Director of Forensic Psychiatry, McLean/Bridgewater Project, Bridgewater State Hospital, Massachusetts Correctional Institution at Bridgewater |
| 1978-1982 | Director, Medical Criminology Research Center, McLean Hospital/Harvard Medical School |
| 1982-1988 | Medical Director, Institute of Law, Psychiatry and Public Policy, University of Virginia |
| 1983-1989 | Psychiatrist, University of Virginia Hospitals |
| 1987-1988 | Associate Director (Public Policy), University of Virginia Center for the Prevention of Disease and Injury |
| 1987-1990 | Advisory Board, Johns Hopkins Injury Prevention Research Center |

## INSTITUTIONAL COMMITTEE ASSIGNMENTS:

McLean Hospital
  Director, Forensic Psychiatry Fellowship Program, 1978-1980
  Member, Subcommittee on Clinical Research, Long Range Planning
    Committee, 1980
  Member, Subcommittee on New Frontiers, Long Range Planning
    Committee, 1980
  Chairman, Committee for the Scientific Review of Research,
    McLean/Bridgewater Program, 1978-1980

University of Virginia School of Law
  Academic Review Committee, 1984-1988
  Academic Policy and Grading Committee, 1985-1987
  Calendar Committee, 1984-1986

Park Dietz, M.D., M.P.H., Ph.D.
Page 5

Catalog Committee, 1984-1987
Law Enforcement Liaison Committee, 1986-1987
Library Committee, 1983-1988

University of Virginia School of Medicine
Director, Forensic Psychiatry Fellowship Program, 1982-1988

## LICENSURE (MEDICINE AND SURGERY) AND CERTIFICATION (PSYCHIATRY):

1975-1988    Maryland State Board of Medical Examiners License No. D18304 (currently on inactive status)

1977-2004    Pennsylvania State Board of Medical Education and Licensure Certificate No. MD-019311-E (currently on inactive status)

1978-1988    Massachusetts Board of Registration in Medicine Registration No. 043550 (currently on inactive status)

1979-        American Board of Psychiatry and Neurology (Psychiatry) Certificate No. 19765

1982-        Virginia State Board of Medicine License No. 0101-034874

## AWARDS AND HONORS:

1975    First Prize Award, John P. Rattigan Student Essay Competition, American Society of Law and Medicine

1977    Wendell Muncie Award, Maryland Psychiatric Society and Maryland Association of Private Practicing Psychiatrists

1979    Corresponding Member, Australian Academy of Forensic Sciences

1979    Fellow, American Academy of Forensic Sciences

1981    Honorary Member, Asociacion Mexicana de Medicina Legal

Park Dietz, M.D., M.P.H., Ph.D.
Page 6

| | |
|---|---|
| 1984 | Alumni Lecturer, Robert Wood Johnson Foundation Clinical Scholars Program Annual Meeting |
| 1986 | Krafft-Ebing Award, Psychiatry Section, American Academy of Forensic Sciences |
| 1986 | Fellow, American Psychiatric Association |
| 1988-89 | Sesquicentennial Associate, Center for Advanced Studies, University of Virginia |
| 1992-93 | Selected for The Best Doctors in America in the categories of "Forensic Psychiatry" and "Violence" (inaugural edition) |
| 1992 | Kenneth G. Gray Memorial Lectureship, Annual Meeting of the Canadian Psychiatric Association, Montreal, Quebec, (sponsored by the Kenneth G. Gray Foundation, Clarke Institute of Psychiatry, Toronto) |
| 1993 | Outstanding Service Award, American Academy of Psychiatry and the Law |
| 1993 | Citation for "Exceptional Service in the Public Interest," Louis Freeh, Director, Federal Bureau of Investigation |
| 2003 | Distinguished Fellow, American Psychiatric Association |
| 2009 | Citation as one of the "Top 25 Most Influential People in the Security Industry," Security magazine |
| 2010 | "Seymour Pollack Award for Distinguished Contributions to Education in Forensic Psychiatry," American Academy of Psychiatry and the Law |
| 2013 | G. Stanley Hall Distinguished Lecture in Clinical Psychology, Johns Hopkins University (sponsored by the Psi Chi Honors Society) |
| 2014 | Keynote Address, University of Pennsylvania Medical Alumni Weekend, May 16, 2014 |

Park Dietz, M.D., M.P.H., Ph.D.
Page 7

## NATIONAL PUBLIC POLICY ACTIVITIES:

1980-1982    Task Force on Families of Catastrophe (Mobilization I, The Iranian Hostage Crisis), The Family Research Institute, Purdue University

1984-1985    Committee on Trauma Research, National Research Council/National Academy of Sciences

1985-1986    Commissioner, Attorney General's Commission on Pornography, United States Department of Justice

1986    United States Delegate, Chancellor Helmut Kohl's Neurosciences and Ethics Conference, Bonn and Klostergut Jakobsberg, Federal Republic of Germany

## EDITORIAL BOARDS:

1974-1977    Assistant Editor, Johns Hopkins Medical Journal

1974-1988    Editorial Board, Bulletin of the American Academy of Psychiatry and the Law, Assistant Editor, 1974-1978; Associate Editor, 1978-1988)

1979-1990    Editorial Board, Psychiatric Journal of the University of Ottawa

1979-1994    Editorial Board, Journal of Forensic Sciences

1982-2000    Editorial Board, Behavioral Sciences and the Law

1984-1985    Associate Editor, Legal Aspects of Psychiatric Practice

2012-    Editorial Board, Journal of Threat Assessment and Management

Editorial consultant/reviewer for:

Accident Analysis and Prevention
American Journal of Epidemiology
American Journal of Psychiatry
American Journal of Public Health
Archives of General Psychiatry
Behavioral Sciences and the Law

Park Dietz, M.D., M.P.H., Ph.D.
Page 8

Biological Psychiatry
Bulletin of the American Academy of Psychiatry and the Law
Hospital & Community Psychiatry
Journal of Forensic Sciences
Journal of the History of the Behavioral Sciences
Journal of Nervous and Mental Disease
Journal of Psychiatric Research
Journal of Studies of Alcohol
Journal of Threat Assessment
Journal of Trauma
Law and Human Behavior
Psychiatric Journal of the University of Ottawa
Psychosomatics

**PROFESSIONAL SOCIETIES (MEMBERSHIPS, OFFICES, AND COMMITTEES):**

American Academy of Forensic Sciences
  Member, 1977-present
  Fellow, 1979-present
  Elective Offices:
    Chairman, Psychiatry Section, 1979-1982 (three terms)
    Fellow-at-Large, Psychiatry Section, 1982-1985
    Executive Committee, 1982-1985
  Annual Meeting Program Committee, 1979-1981
  Council, 1979-1982
  Nominating Committee, 1979-1982
  Membership Committee, 1979-1982
  Joint Committee on Accreditation of Training Programs in
    Forensic Psychiatry, 1980-1986

American Academy of Psychiatry and the Law
  Member, 1977-present
  Elective Offices:
    Secretary, 1979-1983 (two terms)
    Councilor (Executive Council), 1983-1984
    Vice President, 1984-1985
    Councilor (Executive Council), 1990-1993
    President-Elect, 1993-1994
    President, 1994-1995
    Immediate Past-President, 1995-1996
  Awards Committee, 1985-1987
  Budget Committee, 1995-1996
  Committee on Criminal Behavior, 1985-1990 (Chairman, 1985-

Park Dietz, M.D., M.P.H., Ph.D.
Page 9

    1990)
    Committee on International Relations, 1982-1984; 1989-1992
      (Chairman, 1982-1984)
    Education Committee, 1977-1981
    Ethics Committee, 1980-1982
    Executive Council, 1983-1996 (Chairman, 1994-1995)
    Long Range Planning Committee, 1996-1998
    Nominating Committee, 1983-1984, 1990-1997 (Chairman, 1994-1995)
    Committee on Liaison with the American Academy of Forensic
      Sciences, 1989-1994
    Committee on Research, 1984-1987
    Joint Committee on Accreditation of Training Programs in
      Forensic Psychiatry, 1980-1986
    Program Chairman, 10th Annual Meeting, Baltimore, Maryland,
      October 25-28, 1979
    Program Committee, 1977-1980 (Chairman, 1978-1979)
    Rappeport Travel Fellowship Committee, 1984-1985
    Task Force on Videotaping, 1993-1999
    Working Group on Death Penalty, 2021-

American Association for the Advancement of Science
  Member, 1981-1983, 1988-1993

American Psychiatric Association
  Member, 1977-present
  Fellow, 1986-2003
  Distinguished Fellow, 2003-2007
  Distinguished Life Fellow, 2007-present
  Consultant, Task Force on the Right to Treatment, 1974-1977
  Committee on Misuse and Abuse of Psychiatry in the United
    States, 1979-1980
  Committee on Abuse and Misuse of Psychiatry and Psychiatrists in
    the United States, 1980-1987 (Chairman, 1984-1986)
  Advisory Committee on the Paraphilias, Task Force on
    Nomenclature and Statistics (DSM-III-R), 1985-1987
  Advisory Committee on Disorders of Impulse Control Not Elsewhere
    Classified, Task Force on Nomenclature and Statistics (DSM-III-R), 1985-1987
  Adviser, Sexual Disorders, DSM-IV
  Adviser, Sexual Disorders, DSM-IV-TR

American Psychology-Law Society (Division 41, American
Psychological Association)

Park Dietz, M.D., M.P.H., Ph.D.
Page 10

Member-at-Large, 1979-unknown date

American Public Health Association
Member, 1974-1978

American Society of Criminology
Member, l974-1995

American Society of Law and Medicine
Member, 1974-1987

American Sociological Association
Member, 1975-1984
Publications Committee, Medical Sociology Section, 1977-1978

Association for the Advancement of Psychotherapy
Member, 1974-1979

Association of Directors of Forensic Psychiatry Fellowships
Founding Member, 1986-1988
Elective Office:  Vice President, 1986-1988

Forensic Mental Health Association of California
Member, 1989-unknown date

Forensic Science Society (Great Britain)
Member, 1973-unknown date

Group for the Advancement of Psychiatry
Member, then Corresponding Member, 1980-2015
Committee on Psychiatry and Law, 1980-unknown date

International Criminal Investigative Analysis Fellowship
Affiliate Member, Unknown date - present

Johns Hopkins Medical and Surgical Association
Member, 1975-present

Maryland Psychiatric Society
Member, 1977

Massachusetts Psychiatric Society
Member, 1978-1982
Judicial Action Committee, 1979-1982

Park Dietz, M.D., M.P.H., Ph.D.
Page 11

Orange County Psychiatric Society
  Member, 1990-present

Psychiatric Society of Virginia (formerly the Neuropsychiatric
Society of Virginia)
  Member, 1982-1990

Pennsylvania Psychiatric Society
  Member, 1977-1978

Society for the Study of Social Problems
  Member, 1970-1986

Society for the Scientific Study of Psychopathy
  Member, 2005-unknown date

**RESEARCH GRANTS:**

"Battery and Murder Defendants:  A Psychiatric and Criminological
Study," funded through a subcontract from the Center for the
Interdisciplinary Study of Criminal Violence at the University of
Pennsylvania, funded by National Institute of Justice grant No. 79-NI-
AX-0127, November 15, 1980, through September 30, 1982
($13,146).

"Psychiatrists and Their Settings:  Effects on Services," National Center
for Health Services Research grant No. 1R03-HS04414-01, May 1,
1981, through April 30, 1982 ($27,834).

"Violence and Mental Disorder:  The Choice of Public Figures as
Victims," National Institute of Justice grant No. 83-NI-AX-0005,
October 1, 1983, through September 30, 1988 ($399,813).

"Crimes against the Children and Families of Public Figures:  Stalking,
Threats, Kidnapping, and Murder," anonymously funded research,
February 26, 2003, through August 30, 2004.

**RESEARCH ADVISORY POSITIONS:**

1978-1981    Consultant, "Longitudinal Study of Biosocial Factors
             Related to Delinquency and Crime" (Law Enforcement
             Assistance Administration grant to the University of
             Pennsylvania; Principal Investigator:  Marvin Wolfgang)

Park Dietz, M.D., M.P.H., Ph.D.
Page 12

| | |
|---|---|
| 1979 | Technical Review Committee for Advocacy Demonstration Project, National Institute of Mental Health |
| 1979-1981 | Advisory Committee, "The Movement of Offender Populations Between Mental Health and Correctional Institutions" (Law Enforcement Assistance Administration grant to the University of California Irvine, and the New York Department of Mental Hygiene; Principal Investigators:  John Monahan and Henry J. Steadman) |
| 1979-1981 | Advisory Committee, "The Utilization of Psychiatric and Psychological Services by Criminal Court Judges" (Law Enforcement Assistance Administration grant to the Forensic Sciences Foundation; Principal Investigator: Jonas R. Rappeport) |
| 1980-1981 | Consultant, "Research on the Use of Children in Pornography" (National Center on Child Abuse and Neglect grant to Boston University; Principal Investigator:  Ann Wolbert Burgess) |
| 1984- 1992 | Board of Trustees, Forensic Sciences Foundation (Vice President, 1985-1986) |
| 2001- | Research Advisory Board, Child Abduction and Serial Murder Investigative Resources Center, F.B.I. Academy, Quantico, Virginia |

## SELECTED NOTABLE CASES THAT ARE PUBLIC INFORMATION:

| | |
|---|---|
| 1981-1982 | Consultant to the United States Attorney's Office, Washington, D.C., in U.S. v. John W. Hinckley, Jr. (attempted assassination of President Reagan) |
| 1982- | Consultant to the F.B.I., the National Food Processors Association, and various corporations in product tampering cases, beginning with the Chicago Tylenol murders |

Park Dietz, M.D., M.P.H., Ph.D.
Page 13

| | |
|---|---|
| 1982- | Consultant to the F.B.I. on unsolved serial homicides, serial bombings, serial rapes, and other active investigations |
| 1987-1988 | Consultant to the District Attorney of the County of New York, New York, in <u>People v. Robert Chambers</u> ("the Preppy Murder Case") |
| 1988 | Consultant to the Office of the Attorney General, State of New York, in the Grand Jury Investigation into allegations arising out of the matter of Miss Tawana Brawley (white law enforcement officials accused by Rev. Al Sharpton of kidnapping and raping African-American adolescent) |
| 1988 | Consultant to the Central Intelligence Agency in <u>Mrs. David Orlikow et al. v. United States of America</u> (alleged CIA-funded brainwashing of mental patients from 1957-61) |
| 1990 | Consultant to the United States Attorney's Office, New York, in <u>U.S. v. Dial Information Services Corporation of New York</u> (Dial-a-porn case; 2nd Circuit Opinion: 938 F.2d 1535 (2nd Cir. 1991)) |
| 1989-1990 | Consultant to the United States Attorney's Office, Los Angeles, California, in <u>U.S. v. Michael Lawrence Shields</u> (threats by stalker against Stephanie Zimbalist) |
| 1990 | Consultant to the District Attorney of Monroe County, New York, in <u>People v. Arthur Shawcross</u> (serial murders of prostitutes) |
| 1990-1991 | Consultant to the U.S. Department of Justice in <u>U.S. v. Walter Leroy Moody, Jr</u>. (VANPAC case: mail bombs killing U.S. Circuit Court Judge Robert Vance of the 11th Circuit Court of Appeals in Birmingham, AL, and a civil rights lawyer in Savannah, GA) |
| 1991 | Consultant to the Office of the Public Defender of Los Angeles County, California, in <u>People v. Robert Bardo</u> (murder of actress Rebecca Schaefer) |

Park Dietz, M.D., M.P.H., Ph.D.
Page 14

1991              Consultant to the Office of the District Attorney, San Diego County, California, in People v. Elizabeth Broderick (murder of ex-husband and his new wife)

1991-1992         Consultant to the California Department of Justice in William George Bonin v. Vasquez (federal habeas petition of "the Freeway Killer"; 9th Circuit Opinion: 59 F.3d 815 (9th Cir. 1995))

1991-1992         Consultant to the Office of the District Attorney, Milwaukee County, Wisconsin, in State v. Jeffrey L. Dahmer (serial murders of men)

1992-1995         Consultant to the plaintiff in Gary Ramona v. Marche Isabella, M.F.C.C., Richard Rose, M.D., et al. (induction of false memories is malpractice)

1992-1999         Consultant to the Office of the Attorney General, State of California, in People v. Charles Ng (serial murders with Leonard Lake)

1993-1995         Consultant to the Office of the District Attorney, Nassau County, New York, and Office of the District Attorney, Suffolk County, New York, in People v. Joel Rifkin (serial murders of prostitutes)

1994              Consultant to the Office of County Attorney, Lancaster County, Nebraska, in People v. Arthur McElroy (attempted mass murder on campus of University of Nebraska, Lincoln)

1994              Consultant to the United States Attorney's Office, Washington, D.C., in U.S. v. James E. Swann, Jr. (serial murders by the "Shotgun Stalker")

1994-1995         Consultant to the defense in People of New York v. Ricardo Caputo (serial murders of lovers)

1994-1995         Consultant to the United States Attorney's Office, Rochester, NY, in U.S. v. Earl H. Figley and U.S. v. Michael T. Stevens (serial mail bombings and homicide)

Park Dietz, M.D., M.P.H., Ph.D.
Page 15

1994-1995    Consultant to the Office of the District Attorney, Nassau County, New York, in <u>People v. Colin Ferguson</u> (mass murder on the Long Island Railroad)

1994-1995    Consultant to the Solicitor for the 16th Circuit, SC, in <u>People v. Susan Smith</u> (mother rolled car into lake, drowning her two children)

1994-1996    Consultant to the Office of the District Attorney, Sonoma County, California, in <u>People v. Richard Allen Davis</u> (abduction and murder of Polly Klaas)

1994-1996    Consultant to the defense in <u>People of California v. Ernesto Anguiano</u> (homicides of defendant's nephew and mother in the belief they were vampires)

1994-1996    Consultant to the Office of the District Attorney, Los Angeles, California, in <u>People v. Lyle and Erik Menendez</u> (double murder of parents)

1994-1996    Consultant to the Office of the District Attorney, New York, New York, in <u>People v. William Tager</u> (murder of NBC stage hand outside the "Today" show)

1994-1997    Consultant to the Office of the Public Defender, Orange County, California, in <u>People v. John Famalaro</u> (abduction and murder of woman whose body was kept in a freezer for years)

1995-1996    Consultant to the Office of the District Attorney, Norfolk County, Massachusetts, in <u>Commonwealth v. John Salvi</u> (murders at abortion clinics)

1995-1997    Consultant to the defense in <u>Estate of Shane Curry v. The Armada Inn</u> (Ohio civil suit alleging negligent security in the death of NFL football player)

1996-1997    Consultant to the plaintiffs in <u>Goldman v. O.J. Simpson</u> (civil suit for the murder of Ronald Goldman and Nicole Brown Simpson)

1996-1997    Consultant to the Office of the United States Attorney, Philadelphia, Pennsylvania, in <u>U.S. v. John Bennett, Jr.</u> (the New Era Philanthropy fraud case)

Park Dietz, M.D., M.P.H., Ph.D.
Page 16

1996-1997    Consultant to the Office of the District Attorney, San Diego County, California, in <u>People v. Joshua Jenkins</u> (juvenile murdered five family members)

1996-1997    Consultant to the Office of the District Attorney, Delaware County, Pennsylvania, in <u>Commonwealth v. John duPont</u> (murder of Olympic wrestler Dave Schultz)

1996-1998    Consultant to the Office of the Attorney General, Delaware, in <u>Delaware v. Amy Grossberg</u> (neonaticide)

1996-1998    Consultant to the United States Department of Justice in <u>U.S. v. Theodore Kaczynski</u> (the Unabom case)

1996-2000    Consultant to the defense, <u>Schaeffer v. Vera Wang Bridal Salon and Hotel Carlyle</u> (negligent security claim against bridal salon victimized by armed robbers)

1997-1998    Consultant to the Monmouth County Prosecutor's Office in <u>New Jersey v. Melissa Drexler</u> (the "Prom Mom" case)

1997-1998    Consultant to the Office of the District Attorney, Queens County, New York, in <u>People v. Heriberto Seda</u> ("Zodiac killer")

1998-1999    Consultant to the Office of the District Attorney, Madison, Wisconsin, in <u>Wisconsin v. Salim Amara</u> (defendant threw gasoline on bus passengers and ignited it)

1998-2000    Consultant to the Office of the District Attorney, Westchester County, New York, in <u>People v. Michael Laudor</u> (Yale Law School graduate killed fiancé in the deluded belief she was a robot)

1998-2000    Consultant to the Office of the District Attorney, Dutchess County, New York, in <u>New York v. Kendall Francois</u> (serial killings of prostitutes, whose bodies were found in the defendant's parents' home)

1998-2005    Consultant to the United States Attorney's Office, Washington, D.C., in <u>U.S. v. Russell E. Weston</u> (killings

Park Dietz, M.D., M.P.H., Ph.D.
Page 17

|  | of two officers of the U.S. Capitol Police at the U.S. Capitol) |
|---|---|
| 1999 | Consultant to the Office of the District Attorney, Lane County, Oregon, in Oregon v. Kipland Phillip Kinkel (school shootings) |
| 1999 | Consultant to the defense, Amedure v. Warner Bros. et al. (Jenny Jones show murder case) |
| 1999-2000 | Consultant to the United State's Attorney's Office, Fresno, California, in U.S. v. Cary Anthony Stayner (Yosemite murders) |
| 1999-2000 | Consultant to the Office of the District Attorney, Rockdale County Judicial Circuit, Georgia, in Georgia v. Anthony B. Solomon, Jr. (school shooting) |
| 1999-2000 | Consultant to the Office of the Public Defender, Orange County, California, in People v. Steven Abrams (killing of two children at preschool) |
| 1999-2000 | Consultant to the Office of the District Attorney, Riverside County, California, in People v. Joseph Neale (attempted murder of the mayor and city council) |
| 1999-2000 | Consultant to the defense, Hawaii v. Byran Uyesugi (mass murder at Xerox by employee) |
| 1999-2001 | Consultant to the United State Attorney's Office, Los Angeles, California, in U.S. v. Buford Furrow, Jr. (shootings of children at the Jewish Community Center and murder of a mail carrier by Aryan Nations associate) |
| 2000-2001 | Consultant to the San Francisco Public Defender's Office, San Francisco, California, in People v. Jonathan Haynes (homicides of hair colorist and plastic surgeon because they traded in "fake Aryan cosmetics") |
| 2000-2001 | Consultant to the Office of the District Attorney, Orange County, California, in People v. Edward Allaway (restoration of sanity of man acquitted by reason of |

Park Dietz, M.D., M.P.H., Ph.D.
Page 18

insanity for 1976 mass murder at California State University, Fullerton)

2000-2002   Consultant to the Office of the District Attorney, Jefferson County, Colorado re. the Columbine Psychiatric Autopsy Project (mass murder and suicides by Eric Harris and Dylan Klebold at Columbine High School in April 1999)

2000-2002   Consultant to the Mariposo County, California, District Attorney's Office in People v. Cary Anthony Stayner (murder of three tourists in Yosemite)

2001-2006   Consultant to the Office of the District Attorney, Harris County, Texas, in Texas v. Yates (mother charged with drowning her five children)

2002-2004   Consultant to the United States Attorney's Office, Cedar Rapids, Iowa, in U.S. v. Helder (serial mailbox bombings in Nebraska, Colorado, Texas, Illinois, and Iowa)

2003        Consultant to the Office of the District Attorney, Prince William County, Virginia, in Commonwealth of Virginia v. John Allen Muhammad (sniper shootings)

2003        Consultant to the Office of the District Attorney, Fairfax County, Virginia, in Commonwealth of Virginia v. John Lee Malvo (sniper shootings)

2003        Consultant to the Office of the U.S. Attorney, Salt Lake City, UT, re. U.S. v. Brian David Mitchell (Elizabeth Smart kidnapping)

2003-2005   Consultant to the United States Attorney's Office, Birmingham, Alabama, in U.S. v. Eric Rudolph (serial bombings)

2004-2008   Consultant to the United States Attorney's Office, Kansas City, Missouri, in U.S. v. Lisa Montgomery (alleged fetus abduction homicide)

2005-2010   Consultant to the Habeas Corpus Resource Center re. Troy Ashmus v. Warden (sexual homicide of child)

Park Dietz, M.D., M.P.H., Ph.D.
Page 19

| | |
|---|---|
| 2006-2009 | Consultant to the Maricopa County District Attorney's Office, Phoenix, Arizona, in <u>People of Arizona v. Samuel Dieteman and Dale Hausner</u> (sniper shootings) |
| 2007-2009 | Consultant to the California Attorney General's Office re. <u>Douglas Daniel Clark v. Warden</u> (serial killings known as the work of the "Sunset Slasher" or "Sunset Slayer") |
| 2008-2009 | Consultant to the California Attorney General's Office re. <u>Michael Dee Mattson v. Warden</u> (serial killings) |
| 2008-2009 | Consultant to the San Joaquin County District Attorney's Office in <u>People of California v. Roger Kibbe</u> (the "I-5 Strangler" serial murders) |
| 2009 | Consultant to the Skagit County Prosecuting Attorney, Mt. Vernon, WA, in <u>People of Washington v. Isaac Zamora</u> (mass murder) |
| 2010- | Consultant to the Boys Scouts of America in civil suits alleging inappropriate conduct by participants in scouting |
| 2010-2015 | Consultant to appellant <u>in Re.: Cory Morris</u> (post-conviction relief for New Mexico serial killer accused of necrophilic motive) |
| 2010-2014 | Consultant to the United States Attorney's Office, St. Louis, MO, in <u>US v. Edward Bagley, Sr., et al.</u> (sadomasochistic sex trafficking) |
| 2010-2014 | Consultant to the defense in <u>U.S. v. David H. Brooks</u> (white collar crimes) |
| 2010-2011 | Consultant to the plaintiff in <u>Stevens v. U.S.</u> (anthrax attack) |
| 2011-2012 | Consultant to the United States Attorney's Office, Tucson, AZ, in <u>U.S. v. Jared Loughner</u> (Tucson mass murder and assassination attempt) |

Park Dietz, M.D., M.P.H., Ph.D.
Page 20

| | |
|---|---|
| 2011-2013 | Consultant to the defense in litigation filed against PG&E in connection with an explosion and fire in San Bruno, CA. |
| 2011- 2017 | Consultant to the Orange County, CA, District Attorney's Office, and Office of the California Attorney General in <u>People of California v. Scott Evans Dekraai</u> (mass murder) |
| 2011-2015 | Consultant to the defense in <u>Deepak Kalpoe and Satish Kalpoe v. Phillip C. McGraw, CBS Television Distribution Group F/K/A/ CBS Paramount Domestic Television, Peteski Productions, Inc., et al.</u> (civil suit alleging defamation of the Kalpoe brothers for their involvement in the disappearance of Natalee Holloway in Aruba) |
| 2012 | Consultant to the Office of the U.S. Attorney, Anchorage, AK, in <u>U.S. v. Israel Keyes</u> (serial murder, including the abduction and murder of Samantha Koenig) |
| 2012-2013 | Consultant to the Orange County, CA, District Attorney's Office in <u>People of California v. Itzcoal Ocampo</u> (serial murders) |
| 2012-2013 | Consultant to the Marin County, CA, District Attorney's Office in <u>People of California v. Joseph Naso</u> (serial murders, 1970s-1990s) |
| 2012-2014 | Consultant to the Federal Defenders of New York in <u>U.S. v. Gilberto Valle</u> (alleged "cannibal cop") |
| 2012-2014 | Consultant to the defense in the Miramonte School Case (allegations of teacher feeding semen to elementary school children) |
| 2012-2018 | Consultant to the Orange County, CA, District Attorney's Office in <u>People of California v. Andrew Urdiales</u> (serial murders) |
| 2014-2015 | Consultant to the defense in <u>U.S. v. Ross Ulbricht</u> (prosecution of alleged founder of Silk Road) |

Park Dietz, M.D., M.P.H., Ph.D.
Page 21

2014-2015 Consultant to the defense in <u>People of New York v. Gigi Jordan</u> (homicide of autistic child by mother)

2014-2015 Consultant to the U.S. Department of Justice and the Office of the U.S. Attorney, Boston, MA, in <u>U.S. v. Dzhokhar Tsarnaev</u> (Boston Marathon Bombing mass murder)

2014- Consultant to the Orange County, CA, District Attorney's Office in <u>People of California v. Franc Cano and Steven Gordon</u> (serial murders)

2015-2019 Consultant to the Office of the U.S. Attorney, Washington, D.C., in <u>U.S. v. Diana Lalchan</u> (domestic homicide)

2016-2017 Consultant to the U.S. Department of Justice and U.S. Attorney's Office, Charleston, S.C., in <u>U.S. v. Dylann Storm Roof</u> (mass murder at the African Methodist Episcopal Church, Charleston, S.C.)

2017 Consultant to the NCAA in <u>Paterno v. NCAA</u> (alleged defamation)

2017 Consultant to the defense in <u>Leath Rothman v. Peteski Productions, Inc., CBS Studios, Inc., Dr. Phil McGraw, et al.</u> (civil suit alleging false imprisonment and intentional infliction of emotional distress)

2017-2019 Consultant to Montana Attorney General's Office in <u>People v. Lloyd Barrus</u> (murder of Sheriff Deputy and fatal shoot out with law enforcement by anti-government man)

2018-2019 Consultant to the U.S. Department of Justice and U.S. Attorney's Office, Peoria, IL, in <u>U.S. v. Brendt Christensen</u> (kidnapping and murder of Chinese graduate student)

2018-2019 Consultant to the Federal Public Defender's Office, District of Alaska, in <u>U.S. v. James Wells</u> (double homicide on Coast Guard base)

Park Dietz, M.D., M.P.H., Ph.D.
Page 22

2018-          Consultant to the defense in Estate of Childress v. Las
               Vegas Metropolitan Police Department, et al. (fugitive's
               suicide by cop)

2018-2021      Consultant to the U.S. Department of Justice and U.S.
               Attorney's Office, Middle District of Florida, in U.S. v.
               Jarvis Wayne Madison (capital murder uxoricide)

2018-          Consultant to Monmouth County, NJ, Prosecutor's Office
               re. People v. Scott Kologi (familicide by 16 year old)

2018-          Consultant to U.S. Attorney's Office re. U.S. v. Ryan
               Phillip Schlesinger (murder of U.S. Marshal)

2019-2021      Consultant to Douglas County, Colorado, District
               Attorney's Office in People v. Devon Erickson and Maya
               Elizabeth McKinney a/k/a Alec McKinney (fatal school
               shooting)

2019-          Consultant to U.S. Department of Justice Civil Rights
               Division re. U.S. v. Robert Dear (mass murder at
               Planned Parenthood)

2020-2021      Consultant to U.S. Department of Justice, Tax Division
               re. US v. Robert T. Brockman (largest tax evasion case
               in U.S. history)

2021           Consultant to the defense, U.S. v. Ghislaine Maxwell
               (sex trafficking)

**EXPERT TESTIMONY, APRIL 1990-PRESENT:**

Joanne Goldman v. Sol I. and Gladys L. Goldman (Bangor, Maine)
Testified at deposition, 4/2/90

Armijo vs. Border Area Mental Health (Albuquerque, New Mexico)
Testified at deposition, 5/1/90

U.S. v. Dial Information Services Corporation of New York (New York,
New York) [2nd Circuit Opinion: 938 F.2d 1535 (2nd Cir. 1991)]
Testified at deposition, 5/13/90
Testified in court (trial or hearing), 5/14/90

Jane Doe v. Stuart Brown, M.D. (San Diego, California)

Park Dietz, M.D., M.P.H., Ph.D.
Page 23

Testified by deposition, 6/6/90

Carin Evans vs. Richard Benton, Ph.D. (Houston, Texas)
Testified at deposition, 5/25/90
Testified at deposition, 6/27/90

Curran v. Mount Diablo Council, Boy Scouts of America (Los Angeles, California)
Testified at deposition, 8/14/90

Izbicki v. Ridgeview (Atlanta, Georgia)
Testified at deposition, 8/27/90

Rima v. Kaiser Permanente (Fairfax, Virginia)
Testified at deposition, 8/17/90

U.S. v. Shields (Los Angeles, California)
Testified at sentencing hearing, 10/25/90

People v. Arthur J. Shawcross (Rochester, New York)
Testified at trial, 11/90 and 12/90

U.S. v. Walter Leroy Moody (Birmingham, Alabama; Atlanta, Georgia; and Savannah, Georgia)
Testified at trial, 12/13/90

McNeil v. P.F.I. (New York, New York)
Testified at deposition, 1/15/91

U.S. v. Keith Gordon Ham, et al. (Wheeling, West Virginia)
Testified at trial, 3/14/91

U.S. v. Randy Ryan (Birmingham, AL)
Testified at hearing, 3/15/91

Teresa Janus, Individually and as Special Administratrix of the Estate of Adam Janus, Deceased, vs. McNeil Consumer Products Company, a Division of McNeil-PPC, Inc.; and McNeilab, Inc. (Minneapolis, Minnesota)
Testified at deposition, 4/19/91

Vance v. Krause  (DeKalb County, Georgia)
Testified at trial, 5/17/91

Park Dietz, M.D., M.P.H., Ph.D.
Page 24

<u>State of New Mexico v. Chester, M.D.</u> (Albuquerque, NM)
Testified at trial, 8/5/91

<u>People of California v. Robert John Bardo</u> (Los Angeles, California)
Testified for 6 days, ending 10/24/91

<u>Mertz v. Brzeski</u> (Milwaukee, Wisconsin)
Testified at deposition, 10/30/91

<u>People of California v. Elizabeth Broderick</u> (San Diego, California)
Testified at trial, 11/26/91 and 11/27/91

<u>Senyard v. Radisson Hotel Stemmons</u> (Dallas, Texas)
Testified by telephone deposition, 1/3/92

<u>William George Bonin v. Vasquez</u> (Los Angeles, California)
Testified at federal habeas hearing, 1/29/92

<u>State of Wisconsin v. Jeffrey L. Dahmer</u> (Milwaukee, Wisconsin)
Testified at trial, 2/12/92 and 2/13/92

<u>Gregorio Garcia, et al. v. Avala of Texas, Inc., et al.</u> (Houston, Texas)
Testified at deposition, 1/21/92
Testified at trial, 3/10/92 and 3/11/92

<u>Moore et al. v. Serrano</u> (Houston, Texas)
Testified at trial, 4/30/92

<u>McWhorter and Daneker v. Burroughs Wellcome Company</u> (Seattle, Washington)
Testified at deposition, 5/28/92

<u>U.S. v. Loren Bellrichard</u> (Minneapolis, Minnesota)
Testified at sentencing, 6/29/92 and 6/30/92

<u>K.P./S.D. v. YMCA of Greater Miami</u> (Miami, Florida)
Testified at deposition, 11/23/92

<u>State of South Carolina v. Johnnie Kenneth Register, II</u> (Conway, South Carolina)
Testified at trial, 1/22/93

<u>Commonwealth of Massachusetts v. Kenneth G. Seguin</u> (Cambridge, Massachusetts)

Park Dietz, M.D., M.P.H., Ph.D.
Page 25

Testified at trial, 1/27/93 and 1/28/93

People of California v. Dale Akiki (San Diego, California)
Testified at trial, 11/1/93

Economy Fire & Casualty Co. v. Betty Ann Haste, et al. (Springfield, Missouri)
Testified at deposition, 11/18/93

Commonwealth of Pennsylvania v. Mari Molasky (Doylestown, Pennsylvania)
Testified at trial, 1/6/94

People of California v. Tiffany N. Sandeffer (Vista, California)
Testified at trial, 3/14/94 and 3/23/94

Gary Ramona v. Richard Rose, et al. (Napa Valley, California)
Testified in depositions, 2/5/92, 6/24/92, and 8/5/92
Testified at evidentiary hearing, 4/22/93 and 4/23/93
Testified at trial, 3/29/94 and 3/30/94

People of New York v. Joel Rifkin (Mineola, New York)
Testified at trial, 5/3/94, 5/4/94, and 5/5/94

R.M., etc., et al. v. A & M Industries et al. (Fort Lauderdale, Florida)
Testified at deposition, 5/27/94

Crews v. Wake County Hospital System and ServiceMaster (Wake County, New Carolina)
Deposition by telephone, 6/28/94

U.S. v. James E. Swann, Jr. (Washington, D.C.)
Testified at trial, 9/26/94

A.H. et al. v. Mercy Hospital of Laredo et al. (Laredo, Texas)
Testified at deposition, 10/28/94

Nebraska v. Arthur McElroy (Lincoln, Nebraska)
Testified at trial deposition, 11/11/94

People of California v. Richard A. Davis (Santa Rosa, California)
Testified at pretrial hearing, 6/5/95
Testified at trial, 5/21/96

Park Dietz, M.D., M.P.H., Ph.D.
Page 26

<u>People of California v. LaBerge</u> (Vista, California)
Testified at motion hearing, 6/12/95

<u>In the Matter of the Appeal by John Perry</u> (Sacramento, California)
Testified at administrative hearing, 6/29/95

<u>Jerner v. Allstate</u> (Orlando, Florida)
Testified at evidentiary hearing, 9/1/95

<u>Am. Natl. Fire Ins. Co. v. Birmingham Fire Ins. Co.</u> (Houston, Texas)
Testified at deposition, 10/4/95

<u>People of CA v. Erik Menendez</u> (Los Angeles, California)
Testified at trial, 2/8/96 and 2/9/96

<u>Young v. Johnny's Hot Dog Stand</u> (Los Angeles, California)
Testified at deposition, 2/16/96
Testified at deposition, 8/23/96

<u>Garcia v. Fowler</u> (Albuquerque, New Mexico)
Testified at deposition, 2/26/96

<u>People of CA v. Sally McNeil</u> (San Diego, California)
Testified at trial, 3/13/96

<u>Fuscardo v. Lorello</u> (Weirton, West Virginia)
Deposition testimony, 4/19/96.

<u>Allen Klanika v. Stop 'N Go Markets of Texas</u> (Dallas, Texas)
Testified at deposition, 5/10/96
Testified at trial, 6/27/96

<u>Kathleen Ferguson v. US West Communications</u> (Denver, Colorado)
Testified at arbitration, 5/17/96

<u>Galligan v. Pyramid Management Group, et al.</u> (Boston, Massachusetts)
Testified at deposition, 6/5/96

<u>Estate of Shane Curry v. The Armada Inn</u> (Cincinnati, Ohio)
Testified at deposition, 6/6/96

<u>Goldman v. O.J. Simpson</u> (Los Angeles, California)
Testified at deposition, 8/22/96

Park Dietz, M.D., M.P.H., Ph.D.
Page 27

Testified at hearing, 11/7/96

State of Wisconsin v. Joseph Clark (Baraboo, Wisconsin)
Testified at trial, 9/17/96

Monney v. H.E. Butt Grocery Co (San Antonio, Texas)
Testified at deposition, 10/1/96

People of California v. Ernesto Anguiano (San Mateo, California)
Testified at trial, 10/8/96 and 10/9/96

Tracy/Vanderpool v. Holiday Inns (Long Beach, California)
Testified at deposition, 10/24/96
Testified at trial, 5/15/98 and 5/18/98

U.S. v. Gerard Gallant (Sacramento, California)
Testified at trial, 11/20/96

U.S. v. Norman Yazzie  (Phoenix, Arizona)
Testified at trial, 12/18/96

Commonwealth of PA v. John duPont (Media, Pennsylvania)
Testified at trial, 2/12/97 and 2/13/97

Matthews v. Roman Catholic Bishop of Portland (Portland, Maine)
Testified at deposition, 3/11/97

People of CA v. Joshua Jenkins (Vista, California)
Testified at trial, 3/19/97, 3/20/97, and 3/21/97

U.S. v. John Bennett (Philadelphia, Pennsylvania)
Testified at trial, 9/18/97

Cannon v. Marriott (St Louis, Missouri)
Testified at trial, 10/3/97

Ryan v. Kempner (Winston-Salem, North Carolina)
Testified at deposition, 10/21/97

Smith v. City of Santa Rosa (Santa Rosa, California)
Testified at deposition, 10/28/97

Sears Canada Coroner's Inquest (Chatham, Ontario, Canada)
Testified at inquest, 11/13/97

Park Dietz, M.D., M.P.H., Ph.D.
Page 28

Texas State Board of Medical Examiners v. James C. Johnston, M.D. (Houston, Texas)
Testified through deposition by written questions, 11/25/97 and 11/26/97

WI v. Gerald Turner (Madison, Wisconsin)
Testified at trial, 1/26/98 and 1/27/98

Sara Stump and Andrew M. Ocrant v. Daryl G. Gates, et al. (Denver, Colorado)
Testified at trial, 3/26/98

CA v. Robert Mark Edwards (Santa Ana, California)
Testified at sentencing trial, 4/13/98

Allman v. Union Butterfield (Ashville, North Carolina)
Testified at deposition, 9/18/98
Testified at trial, 4/23/99

Schaeffer v. Vera Wang (New York, New York)
Testified at deposition, 9/11/98
Testified at deposition, 10/19/98

CA v. Parker (Santa Ana, California)
Testified at sentencing, 11/10/98

MI v. McRae (Lansing, Michigan)
Testified at trial, 12/10/98

CA v. Lewis (Santa Ana, California)
Testified at trial, 2/10/99

Amedure v. Warner Bros. (Bloomfield Hills, Michigan)
Testified at trial, 5/3/99 and 5/4/99

CA v. Jules Delpy (Vista, California)
Testified at trial, 7/28/99
Testified at re-trial, 02/03/04, 02/04/04, and 02/24/04
Testified at re-trial, 5/18/04 and 5/19/04

Jensen v. National Railroad Passenger Corporation (Philadelphia, Pennsylvania)
Testified at trial, 8/26/99

Park Dietz, M.D., M.P.H., Ph.D.
Page 29

Testified at trial, 2/29/00 and 3/1/00

CA v. Brandon Wilson (Vista, California)
Testified at trial, 9/24/99

Pedraza v. City of San Jose (San Jose, California)
Testified at deposition, 10/28/99

U.S. v. Steven Gene Chase (Eugene, Oregon)
Testified at detention hearing (telephonic), 12/20/99

HI v. Uyesugi (Honolulu, Hawaii)
Testified at trial, 5/30/00

Gallego v. Woodford (Oakland, California)
Testified at deposition 6/8/00
Testified at trial, 12/6/00

Smith v. Equity Residential Properties Management (Atlanta, Georgia)
Testified at deposition, 7/21/00

Johnston v. North Orange County Community College District (Santa
Ana, California)
Testified at deposition, 8/22/00
Testified at trial, 9/5/00

Epps v. Preventative Security, Inc. (Philadelphia, Pennsylvania)
Testified at trial, 8/25/00

CA v. Joseph Neale (Riverside, California)
Testified at trial, 11/20/00

CA v. Rex Allan Krebs (Monterey, California)
Testified at penalty phase, 05/03/01

Saunders v. City of Santa Rosa (Santa Rosa, California)
Testified at deposition, 6/27/01
Testified at trial, 1/30/02

Sigman v. U.S. (Spokane, Washington)
Testified at deposition, 6/28/01

Hamilton v. AIG Life Insurance Company (Washington, D.C.)
Testified at deposition (telephonic), 7/11/01

Park Dietz, M.D., M.P.H., Ph.D.
Page 30

<u>WA v. Brodie Walradt</u> (Port Orchard, Washington)
Testified at trial, 8/1/01 and 8/2/01

<u>U.S. v. Dieter Vogt</u> (Key West, Florida)
Testified at sentencing hearing, 8/8/01, 8/9/01, and 8/10/01

<u>Waddell v. Lockheed Martin</u> (San Jose, California)
Testified at deposition, 10/12/01
Testified at trial, 10/31/01

<u>Leanza v. McDonald Oil and Johnny Lovell</u> (Columbus, Georgia)
Testified at deposition, 10/19/01

<u>Cabrera v. Patino and Lievano</u> (Miami, Florida)
Testified at deposition, 3/11/02

<u>TX v. Andrea Pia Yates</u> (Houston, Texas)
Testified at trial, 3/7/02, 3/8/02 and 3/9/02
Testified at trial, 7/13/06, 7/14/06 and 7/17/06

<u>U.S. v. SPC Lillie Morgan</u> (Mannheim, Germany)
Testified at trial, 4/10/02

<u>U.S. v. Aquilia Marcivicci Barnette</u> (Charlotte, NC)
Testified at trial, 8/8/02

<u>CA v. Cary Anthony Stayner</u> (San Jose, CA)
Testified at trial, 9/4/02, 9/5/02, 9/9/02, and 9/10/02

<u>CO v. Steven Michael Stagner</u> (Glendwood Springs, CO)
Testified at hearing, 10/8/02

<u>Holsey et al. v. Georgia Department of Human Resources et al.</u>
(Atlanta, Georgia)
Testified at deposition, 10/19/02

<u>Cabrera et al. v. Eller Media Corp. et al.</u> (Miami, FL)
Testified at deposition, 11/21/02

<u>FL v. Jeffrey Schlosberg</u> (West Palm Beach, FL)
Testified at deposition, 12/21/02
Testified at trial, 4/15/03

Park Dietz, M.D., M.P.H., Ph.D.
Page 31

Troy T. v. Does 1,2,3 (San Bernardino, CA)
Testified at deposition, 4/22/03

NY v. Christine Wilhelm (Troy, NY)
Testified at trial, 7/1/03, 7/2/03

CA v. Vincent Henry Sanchez (Ventura, CA)
Testified at trial, 8/25/03, 8/26/03

City of Redondo Beach v. Stephen Shoemaker and Stephen McDonald
(Los Angeles, CA)
Testified at trial, 9/19/03

FL v. Keith Adams (West Palm Beach, FL)
Testified at deposition, 9/22/03
Testified at trial, 1/15/04

VA v. John Allen Muhammad (Virginia Beach, VA)
Testified at hearings, 10/8/03, 10/9/03

Good, et al. v. Fluor Daniel Corp., et al. (Seattle, WA)
Testified at deposition, 10/30/03

US v. Wesley Purkey (Kansas City, MO)
Testified at trial, 11/17/03

CA v. Scott Erskine (San Diego, CA)
Testified at trial, 12/1/03 and 12/2/03
Testified at re-trial, 5/27/04

Jones v. Washington State Department of Social and Health Services,
et al. (Seattle, WA)
Testified at deposition, 12/9/03
Testified at trial, 2/10/04

FL v. Michael Connelly (Tampa, FL)
Testified at trial, 3/9/04

Wiley v. Frazer Center Inc., et al. (Atlanta, GA)
Testified at deposition, 3/20/04

IL v. Andrew Urdiales (Pontiac, IL)
Testified at trial, 5/6/04 and 5/20/04

Park Dietz, M.D., M.P.H., Ph.D.
Page 32

<u>WA v. Ronald Matthews</u> (Seattle, WA)
Testified at trial, 8/11/04 and 8/12/04

<u>CA v. George Williams</u> (San Diego, CA)
Testified at trial, 10/19/04 and 10/20/04

<u>US v. O.C. Smith</u> (Memphis, TN)
Testified at trial, 1/25/05

<u>CO v. Rebekah Amaya</u> (Lamar, CO)
Testified at trial, 1/31/05

<u>CA v. Alejandro Avila</u> (Santa Ana, CA)
Testified at trial, 5/11/05

<u>US v. Scott Blackstone</u> (Fort Bliss, TX)
Testified at trial (telephonic), 5/11/05

<u>CA v. Edgar Omar Osorio</u> (Santa Ana, CA)
Testified at trial, 5/17/05

<u>In re: Loren Huss</u> (Des Moines, IA)
Testified at trial, 5/19/05 and 5/20/05

<u>Ronald Lee Deere v. Jeanne Woodford</u> (Los Angeles, CA)
Testified at deposition, 11/11/05 and 2/14/06
Testified at hearing, 9/27/07

<u>IL v. Paul Runge</u> (Chicago, IL)
Testified at trial, 2/9/06

<u>CA v. Patricia Johnson</u> (San Diego, CA)
Testified at trial, 4/4/06

<u>CA v. Ford</u> (San Bernardino, CA)
Testified at trial, 5/31/06, 6/1/06 and 6/7/06

<u>Plaintiffs v. Masonic Homes of California, et al.</u> (Pomona, CA)
Testified at trial, 9/21/06 and 9/22/06

<u>Ortego v. Diocese of Lafayette, et al.</u> (Lafayette, LA)
Testified at deposition, 2/8/07

<u>Rister v. Archdiocese of San Diego, et al.</u> (San Diego, CA)

Park Dietz, M.D., M.P.H., Ph.D.
Page 33

Testified at deposition, 2/9/07

Buser v. Archdiocese of Los Angeles, et al. (Los Angeles, CA)
Testified at deposition, 5/29/07

Hewlett-Packard Company v. Factory Mutual Insurance Company
(New York, NY)
Testified at deposition, 7/19/07

O'Donnabhain v. Commissioner (Boston, MA)
Testified at trial, 8/23/07 and 8/24/07

AZ v. Samuel Dieteman and Dale Hausner (Phoenix, AZ)
Testified at trial, 9/28/07

US v. Lisa Montgomery (Kansas City, MO)
Testified at trial, 10/17/07 and 10/18/07

U.S. v. 2nd Lieutenant Eric Bailey (Washington, DC)
Testified at competency hearing (telephonic), 1/23/08

CA v. Sidney Nathaniel Landau (Santa Ana, CA)
Testified at trial, 7/16/08, 7/17/08, 7/21/08, 7/22/08, and 7/23/08

White v. Pasadena Police Department (Pasadena, CA)
Testified at administrative hearing, 7/25/08

CA v. Skylar Deleon (Santa Ana, CA)
Testified at sentencing trial, 11/3/08

CA v. Michael Gonzales (San Diego, CA)
Testified at trial, 2/19/09

Douglas Daniel Clark v. Warden (Newport Beach, CA)
Testified at deposition, 3/24/09
Testified at deposition, 1/24/12

Michael Dee Mattson v. Warden (Los Angeles, CA)
Testified at trial, 3/26/09

CA v. Jason Cooper (San Diego, CA)
Testified at trial, 4/6/09, 4/7/09

Troy Ashmus v. Warden (San Francisco, CA)

Park Dietz, M.D., M.P.H., Ph.D.
Page 34

Testified at trial, 1/26/10

CA v. Ian Alex Suazo (San Diego, CA)
Testified at trial, 4/5/10, 4/6/10

Chauncey M. DePree, Jr. v. Martha D. Saunders as President of the
University of Southern Mississippi (Hattiesburg, MS)
Testified at deposition, 4/20/10

WA v. Daniel J. Mustard (Port Orchard, WA)
Testified at hearing, 8/31/10 and 9/1/10
Testified at trial, 12/1/10, 12/2/10, 12/3/10, and 12/8/10

Regina v. Sandra Rinella and Alexander Petraitis (Toronto, Canada)
Testified at voir dire, 10/27/10 and 10/28/10
Testified at trial, 11/2/10 and 11/3/10

CA v. Eric Russell Andreasen (Vista, CA)
Testified at trial, 3/22/11

Stevens v. U.S. (West Palm Beach, FL)
Testified at deposition, 6/30/11

Deepak Kalpoe and Satish Kalpoe v. Phillip C. McGraw, CBS Television
Distribution Group F/K/A/ CBS Paramount Domestic Television, Peteski
Productions, Inc., et al.
Testified at deposition, 10/19/11

CA v. Brendan O'Rourke (Vista, CA)
Testified at trial, 3/12/12

CA v. Joseph Naso (San Rafael, CA)
Testified at pre-trial hearing, 4/19/13
Testified at sentencing, 9/13/13

US v. David Brooks (Eastern District of New York, Central Islip, NY)
Addressed Court at sentencing, 8/12/13

CA v. Sidney Nathaniel Landau (Santa Ana, CA)
Testified at deposition, 10/4/13
Testified at trial, 11/7/13, 11/12/13, 11/13/13

Michael Keister v. YMCA of Western North Carolina (Asheville, NC)
Testified at deposition, 3/13/14

Park Dietz, M.D., M.P.H., Ph.D.
Page 35

Testified at trial deposition, 3/14/14

Judith Cox and Charles Cox v. State of Washington, Department of Social and Health Services (Tacoma, WA)
Testified at deposition, 5/9/14
Testified at trial (by Zoom), 7/27/20, 7/28/20

US v. Wesley Paul Coonce, Jr., and Charles Michael Hall (Springfield, MO)
Testified at trial, 5/28/14, 5/29/14

Does v. Los Angeles Unified School District (Los Angeles, CA)
Testified at deposition, 5/30/14

In re. Barrett Linde (Miami, FL)
Testified at deposition, 10/1/14
Testified at trial, 10/6/14

John David Couzens v. Archdiocese of Kansas City (Kansas City, MO)
Testified at trial, 10/9/14 and 10/10/14

A.M. v. Los Angeles Unified School District, et al. (Los Angeles, CA)
Testified at deposition, 10/17/14 and 10/23/14

People of California v. Bryan Chang (Vista, CA)
Testified at trial, 11/3/14

Brooks v. Briar Bay Community Association, et al. (West Palm Beach, FL)
Testified at deposition, 6/8/16

Juania Ardizzone v. Jerry Ardizzone, et al. (Newport Beach, CA)
Testified at deposition, 12/22/16

Leath Rothman v. Peteski Productions, Inc., CBS Studios, Inc., Dr. Phil McGraw, et al.
Testified at deposition, 8/23/17

John CJ Doe v. Roman Catholic Bishop of Los Angeles, St. Louis de Marrilac Catholic Church, Fr. Christopher Cunningham, et al.
Testified at deposition, 10/23/17

Hillary Lawson, et al. v. Howard Rubin, et al. (New York, NY)
Testified at deposition, 1/17/19

U.S. v. Brandon Michael Fleury (Fort Lauderdale, FL)
Testified at trial, 10/7/19

Doe v. Board of Education of Prince George's Co., et al.
Testified at virtual deposition, 1/14/21

Kelly Pfaff v. Merck & Co., Inc., and Merck, Sharp & Dohme Corp.
Testified at virtual deposition, 8/23/21 and 8/24/21

Skye Lynne George v. Fifth Third Bank
Testified at virtual deposition, 10/30/21

US v. Robert T. Brockman (Houston, TX)
Testified at Competency Hearing, 11/19/21

**PUBLICATIONS:**

Journal:

1.  Dietz PE, Baker SP:  Drowning:  Epidemiology and prevention.
    American Journal of Public Health 64:303-312, 1974.

2.  Rubin RR, Elkes J, Maris RW, Dietz PE:  Medicine and the
    behavioral sciences:  The Johns Hopkins M.D.-Ph.D. Program.
    Johns Hopkins Medical Journal 136:268-270, 1975.

3.  Dietz PE:  Clinical approaches to teaching legal medicine to
    physicians:  Medicolegal emergencies and consultations.
    American Journal of Law and Medicine 2:133-145, 1976.

4.  Dietz PE:  Toward a scientific forensic psychiatry.  Journal of
    Forensic Sciences 22:774-780, 1977.

5.  Dietz PE:  Social discrediting of psychiatry:  The protasis of legal
    disfranchisement.  American Journal of Psychiatry 134:1356-
    1360, 1977.

6.  Dietz PE:  Victim-precipitated criminal homicide.  Bulletin of the
    American Academy of Psychiatry and the Law 5:367-370, 1977.

7.  Dietz PE:  Cosmetic surgical treatment of offenders.  Bulletin of
    the American Academy of Psychiatry and the Law 5:465-469,
    1977.

8.  Rappeport JR, Dietz PE:  Professional activities of Maryland and U.S. psychiatrists.  Maryland State Medical Journal 27:45-48, March 1978.

9.  Dietz PE:  Forensic and non-forensic psychiatrists:  An empirical comparision.  Bulletin of the American Academy of Psychiatry and the Law 6:13-23, 1978.

10. Dietz PE:  Access to medical literature in medical criminology. Bulletin of the American Academy of Psychiatry and the Law 6:110-117, 1978.

11. Matthews D, Dietz PE:  Labeling theory and the family dynamics of schizophrenia:  A theoretical synthesis.  Child Psychiatry Quarterly 11:83-97, 1978.

12. Dietz PE:  Measuring the impact of Isaac Ray:  A citation analysis.  Bull Am Acad Psychiatry Law 6:249-255, 1978.

13. Dietz PE: Male homosexual prostitution.  Bull Am Acad Psychiatry Law 6:468-471, 1978.

14. Dietz PE:  Educating the forensic psychiatrist.  J Forensic Sciences 24:880-884, 1979.

15. Baker SP, Teret SP, Dietz PE:  Firearms and the public health.  J Public Health Policy 1:224-229, 1980.

16. Dietz PE, Dvoskin JA:  Quality of life for the mentally disabled.  J Forensic Sciences 25:926-931, 1980.

17. Dietz PE:  Psychiatrists who use and do not use ECT:  A comparative study.  Hillside J Clin Psychiatry 3:149-162, 1981.

18. Hazelwood RR, Dietz PE, Burgess AW:  The investigation of autoerotic fatalities.  J Police Sci and Admin 9:404-411, 1981. (Reprinted, with revisions, in Hazelwood RR, Dietz PE, Burgess AW:  Autoerotic Fatalities, pp. 121-138.  Lexington, MA: Lexington Books, 1983.)

19. Dietz PE:  Threats or blows?  Observations on the distinction between assault and battery.  International J Law and Psychiatry 4:401-416, 1981.

Park Dietz, M.D., M.P.H., Ph.D.
Page 38

20. Dietz PE, Rada RT:  Battery incidents and batterers in a maximum security hospital.  <u>Arch Gen Psychiatry</u> 39:31-34, 1982.

21. Dietz PE, Rada RT:  Risks and benefits of working with violent patients.  <u>Psychiatric Ann</u> 12:502-508, 1982.

22. Mendelson JH, Dietz PE, Ellingboe J:  Postmortem plasma luteinizing hormone levels and antemortem violence.  <u>Pharmacol Biochem Behav</u> 17:171-173, 1982.

23. Hazelwood RR, Dietz PE, Burgess AW:  Sexual fatalities:  Behavioral reconstruction in equivocal cases.  <u>J Forensic Sciences</u> 27:763-773, 1982.  (Reprinted, with revisions, in Hazelwood RR, Dietz PE, Burgess AW:  <u>Autoerotic Fatalities</u>, pp. 139-153. Lexington, MA:  Lexington Books, 1983.)

24. Dietz PE, Evans B:  Pornographic imagery and prevalence of paraphilia.  <u>Am J Psychiatry</u> 139:1493-1495, 1982.

25. Dietz PE, Hazelwood RR:  Atypical autoerotic fatalities.  <u>Med & Law</u> 1:307-319, 1982.  (Reprinted, with additional material, in Hazelwood RR, Dietz PE, Burgess AW:  <u>Autoerotic Fatalities</u>, pp. 101-119. Lexington, MA:  Lexington Books, 1983.)

26. Dietz PE:  Victim consequences and their control.  <u>Victimology</u> 7:181-186, 1982.

27. Dietz PE, Cooke G, Rappeport JR, Silvergleit IT:  Psychojargon in the psycholegal report:  Ratings by judges, psychiatrists, and psychologists. <u>Behav Sci & Law</u> 1:77-84, 1983.

28. Dietz PE, Rada RT:  Seclusion rates and patient census in a maximum security hospital.  <u>Behav Sci & Law</u> 1:89-93, 1983.

29. Harry B, Dietz PE:  Offenders in a silent world:  Hearing impairment and deafness in relation to criminality, incompetence, and insanity.  <u>Bull Am Acad Psychiatry Law</u> 13:85-96, 1985.

30. Dietz PE:  Why the experts disagree:  Variations in the psychiatric evaluation of criminal insanity.  <u>Ann Am Acad Polit Soc Sci</u> 477:84-95, 1985.

31. Dietz PE, Harry B, Hazelwood RR:  Detective magazines:  Pornography for the sexual sadist?  J Forensic Sciences 31:197-211, 1986.  (Reprinted in Final Report of the Attorney General's Commission on Pornography, Washington, D.C.:  U.S. Department of Justice, 1986, 1:55-69; excerpted in Spitzer RL et al., DSM-III-R Case Book, Washington, D.C.:  American Psychiatric Press, 1989, pp. 32-35.)

32. Jagger J, Dietz PE:  Death and injury by firearms:  Who cares?  JAMA 255:3143-3144, 1986.

33. Dietz PE:  Mass, serial, and sensational homicides.  Bull NY Acad Med 62:477-491, 1986.

34. Dietz PE, Reese JT:  The perils of police psychology:  Ten strategies for minimizing role conflicts when providing mental health services and consultation to law enforcement agencies.  Behav Sci & Law 4:385-400, 1986.  Reprinted in Reese JT (ed.):  Behavioral Science in Law Enforcement.  Quantico, VA:  Federal Bureau of Investigation, 1987, pp. 81-96.

35. Dietz PE:  The forensic psychiatrist of the future.  Bull Am Acad Psychiatry Law 15:217-227, 1987.

36. Dietz PE, Baker SP:  Murder at work.  Am J Public Health 77:1273-1274, 1987.

37. Dietz PE:  Dangerous information:  Product tampering and poisoning advice in revenge and murder manuals.  J Forensic Sciences 33:1206-1217, 1988.

38. Dietz PE, Sears AE:  Pornography and obscenity sold in "adult bookstores":  A survey of 5132 books, magazines, and films in four American cities.  Michigan Journal of Law Reform 21:7-46, 1987/1988.

39. Dietz PE:  Abnormal consumer behavior.  Mobius:  The Journal of the Society of Consumer Affairs Professionals in Business 8:14-15, Spring 1989.

40. Dietz PE, Hazelwood RR, Warren J:  The sexually sadistic criminal and his offenses.  Bull Am Acad Psychiatry Law 18:163-178, 1990.

41. Dietz PE, Matthews DB, Van Duyne C, Martell DA, Parry CDH, Stewart T, Warren J, Crowder JD:  Threatening and otherwise inappropriate letters to Hollywood celebrities.  <u>J Forensic Sciences</u> 36:185-209, 1991.

42. Warren JI, Fitch WL, Dietz PE, Rosenfeld BD:  Criminal offense, psychiatric diagnosis, and psycholegal opinion:  An analysis of 894 pretrial referrals.  <u>Bull Am Acad Psychiatry Law</u> 19:63-69, 1991.

43. Dietz PE, Matthews DB, Martell DA, Stewart T, Hrouda DR, Warren J:  Threatening and otherwise inappropriate letters to Members of the United States Congress.  <u>Journal of Forensic Sciences</u> 36:1445-1468, 1991.

44. Hazelwood RR, Dietz PE, Warren J:  The criminal sexual sadist.  <u>FBI Law Enforcement Bulletin</u> 61(2):12-20, February 1992.  (Reprinted in Hazelwood RR, Burgess AW (eds.):  <u>Practical Aspects of Rape Investigation:  A Multidisciplinary Approach</u>, 2nd Ed., CRC Press, Boca Raton, FL, 1995, pp. 361-371.)

45. Dietz PE:  Product tampering:  Crimes and complaints.  <u>Process</u> (Newsmagazine of the National Food Processors Association) 3(2):8-10, Spring 1992.

46. Martell DA, Dietz PE:  Mentally disordered offenders who push or attempt to push victims onto subway tracks in New York City.  <u>Archives of General Psychiatry</u> 49:472-475, 1992.  (Reprinted in Lundberg GD, Young RK, Flanagin A, Koop CE (eds.):  <u>Violence</u>, Chicago:  American Medical Association, 1992, pp. 399-402.)

47. Dietz PE:  Mentally disordered offenders:  Patterns in the relationship between mental disorder and crime.  <u>Psychiatric Clinics of North America</u> 15:539-551, 1992.

48. O'Halloran RL, Dietz PE:  Autoerotic fatalities with power hydraulics.  <u>Journal of Forensic Sciences</u>, 38:359-364, 1993.

49. Hazelwood R, Warren J, Dietz P:  Compliant victims of the sexual sadist.  <u>Australian Family Physician</u> 22:474-479, 1993.

50. Dietz PE:  The quest for excellence in forensic psychiatry.  <u>Bull Am Acad Psychiatry Law</u> 24:153-163, 1996.

51. Warren J, Hazelwood RR, Dietz PE:  The sexually sadistic serial killer.  <u>Journal of Forensic Sciences</u> 41(6):970-974, 1996.

52. Pitt SE, Spiers EM, Dietz PE, Dvoskin JA:  Preserving the integrity of the interview:  The value of videotape.  <u>Journal of Forensic Sciences</u> 44:1287-1291, 1999.

53. Murrie DC, Warren JI, Kristiansson M, and Dietz P:  Asperger's syndrome in forensic settings.  <u>Int. J. Forensic Mental Health</u>, 1:59-70, 2002.

54. Rivard JM, Dietz P, Martell, D, Widawski, M:  Acute dissociative responses in law enforcement officers involved in critical shooting incidents:  The clinical and forensic implications.  <u>Journal of Forensic Sciences</u> 47(5):1-8, 2002.

55. Warren JI, Murrie DC, Chauhan P, Dietz PE, Morris J:  Opinion formation in evaluating sanity at the time of the offense:  An examination of 5,175 pre-trial evaluations.  <u>Behav Sci & Law</u>, 22:171-186, 2004.

56. Warren JI, Murrie DC, Stejskal W, Colwell LH, Morris J, Chauhan P, Dietz P:  Opinion formation in evaluating the adjudicative competence and restorability of criminal defendants:  A review of 8,000 evaluations. <u>Behav Sci & Law</u>, 24:113-132, 2006.

57. Dietz P, Kenan J:  Children and violence.  <u>Pediatric Research</u> 62:119, 2007.

58. Kaplan D, Dietz P:  Use employee assistance to manage risk.  <u>Occupational Health & Safety</u>, 76:82-85, July 2007.

59. Dietz P, Martell DA:  Approaching and stalking public figures:  A prerequisite to attack.  <u>J Amer Acad Psychiatry Law</u>, 38:341-348, 2010.

60. Dietz P:  Documenting a suspect's state of mind.  <u>FBI Law Enforcement Bulletin</u>, 81(11):13-18, November 2012.

61. Warren JI, Dietz PE, Hazelwood RR:  The collectors:  Serial sexual offenders who preserve evidence of their crimes.  <u>Aggression and Violent Behavior</u>, 18:666-672, 2013.

62. Lanning KV, Dietz P:  Acquaintance molestation and youth-serving organizations.  Journal of Interpersonal Violence, 29(15):2815-2838, 2014.

63. Fischer CA, Beckson M, Dietz P:  Factitious disorder in a patient claiming to be a sexually sadistic serial killer.  Journal of Forensic Sciences, 62(3):822-826, 2017.

64. Warren JI, Wellbeloved-Stone JM, Dietz PE, & Millspaugh, SB:. Gender and violence risk assessment in prisons.  Psychological Services. Advance online publication.  (2017, November 27). http://dx.doi.org/10.1037/ser0000217

65. Dietz P:  Grooming and seduction.  Journal of Interpersonal Violence, 33(1):28-36, 2018.

67. Dietz P:  Denial and minimization among sex offenders. Behavioral Sciences & the Law, 38(6):571-585, 2020.

68. Warren JI, Reed J, Leviton ACR, Millspaugh SP, Dietz P, Grabowska AA, Isom AN, Shelton JLE, Lybert K:  The lethality of non-familial child abductions: Characteristics and outcomes of 565 incidents involving youth under the age of 18 years. Behavioral Sciences & the Law, 39(3):262-278, 2021.

69. Chopin J, Beauregard E, Dietz P:  Death in sadistic sexual crimes: A neural network analysis of factors associated with a lethal outcome.  Criminal Justice and Behavior, in press.

70. Scurich N, Guney S, Dietz P:  Hindsight bias in assessing the foreseeability of child sexual abuse.  Journal of Sexual Aggression, in press.

Books and Reports:

1. Hazelwood RR, Dietz PE, Burgess AW:  Autoerotic Fatalities. Lexington, MA:  Lexington Books, 1983.  (Excerpted in Spitzer RL et al., DSM-III-R Case Book, Washington, D.C.:  American Psychiatric Press, 1989, pp. 14-15.)  (Reprinted in paperback by Houghten Mifflin Publishing Co., Boston, MA.)

Park Dietz, M.D., M.P.H., Ph.D.
Page 43

2. Dietz PE: <u>Psychiatrists and Their Treatments: A Study in the Sociology of Psychiatry</u>. Ann Arbor, MI: University Microfilms International, 1984.

3. Dietz PE: <u>The Mad and the Bad: Mentally Disordered Offenders</u>. Report submitted to the Center for the Interdisciplinary Study of Criminal Violence, University of Pennsylvania, Philadelphia, PA, 1985.

4. Dietz PE, Martell DA: <u>Mentally Disordered Offenders in Pursuit of Celebrities and Politicians</u>. Report to the National Institute of Justice, Washington, DC, 1989.

<u>Book Chapters</u>:

1. Dietz PE: Mental health, criminal justice, and social control. In: Ayd FJ, Jr. (Ed.): <u>Medical, Moral and Legal Issues in Mental Health Care</u>. Baltimore: Williams & Wilkins, 1974, pp. 204-210.

2. Dietz PE: Social factors in rapist behavior. In: Rada RT (Ed.): <u>Clinical Aspects of the Rapist</u>. New York: Grune & Stratton, 1978, pp. 59-115.

3. Dietz PE, Platman S, Matthews D: The organization and delivery of mental health services. In: Balis GU, Wurmser L, McDaniel E, Grenell RG (Eds.): <u>The Behavioral and Social Sciences and the Practice of Medicine</u>. Boston: Butterworth, 1978, pp. 607-619.

4. Baker SP, Dietz PE: Injury prevention. In: The Institute of Medicine, National Academy of Sciences: <u>Healthy People: The Surgeon General's Report on Health Promotion and Disease Prevention: Background Papers</u>. Washington, D.C.: U.S. Government Printing Office, 1979 (DHEW (PHS) Publication No. 79-5507lA), pp. 53-80.

5. Baker SP, Dietz PE: The epidemiology and prevention of injury. In: Zuidema GD, Rutherford RB, Ballinger WF (Eds.): <u>The Management of Trauma</u>, 3rd ed. Philadelphia: W. B. Saunders, 1979, pp. 794-821.

6. Dietz PE: Sex offenses: Behavioral aspects. In: Kadish SH (Ed.): <u>Encyclopedia of Crime and Justice</u>. New York: Free Press, 1983, pp. 1485-1493.

7. Dietz PE, Rada RT: Interpersonal violence in forensic facilities. In: Lion JR, Reid WH (Eds.): Assaults Within Psychiatric Facilities. New York: Grune & Stratton, 1983, pp. 47-59.

8. Dietz PE: Sex offender profiling by the FBI: A preliminary conceptual model. In: Forensic Science Research and Training Center, FBI Academy: Proceedings of a Forensic Science Symposium on The Analysis of Sexual Assault Evidence. Washington, D.C.: U.S. Department of Justice, 1985, pp. 179-187. (Reprinted, with revisions, in Ben-Aron MH, Hucker SJ, Webster CD (Eds.): Clinical Criminology: The Assessment and Treatment of Criminal Behaviour, pp. 207-219. Toronto: Clarke Institute of Psychiatry, University of Toronto, 1985.)

9. Dietz PE: Hypothetical criteria for the prediction of individual criminality. In: Webster CD, Ben-Aron MH, Hucker SJ (Eds.): Dangerousness: Probability and Prediction, Psychiatry and Public Policy. Cambridge, England: Cambridge University Press, 1985, pp. 87-102.

10. Dietz PE: Aversion therapy. In: Kuper A, Kuper J (Eds.): The Social Science Encyclopedia. London: Routledge & Kegan Paul, 1985, pp. 58-59.

11. Dietz PE, Cox DJ, Wegener S: Male genital exhibitionism. In: Curran WJ, McGarry AL, Shah SA (Eds.): Forensic Psychiatry and Psychology. Philadelphia: F.A. Davis, 1986, pp. 363-385.

12. Dietz PE: Signed statement in the Final Report of the Attorney General's Commission on Pornography, Washington, D.C.: U.S. Department of Justice, 1986, 1:37-53.

13. Dietz PE: Patterns in human violence. In: Hales RE, Frances AJ (Eds.): Psychiatric Update: American Psychiatric Association Annual Review. Washington, D.C.: American Psychiatric Press, 6:465-490, 1987.

14. Dietz PE: What motivates the tamperer? In: Product Tampering and the Threat to Tamper. Los Angeles: Foundation for American Communications, 1987, pp. 4-6.

15. Dietz PE: Combating the "madness of crowds." In: FORTUNE: Crosscurrents in Corporate Communications, Number 17, 1988, pp. 60-64.

Park Dietz, M.D., M.P.H., Ph.D.
Page 45

16. Dietz PE:  Defenses against dangerous people when arrest and commitment fail.  In:  Simon RI (Ed.):  <u>American Psychiatric Press Review of Clinical Psychiatry and the Law</u>.  Washington, D.C.:  American Psychiatric Press, 1:205-219, 1989.

17. Dietz PE:  The proliferation of product tampering.  In:  <u>Product Tampering:  A Worldwide Problem</u>.  Los Angeles:  Foundation for American Communications, 1993, pp. 9-11.

18. Dietz PE:  Criminal profiling and crime victim litigation.  In:  National Crime Victim Bar Association:  <u>Civil Actions for Criminal Acts</u>.  Washington, DC.:  National Center for Victims of Crime, 2005, pp. 156-165.

19. Dietz PE:  The serial killer who ticked:  A diagnostic debate in criminal court.  In:  Spitzer RL, First MB, Williams JBW, Gibbon M (eds.):  <u>DSM-IV-TR® Case Book:  Experts Tell How They Treated Their Own Patients</u>, Vol. 2.  Washington, DC:  American Psychiatric Publishing, 2006, pp. 413-419.

20. Dietz P:  Threat assessment, workplace.  In:  Jamieson A, Moenssens A (eds.):  <u>Wiley Encyclopedia of Forensic Science</u>.  West Sussex, UK:  John Wiley & Sons, Ltd., 2009, pp. 2460-2465.

21. Scurich N, Dietz P:  Psychological barriers to the detection of child sexual abuse.  Forthcoming in:  DeMatteo D, Scherr K (eds.):  <u>The Oxford Handbook of Psychology and Law</u>.

<u>Committee Publications</u>:

1. Task Force on the Right to Treatment of the American Psychiatric Association:  Position statement on the right to adequate care and treatment for the mentally ill and mentally retarded.  <u>Am J Psychiatry</u> 134:354-355, 1977.

2. Committee on Abuse and Misuse of Psychiatry in the U.S. of the American Psychiatric Association:  Position statement on employment-related psychiatric examinations.  <u>Am J Psychiatry</u> 142:416, 1985.

Park Dietz, M.D., M.P.H., Ph.D.
Page 46

3. Committee on Trauma Research of the National Research Council and Institute of Medicine:  Injury in America.  Washington, D.C.:  National Academy Press, 1985.

4. Attorney General's Commission on Pornography:  Final Report of the Attorney General's Commission on Pornography.  Washington, D.C.:  U. S. Department of Justice, 1986.

5. Committee on Psychiatry and the Law, Group for the Advancement of Psychiatry:  The Mental Health Professional and the Legal System.  New York:  Brunner/Mazel, 1991.

6. Task Force on Videotaping Forensic Interviews, American Academy of Psychiatry and the Law:  Videotaping of forensic psychiatric evaluations.  J Am Acad Psychiatry Law 27:345-358, 1999.

Audiotape Journal Lectures:

1. Rada RT, Dietz PE, Abel GG, Sadoff RL:  "The Dangerous Myth of the 'Typical' Rapist," Audio-Digest Psychiatry 5(16), 23 August 1976.

2. Dietz PE:  "Defenses Against Dangerous Patients," Audio-Digest Psychiatry 20(6), 25 March 1991.

3. Dietz PE:  "Keeping Your Private Life Private," Audio-Digest Psychiatry 20(7), 15 April 1991.

Edited Works:

1. Psychotherapy and the Human Predicament:  A Psychosocial Approach by Jerome D. Frank.  New York:  Schocken Books, 1978.

2. "Crime and Sexuality,"  Vol. 6, No. 3, of Bulletin of the American Academy of Psychiatry and the Law (1978).

3. "Psychological Aspects of Violence," Vol. 12, No. 5, of Psychiatric Annals (May 1982).

Brief Essays and Letters to the Editor:

1. Dietz PE:  Passive death.  Lancet 2:150-151, 1973.

Park Dietz, M.D., M.P.H., Ph.D.
Page 47

2.  Dietz PE:  Ethics and law in medical education.  <u>Private Practice</u> 5:65, August 1973.

3.  Dietz PE:  Letter describing varieties of klismaphilia.  <u>Am J Psychotherapy</u> 28:322-323, 1974.

4.  Dietz PE, Baker SP:  Evitable injuries.  <u>Lancet</u> 2:963-964, 1974.

5.  Dietz PE:  Injury:  Intent and change.  <u>Am J Public Health</u> 65:184-185, 1975.

6.  Dietz PE:  Child poisoning and tablet containers.  <u>Lancet</u> 1:1427, 1975.

7.  Dietz PE:  The Maryland Psychiatric Treatments Survey.  <u>The Maryland Psychiatrist</u> 3:8, October 1976.

8.  Rappeport JR, Dietz PE, Taylor IJ, Shave DW, Hitchman IL:  The Maryland Psychiatric Treatment Survey:  I.  Impetus and design.  <u>The Maryland Psychiatrist</u> 4:12-14, Summer 1977.

9.  Dietz PE:  Mechanism of rapists' arousal.  <u>Med Aspects Human Sexuality</u> 11:77, 83, August 1977.

10. Dietz PE:  SCUBA and Alcohol Don't Mix.  <u>Med Times</u> 105:116, October 1977.

11. Dietz PE, Rappeport JR:  Demographic and training characteristics of Maryland and U.S. psychiatrists.  <u>The Maryland Psychiatrist</u> 5:4-5, February 1978.

12. Dietz PE:  Insanity defense.  Psychiatric News 14:2, March 16, 1979.

13. Dietz PE:  Transsexual vs homosexual.  <u>Med Aspects Human Sexuality</u> 16:54z, December 1982.

14. Dietz PE:  Violence and the clinician.  <u>Psychiatric Annals</u> 12:5:501, 1982.

15. Dietz PE:  Long-term effect of rape.  <u>Med Aspects Human Sexuality</u> 18:251, March 1984.

Park Dietz, M.D., M.P.H., Ph.D.
Page 48

16.  Dietz PE:  Fears of a rape victim.   <u>Med Aspects Human Sexuality</u> 21:58, 60, January 1987.

17.  Jagger J, Dietz PE:  Response to Miller JM.  <u>JAMA</u> 256:2195, 1986.

18.  Dietz PE:  Television-inspired autoerotic asphyxiation.  <u>Journal of Forensic Sciences</u> 34:528-529, 1989.

19.  Dietz PE:  Archeology and looting:  Preserving the record.  <u>Science</u> 251:498, 1 February 1991.

20.  Dietz PE:  Response to Chaffin DS.  <u>Clinical Psychiatry News</u>, 20:6, March 1992.

21.  Dietz PE:  A stalker could be anyone.  <u>USA Today</u>, January 11, 1995, p.11A.

22.  Dietz P:   Commonalities with the insider threat.  <u>Security Technology & Design</u>, October 2008, p. 26.

23.  Dietz P:  Avoiding misconduct by insiders.  <u>Security Technology Executive</u>, in press.


<u>Book Reviews</u>:

1.  Dietz PE:  Review of "Hustling:  Prostitution in our Wide-Open Society" by Gail Sheehy.  <u>Bull Am Acad Psychiatry Law</u> 1:294-295, 1973.

2.  Dietz PE:  Review of "Indecent Exposure" by John M. Macdonald.  <u>Bull Am Acad Psychiatry Law</u> 2:57-59, 1974.

3.  Dietz PE:  Review of "The Early Diagnosis of the Acute Abdomen" by Sir Zachary Cope.  <u>Arch Intern Med</u> 133:878-879, 1974.

4.  Dietz PE:  Review of "Deviant Reality: Alternative World Views" by Robert W. Winslow and Virginia Winslow.  <u>Bull Am Acad Psychiatry Law</u> 2:199-201, 1974.

5.  Dietz PE:  Review of "Heritage of Excellence:  The Johns Hopkins Medical Institutions, 1914-1947" by Thomas B. Turner, <u>Johns Hopkins Magazine</u> 26:6-8, January 1975.

Park Dietz, M.D., M.P.H., Ph.D.
Page 49

6.   Dietz PE:  Review of "The Case on Cloud Nine" by Lucy Freeman. <u>Bull Am Acad Psychiatry Law</u> 3:114-115, 1975.

7.   Dietz PE:  Review of "The Madman Theory" by Ellery Queen.  <u>Bull Am Acad Psychiatry Law</u> 3:115-116, 1975.

8.   Dietz PE:  Review of "Clinical Toxicology of Commercial Products:  Acute Poisoning" by Robert E. Gosselin et al.  <u>Johns Hopkins Med J</u> 139:129-130, 1976.

9.   Dietz PE:  Review of "Adolescent Suicide" by Jerry Jacobs.  <u>Bull Am Acad Psychiatry Law</u> 4:364-366, 1976.

10.  Dietz PE:  Review of "The Doctor-Patient Relationship" by Kevin Browne and Paul Freeling.  <u>Johns Hopkins Med J</u> 140:80-81, 1977.

11.  Dietz PE:  Review of "Becoming Psychiatrists" by Donald Light.  <u>N Engl J Med</u> 304:796, 1981.

12.  Dietz PE:  Review of "Disposable Patients" by Daryl Matthews.  <u>Psychiatry</u> 44:280-281, 1981.

13.  Dietz PE:  Review of "Biobehavioral Aspects of Aggression" edited by David A. Hamburg and Michelle B. Trudeau.  <u>N Engl J Med</u> 306:1557-1558, 1982.

14.  Dietz PE:  Review of "The Perspectives of Psychiatry" by Paul R. McHugh and Phillip R. Slavney.  <u>N Engl J Med</u> 310:1198-1199, 1984.

15.  Dietz PE:  Sex offender treatment:  Art, science, and politics.  Review essay of "The Sexual Aggressor:  Current Perspectives on Treatment" edited by Joanne G. Greer and Irving R. Stuart.  <u>Contemp Psychiatry</u> 3:167-172, 1984.

## ORIGINAL PRESENTATIONS AT NATIONAL AND INTERNATIONAL MEETINGS:[1]

1.   Dietz PE, Baker SP:  "Drowning:  Etiologic Factors and Preventive Approaches," American Public Health Association, San Francisco, California, November 5, 1973.

---

[1] Records for 1995-2001 are incomplete as a result of a hard-drive failure.

2. Dietz PE, Rappeport JR, Lion JR, et al.: "Maryland Psychiatric Treatments Survey: II," American Psychiatric Association, Miami Beach, Florida, May10, 1976.

3. Dietz PE: "A Sociological Perspective of the Siege of Psychiatry," American Academy of Psychiatry and the Law, San Francisco, California, October 24, 1976.

4. Dietz PE: "Toward a Scientific Forensic Psychiatry," American Academy of Forensic Sciences, San Diego, California, February 17, 1977.

5. Dietz PE: "Forensic Psychiatrists: Are They Different?," American Academy of Psychiatry and the Law, New Orleans, Louisiana, October 23, 1977.

6. Dietz PE: "Behavioral Aspects of Vehicular Violence," Plenary Session Presentation, American Academy of Forensic Sciences, St. Louis, Missouri, February 22, 1978.

7. Dietz PE: "Homicide Motives Reconsidered," American Academy of Forensic Sciences, St. Louis, Missouri, February 23, 1978.

8. Dietz PE, Fillinger H: "Sexual Fatalities," American Academy of Forensic Sciences, St. Louis, Missouri, February 23, 1978.

9. Dietz PE: "Psychiatrists Young and Old: A Comparative Study," American Psychiatric Association, Atlanta, Georgia, May 12, 1978.

10. Dietz PE: "Victim Consequences and Their Control," American Psychological Association, Toronto, Ontario, Canada, August 29, 1978.

11. Dietz PE: "Medical Criminology and Homicide Control," American Academy of Psychiatry and the Law, Montreal, Quebec, Canada, October 20, 1978.

12. Dietz PE: "A Comparative Study of Users and Non-Users of Electroconvulsive Therapy," Robert Wood Johnson Foundation Clinical Scholars Program, Scottsdale, Arizona, November 3, 1978.

13. Dietz PE: "Educating the Forensic Psychiatrist," American Academy of Forensic Sciences, Atlanta, Georgia, February 14, 1979.

14. Dietz PE: "Prostitutes as Victims, Offenders, and Entrepreneurs," American Academy of Forensic Sciences, Atlanta, Georgia, February 15, 1979.

15. Dietz PE: "Research Methods in Forensic Psychiatry," Special Lecture to the Psychiatry Section, American Academy of Forensic Sciences, Atlanta, Georgia, February 16, 1979.

16. Dietz PE: "Sampling Bias and the Case Report: The Example of Postmortem Cesarean Section," Robert Wood Johnson Foundation Clinical Scholars Program, Scottsdale, Arizona, November 16, 1979.

17. Dietz PE: "Quality of Life for the Mentally Disabled," Plenary Session Presentation, American Academy of Forensic Sciences, New Orleans, Louisiana, February 21, 1980.

18. Dietz PE, Rada RT: "Battery Incidents and Batterers in a Maximum Security Hospital," Fifth International Congress of Law and Psychiatry, Banff, Alberta, Canada, January 24, 1981.

19. Dietz PE: "Patterns in Drug Fatalities: Propoxyphene, Opiates, and Sedative-Hypnotics," American Academy of Forensic Sciences, Los Angeles, California, February 19, 1981.

20. Dietz PE: "Crimenes Sexuales," Sexto Symposium Internacional de Graduacion en Medicina Legal Asociacion Mexicana de Medicina Legal, Mexico City, Mexico, September 2-4, 1981.

21. Dietz PE: "Responsabilidad Criminal," Sexto Symposium Internacional de Graduacion en Medicina Legal Asociacion Mexicana de Medicina Legal, Mexico City, Mexico, September 2-4, 1981.

22. Dietz PE: "El Papel de la Psiquiatria en la Investigacion Criminal," Sexto Symposium Internacional de Graduacion en Medicina Legal Asociacion Mexicana de Medicina Legal, Mexico City, Mexico, September 2-4, 1981.

Park Dietz, M.D., M.P.H., Ph.D.
Page 52

23. Dietz PE: "La Violencia en el Sistemo Carcelario," Sexto Symposium Internacional de Graduacion en Medicina Legal Asociacion Mexicana de Medicina Legal, Mexico City, Mexico, September 2-4, 1981.

24. Ressler R, Dietz PE: Full-day course on "Psychological Analysis of Crime Scenes," American Academy of Forensic Sciences, Orlando, Florida, February 11, 1982.

25. Dietz PE, Rada RT: "Interpersonal Violence in Forensic Facilities," American Psychiatric Association, Toronto, Ontario, Canada, May 19, 1982.

26. Dietz PE: "The Hinckley Trial," 3rd Australian Congress of Psychiatry, Psychology and the Law, Melbourne, Australia, November 4-7, 1982.

27. Dietz PE: "Autoerotic Deaths," 3rd Australian Congress of Psychiatry, Psychology and the Law, Melbourne, Australia, November 4-7, 1982.

28. Dietz PE: "The Prediction of Intolerable Crimes," 3rd Australian Congress of Psychiatry, Psychology and the Law, Melbourne, Australia, November 4-7, 1982.

29. Dietz PE: Keynote Address on "The Forensic Evaluation of the President's Assailant," 6th Annual Symposium on Mental Health and the Law, Charlottesville, Virginia, March 14, 1983.

30. Dietz PE: "Future Directions in Clinical Criminology," Symposium on Clinical Criminology: Current Concepts, Clarke Institute, University of Toronto, Toronto, Ontario, April 29, 1983.

31. Dietz PE: "Sex Offender Profiling by the FBI: A Preliminary Conceptual Model," Forensic Science Symposium on the Analysis of Sexual Assault Evidence, Forensic Science Research and Training Center, FBI Academy, Quantico, Virginia, July 8, 1983.

32. Dietz PE: "Sexual Bondage Behavior: A Descriptive Overview and a Proposal for the Diagnosis of Cordophilia," American Academy of Psychiatry and the Law, Portland, Oregon, October 28, 1983.

Park Dietz, M.D., M.P.H., Ph.D.
Page 53

33. Dietz PE: "The Forensic Psychiatric Evaluation of John Hinckley, Jr.," National Association of Medical Examiners, Williamsburg, Virginia, November 17, 1983.

34. Dietz PE: "Practicing Medicine Without Patients," Alumni Lecture, Robert Wood Johnson Foundation Clinical Scholars Program Annual Meeting, Howey-in-The-Hills, Florida, October 30, 1984.

35. Dietz PE, Rowe KL: "The Analysis of Suicide Notes," American Academy of Forensic Sciences, Las Vegas, Nevada, February 15, 1985.

36. Dietz PE: "Offensive Behavior on College and University Campuses: Preliminary Results of a Survey of Institutions Belonging to the National Association of College and University Attorneys," National Association of College and University Attorneys Workshop: Protecting the Ivory Tower: Campus Crime and the Use and Misuse of Campus Facilities, Washington, D.C., February 23, 1985.

37. Dietz PE: "The Charcot and Krafft-Ebing Schools of Forensic Evaluation: Lessons from John Doe, John Hinckley, and Other Defendants," National Organization of Forensic Social Work, Charlottesville, Virginia, March 28, 1985.

38. Dietz, PE: "Analysis of Threatening and Obsessional Letters," AMEDD Forensic Psychiatry Course, Walter Reed Army Medical Center, Bethesda, Maryland, April 2, 1985.

39. Dietz PE: "Sexual Offenders and Their Treatment," AMEDD Forensic Psychiatry Course, Walter Reed Army Medical Center, Bethesda, Maryland, April 3, 1985.

40. Dietz PE: "Mass, Serial and Sensational Homicides," Symposium on Homicide as a Public Health Problem, New York Academy of Medicine, New York, New York, October 3, 1985.

41. Dietz PE, Ressler RK: "Sexual Offenders," American College of Legal Medicine and American Academy of Psychiatry and the Law, Albuquerque, New Mexico, October 10, 1985.

Park Dietz, M.D., M.P.H., Ph.D.
Page 54

42. Martell DA, Dietz PE: "Mental Disorder and Threats Against Public Figures: Preliminary Research Results," American Society of Criminology, San Diego, California, November 15, 1985.

43. Dietz PE, Hazelwood RR: "Research Collaboration Between Law Enforcement and Mental Health: The Study of Masochism and Sadism," World Conference on Police Psychology, FBI Academy, Quantico, Virginia, December 18, 1985.

44. Dietz PE: "Pornography, Health, and Human Rights: Legislative Recommendations from the Attorney General's Commission on Pornography," National Conference of State Legislatures, New Orleans, Louisiana, August 5, 1986.

45. Dietz PE: "Role Conflicts in Psychiatric Consultation to Law Enforcement," Symposium on Psychiatry and Law Enforcement, Police Staff College, Bramshill, Hartley Witney, Hants, England, October 22, 1986.

46. Dietz PE: "Sexual Deviation: Classification and Relation to Offences," The State of Forensic Psychiatry: A Joint Conference of the Institute of Psychiatry, the Royal College of Psychiatrists, and the American Academy of Psychiatry and the Law, London, England, October 23, 1986.

47. Dietz PE: "Sadism and Sexual Offences," The State of Forensic Psychiatry: A Joint Conference of the Institute of Psychiatry, the Royal College of Psychiatrists, and the American Academy of Psychiatry and the Law, London, England, October 23, 1986.

48. Dietz PE: "Product Tampering: Terrorism or Madness?", Annual Educational Conference, Food and Drug Law Institute and Food and Drug Administration, Washington, D.C., December 10, 1986.

49. Dietz PE: "Product Tampering: The Nature of the Problem," Los Angeles Times and Foundation for American Communications Conference on Product Tampering: Terrorism in the Marketplace, Los Angeles, California, December 12, 1986.

50. Dietz PE: "Product Tampering: Terrorism or Madness?", Food Marketing Institute's 11th Annual Loss Prevention Conference, Tempe, Arizona, February 23, 1987.

Park Dietz, M.D., M.P.H., Ph.D.
Page 55

51. Dietz PE: "Product Tampering: An Overview," Dallas Morning News and Foundation for American Communications Conference on Product Tampering: Terrorism in the Marketplace, Dallas, Texas, March 20, 1987.

52. Dietz PE: "Patterns in Human Violence," Psychiatry Update Symposium on Violence and the Violent Patient at the Annual Meeting of the American Psychiatric Association, Chicago, Illinois, May 13, 1987.

53. Dietz PE: "Preserving Behavioral Evidence," National Food Processors Association Conference on Using Evidence in Claims and Tampering Cases, Washington, D.C., May 22, 1987.

54. Dietz PE: "Product Tampering," Advanced National Seminar, Packaging Association of Canada, Toronto, Ontario, May 25, 1987.

55. Dietz PE: "Product Tampering: Who Does It? Who Threatens to Do It? And Why?", Cincinnati Enquirer, Cincinnati Post, and Foundation for American Communications Conference on Product Tampering, Cincinnati, Ohio, June 4, 1987.

56. Dietz PE: "Threat Assessment / Product Tampering," 39th Annual Conference of the Harvard Associates in Police Science, Williamsburg, Virginia, June 23, 1987.

57. Dietz PE: "Product Tampering: What Motivates the Tamperer?," International Association for Identification, Alexandria, Virginia, August 6, 1987.

58. Dietz PE: "Dealing with Public Fears of Science and Technology," Foundation for American Communications and Northwestern University Schools of Journalism, Management, and Law Conference on Corporate Communications: Risk and the Public's Fear of the Unknown, Chicago, Illinois, October 20, 1987.

59. Dietz PE: "Who are These People and Why are They Doing This?", Chicago Tribune, Chicago Tribune Foundation, and Foundation for American Communications Conference on Product Tampering and the Threat to Tamper, Chicago, Illinois, October 21, 1987.

Park Dietz, M.D., M.P.H., Ph.D.
Page 56

60. Dietz PE:  "Scene Assessment/Threat Assessment," Colonel Henry F. Williams Homicide Seminar, New York State Police Academy, Albany, New York, November 12, 1987.

61. Dietz PE:  "Creating Risk Perceptions," Associated Press and Foundation for American Communications Conference on Implementing Proposition 65:  A Conference for Journalists, San Francisco, California, January 22, 1988.

62. Dietz PE:  "Product Tampering as a Terrorist Tactic," 6th Annual Government/Industry Conference on Terrorism, American Society for Industrial Security, Washington, D.C., March 16, 1988.

63. Dietz PE:  "Behavioral Aspects of Mass Murder Investigation," Megaviolence:  Major Violent Incident Control and Response Conference, International Association of Chiefs of Police, Nashville, Tennessee, May 19, 1988.

64. Dietz PE:  "Child Pornography," National Obscenity Task Force Conference, U.S. Department of Justice, Crystal City, Virginia, May 24, 1988.

65. Dietz PE:  "Psychiatric Aspects of Serial Murder Investigation," International Homicide Symposium, F.B.I. Academy, Quantico, Virginia, June 20, 1988.

66. Dietz PE:  "Public Figure Threats, Harassment, and Attacks," American Academy of Psychiatry and the Law, San Francisco, California, October 20, 1988.

67. Dietz PE:  "Abnormal Consumer Behavior," Society of Consumer Affairs Professionals in Business Annual Conference, Dallas, Texas, October 25, 1988.

68. Dietz PE, Hazelwood RR, Warren JI:  "Sexual Sadism," Academy of Criminal Justice Sciences, Washington, D.C., March 30, 1989.

69. Dietz PE:  "Forensic Psychiatry," Col. Henry F. Williams Homicide Seminar, New York State Police Academy, Albany, New York, September 19, 1989.

70. Dietz PE:  "Sexual Sadism and Serial Crime," Conference of Sexual Sadism and Serial Murder sponsored by the American

Academy of Psychiatry and the Law Tri-State Chapter and the New York Criminal and Supreme Courts Forensic Psychiatry Clinic, New York, New York, January 20, 1990.

71. Dietz PE, Fitch LW, Crowder JD, Warren JI: "Exorcism, Death, and the Criminal Law," American Academy of Psychiatry and the Law, Coronado, California, October 27, 1990.

72. Ressler RK, Dietz PE: "Serial, Mass and Sexual Homicide: Selected Case Studies," American Academy of Forensic Sciences, Anaheim, California, February 19, 1991.

73. Dietz PE: Special Seminar on "Celebrity Stalkers and Assassins," American Academy of Forensic Sciences, Anaheim, California, February 21, 1991.

74. Dietz PE, Fitch LW, Warren JI: "Mass Media Hit Man," American Academy of Psychiatry and the Law, Lake Buena Vista Florida, October 17, 1991.

75. Poklemba JJ, Ryan J, Dietz PE, Baden MM: "Forensic Evidence in the Tawana Brawley Case," American Academy of Forensic Sciences, New Orleans, Louisiana, February 19, 1992.

76. Ressler RK, Wright EE, Levine LJ, Dietz PE: "Portrait of a Serial Killer: John Joseph Joubert," American Academy of Forensic Sciences, New Orleans, Louisiana, February 21, 1992.

77. Dietz PE: "Mental Defenses: From Hinckley to Dahmer," Association of Government Attorneys in Capital Litigation, Newport Beach, California, August 6, 1992.

78. Dietz PE: "Le meutre, la folie et les medias," Canadian Psychiatric Association, Montreal, Quebec, September 18, 1992.

79. Dietz PE, Hazelwood RR, Warren JI: "The Sexually Sadistic Criminal: A Case Study," American Academy of Psychiatry and the Law, Boston, Massachusetts, October 16, 1992.

80. Dietz PE: "Psychiatric Aspects of Serial Murder Investigation," International Homicide Symposium, F.B.I. Academy, Quantico, Virginia, March 15, 1993.

Park Dietz, M.D., M.P.H., Ph.D.
Page 58

81. Dietz PE, Sucik R: "The Jeffery Dahmer Case," International Homicide Symposium, F.B.I. Academy, Quantico, Virginia, March 15, 1993.

82. Dietz PE: "Assessing Threats to Public Officials," Threat Management Conference, Anaheim, California, May 13, 1993.

83. Dietz PE: "Workplace Violence," International Security Management Association, La Paloma, Arizona, January 20, 1994.

84. Dietz PE, Ressler RK: "Behavioral Aspects of Crime Investigation for Criminal and Civil Litigation," American Academy of Forensic Sciences, San Antonio, Texas, February 15, 1994.

85. Dietz PE: "Workplace Violence: Can it be Prevented?," American Society for Industrial Security Workshop, "Workplace Violence-Strategies to Communicate," Tempe, Arizona, February 28, 1994.

86. Dietz PE: "Identifying and Dealing with the Potentially Dangerous Employee in the Workplace," American Bar Association Committee on Employee Rights and Responsibilities, Mid-Winter Meeting, Scottsdale, Arizona, March 10, 1994.

87. Dietz PE, Hazelwood RR: "Offender Profiles and Premises Liability Litigation," Premises Liability for Violent Crimes Seminar, Defense Research Institute, Dallas, Texas, April 15, 1994.

88. Dietz PE: "Mass Murder Investigations," 12th Annual Advanced Homicide Investigators Seminar," Metropolitan Toronto Police Homicide Squad, Toronto, Ontario, June 21, 1994.

89. Dietz PE: "Workplace Violence: An Intensive One-day Violence Prevention Seminar Designed for Top Level Executive and Human Resource Management," Woods, Rogers & Hazelgrove, P.L.C., Roanoke, Virginia, June 17, 1994.

90. Dietz PE: Plenary Session: "Avoiding Workplace Violence," Seyfarth, Shaw, Fairweather & Geraldson, The 1994 Labor Law Symposium, Beverly Hills, California, October 13, 1994.

Park Dietz, M.D., M.P.H., Ph.D.
Page 59

91.  Dietz PE: "Violence in the Workplace," Western States Bank Security Directors Meeting, San Diego, California, October 14, 1994.

92.  Dietz PE: "Preventing Violence in the Workplace: What Can the Employer Do?", Seyfarth, Shaw, Fairweather & Geraldson seminar, "Understanding, Preventing, and Responding to Workplace Violence," Chicago, Illinois, November 16, 1994.

93.  Dietz PE: "Violence in the Workplace: What Can the Employer Do?," California Employment Law Council Annual Meeting, Los Angeles, California, November 18, 1994.

94.  Dietz PE: "Countermeasures to Workplace Violence," Federal Occupational Health Agency Conference, "The Prevention of Workplace Violence: A Contemporary Public Health Crisis," San Francisco, California, November 30, 1994.

95.  Dietz PE: "Changes in Workplace Violence: The Increasing Standard of Care," Workers' Compensation and Employers' Liability Committee, Tort and Insurance Practice Section, American Bar Association, San Diego, California, March 18, 1995.

96.  Dietz PE: Keynote Address: "Overview of Workplace Violence and Countermeasures," Threat Management Conference, Central Intelligence Agency, McLean, Virginia, August 22, 1994.

97.  Dietz PE: "Unsolicited Communications to Government Officials and Agencies: The Need to Report, Assess, and Avoid Counterproductive Responses," Threat Management Conference, Central Intelligence Agency, McLean, Virginia, August 23, 1994.

98.  Dietz PE: "Summary of Countermeasures Against Lone Assailants," Threat Management Conference, Central Intelligence Agency, McLean, Virginia, August 23, 1994.

99.  Dietz PE: "The Serial Killer," New York State Police Homicide Symposium, Albany, New York, September 27, 1994.

100. Dietz PE, Hazelwood RR: "Criminal Profiling," Association of Trial Lawyers of America, National College of Advocacy, Premises Liability: Inadequate Security & Violent Crimes seminar, Las Vegas, Nevada, October 15, 1994.

Park Dietz, M.D., M.P.H., Ph.D.
Page 60

101. Dietz PE:  "Managing the Sexual Misconduct Case," Physicians Insurers Association of America, San Antonio, Texas, November 3, 1994.

102. Dietz PE, McCrary GO:  "Offender Profiles and Premises Liability Litigation," Premises Liability for Violent Crime Seminar, Defense Research Institute, Boston, Massachusetts, May 25, 1995.

103. Dietz P:  Presidential Address:  "The Quest for Excellence in Forensic Psychiatry," American Academy of Psychiatry and the Law, Seattle, Washington, October 19, 1995.

104. Dietz PE, Harry B:  "Serial Killers in Health Care," Johns Hopkins Medical and Surgical Association Biennial Meeting and School of Medicine Reunion Weekend, Baltimore, Maryland, June 9, 2001.

105. Rivard JM, Dietz PE, Martell DM:  "Acute Dissociative Responses in Law Enforcement Officers," American Academy of Psychiatry and the Law, Boston, Massachusetts, October 25, 2001.

106. Dietz PE:  "The Forensic Psychiatric Evaluation of Andrea Yates," UCLA Annual Review, Los Angeles, California, October 11, 2002.

107. Dietz PE:  "Workplace Violence Prevention," College and University Professional Association for Human Resources, Southwestern Regional Conference, Colorado Springs, Colorado, April 29, 2003.

108. Dietz PE:  "Criminal Investigative Analysis ("Profiling") in Civil Litigation," Association of Trial Lawyers of America, San Francisco, California, July 21, 2003.

109. Pitt SE, Dietz PE, Dvoskin JA, Spiers EM, Walker RP, Kurtis B:  "Columbine: Understanding Why," American Academy of Psychiatry and the Law, San Antonio, Texas, October 17, 2003

110. Dietz PE:  "Strategies for Understanding and Responding to Claims of Post-Traumatic Stress Disorder," Complex Medicine for Trial Lawyers  Seminar, Defense Research Institute, Miami, Florida, November 13, 2003

111. Dietz PE:  "Pedophile Profile," Sexual Torts Seminar, Defense Research Institute, Chicago, IL, November 14, 2003

Park Dietz, M.D., M.P.H., Ph.D.
Page 61

112.  Dietz PE:  "Assessing Threats of Violence: Posturing or About to go Postal?" Pacific Coast Labor & Employment Law Conference, Seattle, WA, May 13, 2004

113.  Dietz PE:  "Criminal Profiling and Crime Victim Litigation," The National Crime Victim Bar Association, Washington D.C., June 21, 2005

114.  Dietz PE: "Mentally Competent to Stand Trial," Col. Henry F. Williams Homicide Seminar, Albany, New York, September 20, 2005.

115.  Dietz PE:  "Harassment and Stalking by Psychiatric Patients," Canadian Academy of Psychiatry and Law, Vancouver, Canada, November 4, 2005.

116.  Dietz PE:  "Violencia criminal en el ámbito familiar," Congreso Psiquiatría Legal XIV Congreso Nacional, Baiona, Spain, November 17, 2005.

117.  Dietz PE:  "Sex Offenders," Judge Advocate General's School 29th Criminal Law New Developments Course, Charlottesville, VA, November 29, 2005

118.  Dietz PE:  "The Criminal Mind," The Semel Institute for Neuroscience & Human Behavior at UCLA, Los Angeles, CA, February 7, 2006

119.  Dietz PE:  "Assessing Criminal Behavior," National Crime Victims' Rights Week Conference, Anaheim, CA, April 7, 2006

120.  Dietz PE: "Current Mental Health Issues," Association of Government Attorneys in Capital Litigation's 27th Annual Conference, San Diego, CA, August 5, 2006

121.  Dietz P: "Staff Professional Development Training," FBI's National Center for the Analysis of Violent Crime, Quantico, VA, September 6, 2006

122.  Dietz P:  "Violencia en el medio laboral," XV Congreso Nacional de Psiquiatría Legal, Guadalajara, Spain, October 5, 2006

Park Dietz, M.D., M.P.H., Ph.D.
Page 62

123.  Dietz P:  "Criminal Behavior in the Community, the Workplace, and the Media," Fennemore Craig Annual Retreat, October 14, 2006

124.  Dietz P:  "Prevention of Campus Threats and Violence," National Association of College and University Attorneys, San Diego, CA, June 29, 2007

125.  Dietz P:  "Behavioral Aspects of Notice, Negligence, Causation, and Damages in Sexual Misconduct Cases," Federation Defense and Corporate Counsel, Sun Valley, ID, July 27, 2007

126.  Dietz P:  "Bullying and the Spectrum of Workplace Misconduct," Employee Assistance Roundtable, San Diego, CA, October 24, 2007

127.  Dietz P:  "The Sexual Tortfeasor:  Implications for Litigation and Prevention," Butler Pappas' Sexual Tort Seminar, Tampa, FL, June 26, 2008

128.  Dietz P:  "Behavioral Warnings of Attacks on Public Figures and Their Families," Keynote Address, 2008 Executive Security International Alumni Conference, Las Vegas, NV, August 9, 2008

129.  Dietz P:  "Current Mental Health Issues," 2008 Summer Conference of the Association of Government Attorneys in Capital Litigation, San Francisco, CA, August 30, 2008

130.  Dietz P:  "The Role of Forensic Expertise in Capital Crimes Litigation," U.S. Department of Justice, Capital Crimes Symposium, Columbia, SC, November 14, 2008

131.  Dietz P: "The Mind:  Investigating and Preparing for Mental Defenses and Mitigation," National District Attorneys Association Forensic Evidence Course, San Francisco, CA, December 10, 2008

132.  Dietz P:  "Evidence-Based Forensic Psychiatry," 2nd World Thematic Conference on Legal & Forensic Psychiatry, Spanish Society of Legal Psychiatry and World Psychiatric Association, Toledo, Spain, June 17, 2009

133.  Dietz P:  "Evidence-Based Forensic Psychiatry," American Academy of Forensic Sciences, Seattle, WA, February 25, 2010

Park Dietz, M.D., M.P.H., Ph.D.
Page 63

134. Dietz P: "New Insights into Columbine," American Society for Adolescent Psychiatry, Los Angeles, CA, March 6, 2010

135. Dietz P: "Preparing for Mental Defenses," International Criminal Investigative Analysis Fellowship, Myrtle Beach, SC, May 3, 2010

136. Dietz P: "Dangerous Delusions: When Fans are a Threat," National District Attorneys Association, Napa, CA, July 14, 2010

137. Dietz P: Keynote Address: "Health Care Workers as Victims of Threats and Stalking," International Association for Healthcare Security & Safety and Emergency Nurses Association, UCLA Medical Center, Los Angeles, CA, July 26, 2012.

138. Dietz P: Keynote Address: "Health Care Workers as Victims of Threats and Stalking," International Association for Healthcare Security & Safety and Emergency Nurses Association, Stanford University Medical Center, Los Angeles, CA, July 27, 2012.

139. Dietz P: "Unusual Syndromes and Defenses," National District Attorneys Association Homicide Course, San Francisco, CA, December 10, 2012.

140. Dietz P: "Sexual Sadism: When Lust and Cruelty Merge," G. Stanley Hall Distinguished Lecture in Clinical Psychology, Johns Hopkins University, Baltimore, MD, April 24, 2013.

141. Dietz P: "Interviewing the I-5 Strangler," American Academy of Psychiatry and the Law, Coronado, CA, October 24, 2013.

142. Dietz P: "Why It Takes So Long to Identify Sex Offenders," Defense Research Institute Sexual Torts Seminar, Coronado, CA, November 14, 2013.

143. Dietz PE: "Preventing Violence in Educational Institutions," The Semel Institute for Neuroscience & Human Behavior at UCLA, Los Angeles, CA, December 3, 2013.

144. Dietz PE: "Sexual Sadism: A Coping Strategy Model," American Academy of Forensic Sciences, Seattle, Washington, February 21, 2014.

Park Dietz, M.D., M.P.H., Ph.D.
Page 64

145.  Dietz P:  "Inside the Mind of a Killer," National District Attorneys Association Prosecuting Homicide Cases Seminar, San Francisco, CA, February 24, 2014.

146.  Dietz P:  "Safe from Evil," American College of Trial Lawyers, La Quinta, CA, March 8, 2014.

147.  Dietz P:  "Safe from Evil," Keynote Address, University of Pennsylvania Medical Alumni Weekend, May 16, 2014.

148.  Dietz P:  "Sexual Thought Crimes," Keynote Address, Royal Australian & New Zealand College of Psychiatrists, Faculty of Forensic Psychiatry, Hong Kong, August 14, 2014.

149.  Dietz P:  "DSM-5:  Changes Impacting Capital Litigation," Association of Government Attorneys in Capital Litigation, San Diego, CA, August 23, 2014.

150.  Dietz P:  "Emotional Injury Claims and Significant Changes in DSM-5," Complex Medicine Seminar, Defense Research Institute, San Diego, CA, November 13, 2014.

151.  Dietz P:  "Frauds and Other Criminals," Keynote Address, 26th Annual Anti-Fraud Conference, Monterey, CA, April 1, 2015.

152.  Dietz P:  "Inside the Minds of Killers," National District Attorneys Association Forensic Evidence Course, Savannah, GA, December 8, 2015.

153.  Cohen M, Dietz P, Martell DA:  "Resiliency and Trauma:  An Interdisciplinary Team Approach to the Evaluation of Individuals in Mass Tort Cases," American Academy of Forensic Sciences, New Orleans, Louisiana, February 17, 2017.

154.  Dietz P:  "Paraphilia and Mental Health:  Inside the Mind of the Perpetrator," National District Attorneys Association Prosecuting Sexual Assault and Related Crimes Course, Long Beach, CA, August 15, 2017.

155.  Dietz P:  "Sexual Serial Killers," National District Attorneys Association Prosecuting Sexual Assault and Related Crimes Course, Long Beach, CA, August 15, 2017.

156. Dietz P: Keynote Address: "Mental Health Crises in the Workplace: Trends in Private Sector Efforts," Security Summit: Managing Mental Health Crises in the Workplace, Twin Cities Security Partnership, Minneapolis, MN, September 20, 2017.

157. Dietz P: Keynote Address: "Pathways to Violent Extremism," 11th Annual Security500, Arlington, VA, November 13, 2017.

158. Dietz P: "Rebuttal of Mitigation Experts," Association of Government Attorneys in Capital Litigation's 39th Annual Conference, Washington, DC, August 9, 2018.

159. Dietz P: "Preventing Harm to Your Employees, Guests, and Brand," Foodservice Industry Risk Management Association, Risk Management Workshop, Cal State Fullerton, Fullerton, CA, May 30, 2018.

160. Dietz P: "Cannibal Cop," International Criminal Investigative Analysis Fellowship, F.B.I. Academy, Quantico, VA, September 27, 2018.

161. Dietz P: "Pathways to Extremist Violence," International Criminal Investigative Analysis Fellowship, F.B.I. Academy, Quantico, VA, September 27, 2018.

162. Dietz P: "Challenges to Threat Assessment and Workplace Violence Prevention Programs," Global Security Executives Roundtable, Twitter Headquarters, San Francisco, CA, October 3, 2018.

163. Dietz P: "Domestic Violence and the Workplace," National Multidisciplinary Conference On Domestic Violence, National District Attorneys Association, Long Beach, CA, October 30, 2018.

164. Dietz P: "Domestic Violence Mass Murder," National Multidisciplinary Conference On Domestic Violence, National District Attorneys Association, Long Beach, CA, October 30, 2018.

165. Dietz P: "Rebutting Mitigation Evidence," Evidence for Prosecutors Course, National District Attorneys Association, San Diego, CA, March 26, 2019

Park Dietz, M.D., M.P.H., Ph.D.
Page 66

166.  Dietz P:  "Workplace Violence," Industrial Environmental Association Conference, Coronado, CA, October 1, 2019

## PANEL PRESENTATIONS AT NATIONAL MEETINGS:[2]

1.  Rada RT, Dietz PE, Abel GG, Sadoff RL:  "Clinical Aspects of the Rapist," American Psychiatric Association, Miami Beach, Florida, May 11, 1976.

2.  Dietz PE, Freeman L, Goldzband MG, Halleck S, Mullany P, Tanay E:  "The Psychiatrist's Role in Criminal Investigation," American Psychiatric Association, Toronto, Ontario, Canada, May 3, 1977.

3.  Frazier SH, Gaughan CW, Romanowicz J, Gilligan JF, Dietz PE: "Corrections, Psychiatry and the Violent Patient," American Psychiatric Association, Chicago, Illinois, May 15, 1979.

4.  Dietz PE, Sadoff RL, Gilligan JF, Borenstein NM, Singer SB: "Practical Problems in Forensic Psychiatry," American Psychiatric Association, Chicago, Illinois, May 17, 1979.

5.  Ciccone JR, Barry DJ, Cavanaugh JL Jr., Dietz PE, Rada RT, Sadoff RL:  Workshop on "Teaching Forensic Psychiatry to Residents," American Academy of Psychiatry and the Law, Baltimore, Maryland, October 27, 1979.

6.  Dietz PE, Hazelwood RR, Fillinger H, Burgess AW, Groth AN: "Autoerotic Deaths," American Academy of Psychiatry and the Law, Baltimore, Maryland, October 27, 1979.

7.  Dietz PE, Labowitz DI, Keefe JF, Issac G, Sadoff RL, Koson DF: Seminar on "The Psychiatrist as an Expert Witness," American Academy of Forensic Sciences, New Orleans, Louisiana, February 23, 1980.

8.  Dietz PE, Wack RC, Howard L, Light D Jr., Steadman HJ: "Institutional Structure and Psychiatric Treatment," American Psychiatric Association, San Francisco, California, May 8, 1980.

9.  Robitscher J, Dietz PE, Zagel J:  "Resolved:  Psychiatrists Should Not Participate in the Death Sentence Process," The Great

---

[2] Records from October 1995 to December 2000 are incomplete as a result of a hard-drive failure.

Debate, American Academy of Psychiatry and the Law, Chicago, Illinois, October 17, 1980.

10. Rosner R, Cavanaugh JL Jr., Ciccone JR, Dietz PE, Rappeport JR, Sadoff RL, Zonana H:  "Fellowship Programs in Forensic Psychiatry:  Accreditation," American Academy of Psychiatry and the Law, Chicago, Illinois, October 18, 1980.

11. Reid WH, Barry DJ, Ciccone JR, Halpern A, Dietz PE, Mills MJ: "DSM-III in Forensic Psychiatry," American Academy of Psychiatry and the Law, Coronado, California, October 17, 1981.

12. Rosner RR, Barry DJ, Bradford JMW, Pollack S, Rappeport JR, Dietz PE, Resnick PJ, Weiner B:  "Fellowship Programs in Forensic Psychiatry:  Accreditation II," American Academy of Psychiatry and the Law, Coronado, California, October 18, 1981.

13. Harry B, Dietz PE, Hazelwood RR: "Bloody Instructions: Intolerable Crimes in Mass Market Magazines," American Academy of Psychiatry and the Law, New York, New York, October 24, 1982.

14. Zwerling I, Watson U, Harding G, Dietz PE, Lymberis M, Sadoff RL:  "The Abuse and Misuse of Psychiatry in the United States," American Psychiatric Association, New York, New York, May 3, 1983.

15. Showalter CR, Bonnie RJ, Dietz PE:  "Psychiatric Participation in the Capital Sentencing Process," American Academy of Psychiatry and the Law, Portland, Oregon, October 29, 1983.

16. Harry BE, Dietz PE, Hucker SJ:  "Clinical Criminology as a Practice Paradigm in Forensic Psychiatry," American Academy of Psychiatry and the Law, Portland, Oregon, October 30, 1983.

17. Miller RD, Dietz PE, Morrison HL, Sadoff RL:  "Harassment of Psychiatric Expert Witnesses," American Academy of Psychiatry and the Law, Nassau, Bahamas, October 26, 1984.

18. Rappeport JR, Dietz PE, Basham O:  "Trends in the Standards for the Insanity Defense (Including the Comprehensive Crime Control Act of 1984)," AMEDD Forensic Psychiatry Course, Walter Reed Army Medical Center, Bethesda, Maryland, April 2, 1985.

Park Dietz, M.D., M.P.H., Ph.D.
Page 68

19. Carparelli R, Rappeport JR, Dietz PE, Taylor VE, Thwing JB: "Mock Trial," AMEDD Forensic Psychiatry Course, Walter Reed Army Medical Center, Bethesda, Maryland, April 2, 1985.

20. Fitch WL, Dietz PE, Deitz SR, Showalter CR, Solomon MA: "Forensic Reform Through Statewide Training," American Academy of Psychiatry and the Law, Albuquerque, New Mexico, October 11, 1985.

21. Labowitz DI, Dietz PE, Farr W, Flaherty NS, Froede RC, Green DeAH: "Media Relations for the Forensic Scientist," American Academy of Forensic Sciences, San Diego, California, February 17, 1987.

22. Hazelwood RR, Lanning K, Dietz PE: "Criminal Sexuality," a 3-hour nationwide law enforcement teleconference sponsored by the F.B.I. and the Kansas City Police Department, September 29, 1987.

23. Resnick PJ, Rosman J, Dietz PE, Hucker S: "Necrophilia, Murder and Insanity," American Academy of Psychiatry and the Law, Ottawa, Ontario, Canada, October 16, 1987.

24. Kalt JP, Dietz PE, Cox JE Jr.: Economics and the Environment: New Challenges for Business and the Media," FORTUNE Magazine Corporate Communications Seminar, La Quinta, California, March 22, 1988.

25. Adelman R, Dietz PE: "Interaction Between Psychiatry and Law," American Bar Association Appellate Judges Seminar Series, St. Louis, Missouri, May 25, 1988.

26. Dietz PE, Hazelwood RR, Warren JI: "The Psychopathic Sexual Sadist," Academy of Criminal Justice Sciences, Washington, D.C., March 29, 1989.

27. Adelman R, Dietz PE: "Interaction Between Psychiatry and the Law," American Bar Association 1989 Appellate Judges Seminar, Lake Tahoe, Nevada, August 22, 1989.

28. Eaton JT, Davidson KL, Novoselsky DA, Reese WS, Lane FA, Dietz PE, Steffan TL, McMorrow MA, Quinlan WR: "Liability of Not-for-Profit Youth Organizations for Sexual Misconduct by Adult Volunteers of Minors," Appellate Advocacy Committee and

Employer-Employee Relations Committee, American Bar Association Annual Meeting, Chicago, Illinois, August 8, 1990.

29. Harpold J, Wells D, Wells K, Dietz PE: "Victims Surviving Violent Crimes," National Organization for Victim Assistance, Anaheim, California, August 12, 1991.

30. Lanning K, Dietz PE, Ressler R: Discussion of "Silence of the Lambs," American Academy of Psychiatry and the Law, Lake Buena Vista, Florida, October 17, 1991.

31. Oliver AD, Binder RL, Dietz PE, Markman RA: "Ethical Dilemmas in Forensic Practice," American Academy of Psychiatry and the Law, Lake Buena Vista, Florida, October 18, 1991.

32. Kausch O, Resnick PJ, Dietz PE, Berlin FS, Fosdal FA, Wahlstrom CM Jr.: "Jeffrey Dahmer: Sick or Sane or Both?" American Academy of Psychiatry and the Law, Boston, Massachusetts, October 15, 1992.

33. Corcoran WB, Dietz PE, Lombardi JH, Thompson JD, Wolf KL, Wright JL: "Workplace Violence: Strategies to Communicate," American Society for Industrial Security, Tempe, Arizona, March 1, 1994.

34. Hempel AG, Felthous AR, Dietz PE, Tardiff K, Ostrov E: "Assessing Dangerousness: A Case Report of a Hostage-Taking Patient," American Academy of Psychiatry and the Law, Maui, Hawaii, October 20, 1994.

35. Rand JA, Meloy JR, Ash P, Dietz PE, Crowder JD: "The Stalking Syndrome of Pathological Attachments," American Academy of Psychiatry and the Law, Maui, Hawaii, October 22, 1994.

36. Wettstein RM, Dietz P: "Peer Review of Expert Psychiatric Testimony," American Academy of Psychiatry and the Law, Seattle, Washington, October 19, 1995.

37. Gutheil TG, Dietz P, Beahrs JO, Moen S, Roe R: "Mock Trial: No Thanks for the Memories," American Academy of Psychiatry and the Law, Seattle, Washington, October 19, 1995.

Park Dietz, M.D., M.P.H., Ph.D.
Page 70

38. Dietz P: "The Quest for Excellence In Forensic Psychiatry," *American Academy of Psychiatry and the Law*, Seattle, Washington, October 19, 1995.

39. Simon RI, Rappeport JR, Gutheil TG, Dietz P, Tanay E: "Traveling Smart: Forensic Psychiatrists on the Road," *American Academy of Psychiatry and the Law*, Seattle, Washington, October 21, 1995.

40. Dietz PD, Adelman R, Murray MT, Maginnis JP, Pasano MS: "The use and Abuse of Psychiatric and Psychological Evidence in Criminal Cases," *American Bar Association*, San Francisco, California, August 2, 1997.

41. Resnick PJ, Ciccone JR, Sadoff RL, Dietz PE, Bozievich CA: "The Insanity Trial of John Dupont," *American Academy of Psychiatry and the Law*, Denver, Colorado, October 23, 1997.

42. Pitt SE, Phillips RTM, DePrato DK, Dietz PE, Anfang SE: "Forensic Psychiatry and the Media," *American Academy of Psychiatry and the Law*, Denver, Colorado, October 24, 1997.

43. Phillips RTM, Dietz PE: "Consulting to Law Enforcement," *American Academy of Psychiatry and the Law*, Vancouver, B.C., Canada, October 20, 2000.

44. Dvoskin, J, Baden M, Dietz P: "The Intent of the Decedent: Determining Manner of Death in Equivocal Cases," *American Academy of Psychiatry and the Law*, Vancouver, B.C., Canada, October 21, 2000.

45. Burns C, Phillips R, McGee J, Romano S, Dietz P: "The Role of Mental Health Professionals in Hostage Negotiation," *American Academy of Psychiatry and the Law*, Boston, Massachusetts, October 27, 2001.

46. Resnick P, Dietz P: "The Andrea Yates Insanity Trial," *American Academy of Psychiatry and the Law*, Newport Beach, CA, October 26, 2002.

47. Dietz PE, Emanuel W, Drucker J, Hajjar A: "Threat Assessments in the Union Shop: Thorny Problems, Practical Solutions," *Pacific Coast Labor & Employment Law Conference*, Seattle, WA, May 13, 2004.

48.  Dietz PE, Gripon EB, Resnick PJ, Reid WH, Kent CS:  "Maternal Filicide in Texas," American Academy of Psychiatry and the Law, Scottsdale, AZ, October 21, 2004.

49.  Dietz PE, Pitt SE, Dvoskin JA, Spiers EM: "The Importance of Video Recording Forensic Examinations," American Academy of Psychiatry and the Law, Scottsdale, AZ, October 22, 2004.

50.  Dietz PE: "Threat Assessment: Past, Present and Future" (Keynote Address), Association of Threat Assessment Professionals, Anaheim, CA, August 16, 2006.

51.  Johnson SC, O'Shaughnessy RJ, Schetsky DH, Dietz PE: "Juvenile Murderers Grow Up: Challenges and Dispositions," American Academy of Psychiatry and the Law, Chicago, IL, October 26, 2006.

52.  Bingham M, Bradley J, Dedman JM, Dietz PE, Galvin M:  "Experts – When and Why," National District Attorneys Association Summer Conference, Portland, OR, August 1, 2007.

53.  Newman A, Dietz P, Carpenter WT Jr, Adelman RM, Phillips RTM: "The Trial of John W. Hinckley, Jr.:  A Retrospective," American Academy of Psychiatry and the Law, Baltimore, MD, October 29, 2009.

54.  Restivo K, Nelson EM, Dietz P, Nicholson C:  "Threat Assessment in the Medical School Environment," Association of American Medical Colleges, Western Regional Conference, May 7, 2013.

55.  Stoneking L, Kambam P, Thompson CR, Dietz P:  "School Mass Shootings," American Academy of Psychiatry and the Law, Coronado, CA, October 25, 2013.

56.  Bradford J, Dietz P, Mullen P, Ogloff JRP:  "The Personal Impact of Working on Sex Crimes," Royal Australian & New Zealand College of Psychiatrists, Faculty of Forensic Psychiatry, Hong Kong, August 14, 2014.

57.  Dietz P, et al.:  "Managing, Reducing, and Preventing Fear of Violence," National Academies of Sciences, Engineering, and Medicine, Virtual Platform, July 21, 2020.

58.    Knoll JL IV, Fisher KL, Dietz P: "Performance Crimes & Social Media," American Academy of Psychiatry and the Law, Virtual Annual Meeting, October 24, 2020.

## OTHER LECTURE SITES (CORPORATE, REGIONAL, AND LOCAL):[3]

Abbott Laboratories
Annenberg Washington Program, Northwestern University
ARCO
Arkansas Psychiatric Society
Association of Government Attorneys in Capital Litigation
Association of Trial Lawyers of America
Atascadero Forensic Mental Health Center, Atascadero, California
Atlanta Federal Penitentiary, U.S Bureau of Prisons
Augusta Mental Health Institute, Augusta, Maine
California Association of Hostage Negotiators
California District Attorneys Association
California District Attorneys Association National Homicide
  Symposium
Central Intelligence Agency
Charlottesville-Albemarle Bar Association, Virginia
Charter Hospital, Long Beach, California
Charter Westbrook Hospital, Virginia Beach, Virginia
Chesapeake Bay Chapter, American Academy of Psychiatry and the
  Law
Chesapeake Bay Chapter, Institute of Food Technology
Children's Institute International
Conference of Major Superiors of Men
Conference of Personal Managers
Cornell University
County Prosecutors Association of New Jersey
Defense Research Institute
Dow Chemical Company Corporate Headquarters
F.B.I. Academy
F.B.I. Field Office, Los Angeles
Focus on the Family, Inc.
Forensic Mental Health Association of California
Georgetown University, Department of Psychiatry
Harbor-UCLA Medical Center
Harrisburg State Hospital, Harrisburg, Pennsylvania
Harvard Medical School, Massachusetts General Hospital
Harvard Medical School, Massachusetts Mental Health Center

---

[3] Records for 1995-2001 are incomplete as a result of a hard-drive failure.

Park Dietz, M.D., M.P.H., Ph.D.
Page 73

Harvard School of Public Health
Hawaii State Hospital
Hawaii State Law Enforcement Officials Association
I.B.M. Corporate Headquarters
Johns Hopkins University, Department of Sociology
Johns Hopkins University, School of Hygiene and Public Health
Kansas County and District Attorneys Association
Kirby Forensic Psychiatric Center, Ward's Island, New York
Kraft General Foods Special Situation Roundtable, Chicago
Kraft General Foods Special Situation Roundtable, San Francisco
Kraft, Inc., Corporate Headquarters
Law Enforcement Coordinating Committee, Florida
Law Enforcement Coordinating Committee, Hawaii
Law Enforcement Coordinating Committee, New Jersey
Law Enforcement Coordinating Committee, Texas
Los Angeles Criminal Justice Inns of Court
Los Angeles Police Department Threat Management Unit
Louisiana District Attorneys Association
Medical College of Virginia, Department of Legal Medicine
Minnesota Employment Law Counsel
Minnesota State Bar Association Criminal Justice Institute
Minnesota State Bar Association Employment Law Institute
National College of District Attorneys
National Institute of Drug Abuse Research Center
Newport Beach (CA) Police Department
North Texas District Attorneys
Office of the District Attorney, County of Fresno, California
Orange County Bar Association
Orange County Bar Association Employment Law Section
Orange County District Attorney's Office
Orange County Homicide Investigators Association
Orange County Inns of Court
Packaging Institute International
Paramount Studios
Prosecuting Attorneys' Council of Georgia
Richmond Psychiatric Society
Robert Presley Institute of Criminal Investigation
San Diego Psychiatric Society
South Beach Psychiatric Center, New York, New York
Southern California Chapter, American Academy of Psychiatry and
  the Law
Southeastern Prosecutors Institute
Space Coast Institute of Legal Medicine, Orlando, Florida
Saint John's Hospital and Health Center, Santa Monica, California

Park Dietz, M.D., M.P.H., Ph.D.
Page 74

St. Louis University School of Medicine, Department of Pathology,
   Division of Forensic and Environmental Pathology
State Bar of California
Target
Texas District & County Attorneys Association
Tulane University School of Public Health
United States Secret Service, Intelligence Division
United States Department of Justice
University of Alberta Forensic Pathology Fellowship
University of Arkansas for Medical Sciences
University of California, Irvine, Program in Psychology and Law
University of California, Irvine, Program in Social Ecology
University of California, Irvine, School of Law
University of California, Irvine, School of Medicine
University of California, Los Angeles, School of Medicine
University of California, San Diego, School of Medicine
University of Hawaii, John A. Burns School of Medicine
University of Ottawa, Royal Ottawa Hospital
University of Pennsylvania, Center for Studies in Criminology and
   Criminal Law
University of Texas Southwestern Medical School, Department of
   Psychiatry
University of Toronto, Clarke Institute
University of Vermont School of Medicine
University of Virginia Department of Psychology
University of Virginia School of Law
University of Wisconsin
Virginia Association of Law Libraries
Washington Association of Prosecuting Attorneys
West Los Angeles Veterans Administration Hospital
Westbrook Hospital, Richmond, Virginia
Western State Hospital, Staunton, Virginia
George Weston, Ltd., Corporate Headquarters
G. N. Wilcox Memorial Hospital, Lihue, Hawaii
Women's Jonathan Club, Los Angeles, CA
Zausner Foods

**TEACHING EXPERIENCE:**

1974-1975    "Applications of Sociology to Clinical Medicine," a 27-
             hour course for 18 freshman medical students, at the
             Johns Hopkins University School of Medicine (with
             Daryl Matthews, M.D.)

Park Dietz, M.D., M.P.H., Ph.D.
Page 75

| | |
|---|---|
| 1976-1977 | Small group instruction on the mental status examination and on principles of psychiatric interviewing for medical students at Johns Hopkins University |
| 1976 | "Issues in Medical Criminology," a tutorial for students at the Johns Hopkins University |
| 1976-1977 | Supervisor and medical consultant to non-physician psychotherapists, Psychiatric Outpatient Department, Johns Hopkins Hospital |
| 1977-1978 | Organized and lectured in "Topics in Forensic Psychiatry" and "Center for Studies in Social-Legal Psychiatry Seminar Series," University of Pennsylvania |
| 1978-1979 | "Reading Seminar in General Criminology," Medical Criminology Research Center, McLean Hospital |
| 1978-1981 | "The Legal Regulation of Psychiatric Practice," a course directed by Robert L. Sadoff, M.D., at the Annual Meetings of the American Psychiatric Association |
| 1979-1980 | "Forensic Psychiatry," a 12-session seminar for residents at the McLean Hospital (with Arthur Rosenberg, J.D.) |
| 1979-1981 | Small group instruction on forensic psychiatry and on sexual deviations and offenses for Harvard medical students |
| 1979-1981 | Organized "Faculty Seminar in Forensic Psychiatry," Harvard Medical School |
| 1981 | Lectures on forensic psychiatry for the Social Psychiatry Seminar for residents at McLean Hospital |
| 1981 | Organized "Clerkship in Social Medicine and Psychiatric Criminology," Department of Social Medicine and Health Policy, Harvard Medical School (with Wendy K. Mariner, J.D., M.P.H.) |
| 1981 | "Forensic Practice in Massachusetts," a seminar for trainees at Harvard teaching hospitals |

Park Dietz, M.D., M.P.H., Ph.D.
Page 76

| | |
|---|---|
| 1981 | Organized and taught in Human Aggression Unit of "Behavioral Sciences in Medicine" (Psychiatry 700a), Harvard Medical School |
| 1981-1982 | "Scientific Foundations of Clinical Criminology," a 12-session seminar for trainees and faculty of Harvard teaching hospitals |
| 1982 | "Law, Psychiatry and the Mental Health Process," University of Virginia School of Law (with John Monahan, Ph.D., and C. Robert Showalter, M.D.) |
| 1982-1988 | "Psychiatry and Criminal Law" (with Elizabeth S. Scott, J.D., or W. Lawrence Fitch, J.D.) |
| 1982-1988 | Teaching and supervision of Fellows in Forensic Psychiatry, University of Virginia School of Medicine |
| 1983 | "Sociology of Psychiatry," a seminar for residents in the Department of Behavioral Medicine and Psychiatry, University of Virginia School of Medicine |
| 1983 | "Law and Medicine," University of Virginia School of Law (with Walter J. Wadlington, LL.B., and Kenneth R. Crispell, M.D.) |
| 1983-1986 | "Law and Psychiatry," University of Virginia School of Law (with Willis Spaulding, J.D.) |
| 1984-1986 | "Crimes of Violence," University of Virginia School of Law |
| 1985 | Directed "Mental Disability Benefits," a course at the Annual Meeting of the American Psychiatric Association, Dallas, Texas, May 21, 1985 |
| 1985 | Directed "Mental Impairment Subsequent to Psychic Trauma," a course at the Annual Meeting of the American Academy of Psychiatry and the Law, Albuquerque, New Mexico, October 11, 1985 |

Park Dietz, M.D., M.P.H., Ph.D.
Page 77

| | |
|---|---|
| 1986 | Directed "Mental Disability Benefits," a course at the Annual Meeting of the American Psychiatric Association, Washington, D.C., May 14, 1986 |
| 1986 | "Selected Competency Issues," a course directed by W. Lawrence Fitch, J.D., at the Annual Meeting of the American Academy of Psychiatry and the Law, Philadelphia, Pennsylvania, October 18, 1986 |
| 1986 | Directed "Mental Impairment Subsequent to Psychic Trauma," a course at the Annual Meeting of the American Academy of Psychiatry and the Law, Philadelphia, Pennsylvania, October 19, 1986 |
| 1987 | "Law and Public Health," University of Virginia School of Law (with Richard J. Bonnie, LL.B.) |
| 1987 | Directed "Mental Impairment Subsequent to Psychic Trauma," a course at the Annual Meeting of the American Academy of Psychiatry and the Law, Ottawa, Ontario, Canada, October 17, 1987 |
| 1986-87 | Organized and directed weekly Forensic Psychiatry Teaching Rounds, University of Virginia School of Medicine |
| 1988 | "Health and Safety Regulation," University of Virginia School of Law (with Richard J. Bonnie, LL.B.) |
| 1988 | "Criminal Behavior and Public Policy," University of Virginia School of Law |
| 1989 | "Symposium at the National Center for the Analysis of Violent Crime," a course for the Annual Meeting of the American Academy of Psychiatry and the Law, October 19, 1989, held at the F.B.I. Academy, Quantico, VA (organized with SSA Robert K. Ressler and Richard Ratner, M.D.) |
| 1990 - | Teaching and supervision of Fellows in Forensic Psychiatry, Fellows in Child Psychiatry, and Residents, UCLA School of Medicine |

Park Dietz, M.D., M.P.H., Ph.D.
Page 78

| | |
|---|---|
| 1994 | "Behavioral Aspects of Crime Investigation for Criminal and Civil Litigation," a course at the Annual Meeting of the American Academy of Forensic Sciences, San Antonio, TX, February 15, 1994 (with Robert K. Ressler). |
| 2005 | "Forensic Evaluation and Expert Testimony in Criminal Cases," a course for the Atlanta Federal Penitentiary, U.S. Bureau of Prisons, Atlanta, GA, June 23, 2005. |
| 2009 | "The Use of Forensic Mental Health Experts in the Investigation and Prosecution of Sex Crimes and Violent Crimes," a course for the Maricopa County District Attorney's Office and invited Arizona law enforcement agencies, Phoenix, AZ, February 6, 2009 |
| 2010 | "PTSD and Other Mental Damages Claims," a seminar for claims managers and defense counsel, Farmers Insurance Group, Agoura Hills, CA, June 20, 2010 (with Dan White, Esq., and Susan Oliver, Esq.) |
| 2014 | "Sexual Sadism and Sexual Masochism," a course for the Royal Australian & New Zealand College of Psychiatrists, Faculty of Forensic Psychiatry, Hong Kong, August 12, 2014 |
| 2021 | Organized, introduced, and commented on "Mental Health Evidence and Experts: A Trial Strategy Webinar Series," National Association of District Attorneys, August 25 – October 14, 2021 |

**THREAT ASSESSMENT GROUP® WORKPLACE VIOLENCE PREVENTION TRAINING PACKAGES, VIDEOS, AND E-LEARNING COURSES SCRIPTED BY DR. DIETZ:**

| | |
|---|---|
| 1995 | *Supporting a Nonviolent Workplace:  A Training Program for Managers and Supervisors* (with Sheryl Niebuhr, Ph.D., a facilitated training program developed for 3M Company), and later editions thereof |
| 1999 | *Gatekeeper Safety:  How to Deal with Unwanted Letters, Calls and Visits* (training video with Ann Coppel for Safeco Corporation) |

Park Dietz, M.D., M.P.H., Ph.D.
Page 79

2003      *Managing Troubled Employees* (training video)

2003      *Managing Troubling Situations* (training video)

2003      *Your Role in Workplace Violence Prevention* (training video)

2015      *Principles of Workplace Violence Prevention* (training video)

2015      *Investigation* (training video)

2015      *Assessing and Managing Workplace Threats* (training video)

2015      *Intimate Partner Violence and the Workplace* (training video)

2015      *Stalking* (training video)

2015      *Cyberstalking and Related Misconduct* (training video)

2015      *Life Stress, Personality Disorder, and Substance Abuse* (training video)

2015      *Mental Illnesses and Suicide Prevention* (training video)

2015      *Safe Termination* (training video)

2015      *Problematic Former Employees* (training video)

2015      *Managing Unwanted Communications and Visits* (training video)

2015      *Preparing for Active Shooter Incidents* (training video)

2015      *Managing Troubled People* (training video)

2015      *Managing Troubling Situations* (training video)

2015      *Introduction to Violence Prevention* (training video)

2015      *Interviewing* (training video with William Irwin (FBI, ret.))

Park Dietz, M.D., M.P.H., Ph.D.
Page 80

| | |
|---|---|
| 2015 | *Managing Unwanted Communications and Visits* (training video) |
| 2015 | *Active Shooter Response* (training video) |
| 2015 | *Your Role in Workplace Violence Prevention* (training video) |
| 2015 | *Gatekeeper Safety: How to Deal with Unwanted Writings, Calls and Visits* (training video) |
| 2017 | *Principles of Workplace Violence Prevention* (e-learning course) |
| 2017 | *Investigation* (e-learning course) |
| 2017 | *Assessing and Managing Workplace Threats* (e-learning course) |
| 2017 | *Intimate Partner Violence and the Workplace* (e-learning course) |
| 2017 | *Stalking* (e-learning course) |
| 2017 | *Cyberstalking and Related Misconduct* (e-learning course) |
| 2017 | *Life Stress, Personality Disorder, and Substance Abuse* (e-learning course) |
| 2017 | *Mental Illnesses and Suicide Prevention* (e-learning course) |
| 2017 | *Safe Termination* (e-learning course) |
| 2017 | *Problematic Former Employees* (e-learning course) |
| 2017 | *Managing Unwanted Communications and Visits* (e-learning course) |
| 2017 | *Preparing for an Armed Attack* (e-learning course) |
| 2017 | *Managing Troubled People* (e-learning course) |
| 2017 | *Managing Troubling Situations* (e-learning course) |

Park Dietz, M.D., M.P.H., Ph.D.
Page 81

| | |
|---|---|
| 2017 | *Responding to an Armed Attack* (e-learning course) |
| 2017 | *Your Role in Workplace Violence Prevention* (e-learning course) |
| 2017 | *Gatekeeper Safety: How to Deal with Unwanted Writings, Calls and Visits* (e-learning course) |
| 2019 | *Managing Troubled People* (e-learning course) |
| 2019 | *Managing Troubling Situations* (e-learning course) |
| 2019 | *Responding to an Armed Attack* (e-learning course) |
| 2019 | *Your Role in Workplace Violence Prevention* (e-learning course) |
| 2019 | *Gatekeeper Safety: How to Deal with Unwanted Writings, Calls and Visits* (e-learning course) |
| 2020 | *Staying Safe During Protests* (video) |
| 2020 | *Domestic Violence* (e-learning course) |

**THREAT ASSESSMENT GROUP® WORKPLACE VIOLENCE PREVENTION COURSES TAUGHT BY DR. DIETZ:**[4]

"Workplace Violence: Myths, Facts, and Corporate Prevention," Newport Beach, CA, December 16-18, 1993

Whirlpool, Nashville, TN, March 22, 1994

"Workplace Violence II: An Intensive Course Designed for Fortune 500 Companies," Newport Beach, CA, April 28-30, 1994

Motorola, Phoenix, AZ, May 1, 1994

Bankers Trust, New York, NY, June 14, 1994

---

[4] Courses at specific companies and universities include various courses for executives and senior management. This list does not include courses designed by Dr. Dietz and taught by other TAG experts under Dr. Dietz's supervision, all of which are listed in the TAG Master Training document.

Park Dietz, M.D., M.P.H., Ph.D.
Page 82

Motorola, Phoenix, AZ, July 8, 1994

General Electric, Ossining, NY, July 14-15, 1994

Temple Inland, Irving, TX, August 17-19, 1994

Boise Cascade, Boise, ID, September 12-13, 1994

Sea World, San Diego, CA, September 19-20, 1994
First Bank System, Minneapolis, MN, September 28, 1994

IDS Financial Services, Minneapolis, MN, September 29, 1994

Norwest, Minneapolis, MN, September 30, 1994

Warner-Lambert, Hamilton Park, NJ, October 11-12, 1994

Kraft, Northbrook, IL, November 28-29, 1994

3M Company, St. Paul, MN, December 2, 1994

Kraft, Northbrook, IL, December 9, 1994

American Express, New York, NY, December 14, 1994

American Express, New York, NY, January 24-26, 1995

Motorola (EAP), Chicago, IL, April 6, 1995

"Workplace Violence III:  An Intensive Course Designed for
Fortune 500 Companies and Selected Private and Government
Organizations," Newport Beach, CA, April 24-26, 1995

Boise Cascade, Boise, ID, May 2-5, 1995

Philip Morris, Tucker's Town, Bermuda, May 10, 1995

First Data, Denver, CO, June 8-9, 1995

Corning, Inc., Corning, NY, June 14-15, 1995

GE Capital, Stamford, CT, June 20, 1995

Park Dietz, M.D., M.P.H., Ph.D.
Page 83

3M Company, Monticello, MN, July 20-21, 1995

National Semiconductor, Sunnyvale, CA, August 22, 1995

American Express, Chaska, MN, September 12-13, 1995

Motorola, Phoenix, AZ, November 6-10, 1995

Motorola, Schaumburg, IL, November 27-28, 1995

Williams Companies, Tulsa, OK, December 12-13, 1995

First Data, Omaha, NE, March 11-12, 1996

First Data, Omaha, NE, March 25-26, 1996

Williams Companies, Tulsa, OK, April 1-2, 1996

General Mills, Minneapolis, MN, April 10-11, 1996

"Workplace Violence 4:  An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 24-26, 1996

American Express, Greensboro, NC, May 23, 1996

Johnson & Johnson, New Brunswick, NJ, May 28-29, 1996

American Express, Phoenix, AZ, June 13, 1996

Virco Manufacturing, Torrance, CA, July 29-30, 1996

3M Company, Minneapolis, MN, August 1, 1996

Mead Corp, Dayton, OH, Sept. 18-19, 1996

Federated Dept. Stores, Inc., Cincinnati, OH, December 2, 1996

American Express, New York, NY, December 3, 1996

Philip Morris, New York, NY, December 12-13, 1996

Mead Corporation, Dayton, OH, February 20, 1997

Park Dietz, M.D., M.P.H., Ph.D.
Page 84

McDonnell-Douglas, Long Beach, CA, Feb. 24-28, 1997

3M Company, Minneapolis, MN, March 4-7, 1997

"Workplace Violence 5:  An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 16-18, 1997

American Express, Ft. Lauderdale, FL, May 14, 1997

Motorola, Schaumburg, IL, June 17-18, 1997

Sears Canada, Toronto, Ontario, Canada, July 14-15, 1997

Levi Strauss, San Francisco, CA, August 12, 1997

U.S. West, Inc., Denver, CO, August 21, 1997

Federated Dept. Stores, San Francisco, CA, August 25-26, 1997

3M Company, St. Paul, MN, August 28, 1997

Corning, Inc., Corning, NY, October 30, 1997

New York Times, New York, NY, November 4-5, 1997

Motorola, Schaumburg, IL, November 11, 1997

State Farm, Costa Mesa, CA, November 17-18, 1997

Levi Strauss, San Francisco, CA, November 20-21, 1997

U.A.W.-Chrysler, Detroit, MI, January 13, 1998

U.S. West, Inc., Denver, CO, January 14-15, 1998

Sears Canada, Toronto, Ontario, Canada, February 2-3, 1998

Visa International, Foster City, CA, March 10-11, 1998

Motorola, Chicago, IL, March 23-25, 1998

Park Dietz, M.D., M.P.H., Ph.D.
Page 85

"Workplace Violence 6: An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 27-29, 1998

Union Carbide, Houston, TX, May 19, 1998

Retail Council/Sears Canada, Toronto, Ontario, Canada, June 2, 1998

Unilever United States, New York, NY, June 18, 1998

Punch Productions, New York, NY, June 18, 1998

Federated Department Stores, Hasbrouck Heights, NJ, July 15-16, 1998

U.A.W.-Chrysler, Detroit, MI, August 3-5, 1998

Caterpillar, Peoria, IL, August 10-11, 1998

Levi Strauss, San Francisco, CA, September 9, 1998

American Express, Newark, NJ, October 20-21, 1998

Eastman Kodak, Rochester, NY, November 17-18, 1998

Amgen, Thousand Oaks, CA, December 1-3, 1998

Darden Restaurant Group, Orlando, FL, December 14-15, 1998

3M Company, St. Paul, MN, December 16, 1998 MediaOne, Denver, CO, January 13, 1999

Texas Instruments, Dallas, TX, January 14-15, 1999

Caterpillar, Newport Beach, CA, January 18-19, 1999

Safeco, Seattle, WA, February 3-4, 1999

Zoological Society of San Diego, San Diego, CA, February 18-19, 1999

American Express, Toronto, Ontario, Canada, February 23, 1999

Zoological Society of San Diego, San Diego, CA, April 7, 1999

"Workplace Violence 7: An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 26-28, 1999

MediaOne, Denver, CO, June 24-25, 1999

Ross Stores, Palo Alto, CA, July 8, 1999

PCS Health Systems, Scottsdale, AZ, July 16, 1999

Wellpoint, Thousand Oaks, CA, July 22-23, 1999

Corning, Inc., Corning, NY, September 23 1999

Motorola, Madrid, Spain, October 4-5, 1999

3M Company, St. Paul, MN, October 14, 1999

Schering-Plough, Newark, NJ, October 21-22, 1999

Boise-Cascade, Newport Beach, CA, October 29, 1999

Motorola, Hong Kong, China, November 16-17, 1999

PSE&G, Edison, NJ, November 30, 1999

Cox Enterprises, Atlanta, GA, January 25, 2000

Federated Department Stores (Rich's, Lazarus, Goldsmith), Atlanta, GA, January 26-27, 2000

Federated Department Stores (FACS), Cincinnati, OH, February 8-9, 2000

Oracle, Redwood Shores, CA, February 23, 2000

PaineWebber, Weehawken, NJ, March 7, 2000

Federated Department Stores (Macy's East), New York, NY, March 23-24, 2000

Park Dietz, M.D., M.P.H., Ph.D.
Page 87

Federated Department Stores (Bon Marche), Seattle, WA, April 3-4, 2000

"Workplace Violence 8: An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 10-12, 2000

Motorola, Oak Brooks Hills, IL, April 25-26, 2000

U.A.W.-DaimlerChrysler, Detroit, MI, May 2-4, 2000

Federated Department Stores (Burdine's), Miami, FL, May 16-17, 2000

Motorola, Mesa, AZ, June 1-2, 2000

American Express, Greensboro, NC, June 14, 2000

Federated Department Stores (Bloomingdale's), New York, NY, June 15-16, 2000

Mead Corporation, Dayton, OH, July 11-12, 2000

Organization Resource Counselors (Corporate Medical Directors), Washington, DC, August 1, 2000

"Workplace Violence 8 East: An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," New York, NY, October 2-4, 2000

"Investigation, Interviewing, and Termination," New York, NY, October 5-6, 2000

PaineWebber, Weehawken, NJ, December 12-14, 2000

American Express, Phoenix, AZ, February 20, 2001

"Workplace Violence 9: An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 23-25, 2001

Thomson Legal & Regulatory, Egan, MN, April 15-16, 2001

Chiron Corporation, Emeryville, CA, May 31, 2001

Park Dietz, M.D., M.P.H., Ph.D.
Page 88

Allergan, Inc., Irvine, CA, June 5, 2001

AT&T Broadband, Englewood, CO, June 14, 2001 Jefferson County, Colorado, Golden, CO, June 15, 2001

Federated Department Stores (Arizona Mail Order), Tucson, AZ, June 19-20, 2001

Corning, Inc., Corning, NY, September 11, 2001

Federated Department Stores (Federated Marketing Group), New York, NY, November 15-16, 2001

PaineWebber, Weehawken, NJ, November 19-20, 2001

"Workplace Violence 10: An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 15-17, 2002

Tribune Company, Chicago, IL, May 15, 2002

Caterpillar, Peoria, IL, May 20-21, 2002

Tribune Company, Chicago, IL, September 11, 2002

"Workplace Violence 10 East," Toronto, Ontario, Canada, November 7-8, 2002

3M Company, St. Paul, MN, November 11-12, 2002

Raytheon, Bedford, MA, December 3-4, 2002

Discover Financial, Chicago, IL, February 10-11, 2003

Federated Department Stores (Federated Marketing Group), New York, NY, March 25-26, 2003

Tribune Company, Chicago, IL, April 2-3, 2003

"Workplace Violence 11: An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 7-9, 2003

Park Dietz, M.D., M.P.H., Ph.D.
Page 89

Takeda Pharmaceuticals NA, Lincolnshire, IL, September 4-5, 2003

Business Intelligence Advisors, Bellevue, WA, September 11, 2003

Charter One Bank, Cleveland, OH, September 29, 2003

3M Company, St. Paul, MN, January 19, 2004

Visa International, Foster City, CA, April 13-14, 2004

"Workplace Violence 12: An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 19-21, 2004

Amgen, Thousand Oaks, CA, April 29, 2004

Motorola, Schaumburg, IL, May 25-26, 2004

Federated Department Stores (Federated Marketing Group), New York, NY, September 22-23, 2004

General Dynamics, Falls Church, VA, October 12, 2004

Lockheed Martin, Bethesda, MD, October 26-27, 2004

Tribune Company, Chicago, IL, December 8, 2004

ConAgra Foods, Omaha, NE, January 27, 2005

ConAgra Foods, Omaha, NE, February 15, 2005

"Workplace Violence 13: An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 18-20, 2005

CUNA Mutual, Newport Beach, CA, April 21, 2005

Darden Restaurants, Orlando, FL, October 10, 2005

Lockheed Martin, Orlando FL, October 19, 2005

"Reading People," sponsored by Threat Assessment Group, Park Dietz & Associates, and the Paul Ekman Group, Las Vegas, NV, October 12-14, 2005

FedEx Corporate, Memphis, TN, March 28-30, 2006

"Workplace Violence 14:  An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 24, 2006

TAG Advanced Case Management Seminar, Newport Beach, CA, April 25-27, 2006

3M Company, Minneapolis, MN, May 17-18, 2006

Twin Cities Security Partnership, May 18, 2006

Ameriprise Financial, Minneapolis, MN, May 24-26, 2006

3M Company, Minneapolis, MN, May 17-18, 2006

"Workplace Violence 14: An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Chicago, IL, October 24, 2006

TAG Advanced Case Management Seminar, Chicago, IL, October 25-27, 2006

PepsiCo, Plano, TX, November 14, 2006

Tribune Company, Chicago, IL, November 15, 2006

McDonald's, Oakbrook, IL, November 16, 2006

Los Angeles Superior Court, Los Angeles, CA, December 1-2, 2006

"Workplace Violence 15:  An Intensive Course Designed for Fortune 500 Companies and Selected Private and Government Organizations," Newport Beach, CA, April 23, 2007

Macy's Inc., St. Louis, MO, June 19-21, 2007

Macy's Inc., New York City, NY, July 10-12, 2007

Park Dietz, M.D., M.P.H., Ph.D.
Page 91

Macy's Inc., Los Angeles, CA, July 31- August 2, 2007

Macy's Inc., Minneapolis, MN, August 7-9, 2007

Macy's Inc., Atlanta, GA, August 28-30, 2007

USAA, San Antonio, TX, September 18-19, 2007

Abbott Laboratories, Abbott Park, IL, February 5, 2008

Motorola, Chicago, IL, February 6, 2008

"Workplace Violence 16:  An Intensive Course Designed for
Fortune 500 Companies and Selected Private and Government
Organizations," Newport Beach, CA, June 2-4, 2008

Abbott Laboratories, Abbott Park, IL, June 27, 2008

3M, Minneapolis, MN, October 1, 2008

Johns Hopkins Institutions, Baltimore, MD, December 1, 2008

DRS Technologies, Palm Beach, FL, January 29, 2009

Abbott Laboratories, Newport Beach, CA, February 10, 2009

Executive Resource Center, Oklahoma City, OK, July 16, 2009

Abbott Laboratories, Abbott Park, IL, September 15, 2009

Health Care Partners, Los Angeles, September 24-24, 2009

Abbott Laboratories, Abbott Park, IL, October 13-14, 2009

Lockheed Martin, Fort Worth, TX, May 5-6, 2010

Air Liquide, Newport Beach, CA, July 28-29, 2010

"Workplace Violence 17:  Prevention of Workplace Misconduct
and Violence," Newport Beach, CA, March 28-29, 2011

"Mental Disorder and the Workplace," Newport Beach, CA, March
30, 2011

Park Dietz, M.D., M.P.H., Ph.D.
Page 92

Pitney Bowes, Stamford, CT, May 3-4, 2011

Federal Express, Webinar: Monitoring and Assessing Written Communications, August 12, 2011

Federal Express, Webinar: Suicide and Suicide Prevention, January 25, 2012

"Workplace Violence 18: Prevention of Workplace Misconduct and Violence," Newport Beach, CA, March 19-21, 2012

Federal Express, Webinar: Safe Termination, July 11, 2012

Air Liquide, Newport Beach, CA, August 7-8, 2012

3M, Minneapolis, MN, November 5, 2012

Amgen, Thousand Oaks, CA, November 30, 2012

Federal Express, Webinar: Preparing for Difficult Conversations, January 23, 2013

Apollo Group, Phoenix, AZ, February 21, 2013

Federal Express, Webinar: Mental Disorders in the Workplace, April 17, 2013

Discover, Webinar: Domestic Violence and the Workplace, May 29, 2013

Southern California Edison, Rosemead, CA, June 5, 2013

"Intensive Private Seminar on Workplace Violence Prevention," Washington, DC, September 16-17, 2013

Corning, Inc., Corning, NY, September 19, 2013

"Intensive Private Seminar on Workplace Violence Prevention," Newport Beach, CA, October 7-8, 2013

BASF, Florham Park, NJ, October 10-11, 2013

Frito-Lay, Coronado, CA, November 4, 2013

Park Dietz, M.D., M.P.H., Ph.D.
Page 93

Gatekeeper Safety Training, Teague, Seattle, WA, December 10,

Executive Briefing, Teague, Seattle, WA, December 10, 2013

Federal Express, Webinar: Assessing and Managing Threats, January 29, 2014

Young Presidents' Organization, Las Vegas, NV, February 11, 2014

Managing Troubled Employees and Troubling Situations, Teague, Seattle, WA, February 19, 2014

American Express, Webinar: Principles of Violence Prevention, April 9, 2014

Ameriprise Financial, Professional Course Training, Minneapolis, MN, April 23-24, 2014

Abbott Labs, Webinar: Assessing and Managing Threats, July 17, 2014

Abbott Labs, Webinar: Intimate Partner Violence, August 5, 2014

American Express, Webinar: Safe Termination of End Stage Employees, September 18, 2014

Abbott Labs, Webinar: Managing Mentally Ill Employees, October 1, 2014

MGM Resorts, Las Vegas, NV, February 26-27, 2015

Allied Intelligence, Course: Social Media Threat Assessment, St. Louis, MO, March 4-5, 2015

PepsiCo/FritoLay Security, Huntington Beach, CA, April 30, 2015

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, May 11-12, 2015

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, August 17-18, 2015

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, October 19-20, 2015

TE Connectivity, Webinar: Violence in the Workplace: Prevention, Detection, and Response, December 17, 2015

TE Connectivity, Webinar: Violence in the Workplace: Prevention, Detection, and Response, December 21, 2015

Howard Hughes Medical Institute, Webinar: Principles of Workplace Violence, February 18, 2016

Herbalife, Los Angeles, CA, March 17-18, 2016

FedEx, Webinar: Case Escalation, April 6, 2016

Packaging Corporation of America, "Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, April 19-20, 2016

Capital Group, Irvine, CA, May 13, 2016

Executive Briefing, General Atomics, Poway, CA, June 30, 2016

General Atomics, Torrey Pines, CA, September 7-8, 2016

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, October 17-18, 2016

Macy's, Webinar: "Macy's Workplace Violence Prevention Program" (with Rochelle O'Day, for Asset Protection Department), November 11, 2016

3M Company, St. Paul, MN, November 28-30, 2016

Capital Group, Irvine, CA, December 14, 2016

CF Industries, Deerfield, IL, February 28 – March 1, 2017

Publicis Media, New York, NY, March 13 and March 15, 2017

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, April 13-14, 2017

Park Dietz, M.D., M.P.H., Ph.D.
Page 95

Nike, Beaverton, OR, May 1-2, 2017

Quest Diagnostics, Tampa, FL, May 4-5, 2017

Publicis Group, Executive Briefing, Chicago, IL, August 9, 2017

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, October 16-17, 2017

Western Digital Corporation, Executive Briefing, San Jose, CA, August 24, 2018

Allstate, 2-Day Senior Leadership Team Training, Chicago, IL, September 11-12,2018

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, October 15-16, 2018

Western Digital Corporation, 2-Day Specialist Training, Irvine, CA, November 28-29, 2018

Allstate, Senior Leadership Training, Chicago, IL, December 12, 2018

"Workplace Violence Advanced Instruction and Certification," hosted by Allstate, Northbrook, IL, May 9-10, 2019

"Workplace Violence Advanced Instruction and Certification," Newport Beach, CA, October 21-22, 2019

Ducommun, 1-Day Live Training:  "Workplace Misconduct Mitigation," Santa Ana, CA, December 17, 2019

"TAG Virtual Advanced Training in Workplace Violence Prevention," April 26-30, 2021

Western Digital Corporation, Executive Leadership Team Briefing (Virtual), July 21, 2021

"TAG Advanced Workplace Violence Prevention Training" (Virtual), October 25-29, 2021

Park Dietz, M.D., M.P.H., Ph.D.
Page 96

      3M Company, "Incivility in the Workplace" (virtual), December 3, 2021

**FILMOGRAPHY:**[5]

<u>Law & Order</u> (TV Series) (technical advisor - 169 episodes)

- Rubber Room (2010)
- Love Eternal (2010)
- Immortal (2010)
- The Taxman Cometh (2010)
- Crashers (2010)
- Brazil (2010)
- Brilliant Disguise (2010)
- Boy on Fire (2010)
- Steel-Eyed Death (2010)
- Blackmail (2010)
- Human Flesh Search Engine (2009)
- Dignity (2009)
- The Drowned and the Saved (2009)
- Skate or Die (2009)
- Exchange (2009)
- All New (2009)
- Promote This! (2009)
- Take-Out (2009)
- Flaw (2005)
- Red Ball (2005)
- In God We Trust (2005)
- Publish and Perish (2005)
- Tombstone (2005)
- Sects (2005)
- Dining Out (2005)
- License to Kill (2005)
- The Sixth Man (2005)
- Fluency (2005)
- Ain't No Love (2005)
- Fixed (2004)
- Enemy (2004)
- All in the Family (2004)
- Cry Wolf (2004)
- Gunplay (2004)

---

[5] Based on information published by IMDb as of 7/15/21, available at:
https://www.imdb.com/name/nm0226352/?ref_=fn_al_nm_1

Park Dietz, M.D., M.P.H., Ph.D.
Page 97

- Coming Down Hard (2004)
- The Brotherhood (2004)
- The Dead Wives Club (2004)
- C.O.D. (2004)
- Caviar Emptor (2004)
- Gaijin (2004)
- Vendetta (2004)
- Nowhere Man (2004)
- Evil Breeds (2004)
- City Hall (2004)
- Darwinian (2004)
- Embedded (2003)
- Bounty (2003)
- Bodies (2003)
- Sheltered (2003)
- Suicide Box (2003)
- B*tch (2003)
- Star Crossed (2003)
- Absentia (2003)
- Under God (2003)
- Chosen (2003)
- Open Season (2002)
- Tragedy on Rye (2002)
- Patriot (2002)
- Oxymoron (2002)
- Attorney Client (2002)
- Dazzled (2002)
- Slaughter (2002)
- Equal Rights (2002)
- Girl Most Likely (2002)
- Born Again (2002)
- DR 1-102 (2002)
- Undercovered (2002)
- The Collar (2002)
- Possession (2001)
- For Love or Money (2001)
- Armed Forces (2001)
- Deep Vote (2001)
- School Daze (2001)
- All My Children (2001)
- Whiplash (2001)
- A Losing Season (2001)
- Whose Monkey Is It Anyway? (2001)
- Hubris (2001)

Park Dietz, M.D., M.P.H., Ph.D.
Page 98

- Burn Baby Burn (2000)
- Return (2000)
- Standoff (2000)
- Stiff (2000)
- High & Low (2000)
- Black, White and Blue (2000)
- Trade This (2000)
- Fools for Love (2000)
- Panic (2000)
- Sundown (1999)
- Blood Money (1999)
- Patsy (1999)
- Marathon (1999)
- Justice (1999)
- Merger (1999)
- DNR (1999)
- Killerz (1999)
- Gunshow (1999)
- Shield (1999)
- Harm (1999)
- Sideshow (1999)
- Hunters (1999)
- Haven (1999)
- Ramparts (1999)
- Punk (1998)
- Flight (1998)
- Bait (1998)
- DWB (1998)
- Cherished (1998)
- Monster (1998)
- Tabloid (1998)
- Bad Girl (1998)
- Disappeared (1998)
- Stalker (1998)
- Carrier (1998)
- Divorce (1998)
- Faccia a Faccia (1998)
- Grief (1998)
- Expert (1998)
- Under the Influence (1998)
- Ritual (1997)
- Blood (1997)
- Baby, It's You (1997)
- Nullification (1997)

Park Dietz, M.D., M.P.H., Ph.D.
Page 99

- Harvest (1997)
- Navy Blues (1997)
- Denial (1997)
- Thrill (1997)
- Terminal (1997)
- Past Imperfect (1997)
- Passion (1997)
- We Like Mike (1997)
- Double Down (1997)
- Mad Dog (1997)
- Showtime (1997)
- Turnaround (1997)
- D-Girl (1997)
- Working Mom (1997)
- Matrimony (1997)
- Barter (1997)
- Menace (1997)
- Legacy (1997)
- Entrapment (1997)
- Deadbeat (1996)
- Double Blind (1996)
- Corruption (1996)
- Survivor (1996)
- I.D. (1996)
- Causa Mortis (1996)
- Aftershock (1996)
- Homesick (1996)
- Pro Se (1996)
- Girlfriends (1996)
- Slave (1996)
- Atonement (1996)
- Deceit (1996)
- Savior (1996)
- Custody (1996)
- Charm City (1996)
- Trophy (1996)
- Corpus Delicti (1996)
- Remand (1996)
- Blood Libel (1996)
- Angel (1995)
- Paranoia (1995)
- Hot Pursuit (1995)
- Jeopardy (1995)
- Savages (1995)

Park Dietz, M.D., M.P.H., Ph.D.
Page 100

- Rebels (1995)
- Bitter Fruit (1995)
- Nurture (1994)

<u>Law & Order: Criminal Intent</u> (TV Series) (technical advisor - 108 episodes)

- Three-in-One (2010)
- Inhumane Society (2010)
- Palimpsest (2010)
- The Mobster Will See You Now (2010)
- True Legacy (2010)
- Lost Children of the Blood (2010)
- Disciple (2010)
- Traffic (2010)
- Love on Ice (2010)
- Love Sick (2010)
- Abel & Willing (2010)
- Gods & Insects (2010)
- Delicate (2010)
- Broad Channel (2010)
- Loyalty: Part 2 (2010)
- Loyalty: Part 1 (2010)
- Seeds (2007)
- Renewal (2007)
- Bombshell (2007)
- Rocket Man (2007)
- Silencer (2007)
- Players (2007)
- 30 (2007)
- Brother's Keeper (2007)
- Flipped (2007)
- Albatross (2007)
- Privilege (2007)
- World's Fair (2007)
- Weeping Willow (2006)
- Blasters (2006)
- The War at Home (2006)
- Siren Call (2006)
- Tru Love (2006)
- Vacancy (2006)
- Dramma Giocoso (2006)
- Wrongful Life (2006)
- Wasichu (2006)

Park Dietz, M.D., M.P.H., Ph.D.
Page 101

- Proud Flesh (2006)
- Watch (2006)
- Slither (2006)
- Scared Crazy (2005)
- Saving Face (2005)
- In the Wee Small Hours: Part 2 (2005)
- Acts of Contrition (2005)
- Prisoner (2005)
- Diamond Dogs (2005)
- Consumed (2004)
- D.A.W. (2004)
- Fico Di Capo (2004)
- Ill-Bred (2004)
- Conscience (2004)
- The Saint (2004)
- Shrink-Wrapped (2004)
- Mis-Labeled (2004)
- Pas de Deux (2004)
- Unrequited (2004)
- Mad Hops (2004)
- F.P.S. (2004)
- Happy Family (2003)
- Sound Bodies (2003)
- A Murderer Among Us (2003)
- Stray (2003)
- Pravda (2003)
- But Not Forgotten (2003)
- The Gift (2003)
- Gemini (2003)
- Undaunted Mettle (2003)
- A Person of Interest (2003)
- Graansha (2003)
- Blink (2003)
- Cherry Red (2003)
- Legion (2003)
- Cold Comfort (2003)
- Cuba Libre (2003)
- Monster (2003)
- Probability (2003)
- See Me (2003)
- Suite Sorrow (2003)
- Baggage (2003)
- Con-Text (2003)
- Shandeh (2002)

Park Dietz, M.D., M.P.H., Ph.D.
Page 102

- The Pilgrim (2002)
- Tomorrow (2002)
- Malignant (2002)
- Chinoiserie (2002)
- Best Defense (2002)
- Anti-Thesis (2002)
- Bright Boy (2002)
- Dead (2002)
- Tuxedo Hill (2002)
- Faith (2002)
- Badge (2002)
- Maledictus (2002)
- Yesterday (2002)
- Seizure (2002)
- Phantom (2002)
- Semi-Professional (2002)
- The Insider (2002)
- The Third Horseman (2002)
- Enemy Within (2001)
- The Good Doctor (2001)
- The Pardoner's Tale (2001)
- Poison (2001)
- The Extra Man (2001)
- The Faithful (2001)
- Smothered (2001)
- Art (2001)
- One (2001)

Law & Order: LA (TV Series) (forensic technical advisor - 18 episodes, 2010 - 2011) (medical technical advisor - 18 episodes, 2010 - 2011)

- Plummer Park (2011)
- Angel's Knoll (2011)
- Big Rock Mesa (2011)
- Hayden Tract (2011)
- Runyon Canyon (2011)
- Reseda (2011)
- Benedict Canyon (2011)
- East Pasadena (2011)
- Silver Lake (2011)
- Zuma Canyon (2011)
- Playa Vista (2010)
- Ballona Creek (2010)
- Hondo Field (2010)

- Pasadena (2010)
- Sylmar (2010)
- Harbor City (2010)
- Echo Park (2010)
- Hollywood (2010)

Kiss the Girls (movie) 1997 (technical advisor)

Murder One (TV Series) (technical advisor - 1 episode)

- Chapter Eighteen, Year Two (1997)

Women's Murder Club (TV Series) (2008) (technical consultant - 1 episode)

Never Tell (2008) (technical consultant)

**Writer Credit and On-Camera Appearance as Self**:

Profiling Evil: Confessions of the I-5 Strangler (TV Movie) 2012 (Writer)

**Listed On-Camera Appearances as Self**:

Judgment with Ashleigh Banfield (TV Series)

- California v. Elizabeth Broderick (2020)

Mind of a Monster (TV Series documentary, 2020)

- Jeffrey Dahmer (2020)

Crazy, Not Insane (Documentary) 2020

Waco Inferno: The Untold Story (TV Movie documentary) 2018

Dahmer on Dahmer: A Serial Killer Speaks (TV Mini-Series documentary) (2017)

- Part 2 (2017)
- Part 1 (2017)

Campus Killer:  Santa Barbara (TV Movie documentary) (2014)

Park Dietz, M.D., M.P.H., Ph.D.
Page 104

<u>The Virgin Killer</u> (TV Special documentary) (2014)

<u>Behind Mansion Walls</u> (TV Series documentary)

- The Perfect Crime (2011)

<u>Wicked Attraction</u> (TV Series documentary)

- Shoot to Thrill (2010)

<u>Starsuckers</u> (Documentary) (2009)

<u>Women on Death Row</u> (TV Movie documentary) (2006)

<u>The Iceman and the Psychiatrist</u> (TV Movie documentary) (2003)

<u>Investigative Reports</u> (TV Series documentary)

- Columbine: Understanding Why (2002)

<u>Serial Killers: Profiling the Criminal Mind</u> (Video documentary) (1999)

<u>The Unexplained</u> (TV Series documentary)

- Dangerous Obsessions (1998)

<u>Biography</u> (TV Series documentary)

- Ted Bundy: The Mind of a Killer (1995)

<u>America Undercover</u> (TV Series documentary)

- Murder 9 to 5 (1994)
- Acts of Violence (1985)

<u>Viewpoint '93 - Murder in Mind</u> (TV Movie documentary) (1993)

<u>American Justice</u> (TV Series documentary)

- Dahmer:  Mystery of a Serial Killer (1992)

Park Dietz, M.D., M.P.H., Ph.D.
Page 105

**Archive footage**:

The Trial of Jeffrey Dahmer: Serial Killer (Video documentary) (1992)
- Self - Psychiatrist for the Prosecution (as Dr. Park Dietz)

E! True Hollywood Story (TV Series documentary) (2005)
- Andrea Yates ... Self (as Dr. Park Dietz)

Crimes of the Century (TV Mini-Series documentary) (2013)
- The State of Texas vs. Andrea Yates (2013) ... Self - Psychiatrist (as Dr. Park Dietz)

# MASSACHUSETTS GENERAL HOSPITAL

HARVARD MEDICAL SCHOOL

53 Winter Street
Weymouth, Massachusetts 02188
Tel: 617-479-4501
Fax: 617-479-8109
rsorrentino@mgh.harvard.edu

**Renée Sorrentino, MD**
*Attending Psychiatrist*
*Massachusetts General Hospital*
*Assistant Professor of Psychiatry, Part-time*
*Harvard Medical School*

## Curriculum Vitae

**Date Prepared:** May 24, 2022

**Name:** Renee Marie Sorrentino, MD

**Office Address:** 53 Winter Street, Weymouth, MA 02188

**Work Phone:** 617-479-4501

**Work Email:** rsorrentino@mgh.harvard.edu

**Work FAX:** 617-479-8109

**Place of Birth:** Rochester, New York

## Education:

| | | | |
|---|---|---|---|
| 1994 | BA | University Professors' Honors Program, neuroscience | Boston University |
| 1998 | MD | Modular Medical Integrated Curriculum/Early acceptance honors program | Boston University School of Medicine |

## Postdoctoral Training:

| | | | |
|---|---|---|---|
| 07/98- 07/99 | Intern | Internal medicine | Cambridge Hospital |
| 07/99- 07/02 | Resident | Adult psychiatry | Massachusetts General Hospital and McLean Hospital |
| 07/01- 07/02 | Chief Resident | Inpatient psychiatric unit | Massachusetts General Hospital |
| 07/02- 07/03 | Fellow | Fellowship in forensic psychiatry | Case Western Reserve University School of Medicine |
| 02/03 | Fellow | Clerkship with the sex offender program | University of Ottawa |

## Faculty Academic Appointments:

| | | | |
|---|---|---|---|
| 04/17- | Assistant Professor, Part-time | Psychiatry | Harvard Medical School |

1

| 12/14- | Clinical Associate Professor, Part-time volunteer faculty appointment | Psychiatry | University of Oklahoma School of Medicine |
|---|---|---|---|
| 01/22- | Adjunct Associate Professor | Psychiatry | University of Massachusetts Medical School |

**Appointments at Hospitals/Affiliated Institutions:**

| 07/03-05/16 | Clinical Assistant | Psychiatry | Massachusetts General Hospital |
|---|---|---|---|
| 05/16- | Associate Psychiatrist | Psychiatry | Massachusetts General Hospital |

**Other Professional Positions:**

| 07/99-07/02 | Psychiatric Consultant | East Boston District Court |
|---|---|---|
| 07/01-07/02 | Lecturer | Nashua Street Jail Boston, MA |
| 07/03- | Forensic Psychiatric Expert Consultant | Park Dietz & Associates Newport Beach, CA |
| 07/03-09/03 | Attending Psychiatrist | Newton Wellesley Hospital, Inpatient Unit Newton, MA |
| 07/03- | Attending Psychiatrist | Massachusetts General Hospital, Blake Inpatient Unit Boston, MA |
| 12/15- | Consulting Psychiatrist | Brockton Multi-Service Center Brockton, MA |
| 10/16- | Associate Editor | American Academy of Psychiatry and the Law Newsletter Bloomfield, CT |
| 5/2019-2021 | Councilor | American Academy of Psychiatry and the Law |
| 10/2018 | Editorial Board Member | Journal of the American Academy of Psychiatry and the Law |
| 04/2022 | AAPL Representative to ABPN 2022 forum on supporting and promoting women in academic neurology and psychiatry | American Academy of Psychiatry and the Law |

**Major Administrative Leadership Positions:**

**Local**

| 10/03-04/06 | Director of Forensic Psychiatry | Eric Lindemann Mental Health Center Massachusetts General Hospital |
|---|---|---|

2

| Regional | | |
|---|---|---|
| 07/06- | Medical Director | Institution for Sexual Wellness, Inc. Weymouth, MA |
| 05/15- | Fellowship Director | Massachusetts Association for the Treatment of Sexual Offenders |
| 2022- | American Academy of Psychiatry and the Law | Secretary |

**Professional Societies:**

| | | |
|---|---|---|
| 2000- | American Academy of Psychiatry and the Law | Member |
| 2000- | Gender Issues | Committee member |
| 2008- 2014 | Gender Issues, | Chairperson |
| 2014- 2021 | Rappeport Fellowship | Committee member |
| 2015- | Sexual Offenders | Committee member |
| 2000- | American Medical Association | Member |
| 2000- | American Psychiatric Association | Member |
| | 2016- | Fellow |
| 2000- | Association for the Treatment of Sexual Abusers | Member |
| 2000- | Massachusetts Association for the Treatment of Sex Abusers | Member |
| | 2006- | Executive Board Member |
| 2001- | Massachusetts Psychiatric Association | Member |
| 2002- | Association of Women Psychiatrists | Member |
| 2008- | National Alliance for the Mentally Ill | Member |
| 2009- | Massachusetts Medical Society | Member |
| 2018-2021 | American Academy of Psychiatry and the Law | Councilor |
| 2020 | American Academy of Psychiatry and the Law Maintenance of Certification Committee | Committee member |
| 2020- | American Academy of Psychiatry and the Law, Expert Lecture Series | Co-Chair |
| 2021 | American Academy of Psychiatry and the Law Annual Conference Program | Chairperson |
| 2021-2024 | American Psychiatric Association (APA) | Elected Representative |
| 2021- | Rappeport Fellowship | Co-Chair |
| 2021- | American Academy of Psychiatry and the Law | Program Committee Member |
| 2022- | American Academy of Psychiatry and the Law | Virtual Committee Member |

3

**Editorial Activities:**
- **Ad Hoc Reviewer:**
  Journal of Clinical Neuropsychiatry
  Journal of Immigrant and Minority Health
  International Journal of Legal Philosophy
  Behavioral Sciences & the Law
  Journal of Sex & Marital Therapy
  New England Journal of Medicine
  Current Psychiatry
  Journal of Clinical Sleep Medicine
  Journal of Forensic Sciences

**Honors and Prizes:**

| | | |
|---|---|---|
| 1990 | Golden Key | National Honors Society |
| 2002 | Rappeport Fellow | American Academy of Psychiatry and the Law |
| 2002 | Women Leaders in Psychiatry Award | American Psychiatry Association |
| 2006 | Hilton High School Hall of Fame | Hilton High School, Hilton, NY |
| 2019 | Distinguished Fellow | American Psychiatric Association |
| 2022 | Outstanding Psychiatric Award | Massachusetts Psychiatric Society |

## Report of Funded and Unfunded Projects

**Funded**

| | |
|---|---|
| 2016- | Noninvasive Infrared Thermodetection [NIT] of Erectile Function<br>American Association of Psychiatry and the Law<br>Institute for Education and Research $25,000<br>Principal Investigator<br>Given some of the problems with reliability with PPG including the heterogeneity of offender populations, use of countervailing fantasies to decrease sexual arousal, high false-negative rates, this study will look at NIT will help to establish a superior measure of sexual erection. |

**Unfunded**

| | |
|---|---|
| 1992- 1994 | Projections of the Ventral Tegmental Area of the Rat Brain<br>PI |

4

The major goal of the study was to trace the neuroanatomical projections of the ventral tegmental area using anterograde tracers.

1993      Immunocytochemistry of the Ventral Tegmental Area of the Rat Brain
PI
The major goal of the study was to understand the neurochemistry of the ventral tegmental area by using immunocytochemistry.

1993      The Effects of Testosterone on the Visual spatial Memory of the Male Rat
PI
The major goal of the study was to understand the relationship of testosterone and testosterone deprivation on visual spatial memory in the male rat.

1995      Behavioral Testing in Aging Primate
Research Assistant
The major goal of the study was to understand the relationship between hypertension and memory in the Rhesus monkey.

2000- 2001      Systematic Treatment Enhancement in Bipolar Disorder
Study Physician
Administered research protocol for the evaluation and treatment of bipolar patients at Massachusetts General Hospital.

2001- 2002      Psychopharmacologic Trials in Treatment Resistant Depression
Study Physician
Perform clinical evaluations using validated tools.

## Report of Local Teaching and Training

**Teaching of Students in Courses:**

| 07/06- | Clinical Clerkship in Psychiatry | Massachusetts General Hospital |
|---|---|---|
| | Lecturing medical students | 1 hour per month for 10 months a year |
| 07/09- | Sociology 100/Forensic Psychiatry Elective | Institution for Sexual Wellness, Weymouth, MA |
| | Medical students | 40 hours per year |

**Formal Teaching of Residents, Clinical Fellows and Research Fellows (post-docs):**

| 7/11- | Psychiatry Residency Elective in Paraphilias | Institution for Sexual Wellness |
|---|---|---|
| | Psychiatry Residents | 40 hours per week for 2-8 weeks each year |
| 7/15- | Psychiatry Residency Elective in Forensic Psychiatry | |

5

| | Psychiatry Residents -Massachusetts General Hospital/Mclean Hospital, 10 hours a week for one year | |
|---|---|---|
| 7/15- | Psychiatry Residency Didactics Course in Paraphilias Psychiatry Residents | Massachusetts General Hospital/ Mclean Hospital 8 hours a year |
| 7/16- | Psychiatry Residency Didactics Course in Paraphilias Psychiatry Residents | Boston University School of Medicine 8 hour a year |
| 9/21- | Forensic Psychiatry Core Rotation | University of Massachusetts Forensic Psychiatry Fellowship Program, 8 hours a week 3 months |
| 9/21- | Forensic Psychiatry Core Rotation | Massachusetts General Hospital Law and Psychiatry Fellowship Program, 8 hours a week, 4 months |

**Clinical Supervisory and Training Responsibilities:**

| 07/02- | Clinical preceptor 3rd and 4th year medical students | Harvard Medical School 2 hrs. a month |
|---|---|---|
| 08/08- 07/09 | Forensic Psychiatry Clinical Clerkship/Northeastern University for | Institution for Sexual Wellness 24 hours per week |
| 09/09- 08/12 | Forensic Psychiatry Clinical Clerkship/William James University for graduate psychology students | Institution for Sexual Wellness 24 hours per week |

**Formally Supervised Trainees**

| 05/08-05/09 | Emile Picard, MA / PhD candidate, student Clinical clerkship in forensic psychiatry for Northeastern University requirement. |
|---|---|
| 08/09-08/09 | Anna Glezer, MD / Assistant professor in Psychiatry at UCSF School of Medicine; private practice Two-week elective in forensic psychiatry for MGH/Mclean Hospital residency program. |
| 10/09-06/10 | Sara Moore, MA, LMHC / PsyD candidate, student clinical clerkship in forensic psychology for William James College requirement. |
| 07/10-06/11 | Ashley Gray, MA / Private practice psychologist Clinical clerkship in forensic psychology for Williams James College requirement. |
| 08/11-06/12 | Sara Moore, MA, LMHC / PsyD candidate, student Clinical clerkship in paraphilias for William James College. |
| 03/12-04/12 | Hyemin Yang, MD / Internist with Boston Medical Center, internal medicine |

6

One-month elective in paraphilias for Harvard Medical student.

04/11-04/11    Lazaro Zayas, MD /Psychiatry private practice
               Two-week elective in forensic psychiatry for MGH/Mclean Hospital residency program.

01/12-03/12    Daniel Reilly, MD / Instructor at Harvard Medical School, attending psychiatrist at
               Melrose-Wakefield Hospital
               Two-month elective in forensic psychiatry for psychiatry resident.

01/14-03/14    Adeliza Olivero, MD / Psychiatrist at Cambridge Court Clinic
               Two-month elective in forensics psychiatry for Boston University School of Medicine
               Adult Psychiatry residency program.

05/15-06/15    Katherine Skosnik, MD / Mt. Sinai Psychiatry Residency Program
               One month elective for medical students.

06/15-07/15    Oliver Chan, MD / Specialist Psychiatrist at Department of Forensic Psychiatry, Castle
               Peak Hospital, Hong Kong
               One month elective for forensic psychiatry in area of paraphilias.

07/16-07/17    Brian Barnett, MD / MGH/Mclean Psychiatry Residency Program
               One year elective in forensic psychiatry for residents.

07/17-05/18    Roberta Zanzonico, MD/St. Elizabeth's Psychiatry Residency Program
               One year elective in paraphilias and forensic psychiatry for residents

02/18-05/18    Maria Lapchenko, MD/Tufts Psychiatry Residency Program
               3-month elective in forensic psychiatry for residents

07/17-03/18    Jacob Taylor, MD, MPH/ Instructor in Psychiatry, Harvard Medical School
               Paraphilia Fellowship through the Massachusetts Association for the Treatment of Sexual
               Abusers

09/18-06/19    Meghan Musselman, MD / MGH/Mclean Psychiatry Residency Program
               10-month elective in forensic psychiatry for residents.

01/20-06/20    Laura DiCola, MD, MPH / MGH/Mclean Psychiatry Residency Program
               6-month elective in forensic psychiatry for residents.

07/20-08/20    Lawrence Belcher, MD / MGH/Mclean Psychiatry Residency Program
               2-month elective in forensic psychiatry for residents.

10/21-11/21    Barbara Burton, MD/University of Massachusetts Forensic Psychiatry Fellowship
               2-month rotation in forensic psychiatry for Fellows

1/22-4/22      Nikhil Mathews, MD/ MGH Law and Psychiatry Fellowship Program
               4-month rotation in forensic psychiatry for Fellows

**Formal Teaching of Peers (e.g., CME and other continuing education courses)**

*No presentations below were sponsored by 3rd parties/outside entities*

| | | |
|---|---|---|
| 07/09 | Dangerous Sex Offenders<br>Taunton State Hospital, CME course | Single presentation<br>Taunton, MA |
| 11/09 | Mental Illness and Violence<br>Community Program Innovations, CME course | Single presentation<br>Boston, MA |
| 06/12- | Violence Risk Assessment<br>Harvard Psychiatry Board Review | Single presentation annually<br>Boston, MA |
| 06/12 | Asperger's Syndrome and Paraphilias<br>Lurie Center, Massachusetts General Hospital, CME course | Single presentation<br>Lexington, MA |
| 11/14 | Antipsychotics in Court<br>Committee for Public Counseling, continuing legal education course | Review course<br>Worcester, MA |
| 02/14 | Sex Offender Recidivism<br>Fort Sam Houston, expert symposium training, continuing legal education | Single Presentation<br>San Antonio, TX |
| 05/15 | SORA Classification Perspectives<br>New York State Bar Association Criminal Justice Section, continuing legal education | Single presentation<br>Saratoga Springs, NY |
| 08/15 | Counterintuitive Victim Behavior and Trauma Informed Interviewing<br>National District Attorneys Association Prosecuting Sexual Assault and Related Crimes, continuing legal education | Single presentation<br>Bellevue, WA |
| 10/15 | Trauma Informed Interviewing<br>National District Attorneys Association Special Offenses: Domestic Violence and Sexual Assault for the Prosecution, continuing legal education | Single presentation<br>Camden, NJ |
| 03/16 | Understanding Trauma<br>National District Attorneys Association: Symposium on Campus Sexual Violence, continuing legal education | Raleigh, NC |
| 03/16 | Inside the Mind of a Perpetrator | Raleigh, NC |

8

|       | National District Attorneys Association: Symposium on Campus Sexual Violence, continuing legal education | |
|-------|---------------------------------------------------------------------------|------------------|
| 07/16 | Characteristics of Killers<br>National District Attorneys Association: Inside the Mind of a Killer, continuing legal education | Memphis, TN |
| 07/16 | Faking It: How to Detect Malingering<br>National District Attorneys Association: Inside the Mind of a Killer, continuing legal education | Memphis, TN |
| 07/16 | Paraphilic Homicides<br>National District Attorneys Association: Inside the Mind of a Killer, continuing legal education | Memphis, TN |
| 09/16 | Understanding Trauma<br>National District Attorneys Association: Prosecuting Sexual Assault and Related Crimes, continuing legal education | Savannah, GA |
| 09/16 | Paraphilic Homicides<br>National District Attorneys Association: Prosecuting Sexual Assault and Related Crimes, continuing legal education | Savannah, GA |
| 10/16 | Inside the Mind of Offenders<br>North Carolina Conference of District Attorneys Fall Association Meeting | Wilmington, NC |
| 12/17 | Crazy like a Fox: Detection of Malingered Psychosis<br>National District Attorneys Association: Forensic Evidence, continuing legal education | Phoenix, AZ |
| 03/19 | Capacity to Make Decisions/ Committee for Public Counsel Service Certificate Training Course<br>Community Legal Aid, Worcester, MA | |
| 08/19 | The Usual Suspects: Proactive Cross- Examination of the Defendant and Defense Witnesses in Sex Assault Cases<br>National District Attorneys Association: Forensic Evidence, continuing legal education | Minneapolis, MN |
| 09/21 | Unusual Defenses Require Unusual Experts -- Cross Examination Strategies in Mental Defenses: Crossing the Science and Challenging Bad Experts | Virtual |

|  | National District Attorneys Association: Forensic Evidence, continuing legal education | |
| 09/21 | Competency to Stand Trial Evaluations and Specialized Competency Tests National District Attorneys Association: Forensic Evidence, continuing legal education | Virtual |
| 03/22 | Working with Mental Health Experts National District Attorneys Association: Forensic Evidence, continuing legal education | Virtual |

**Local Invited Presentations:**

*No presentations below were sponsored by 3rd parties/outside entities*

| 07/06-09/07 | Dangerous Sex Offenders and the Law / Grand Rounds Cambridge Educational Alliance, Cambridge |
| 03/17 | Let's Talk About Sex: The Paraphilic Disorders/ Grand rounds Cambridge Health Alliance, Cambridge |
| 11/18 | Pedophilia: A Sexual Orientation? / Grand Rounds Massachusetts General Hospital, Boston |
| 02/20 | Inside the Mind of a perpetrator/ Forensic Psychiatry Seminar Cambridge Health Alliance, Cambridge |
| 03/21 | When to get a paraphilic consult?/ Primary Care Psychiatry Massachusetts General Hospital, Boston |
| 05/21 | OCD Presentation/ OCD and Related Disorders Program lecture Massachusetts General Hospital, Boston |
| 08/21 | Detection of Malingering/Forensic Psychiatry Seminar Cambridge Health Alliance, Cambridge |
| 08/21 | Paraphilias and Substance Use Disorders Lecture/ West End Clinic Massachusetts General Hospital, Boston |

## Report of Regional, National and International Invited Teaching and Presentations

*No presentations below were sponsored by 3rd parties/outside entities*

**Regional**

| 04/04 | Sex Offender Psychopharmacology / lecture, annual meeting Massachusetts Association for the Treatment of Sexual Abusers, Marlborough |

10

| | |
|---|---|
| 04/07 | Sex Offenders Getting Off: Are Sex Offenders Criminally Responsible? / lecture, annual meeting<br>Massachusetts Association for the Treatment of Sexual Abusers, Marlborough |
| 04/09 | Ethical Treatment of Sex Offenders / lecture, annual meeting<br>Massachusetts Association for the Treatment of Sexual Abusers, Marlborough |
| 09/09 | What are Paraphilias? / Grand rounds<br>Brockton Veterans Medical Center, Brockton |
| 09/09 | Sex Offenders at Large: Re-Entry Challenges / one-time guest speaker, Correctional Course<br>Suffolk University, Boston |
| 04/10 | Expertise in Courtroom / lecture, annual meeting<br>Massachusetts Association for the Treatment of Sexual Abusers, Marlborough |
| 04/10 | Internet Pornography Virtual Addiction / lecture, annual meeting<br>Massachusetts Association for the Treatment of Sexual Abusers, Marlborough |
| 04/12 | The Forensic Implications of the DSM-V's Pedohebephilia / lecture, annual meeting<br>Massachusetts Association for the Treatment of Sexual Abusers, Marlborough |
| 04/12 | Dangerousness Exposed: Civil Commitment of Exhibitionist / lecture, annual meeting<br>Massachusetts Association for the Treatment of Sexual Abusers, Marlborough |
| 05/12 | Dangerous Sex Offenders: Strategies for Mental Health Professionals / lecture, annual workshop<br>The Center for Professional Innovation, Peabody |
| 04/13 | Gender Bender: Gender Variance and the Law / lecture, annual meeting<br>Massachusetts Association for the Treatment of Sexual Abusers, Marlborough |
| 04/13 | Female Offenders: They are Different but How Different? / lecture, annual meeting<br>Massachusetts Association for the Treatment of Sexual Abusers, Marlborough |
| 04/13 | Evidence-Based Best Practice: Sex Offender-Specific Treatment/ lecture, annual meeting<br>Massachusetts Association for the Treatment of Sexual Abusers, Marlborough |
| 02/14 | What Psychiatrists Need to Know About Sex / Grand rounds<br>Boston Medical Center University, Boston |
| 03/14 | Let's Talk about Sex: What Mental Health Professionals Need to Know / lecture, annual workshop<br>The Center for Professional Innovation, Peabody |
| 04/14 | Heavy Petting: A Clinician's Guide to Understanding Bestiality / lecture, annual meeting<br>Massachusetts Association for the Treatment of Sexual Abusers, Marlborough |

11

04/14    Working with Sex Offenders: Development and Career Opportunities / lecture, annual meeting
Massachusetts Association for the Treatment of Sexual Abusers, Marlborough

04/15    Paraphilias in Film / lecture, annual meeting
Massachusetts Association for the Treatment of Sexual Abusers, Marlborough

04/16    Thrill Kill: Analysis of Sexual Homicide / lecture, annual meeting
Massachusetts Association for the Treatment of Sexual Abusers, Marlborough

04/16    Working with Sex Offenders / lecture, annual meeting
Massachusetts Association for the Treatment of Sexual Abusers, Marlborough

11/16    Working with Sex Offenders: Shame and Blame / lecture, annual workshop
McLean Hospital, Belmont

11/16    Autistic Spectrum Disorders: Treatment & Forensic Implications / lecture, annual Workshop Lurie Center for Autism, Lexington

03/18    Chemical Castration/ Grand rounds
St. Elizabeth Hospital Department of Psychiatry, Brighton

04/18    Hypersexual Disorder Exposed: Science or Scandal / lecture, annual meeting
Massachusetts Association for the Treatment of Sexual Abusers, Marlborough

05/18    Lovemaps: The Paraphilias in Film / lecture, annual meeting
New York Association for the Treatment of Sexual Abusers, Marlborough

05/18    Capacity to Make Decisions/ Committee for Public Counsel Service Certificate Training Course
Trial Court Learning Center, Worcester

05/18    Castration: Cutting Edge of Treatment /Massachusetts Psychiatric Association, Waltham

11/18    Let's Talk About Sex: What Psychiatrists Need to Know About Paraphilias/
Grand Rounds
University of Massachusetts Medical School, Worcester

01/19    Pedophilia: Let's Not Make the Problem Worse/ Grand Rounds,
Tufts Medical Center, Boston

01/19    A Hippocratic-al Approach to Sex Offender Treatment/ Grand Rounds
St. Elizabeth's Hospital, Brighton

02/19    Hypersexual Disorder: Disease or Distraction? /Distraction? /Massachusetts Psychiatric

Society's Alcohol and Addictions Interest Group Dinner Session, Boston Medical Center, Boston

04/19     Sex Offenders and the Insanity Defense / lecture, annual meeting
Association for the Treatment of Sexual Abusers, Massachusetts, Marlborough

12/19     Sexting and Teens / Grand Rounds
Boston University School of Medicine, Boston

03/20     Treating the Punished: Ethical Care of Sexual Offenders/ presentation
Mental Illness/ Problematic Sexual Behavior Program Retreat, Worcester

02/21     The Detection of Malingered Psychosis/ Tufts School of Medicine/ Grand Rounds, Boston

04/21     Physician Sexual Misconduct: Time for Reform/ Grand Rounds
St. Elizabeth's Medical Center, Brighton

10/21     Chemical Castration: Challenges in Delivery/ Grand Rounds
State University of New York; Syracuse NY

10/21     Chemical Castration: Preventing Sexual Abuse / Seminar
UMass Law and Psychiatry Seminar (virtual)

06/22     Clinicians Role in Sexting Cases/ Seminar
McLean (virtual)

**National**

05/03     Continuous Clinical Case Conference Part I and II: A Case of Murder and Dissociative
Identity Disorder; Real or Malingered Mental Illness? / lecture, annual meeting
American Psychiatric Association, San Francisco

10/03     Forensic Pitfalls of Dissociative Identity Disorder / lecture, annual meeting
American Academy of Psychiatry and the Law, San Antonio

10/03     Deceit & Coercion in the Quest for Truth; Tricks of the Trade? / lecture, annual meeting
American Academy of Psychiatry and the Law, San Antonio

05/04     Conceptual and Methodological Flaws in Evaluation of Addiction Treatment /
collaborative lecture, annual meeting
American Psychiatric Association, New York

10/04     Femme Fatale / lecture, annual meeting
Institute on Psychiatric Services, Atlanta

10/04     Forensic Ethics / lecture, annual meeting
American Academy of Psychiatry and the Law, Scottsdale

13

| 10/04 | Geriatric Forensic Psychiatry: Dirty Old Men or Prisoners of Age? / lecture, annual meeting |
| | American Academy of Psychiatry and the Law, Scottsdale |

| 05/05 | Female Knockouts / lecture, annual meeting |
| | American Psychiatric Association, Atlanta |

| 10/05 | Violent Women / lecture, annual meeting |
| | American Academy of Psychiatry and the Law, Montreal |

| 11/05 | Psychiatrists Survey of Awareness of Filicidal Thoughts in Mothers/ lecture, annual meeting |
| | Cleveland Consultation Liaison Psychiatry Society, Ohio |

| 05/06 | Psycho-Killers: Homicide and Mental Illness / lecture, annual meeting |
| | American Psychiatric Association, Toronto |

| 05/06 | Legal Issues in Consultation Psychiatry / lecture, annual meeting |
| | American Psychiatric Association, Toronto |

| 05/06 | Desperate Housewives / lecture, annual meeting |
| | American Psychiatric Association, Toronto |

| 05/06 | Psychiatrists Survey of Awareness of Filicidal Thoughts in Mothers/ poster, annual meeting |
| | American Psychiatric Association, Toronto |

| 10/06 | Mothers Thinking of Murder Psychiatry Inquiry / lecture, annual meeting |
| | American Academy of Psychiatry and the Law, Chicago |

| 10/06 | Community Treatment of Sex Offenders / lecture, annual meeting |
| | International Community Corrections Association, Norfolk |

| 10/06 | Psychiatrists Survey of Awareness of Filicidal Thoughts in Mothers/ lecture, annual meeting |
| | American Academy of Psychiatry and the Law, Chicago |

| 05/07 | Gender bender: Gender Issues in Psychiatry / lecture, annual meeting |
| | American Psychiatric Association, San Diego |

| 05/07 | Are Sex Offenders Criminally Responsible? / lecture, annual meeting |
| | American Psychiatric Association, San Diego |

| 08/07 | Safe Communities: A Model for Community Based Sex Offender Treatment / lecture, annual meeting |
| | American Correctional Association, Kansas City |

| 10/07 | Child Murder by Mothers: Case-Based Risk Assessments / lecture, annual meeting |

American Academy of Psychiatry and the Law, Miami

05/08 Paraphilias, Pharmaceuticals and Personality Disorders: Unusual Psychiatric Defenses / lecture, annual meeting
American Psychiatric Association, Seattle

05/08 Neonaticide / lecture, annual meeting
American Psychiatric Association, Seattle

05/10 Expert Testimony / lecture, annual meeting
The New York Association Abusers Annual Meeting, Saratoga

05/10 Neonaticide: Phenomenology and Prevention/lecture, annual meeting
American Psychiatric Association, New Orleans

10/10 Neonaticide: Phenomenology and Prevention/lecture, annual meeting
American Academy of Psychiatry and the Law, Tucson

05/11 Guardians and Advance Directives/lecture, annual meeting
American Psychiatric Association, Honolulu

05/11 Ethical Treatment of Sex Offenders – A Hypocrite's Oath? / lecture, annual meeting
The New York State Association for the Treatment of Sexual Abusers & New York State Alliance of Sex Offender Service Providers, Verona

05/11 Getting Off: Are Sex Offenders Criminally Responsible? / lecture, annual meeting
The New York State Association for the Treatment of Sexual Abusers & New York State Alliance of Sex Offender Service Providers, Verona

10/11 Traumatic Brain Injury, Amnesia and Competency to stand trial: Practical Considerations/ lecture, annual meeting
American Academy of Psychiatry and the Law, Boston

02/12 Competency to Stand trial Evaluations and Traumatic Brain Injury / Single presentation
State of Nevada Competency Examiners Recertification course, Las Vegas

04/12 Let's Talk about Sex: The Psychosexual Interview and Treatment / Grand rounds
Central New York Psychiatric Center, Marcy, NY

05/12 Transgender / lecture, annual meeting
The New York State Association for the Treatment of Sexual Abusers & New York State Alliance of Sex Offender Service Providers, Saratoga

05/12 Forensic Psychiatry for Students / lecture, annual meeting
American Psychiatric Association, Philadelphia

05/12 The Insanity Defense / lecture, annual meeting
American Psychiatric Association, Philadelphia

| | |
|---|---|
| 01/13 | The Role of the Psychiatrist in Sex Offender Evaluations / Grand rounds<br>St. Elizabeth's Hospital, Washington, D.C. |
| 05/13 | The Mentally Ill and Guns: A Perfect Target? / lecture, annual meeting<br>American Psychiatric Association, San Francisco |
| 10/13 | Special topics in Stalking / lecture, annual meeting<br>American Academy of Psychiatry and the Law, San Diego |
| 05/14 | Firearm Screening and Risk Assessment in Clinical Practice / lecture, annual meeting<br>American Psychiatric Association, New York City |
| 05/14 | Paraphilias: Disordered or Disturbed? / lecture, annual meeting<br>American Psychiatric Association, New York City |
| 05/14 | Gender Bender: Gender Variance and the Law / lecture, annual meeting<br>American Psychiatric Association, New York City |
| 05/14 | Taking Aim at a Loaded Issue: Guns, Mental Illness, and Risk Assessment/ lecture, annual meeting<br>American Psychiatric Association, New York City |
| 12/14 | Introduction to the Paraphilias / Grand rounds<br>University of Oklahoma, Norman |
| 05/15 | I'll Show You Mine, If You Show Me Yours: The Impact of Underage Sexting / lecture, annual meeting<br>American Psychiatric Association, Toronto |
| 10/15 | A Bite at the AAPL: Professional Advancement in AAPL / workshop, annual meeting<br>American Academy of Psychiatry and the Law, Fort Lauderdale |
| 10/16 | Lovemaps: The Paraphilias in Film and Documentaries / lecture, annual meeting<br>American Academy of Psychiatry and the Law, Portland |
| 05/17 | Boundary Violations in Correctional Settings / lecture, annual meeting<br>American Psychiatric Association, San Diego |
| 10/17 | Hotshots: Forensic Implications of Sexting / lecture, annual meeting<br>American Academy of Psychiatry and the Law, Denver |
| 10/17 | Noninvasive Infrared Thermodetection of Erectile Function / lecture, annual meeting<br>American Academy of Psychiatry and the Law, Denver |
| 02/18 | Heavy Petting: A Forensic Expert's Guide to Bestiality and Zoophilia/ workshop, annual meeting<br>American Academy of Forensic Sciences, Seattle |

| | |
|---|---|
| 05/18 | Outpatient Violence Risk Assessment: What Clinicians Need to Know/ lecture, annual meeting<br>American Psychiatric Association, New York |
| 10/18 | Transgender Populations and the Law: Beyond the Bathroom/ lecture, annual meeting<br>American Academy of Psychiatry and the Law, Texas |
| 10/18 | Current Policy Topics on University Campuses: Sexual Assault/ Rape on College Campuses/ False Allegations/ lecture, annual meeting<br>American Academy of Psychiatry and the Law, Texas |
| 10/18 | Victims and Perpetrators of Sexual Assault and Interpersonal Violence: Facts and Fallacies lecture, annual meeting<br>American Academy of Psychiatry and the Law, Texas |
| 02/19 | Insanity and Mitigation Evaluations of Child Murder by Parent/ lecture, annual meeting<br>American Academy of Forensic Sciences, Maryland |
| 02/19 | Child Pornography and Child Sex Dolls: An Expanding Virtual Phenomenon / lecture , annual meeting<br>American Academy of Forensic Sciences, Maryland |
| 04/19 | Physician Sexual Misconduct Evaluations: Is There a Standard of Care? / poster, annual meeting Federation of State Physician Health Programs, Ft. Worth |
| 05/19 | Burnout: Doctors and Lawyers and Other Professionals… Oh My / lecture, annual meeting<br>American Psychiatric Association, San Francisco |
| 05/19 | Sexual Harassment: A Civil Interaction between Law and Psychiatry / lecture, annual meeting<br>American Psychiatric Association, San Francisco |
| 5/19 | Sexsomnia: Clinical and Forensic Issues / lecture, annual meeting<br>American Psychiatric Association, San Francisco |
| 09/19 | Navigating Power Differentials as a Physician in the "Me Too" Era/ Online CME Course<br>Massachusetts Medical Society, Waltham |
| 10/19 | Heavy Petting: A Forensic Psychiatrist's Guide to Bestiality/ lecture, annual meeting<br>American Academy of Psychiatry and the Law, Baltimore |
| 10/19 | Insane Defenses: Nontraditional Insanity Defenses/ lecture, annual meeting<br>American Academy of Psychiatry and the Law, Baltimore |

| 10/19 | Pathology, Pediatrics, and Psychiatry in Child Murder by Parents/ lecture, annual meeting<br>American Academy of Psychiatry and the Law, Baltimore |
|---|---|
| 10/19 | Primer: Forensic Evaluations of Females at Hormonal Stages and Ages/<br>lecture, annual meeting<br>American Academy of Psychiatry and the Law, Baltimore |
| 03/20 | Chemical Castration "Cutting" Edge of Treatment/ Grand Rounds<br>Northcoast Behavioral Healthcare Hospitals, Northcoast, Ohio |
| 09/20 | What Psychiatrists Need to Know about paraphilias and pedophilia/ Florida Psychiatric Society, (virtual) |
| 05/21 | The #MeToo Movement: Implications for Psychiatrist / American Psychiatric Association Annual Meeting (virtual) |
| 05/21 | Physician Sexual Misconduct: Duty to Protect/ Grand Rounds (virtual)<br>University of Oklahoma |
| 06/21 | Professional Misconduct: Undue Influencers / Arizona State Bar Convention (virtual) |
| 10/21 | Extreme Ends of the Spectrum: Problematic Sexual Behavior in ASD/<br>lecture, annual meeting<br>American Academy of Psychiatry and the Law, Virtual |
| 10/21 | Hot Topics in Malpractice: A How Not to Guide/<br>lecture, annual meeting<br>American Academy of Psychiatry and the Law, Virtual |
| 10/21 | Toronto Van Killer: The Autism Spectrum Defense / lecture, annual meeting<br>American Academy of Psychiatry and the Law, Virtual |
| 05/22 | Ask the Experts: The Nuts and Bolts of Starting a Forensic Private Practice Defense /<br>lecture, annual meeting<br>American Academy of Psychiatry and the Law, Virtual |

**International**

| 12/07 | When the Mad are Bad: Mental Illness and Homicide / lecture, annual meeting<br>World Psychiatric Association, Melbourne, Australia |

| | |
|---|---|
| 12/07 | Femme Fatale: Violent Offenses Committed by Women / lecture, annual meeting<br>World Psychiatric Association, Melbourne, Australia |
| 10/10 | Child Murder by Parents: Epidemiology, Assessment, Treatment and Recovery / lecture, annual meeting<br>Royal Australia & New Zealand College of Psychiatry, Prato, Italy |
| 03/11 | Psychiatrists Survey of Awareness of Filicidal Thoughts in Mothers/ lecture, annual meeting<br>World Congress of Women's Mental Health, Madrid, Spain |
| 08/14 | Getting Off: Criminal Responsibility in Sexual Offenders / lecture<br>The Royal Australian & New Zealand College of Psychiatrists, Hong Kong |
| 08/14 | Heavy Petting: A Clinician's Guide to Bestiality / lecture<br>The Royal Australian & New Zealand College of Psychiatrists, Hong Kong |
| 07/15 | Sexual Disorders on the Silver Screen / lecture<br>XXXIVth International Congress on Law and Mental Health, Vienna, Austria |
| 07/15 | An Update on Stalkers and Their Victims/ lecture<br>XXXIVth International Congress on Law and Mental Health, Vienna, Austria |
| 07/15 | Forensic Psychiatry through film/ lecture<br>XXXIVth International Congress on Law and Mental Health, Vienna, Austria |
| 07/17 | Paraphilias and Sexual Preferences II: Heavy Petting: A Forensic Guide to Understanding Bestiality / lecture<br>XXXVth International Congress on Law and Mental Health, Prague, Czechoslovakia |
| 03/19 | Mothers Who Kill: Assessing Risk for Infanticide/ lecture<br>World Congress of Women's Mental Health, Paris, France |
| 07/20 | Human-Animal Sex in Research, Law and Clinical Practice/ lecture<br>Lees, Ask and Wear Valley National Health Service Foundation Trust Forensic Training Program, United Kingdom |
| 07/21 | "Cutting Edge Treatment: Chemical Castration"/ St. Joseph's Healthcare Hamilton and McMaster University, Hamilton, Ontario |
| 08/21 | Forensic Psychiatry course 773, 2021/ University of Auckland School of Medicine, guest lecturer for "Youth Forensic Psychiatry" course 773, 2021<br>Stalking and Sexting, Auckland, New Zealand |

## Report of Clinical Activities and Innovations

**Current Licensure and Certification:**

| 11/00- | Massachusetts | MD | 207842 |
| 01/04- | California | MD | A85826 |
| 10/12- | New York | MD | 267345-1 |
| 02/17- | New Hampshire | MD | 18045 |
| 10/18- | Virginia | MD | 0101265577 |

## Report of Scholarship

**Peer-Reviewed Publications:**

### Original Research:
1. Friedman S, **Sorrentino R**, Stankowski J, Holden C, Resnick P. Psychiatrists' awareness of maternal filicidal thoughts. Comp Psychiatry 2008; 49(1) 106-110.

### Clinical Communications:

1. Montoya A, **Sorrentino R**, Lucas S, Price B. Long-term neuropsychiatric consequences of 'ecstasy' (MDMA): A critical review. Harvard Review Psychiatry 2002; 10(4) 212-220.

2. **Sorrentino R**, Resnick P. A day in the life of a psychiatrist-in-the-making. Academic Psychiatry 2005; 29(4) 397-399.

3. **Sorrentino R**, Resnick P. Forensic issues in Consultation Liaison psychiatry. Psychiatric Times 2005 Dec: XXIII, (14) 26.

4. **Sorrentino R**. Degarelix: An antagonist to GnRH-theoretical and treatment considerations in paraphilias. Journal of Sexual Medicine 2012; 9(1) 327-329.

5. Friedman S, **Sorrentino R**. Commentary: Postpartum Psychosis, Infanticide, and Insanity-Implications for Forensic Psychiatry. Journal of the American Academy of Psychiatry and the Law 2012; 40(3) 326-332.

6. **Sorrentino R**, Bauer L, Reilly D. Psychotic and sexually deviant. Current Psychiatry 2013. 15(5), 37-42.

7. Friedman S, **Sorrentino R**, Hall R. Commentary: Women, violence, and insanity. Journal of the American Academy of Psychiatry and the Law 2013; 41(4): 523-528. A328.

8. **Sorrentino R**. Performing capacity evaluations: What's expected from your consult? Current Psychiatry 2014; 13(1): 41-44.

9. Nesbit A, **Sorrentino R**. Psychiatric Spotlight on Child Sexual Abuse. Psychiatric Times. July 16, 2016.

20

10. **Sorrentino R**. DSM-5 and Paraphilias: What Psychiatrists Need to Know. Psychiatric Times. November 28, 2016.

11. **Sorrentino R**, Friedman S, Hall R. Gender Considerations in Violence. Psychiatric Clinics of North America 2016; 39(4) 701-710.

12. Ostermeyer B, Friedman S, **Sorrentino R**, Booth B. Stalking and Violence. Psychiatric Clinics of North America 2016; 39(4) 663-673.

13. **Sorrentino R**, Friedman S, Wagoner R, Booth B. Sex on the Silver Screen: Using Film to Teach About Paraphilias. Academic Psychiatry. July 06, 2017.

14. Friedman S, **Sorrentino R**, Friedman J. Sexting: What are the clinical and legal implications? Current Psychiatry 2017; 16(12) 35-41.

15. Zanzonico R, **Sorrentino R**. Sex Addiction: Playing Now in Theaters. Psychiatric Times. January 12, 2018.

16. **Sorrentino R,** Friedman S, Ostermeyer B, Booth B. Stalking Update. Newsletter of the American Academy of Psychiatry and the Law. 2016; 41(2) :1, 20-23.

17. **Sorrentino R**, Brown A, Berard B, Peretti K. Sex Offenders: General Information and Treatment. Psychiatric Annals 2018; 48(2) 120-128.

18. Susan Hatters Friedman, MD, Ryan C.W. Hall, MD, and **Renee Sorrentino, MD**. Involuntary Treatment of Psychosis in Pregnancy. Journal of the American Academy of Psychiatry and the Law. 2018; 46 (2), 217-223.

19. Brian S. Barnett, Ariana E. Nesbit and **Renée M. Sorrentino**. The Transgender Bathroom Debate at the Intersection of Politics, Law, Ethics, and Science. Journal of the American Academy of Psychiatry and the Law 2018; 46:232-241.

20. **Renee Sorrentino, MD** and Jack Turban, MD. Call Me by Your Name: Not Pedophilia, Still Problematic. Psychiatric Times. August 17, 2018

21. Holoyda B, **Sorrentino R**, Friedman SH, Allgire J. Bestiality: An introduction for legal and mental health professionals. Behav Sci Law. 2018;36(6), 687-697.

22. Okwerekwu J, McKenzie J, Yates K, **Sorrentino R**, Friedman S. Voting of People with Mental Illness. Journal of the American Academy of Psychiatry and the Law 2018; 46(4): 513-520.

23. Holoyda B., Landess J., **Sorrentino R.**, Friedman SH. Trouble at Teens' Fingertips: Youth Sexting and the Law. Behavioral Sciences and the Law. 2018; 36(2) 170-181. doi 10.1002/bsl.2335

24. **Sorrentino R.**, Musselman M., Broderick L. Battered Woman Syndrome: Is It Enough for a Not Guilty by Reason of Insanity Plea? Psychiatric Times. 2019; 36(7).

25. Hall RCW, Friedman SH, **Sorrentino R**, Lapchenko M, Marcus A, Ellis R. The myth of school shooters and psychotropic medications. Behavioral Sciences and the Law. 2019;1–19. https://doi.org/10.1002/bsl.2429

26. **Sorrentino R**., DiCola L, Friedman S. COVID-19, Civil Commitment, and Ethics. Journal of the American Academy of Psychiatry and the Law, October 2020, 48(4)

27. Holoyda B., **Sorrentino, R**., Mohebbi A., Fernando A.T., Hatters Freidman S. Forensic Evaluation of Sexsomnia. Journal of the American Academy of Psychiatry and the Law, December 2020, 49(2)202-210.

28. Belcher L, **Sorrentino R,** Watts J, & Hatters Friedman S. Occupational Hazard and Professional Duty in Reviewing Potentially Traumatizing Forensic Evidence. Journal of the American Academy of Psychiatry and the Law, 2022, 50(2) 1-10.

29. **Sorrentino R**, Abramowitz J. Minor- attracted persons: A neglected population. Current Psychiatry 20(7), 2021.

30. Hatters Friedman S, Eagle K, Riordan D, & **Sorrentino R.** Avoiding Gender Bias in Evaluations of Female Sex Offenders. Under editorial review.

31. **Sorrentino R**. Susan Hatters Friedman, MD, DFAPA: The Force is With Her. Journal of the American Academy of Psychiatry and the Law, 2021 49(4) 488-494.

32. **Sorrentino R**, Friedman SH. Depp v Heard and uncovering the truth about intimate partner violence. Retrieved on 5/27/22 from https://www.kevinmd.com/2022/05/depp-v-heard-and-uncovering-the-truth-about-intimate-partner-violence.html


## Non Peer-Reviewed Publications
### Book Chapters:

1. Resnick P, **Sorrentino R**. Forensic Considerations. Psychosomatic Medicine, Editors Blumenfield M. and Strain JJ. Baltimore: Lippincott, Williams and Wilkins, 2006; 91-106.

2. **Sorrentino R**. Legal and Privacy Issues Surrounding Sexual Disorders. Incrocci L, Rowland D. Handbook of Sexual Disorders. Hoboken, New Jersey: John Wiley & Sons, Inc. 2008; 603-622.

3. **Sorrentino R**. Sex Offenders: Treatment of. Wiley Encyclopedia of Forensic Science, Chichester, UK: September 2009; 2332-2338.

4. **Sorrentino R**: Paraphilias. Kaplan & Sadock's Comprehensive Textbook of Psychiatry Ninth Edition. Baltimore: Lippincott Williams & Williams. 2010; 2090-2098.

5. **Sorrentino R**: Normal human sexuality and sexual and gender identity disorders: Paraphilias. Kaplan & Sadock's Comprehensive Textbook of Psychiatry Ninth Edition. Wolters Kluwer. 2012; 2093-2094.

6. **Sorrentino R**: Dementia. Encyclopedia of Immigrant Health 2012 Edition. New York: Springer. July 31, 2012; 529-532.

7. **Sorrentino R**: Insomnia. Encyclopedia of Immigrant Health 2012 Edition. New York: Springer. July 31, 2012; 921-923.

8. **Sorrentino R**: Menopause. Encyclopedia of Immigrant Health 2012 Edition. New York: Springer. July 31, 2012; 1071-1072.

9. **Sorrentino R,** Friedman S: Gender Issues in Forensic Psychiatry. Principles and Practice of Forensic Psychiatry Third Edition. Boca Raton, Florida: Taylor & Francs Group, 2017;805-813.

10. **Sorrentino R**. Paraphilic Disorders. Kaplan & Sadock's Comprehensive Textbook of Psychiatry 50th Anniversary Edition. Baltimore: Lippincott Williams & Wilkins. 2017; 2013-2022.

11. **Sorrentino R**, Moore S. Sexual Aversion Disorder. The Sage Encyclopedia of Abnormal and Clinical Psychology. Thousand Oaks: SAGE Publications, Inc, 2017: 3095-3096.

12. **Sorrentino R**. Sexual Dysfunction: Risk for. The Sage Encyclopedia of Abnormal and Clinical Psychology. Thousand Oaks: SAGE Publications, Inc, 2017: 3122-3123.

13. **Sorrentino R**, Hall R. Malpractice in Forensic Psychiatry. Malpractice. Edited by Peter Ash, MD, Richard Frierson, MD and Susan Hatters Friedman, MD. Springer, 2021

14. Stankowski J, **Sorrentino R**. Patient Abandonment and Unnecessary Confinement. In: Ash, P, Frierson, RL, Friedman SH,(eds) Malpractice and Liability in Psychiatry. Springer, Cham. 2022; 129-135.

15. Friedman S, **Sorrentino R**, Allgire J, Friedman J. The LINK: Animal Abuse and Interpersonal Violence. Edited by Sana Loue. 2021, in press.

**Newsletters:**

1. Friedman S, **Sorrentino R**, Stankowski J, Lewis C, Resnick P. Filicide and Case-based Risk Assessments. American Academy of Psychiatry and the Law Newsletter, January 2009; 21-22.

2. Friedman S, Wills C, **Sorrentino R**, Resnick P. Neonaticide: Phenomenology, Prevention and the Law. American Academy of Psychiatry and the Law Newsletter, April 2009; 19-20.

3. **Sorrentino R**, Friedman S, Stankowski J. Gender Bias in Forensic Psychiatry. American Academy of Psychiatry and the Law Newsletter, April 2010; 17, 21.

4. Friedman S, **Sorrentino R**, Stankowski J. Postpartum Psychosis, Forensic Psychiatry and the DSM. American Academy of Psychiatry and the Law Newsletter, January 2011; 36(1) 24, 30.

5. **Sorrentino R**, Reilly D, Glezer A. Transgenderism. American Academy of Psychiatry and the Law Newsletter, September 2012; 37(3) 18, 19, 21.

6. Zuchowski S, Friedman S, **Sorrentino R**, Bissett R. Traumatic Brain Injury, Amnesia, and Competency to Stand Trial. American Academy of Psychiatry and the Law Newsletter, April 2012; 37(2) 1, 2, 4, 31.

7. **Sorrentino R**, Friedman S. Getting Off: Paraphilias and Insanity. American Academy of Psychiatry and the Law Newsletter, September 2014; 39(3) 21, 22, 31.

8. Hall R, Friedman S, Jain A, **Sorrentino R**. Guns and Mental Illness. American Academy of Psychiatry and the Law Newsletter, September 2014; 39(3) 26, 29.

9. Booth B, **Sorrentino R**, Moore S, Hatters S. Heavy Petting: Bestiality and Zoophilia. American Academy of Psychiatry and the Law Newsletter, April 2015; 40(2) 24.

10. **Sorrentino R**. Emmanuel Jal: Story of a Warchild. American Academy of Psychiatry and the Law Newsletter, January 2017; 42(1) 6.

11. **Sorrentino R**. Robert Sadoff, MD, Recipient of the Guttmacher Award. American Academy of Psychiatry and the Law Newsletter, September 2017; 42(3) 1.

12. Friedman S, Hall R, Cooke B, Jain A, Wagoner R, **Sorrentino R**. Boundary Violations in Correctional Psychiatry. American Academy of Psychiatry and the Law Newsletter, September 2017; 42(3) 16.

13. **Sorrentino R.**, Michael Norko, MD, 2017 Presidential Address: The Search for Truth. American Academy of Psychiatry and the Law Newsletter, January 2018; 43(1) 1.

14. **Sorrentino R.**, Ronald Schouten MD, Rappeport Retrospective. American Academy of Psychiatry and the Law Newsletter, April 2018; 43(2) 16.

15. **Sorrentino R** 2018 Presidential Address: Christopher Thompson, MD: A Seat at the Table. American Academy of Psychiatry and the Law Newsletter, January 2019 44(1) 1-2.

16. Freidman S, Kaempf A, **Sorrentino R**, Coffman K, Ditter S, Gender Issues Committee. Myths and Realities of Intimate Partner Violence and Sexual Assault. American Academy of Psychiatry and the Law Newsletter, January 2019 44(1) 18, 27.

17. Hall R, Freidman S, **Sorrentino R.** Evolving Policy Topics of Interest for Institutions of Higher Learning. American Academy of Psychiatry and the Law Newsletter, April 2019 44(2) 16, 25.

18. **Sorrentino R**, Holoyda B, Friedman S. Sexsomnias: Forensic Considerations. American Academy of Psychiatry and the Law Newsletter, September 2019 44(3) 21, 24.

19. **Sorrentino R,** Adam Benforado, JD: Hidden Bias: Why Our Criminal Justice System Comes Up Short. American Academy of Psychiatry and the Law Newsletter, Winter 2020 45(1) 7.

20. **Sorrentino, R.**, Psychiatric Contributions to Sex Offender Management. Sex Offender Law Report, August/September 2020; 21(5) 65, 80.

21. **Sorrentino R.** Susan Hatters Friedman, MD and the Group for the Advancement of Psychiatry, Recipient of the Guttmacher Award. American Academy of Psychiatry and the Law Newsletter Fall 2020 45(3) 1, 4.

22. Friedman S, **Sorrentino R**, Soliman S, Ross N, Magalotti S. Female Life Stages: What Forensic Psychiatrists Need to Know. American Academy of Psychiatry and the Law Newsletter, 2020; 45(1): 18, 28.

23. **Sorrentino R**. Working Hard or Workaholic? Fostering a Healthy and Productive Relationship with Work by Malissa A. Clark, PhD.. American Academy of Psychiatry and the Law Newsletter, Winter 2021 46 (1) 7.

24. Booth, B., **Sorrentino, R**. Sex Offender Management in the Pandemic. American Academy of Psychiatry and the Law Newsletter, Winter 2021 46 (1) 22, 30.

25. **Sorrentino, R**. 52nd Annual Meeting: Forensic Psychiatry and AAPL Post-COVID. American Academy of Psychiatry and the Law Newsletter, Spring 2021 46(2)1-2.

26. Fisher, K., Hackman, D., **Sorrentino, R**. Tattoos and Body Piercings in Forensic Assessment and Treatment. American Academy of Psychiatry and the Law Newsletter, Spring 2021 46(2)11, 19, 21, 23.

27. Ostermeyer, B., Sanders, J., **Sorrentino, R**. 2021 Manfred S. Guttmacher Award. American Academy of Psychiatry and the Law Newsletter, Fall 2021 46(3)1-2.

28. Hatters- Friedman, S., **Sorrentino, R**., Landess, J. 2022. Ending the Cycle of Abuse in Battered Women Defenses. Journal of the American Academy of Psychiatry and the Law. Accepted

**Book Reviews:**

1. **Sorrentino R**. Posttraumatic stress disorder in litigation: Guidelines for forensic assessment, 2nd Edition. Psychiatric Services April 2005; 56:496-497.

2. **Sorrentino R**. Playing sick? Untangling the web of Munchausen syndrome, Munchausen by proxy, malingering, and factitious disorder. Psychiatric Services January 2006; 57:149.

3. **Sorrentino R**. Sexualized violence against women and children: A psychology and law perspective. Psychiatric Services March 2006; 57:425.

4. **Sorrentino R**. Violent adolescents: understanding the destructive impulse. Psychiatric Services June 2006; 57:890-891.

5. **Sorrentino R**. Textbook of forensic psychiatry. Psychiatric Services November 2006; 57:1662-a.

25

6. **Sorrentino R**. Stalking: Psychiatric perspectives and practical approaches, Edited by Debra A. Pinal. Volume 36, Number 1 New York: Oxford University Press, 2007. 384.

7. **Sorrentino R**. "Criminal law: Secondary traumatic street, vicarious trauma and burnout." New Hampshire Bar Association News, February 2013. 23(8), 14.

8. **Sorrentino R.** Family Murder: Pathologies of Love and Hate. Journal of the American Academy of Psychiatry and the Law. June 2021. 49(2) 280.

**Abstracts:**

1. **Sorrentino R**, Friedman S, Lorberg G. "When the Mad are Bad: Mental Illness and Homicide." *Australian and New Zealand Journal of Psychiatry* November 2007; 41(2) A224.

2. Friedman S, **Sorrentino R**, Stankowski J. "Femme Fatale: Violent Offenses Committed by Women." *Australian and New Zealand Journal of Psychiatry* November 2007; 41(2) A328.

# PARK DIETZ & ASSOCIATES, INC.
## Forensic Experts

**Administrative Offices**

2906 Lafayette
Newport Beach, CA 92663
Tel: 949-723-2211
Fax: 949-723-2212
Email: expert@parkdietzassociates.com
Website: www.parkdietzassociates.com

- **Forensic Psychiatry**
- **Forensic Psychology**
- **Forensic Pathology**
- **Forensic Neurology**
- **Forensic Social Work**
- **Child Welfare**
- **Criminology**
- **Security**

## CURRICULUM VITAE
## SHAWNTÈ R. ALEXANDER Ed.D, LCPC

838 E. 52nd St. Chicago, Il 60615| (312)259- 6630 |dr.sjenkinsalexander@gmail.com

## PROFESSIONAL PROFILE

Dr. Shawnté Alexander is a Licensed Clinical Professional Counselor with a doctorate in counseling psychology. Dr. Alexander has more than 20 years of experience working in areas related to Child Welfare, Human Services, and Healthcare. She is an expert on child welfare, investigations, the sexual abuse of children, and the supervision of sex offenders. In her tenure at the Chicago Children's Advocacy Center, she has facilitated over 5,000 child sexual abuse investigations and more than 3,000 forensic interviews. She has expertise in the management of child welfare systems and in healthcare operations. Dr. Alexander regularly provides consultation and evaluation services to child protection agencies, religious organizations, and community mental health agencies.

## EDUCATION

Doctor of Education, Counseling Psychology**, Argosy University, 2013**

Post Master's Graduate Certificate, Human Services (CACREP accredited), National Louis University, 2005

Master of Arts, Psychology, National Louis University, 2003

Bachelor of Arts, Psychology, University of Illinois at Chicago**, 2000**

## PROFESSIONAL EXPERIENCE

5/17-Present
**Park Dietz & Associates**
*Child Welfare and Sexual Abuse Expert*
- Examine documents in connection with complex civil litigation cases related to child sexual abuse and foster care systems.
- Compile information necessary to respond to interrogatories and document requests.
- Help prepare for depositions by researching prior testimony, publications, and materials sent to the expert.
- Produce high quality oral and written work product, presenting complex matters clearly and concisely.
- Form and articulate expert opinion based on analysis.
- Maintain proficiency with industry standards and practice.
- Maintain a high level of professionalism in all areas of performance.
- Arrive at conclusions and prepare reports which document findings.

4/14- Present
**Psychotherapist/Consultant**
Private Practice- Chicago, IL
- Provide clinical assessments and trauma- focused therapeutic services to adults, adolescents, children, and families.
- Provide immediate on-site response therapeutic crisis management to major corporate clients.
- Provide crisis stabilization recommendations to major corporate clients.
- Provide clinical supervision and consultation to nonprofit organizations.

01/20- 01/22
***Vice President, Child Welfare Programs***
Meridian -Centene Corporation- Burr Ridge, IL
- Oversee business operations, procurement, new product implementations and complex initiatives for Foster Care Medicaid product.
- Oversee budgets, revenue targets and P&L related activities for child welfare system in Illinois
- Lead strategies for product development and implementation for child welfare system in Illinois.
- Guide overall performance of health plan through child welfare programs
- Lead and support care management programs and processes to meet health plan and state goals.
- Lead and support network plan to guide contracting and provider relations departments in their work with providers to meet health plan and state goals.

- Direct the development and implementation of policies & procedures, work processes, financial reporting, compliance, systems, ensuring metrics are established and measured.
- Ensure strategic objectives are maintained at the health plan, and all organizational, state, compliance and contractual agreement requirements are met.
- Develop and maintain key state and federal relationships, coordinate and participate on departmental and state committees, and other activities, meetings and trainings.
- Oversee the integration of specialty products for child welfare populations.
- Oversee the relationship with the Community Based Care partners to ensure effective joint operations.
- Ensure positive relationships and feedback loops with the foster care community and other stakeholders, including assembly of an advisory board.

01/15- 01/20
***Senior Director of Advocacy and Investigative Services***
Chicago Children's Advocacy Center- Chicago, IL
- Responsible for the front-line responders and coordination of investigative services for all child sexual abuse investigations in the city of Chicago.
- Oversee the day-to-day operations of multi-disciplinary team of experts, which includes Child Protective Services, Chicago Police Department-SIU, Cook County States Attorney's Office and Cook County Hospital.
- Provide administrative oversight in the development and monitoring of the budgets for Advocacy and Investigative Services. Identify efficiencies within and across programs
- Provide leadership in the strategic planning process and implement new programmatic initiatives as dictated by the plan
- Respond to more than 2,000 reports of alleged abuse per year, conducts child-friendly and developmentally appropriate forensic interviews (1,600+ per year),
- Provide family advocacy in order to minimize the psychological and emotional consequences of the abuse (1,800+ per year)
- Ensure effective collaboration between system stakeholders for children in foster care to improve quality of care.
- Oversees the Multi-disciplinary Pediatric Education and Evaluation Consortium (MPEEC) which provides timely, comprehensive investigation, diagnosis and treatment of suspected physical abuse of children under age 3 (more than 200 cases per year).
- Liaison between ChicagoCAC and governmental agencies including response to agency requests, participation in meetings, committees and task forces and ensuring program compliance and outcomes.
- Ensure that the agency's programs are in compliance with licensing, regulatory and accreditation standards.

2/14- 1/15

**_Clinical Director of Women and Children's Services_**

Haymarket Center- Chicago, IL

- Responsible for overall management of five clinical programs overseeing the care and treatment for the women and children in the residential facility.
- Provided direct clinical supervision and support to clinical program coordinators and supervisors.
- Ensured effective management of care to all foster acre children residing in the facility under DCFS contract
- Ensured that programs complied with licensing requirements and DCFS protocol.

3/08- 2/14

**_Sex Offender Compliance Supervisor_**

Archdiocese of Chicago- Office for the Protection of Children and Youth- Chicago, IL

- Developed and implemented the Prayer and Penance Program for the Archdiocese of Chicago clerics who were removed from ministry for issues of sexual misconduct.

- Provided global compliance leadership to Archdioceses
- Conducted in-depth psychosocial evaluations of accused clerics,
- Developed and oversaw the maintenance of safety plans
- Facilitated the containment of high-risk clerics
- Managed clinical services for clerics
- Provided on going risk assessment and evaluation for all accused clerics
- Verified self-reported activity (including polygraph, computer software and PI services).
- Ensured that protocols complied with USCCB and audit requirements
- Certified safety plans complied with community standards and clinical services for offenders utilized evidence-based practice and remained up to date on research in the field.

6/07- 03/08

**_Director of Adolescent Foster Care_**

Childlink - Chicago, IL

- Responsible for the overall care and treatment for the Adolescent Foster Care Program that served at-risk adolescents, ages 12-21, with conventional adolescent issues and emotional needs. The program was established for DCFS children who suffered traumatic experiences and had difficulty integrating into a traditional family.
- Responsible for foster care and therapeutic services contract monitoring and program compliance.
- Responsible for foster care program development and evaluation

- Met contractual agreements with governmental funding agencies, prepared all necessary reports per agreements.
- Coordinated ongoing staff development; evaluated performance of assigned staff, made recommendations or determinations regarding salary and other personnel actions.
- Worked with staff to ensure proper handling of client needs; assumed overall responsibility for the agency's client relationship.

7/06 – 06/07
**Child Protection Supervisor**
Catholic Charities (Department of Children and Family Services) **-** Chicago, IL

- Provided supervision for more than 300 child abuse and neglect investigations to a team of 4-6 Child Protection Investigators.
- Ensured that all investigations complied with the State of Illinois policy (Procedures 300).

12/05 – 07/06
**Child Protection Investigator**
Catholic Charities (Department of Children and Family Services) - Chicago, IL
- Conducted over 100 immediate investigations and assessments of families reported to the Department of Children and Family Services.
- Provided court testimonies relative to child protection and custody issues
- Prepared court documents
- Implemented safety plans to protect children from abuse and neglect,
- Executed order for protective custody of minors when safety could not be secured

6/04-6/05
**Therapist, Partial Hospitalization Program (PHP)**
St. Bernard Hospital- Chicago, IL
- Responsible for all clinical aspects of care for the severely mentally ill, including risk assessment, treatment planning, individual and group therapy, as well as psycho-educational and family services.
- Provided services in conjunction with other members of the multi-disciplinary treatment team.
- Facilitated crisis intervention

11/00 – 12/05
**Child Welfare Specialist**
Catholic Charities (Department of Children and Family Services) -Chicago, IL

- Worked to establish permanency for more than 500 children placed in the care of the Department of Children and Family Services.
- Facilitated more than 100 adoptions and private guardianships.

- Delivered court testimony in more than 300 cases providing recommendation on child placement and safety for children in foster care.

## TEACHING EXPERIENCE

1/07- 1/2021
***Adjunct Professor - Psychology***
Chicago City Colleges -Chicago, IL
Introduction to Psychology (Olive Harvey College, Truman College, Malcolm College)
Examination of scope and methods of psychology; historical background, cognitive and social development in childhood, anatomy and physiology of the nervous system, basic measurements and techniques, principles of learning, motivation and emotion, personality-theory and assessment, psychotherapy, attitude formation and change, and behavior in large and small groups.

Child Psychology (Malcom X College)
This course is designed to bridge the gap between theory and practice, showing those who teach and care for infants, children, and adolescents how to apply developmental research and theory to everyday practice. Students develop critical thinking skills as they apply, to evaluating research and theories.

3/14- 3/15
***Instructor***
MCDERMOTT PROFESSIONAL LEARNING**,** Chicago, IL
Addiction Counselor Training Program (CADC curriculum)

2011
***Adjunct Psychology Instructor***
WESTERN INTERNATIONAL UNIVERSITY          Online

**Guest Lectures**
Human Sexuality (Roosevelt University) Summer 2009, 30 students
Human Sexuality (Roosevelt University) Fall 2009, 30 students

**Teaching Competencies**
Abnormal Psychology
Adolescent Psychology
Developmental Psychology
Health Psychology
General Psychology
Social Psychology

## RESEARCH EXPERIENCE

Doctoral Student- *Evaluation of the Archdiocese of Chicago Peer-led Boundary Identification Prevention Training Program.* Argosy University. 2013

Research Interviewer- University of Illinois at Chicago, 2007

Graduate Student- *A Comparison of Relative Foster care With Traditional Foster Care.* National Louis University, 2003

11/06- 05/07
**University of Illinois at Chicago**
Interviewer
Administered Woodcock Diagnostic Reading Battery to children

5/99– 8/00
**University of Illinois at Chicago, Psychology Dept.**
Undergraduate Research Assistant
Assisted in the development of policies and procedures for research studies, administered survey to participants, Coded research data, collected and organized research source and analyzed statistical data.

**Research Skills**
Utilized SPSS Statistical Program
Survey and Evaluation Techniques

## PROFESSIONAL PRESENTATIONS

Alexander, S.J. (October 2021). Domestic Violence Prevention. Workshop presentation for Near Westside CDC and Chicago Housing Authority (CHA).

Alexander, S.J. (August, 2021). YouthCare State Check.Testimony before the Illinois Senate Human Services Committee.

Alexander, S.J. (August, 2021). Illinois Foster Care: Lessons Learned. Colloquium presentation for Centene Healthcare Administrators.

Alexander, S.J. (May, 2021). Crisis Stabilization Multidiciplinary Team: A response to Mobile Crisis Response. Colloquium Presentation for Centene Foster Care Conference.

Alexander, S.J. (August, 2021). Domestic Violence Prevention. Workshop presentation for Near Westside CDC and Chicago Housing Authority (CHA).

Alexander, S.J. (April, 2021). Child Abuse Prevention. Workshop presentation for Near Westside CDC and Chicago Housing Authority (CHA).

Alexander, S.J. (October, 2020). YouthCare Implementation.Testimony at Illinois Senate Human Services Committee Hearing.

Alexander, S.J. & Stockard, C. (May, 2019). *Forensic Interviewing: Best Practices*. Colloquium presentation for Chicago Police Detectives Training Academy.

Alexander, S.J. (August, 2018). Protecting Chicago's Children: A training for RSPs on sexual abuse prevention, response and healing. Colloquium presentation for Chicago Public Schools.

Alexander, S.J. (January, 2017). Change *Strategies: Decreasing Violence in the Chicagoland Area Su*mmit. State of Illinois Circuit Court of Cook County Juvenile Temporary Detention Center. Chicago, IL.

Alexander, S.J, Applewhite, M. (April, 2016). *The Experience of Abuse.* Training video for Archdiocese of Austin Safe Environments Office. Austin, TX.

Alexander, S.J, & McGinnis R. (May, 2016). *Intra-Familial Sexual Abuse: When The Abuse Happened Between Children*. Colloquium presentation for JCARES Professional Training Institute. Chicago, IL.

Jenkins, S. & Breen, R. (June, 2015). Child Sex Abuse: Complex Trauma, Complex Reactions. Colloquium presentation for Haymarket Center-Summer Institute on Addictions, Elmhurst College. Elmhurst, IL.

Jenkins, S. (August, 2014). *Substance Abuse Treatment Programs for Women and Children.* Live television presentation for Haymarket TV on CAN TV. Chicago, IL.

Jenkins, S. (June, 2014). *Working with Victims of Child Sexual Abuse and its Impact on Families.* Colloquium presentation for Haymarket Center-Summer Institute on Addictions, Elmhurst College. Elmhurst, IL.

Jenkins, S. (June, 2012). *Internet Safety.* Training workshop presented at Saint Christina Parish. Chicago, IL.

Jenkins, S., McCluskey, L. & Slattery, J. (March, 2012). *Protection of Children and Youth.* Panel presentation to 2nd year seminarian students. Chicago. IL.

Jenkins, S., McCluskey, L. & Slattery, J. (February, 2011). *Gone are the Good Old Days….Not the Same Old, Same Old*. Workshop presented for Parish Leadership Day, Maria High School. Chicago, IL

Jenkins, S. (August, 2010). *Effective Monitoring of Prayer and Penance Programs.* Presentation at Victim Assistance Coordinators Conference. Barrington, IL.

Jenkins, S. (July, 2010). *Monitoring and Supervision*. Panel Presentation at Vicar for Priests Conference. University of St. Mary's of the Lake. Mundelein, IL.

## PROFESSIONAL SERVICE

2017- Present- **Illinois Child Death Review Team (CDRT)**
The nine regional Illinois Child Death Review Teams (Teams) are multidisciplinary teams that review child death cases in an effort to reduce the number of preventable child deaths in Illinois. Multidisciplinary and multiagency reviews of child deaths can assist the State and counties in reviewing child deaths, developing a greater understanding of the incidence and causes of child deaths, the methods for preventing those deaths, and identifying gaps in services to children and families. (20 ILCS 515/5).

2020-Present- **Child Welfare Advisory Committee**
The Child Welfare Advisory Committee was created with the general purpose of advising the Department of Children and family Services on matters concerning the provision and purchasing of public child welfare services and providing a forum to jointly identify and address emerging program and policy issues.

2020- 2022- **Crisis Stabilization Multidiscipnary Team (CSMDT)**
The establishment of the CSMDT was to enact a higher level of systematic response to address the complex and varied mental health needs of highest acuity Illinois Department of Children and Family Services (DCFS) Youth in Care. The CSMDT develops community-based alternatives to hospital treatment and ensures the coordinated health and social care of Youth in Care experiencing a behavioral health crisis.

2017- 2020- **Chicago Says No More Steering Committee**
The purpose of the Steering Committee for Chicago Says No More is to ensure this campaign accurately and appropriately leverages the best thinking and wisdom of Chicago area leaders working in the fields of domestic violence and sexual assault.

2016- 2020- **Child and Youth with Sexually Problematic Behavior** (CYSPB) **Steering Committee- Illinois Child and Family Services Advisory Council**
The Illinois Children and Family Services Council was re-invigorated by legislation in July 2015 with a mission to begin identifying the issues in the Department needing the greatest amount of review. This committee developed the Council's recommendations to the Illinois General Assembly for moving our system forward as it relates to CYSPB.

2015- 2020 -**National Children's Alliance (NCA) Collaborative Work Group on Youth with Sexual Behavior Problems**
A collaborative workgroup that focuses on the subject of Youth with Sexual Behavior Problems to develop helpful tools and guidance to CACs on best practices. NCA has been awarded a 1-year grant from the American Legion Child Welfare Foundation to develop educational materials as guidance for responding that will include resources for CACs, families, and communities.

2015- 2020- **Cook County Human Trafficking Task Force (CCHTTF)**
A multi-disciplinary task force that brings law enforcement and social and legal service agencies together to work on human trafficking cases. Jointly funded by the U.S. Department of Justice's Bureau of Justice Assistance and the Office for Victims of Crime.

2015-2020 – **Cook County Juvenile Sex Offender Management Board (SOMB)**
Provides information and resources necessary for the effective management of juvenile sex offenders in an effort to enhance public safety. Maintains practice standards for the evaluation and management of juvenile sex offenders to be implemented with offenders in the custody of or under the supervision of probation, Department of Corrections, Department of Juvenile Justice, or Department of Human Services.

2015- 2020- **Cook County Child Advocacy Center Advisory Board**
This board is responsible for the development and annual review of the Cook County Protocol. This protocol governs the Multi-disciplinary Team Response to Child and Adolescent Reported Sexual Abuse Cases in Cook County.

2015- 2020- **Sexual Assault Advisory Group (SAAG)**

Out of the Cook County State's Attorney's Office SAAG is responsible for improving the response to sexual assault countywide.

2014- 2015 -**Women's Committee of the Illinois Advisory Council on Alcoholism and Other Drug Dependency**
This Board advises DHS in planning and coordinating alcoholism and other drug abuse and prevention programs in all state agencies, promoting private sector participation.

2014 – 2015 - **Governor's Office of Health Innovation and Transformation   (GOHIT) Children's Services subcommittee member Service Array group member**
Created by the Governor's Executive Order, GOHIT is responsible for directing Illinois' health reform initiatives, particularly those related to the State's Alliance for Health Innovation Plan.

2014- 2015- **Haymarket Center Education Committee**
This committee oversees The McDermott Learning Center Addiction Counselor Training Program. CADC curriculum is accredited by the Illinois Alcohol and Other Drug Abuse Professional Certification Association (IAODAPCA).

**Mentoring**
Council of International Programs (CIP) 2015- Present
Amy Peterson, Claritin Community Victim Assistance – 2011-2013
Miriam Monks, Christian Brothers European Province- 2012

## LICENSURE/PROFESIONAL AFFILIATIONS

Licensed Clinical Professional Counselor (Illinois), Licensed Child Protection Investigator (2006), Licensed Child Welfare Specialist (2001), Certified Instructor for Chicago City Colleges (2006), CERAP certified (2001), CANS certified (2007), Professional Member of Association for the Treatment of Sexual Abusers (ATSA) (2008), Forensic Interviewer, CornerHouse.

# PARK DIETZ & ASSOCIATES, INC.
## Forensic Experts

**Administrative Offices**

2906 Lafayette
Newport Beach, CA 92663
Tel: 949-723-2211
Fax: 949-723-2212
Email: expert@parkdietzassociates.com
Website: www.parkdietzassociates.com

- **Forensic Psychiatry**
- **Forensic Psychology**
- **Forensic Pathology**
- **Forensic Neurology**
- **Forensic Social Work**
- **Child Welfare**
- **Criminology**
- **Security**

## Curriculum Vitae (Summer, 2020)
## Daniel A. Martell, Ph.D., A.B.P.P.

### EDUCATION

1980-1989   The University of Virginia,
Charlottesville, VA
Degree: Ph.D.
Major: Research in Clinical Psychology
Minor: Behavioral Science and the Law

Degree: M.A.
Major: Clinical and Community Psychology

1976-1980   Washington and Jefferson College,
Washington, PA

Degree: B.A., cum laude
Major: Psychology

### A.P.A. APPROVED INTERNSHIP IN CLINICAL PSYCHOLOGY

1986-1987   New York University/Bellevue Medical Center, and
Kirby Forensic Psychiatric Center
New York, New York

### POST-DOCTORAL FELLOWSHIP IN FORENSIC PSYCHOLOGY

1987-1988   New York University/Bellevue Medical Center, and
Kirby Forensic Psychiatric Center
New York, New York

-Specialization in Forensic Neuropsychology

## CURRENT AFFILIATIONS

1998-present    President
Forensic Neuroscience Consultants, Inc.
Newport Beach, CA

1995-present    Assistant Clinical Professor
Department of Psychiatry and Biobehavioral Sciences,
Semel Neuropsychiatric Institute,
David Geffen School of Medicine at U.C.L.A.
Los Angeles, CA

1994-present    Affiliated in private forensic consultation practice
with Dr. Park Dietz and Associates, Inc.
Newport Beach, CA

     -Criminal Division
     -Civil Litigation Division
     -Geriatric and Elder Law Division

1994-present    Member
Threat Assessment Group, Inc.
Newport Beach, CA

2011-present    Independent Forensic Neuropsychological Consultant
United Nations International Criminal Court
International Criminal Tribunal for the Former
Yugoslavia
The Hague, Netherlands

## LICENSURE AND CERTIFICATIONS

2002-present    Board Certified in Forensic Psychology
American Board of Forensic Psychology,
American Board of Professional Psychology

1991-present    Licensed Clinical Psychologist
New York State License Number 011106

1998-present    Licensed Clinical Psychologist
State of California License Number PSY15694

1993-present    Certified Examiner
State of New York Workers' Compensation Board
Authorization Number S1-11062

1993-present    Certified New York State Medicaid Provider
ID Number 01 382 576

## PROFESSIONAL AFFILIATIONS

American Academy of Forensic Psychology, Fellow

National Academy of Neuropsychology, Fellow

Royal Society of Medicine - London, Fellow

American Academy of Forensic Sciences, Fellow and Past President
    2015-2016: AAFS Past President
    2015-2016: Chair, AAFS Past Presidents Council
    2015-2016: Chair, AAFS Early Career Achievement Award Committee
    2015-2016: Chair, Nominating Committee
    2015-2016: Chair, Awards Committee
    2014-2015; AAFS Government Relations Committee
    2014-2015: AAFS President
    2013-2014: AAFS President-Elect
    2010-2011: AAFS Vice President
    2011-2013: AAFS Secretary
    2011-2015: AAFS Executive Committee
    2006-    : AAFS Board of Directors
    2009-2028: Chair, AAFS Long-Term Planning Committee
    2010-2011: Chair, Membership Committee
    2009-2010: AAFS Program Committee
    2007-2008: AAFS Executive Committee
    2006-2008: Chair, Continuing Medical Education Committee
    2006-2009: Fellow-At-Large, Psychiatry & Behavioral Sciences Section
    2006-2008: Nominating Committee
    2005-2006: Chair, Psychiatry & Behavioral Sciences Section
    2004-2005: Secretary, Psychiatry and Behavioral Sciences Section
    2004-2006: Membership Committee
    1997-1999: Secretary, Psychiatry and Behavioral Sciences Section
    1997-1999: Continuing Medical Education Committee
    1996-2001: Representative to the AAAS Neuroscience Committee
    1994-1997: Steering Committee
    1993-1995: Program Chair, Psychiatry and Behavioral Sciences Section

Forensic Sciences Foundation
    2010-2018 : Trustee, Forensic Science Foundation
    2006-2018:  Board of Directors, Forensic Science Foundation
    2015-2016:  Chair, Warren-Young Forensic Teaching Award Committee
    2010-2015:  Student Travel Grant Committee

American Academy of Clinical Neuropsychology, Affiliate Member

Council of Scientific Society Presidents
    2013-    : Member

International Association of Forensic Sciences
    2014      : Scientific Committee, Seoul, Korea
    2008      : Scientific Committee, New Orleans, LA

American Psychological Association, Member
    APA Division 40: Society for Clinical Neuropsychology, Member
    APA Division 41: American Psychology-Law Society, Member

American Association on Intellectual and Developmental Disabilities, Member

American Association for the Advancement of Science, Member
    1996-2001: Appointment to Neuroscience Section Committee

**ACADEMIC APPOINTMENTS AND TEACHING EXPERIENCE**

2020-2022    Distinguished Fellow
      UCI Center for Psychology and the Law
      University of California – Irvine
      Irvine, CA

1995-present    Assistant Clinical Professor,
      Department of Psychiatry and Biobehavioral Sciences,
      Semel Institute for Neuroscience and Human Behavior
      David Geffen School of Medicine at U.C.L.A.
      Los Angeles, CA

      Research, teaching, and supervision in Forensic Psychology and Psychiatry.

1999-2002    Adjunct Faculty,
      Department of Extended Studies and Public Service
      University of California, San Diego, and
      University of California, Irvine

      Taught Legal and Ethical Issues in Clinical Psychology.

1992-1996    Clinical Assistant Professor,
      Department of Psychiatry
      New York University School of Medicine, New York, N.Y.

      Coordinator of Forensic Training, NYU/Bellevue Hospital Clinical Psychology Internship and Post-Doctoral Fellowship Programs. Taught Forensic Psychology and the Law, and Research in Forensic Psychiatry.

1987-1991    Clinical Instructor of Psychiatry,
      New York University School of Medicine, New York, N.Y.

NOT RETAINED

1980-1986    Graduate Teaching Assistant,
              Department of Psychology,
              The University of Virginia, Charlottesville, VA

                 Taught Abnormal Psychology; Childhood
                 Psychopathology; Medical Psychology; Social Psychology;
                 Statistics; Law, Psychology, Families and Children;
                 Cognitive Psychology; Memory and Learning.

1979-1980    Teaching Assistant,
              Washington and Jefferson College
              Washington, PA

                 Taught four sections of Introductory Psychology.

## PREVIOUS EMPLOYMENT

1988-1994    Forensic Research Scientist,
              Department of Clinical Research,
              Nathan S. Kline Institute for Psychiatric Research
              Orangeburg, NY

1988-1994    Director, Forensic Neuropsychology Laboratory,
              Kirby Forensic Psychiatric Center, New York, NY

1990-1994    Research Consultant, Forensic Psychiatry Clinic for the
              Criminal and Supreme Courts, New York, NY

1984-1988    Research Associate,
              Institute of Law, Psychiatry, & Public Policy,
              Schools of Law and Medicine, The University of Virginia

                 Collaborated with P.E. Dietz, M.D., Ph.D. on National
                 Institute of Justice Grant, "Mental Disorder and Violent
                 Crime: The Choice of Public Figures as Victims."

1983-1986    Research and Statistical Consultant,
              Institute of Law, Psychiatry, and Public Policy,
              Schools of Law and Medicine, The University of Virginia

                 Collaborated on the National Judge's Health-Stress
                 Research Project, examining the impact of stress on
                 American trial court judges.

1983-1985    Statistical Consultant,
              Colgate Darden School of Business Administration,
              The University of Virginia

|  | Collaboration with Eileen Hogan, Ph.D. on statistical models of job characteristics and performance. |
|---|---|
| 1983-1985 | Staff Psychologist,<br>Community Outreach to Vietnam Era Returnees (COVER)<br>Charlottesville, VA |
| 1982-1983 | Neuropsychological Test Technician,<br>Departments of Behavioral Medicine, Psychiatry, and Neurosurgery,<br>The University of Virginia Medical Center<br>Charlottesville, VA |

## HONORS AND AWARDS

| 2007 | Maier J. Tuchler Award in Recognition of Outstanding Contributions to the Field of Psychiatry and Behavioral Science. American Academy of Forensic Sciences, Psychiatry and Behavioral Science Section |
|---|---|
| 1998-present | Who's Who in Medicine and Health Care |
| 1996 | Distinguished Lecturer Award, New York State District Attorney's Association, Prosecutor's Training Institute |
| 1991 | American Academy of Forensic Sciences, Psychiatry and Behavioral Science Section 1991 Fellowship Research Award |
| 1987-1988 | Forensic Psychology Fellow,<br>NYU Medical Center, Bellevue Hospital, and<br>Kirby Forensic Psychiatric Center, New York, NY |
| 1980-1984 | Clinical Research Fellowship,<br>Institute of Clinical Psychology,<br>University of Virginia |
| 1980 | B.A. cum laude in Psychology<br>Washington and Jefferson College |
| 1976-1980 | Dean's List Scholar, Washington and Jefferson College |

## GRANTS

| 1991-1994 | Principal Investigator, Homelessness, Mental Illness, and Violent Criminal Behavior. National Science Foundation, Law and Social Science Program, ($116,095). |
|---|---|

1991-1996    Co-Investigator, Prediction of Assault in Mentally Ill Offenders, Antonio Convit, M.D. (P.I.). National Institute of Mental Health, ($526,185).

1993-1998    Core Faculty Member, Center for the Study of Issues in Public Mental Health. David L. Shern, P.I., National Institute of Mental Health, ($3,451,538).

1989-1991    Co-Investigator, Assessing Psychopathy in Mentally Disordered Offenders. Funding from the John D. and Catherine T. MacArthur Foundation Program of Research on Mental Health and the Law, via subcontract with Dr. Robert Hare, University of British Columbia, ($15,000).

1984-1988    Co-Investigator, Mental Disorder and Violent Crime: The Choice of Public Figures as Victims, with Park Dietz, M.D., Ph.D. (P.I.), National Institute of Justice,($450,000).

1985    Research development grant from the Institute of Law, Psychiatry, and Public Policy, University of Virginia Schools of Law and Medicine, to study factors influencing judicial decision making, ($2,500).

1984    Grant-in-Aid from Division 41 (American Psychology-Law Society) of the APA to study personality, stress, and health outcomes in a national sample of trial court judges, ($500).

## EDITORIAL BOARDS

2017-    Associate Editor, Journal of Forensic Sciences

2008-2017    Editorial Board, Journal of Forensic Sciences

## JOURNALS SOLICITING MANUSCRIPT REVIEWS

1992-present    Law and Human Behavior
Behavioral Sciences and the Law
Journal of Forensic Sciences
International Journal of Law and Psychiatry
Archives of General Psychiatry
Psychiatric Services (Hospital and Community Psychiatry)
American Journal of Psychiatry
Homicide Studies

## PUBLICATIONS

### BOOKS

Martell, D.A.  (Ed.). (2019).  The Future of Forensic Science.  London: Wiley.

Martell, D.A. & Billick, S.B. (Eds). (2012).  Forensic Psychiatry & Behavioral Sciences: American Academy of Forensic Sciences Reference Series - A Decade of Research and Case Study Proceedings.  Colorado Springs, American Academy of Forensic Sciences.

### ARTICLES IN PEER-REVIEWED JOURNALS

Kleinman, S.B., Butler, J., & Martell, D.A.  (2015).  Failings of trauma-specific and related psychological tests in detecting PTSD in forensic settings.  Journal of Forensic Sciences, 60(1), 76-83.

Martell, D.A. (2012).  Book review: Conviction of the Innocent: Lessons from Psychological Research.  Journal of Forensic Sciences, 57(5), 1416–1417.

Billick, S.B., & Martell, D.A.  (2012).  Forensic psychiatry and  psychology.  Chapter in Ubelaker, D. (Ed.) Global Forensic Science: Current Issues – Future  Directions.  New York: Wiley-Blackwell.

Reba-Harellson, L., & Martell, D.A.  (2012).  Psychodiagnostic  testing for adolescents.  Chapter in Rosner, R. (Ed).  Clinical Handbook of Adolescent Psychiatry.

Martell, D.A.  (2011).  Book reviews: Evaluation for Guardianship and Evaluation for Risk of Violence in Juveniles.  Journal of Forensic Sciences, 56(4), 1085.

Dietz, P., and Martell, D.A. (2010). Commentary: Approaching and stalking public figures—A prerequisite to attack.  Journal of the American Academy of Psychiatry and the Law, 38(3), 341-348.

Martell, D.A.  (2010). Book review: Applied Criminal Psychology: A Guide to Forensic Behavioral Sciences.  Journal of Forensic Sciences, 55(1), 282.

Martell, D.A. (2009).  Neuroscience and the law: Philosophical differences and practical constraints.  Behavioral Sciences and the Law, 27, 123-136.

Bresler, S., & Martell, D.A. (2009).  Forensic neuropsychological assessments of head injury.  In A. Jamieson and A. Moenssens (Eds.), Encyclopedia of Forensic Sciences, Chichester, UK: John C. Wiley & Sons.

Martell, D.A. (2008). Book review: Forensic Psychology and Neuropsychology for Criminal and Civil Cases. Journal of Forensic Sciences, 53(6), 1487.

Martell, D.A. (2007). Organic brain dysfunction and criminality. In L.B. Schlesinger (Ed.), Explorations of criminal psychopathology: Clinical syndromes with forensic implications (2ed.). Springfield, IL: Charles C. Thomas.

Martell, D.A. (2003). Neuropsychiatric assessments in toxic exposure litigation. In R. Rosner (ed.), Principles and practice of forensic psychiatry (2 ed.). London: Arnold Publishing.

Rivard, J.M., Dietz, P., Martell, D., & Widawski, M. (2002). Acute dissociative responses in law enforcement officers involved in critical incidents: Clinical and forensic implications. Journal of Forensic Sciences, 47(5), 1-8.

Martell, D.A. (1996). Organic brain dysfunction and criminality. In L.B. Schlesinger (Ed.), Explorations of criminal psychopathology: Clinical syndromes with forensic implications. Springfield, IL: Charles C. Thomas.

Martell, D.A. (1996). Causal relation between brain damage and homicide: The prosecution. Special issue of Seminars in Clinical Neuropsychiatry on neuropsychiatry in the courtroom, 1(3), 184-194.

Martell, D.A., Rosner, R., & Harmon, R. (1995). Base rate estimates of criminal behavior by homeless mentally ill persons in New York City. Psychiatric Services (formerly Hospital and Community Psychiatry), 46(6), 596-601.

Martell, D.A., Rosner, R., & Harmon, R. (1994). Homeless mentally disordered defendants: Competency to stand trial and mental status findings. Bulletin of the American Academy of Psychiatry and the Law, 22(2), 289-295.

Martell, D.A. (1993). Forensic neuropsychology and the criminal law. Criminal Practice Law Review, 5(3), 319-347. [Reprinted from Law and Human Behavior, 16(3), 313-336, (1992)].

Martell, D.A., & Dietz, P.E. (1992). Mentally disordered offenders who push or attempt to push victims onto the subway tracks in New York City. Archives of General Psychiatry, [Special issue on Violence], 49, 472-475.

Martell, D.A., & Dietz, P.E. (1992). Mentally disordered offenders who push or attempt to push victims onto the subway tracks in New York City. In Lundberg, G.D., Young, R.K., Flanagan, A., & Koop, C.E. (Eds.), Violence. Chicago: American Medical Association, pp. 399-402. [Reprinted from Archives of General Psychiatry, 49, 472-475, (1992).]

Martell, D.A. (1992). Forensic neuropsychology and the criminal law. Law and Human Behavior, [Special issue on Expert Evidence], 16(3), 313-336.

Martell, D.A. (1992). Estimating the prevalence of organic brain dysfunction in maximum-security forensic psychiatric patients. Journal of Forensic Sciences, JFSCA, 37(3), 878-893.

Volavka, J., Martell, D., & Convit, A. (1992). Psychobiology of the violent offender. Journal of Forensic Sciences, JFSCA, 37(1), 237-251.

Richman, B.J., Convit, A.J., & Martell, D.A. (1992). Homelessness and the mentally ill offender. Journal of Forensic Sciences, JFSCA, 37(3), 932-937.

Showalter, C.R., & Martell, D.A. (1991). Personality, stress, and health in American judges. In L. Webb (ed.) (1991). Occupational stress in the judiciary: A comprehensive workshop for judges. Chicago, IL: American Bar Association. [Reprinted from Journal of the American Judicature Society, 69(2), 82-87, (1989).]

Martell, D.A. (1991). Homeless mentally-ill offenders and violent crime: Preliminary research findings. Law and Human Behavior, 15(4), 333-347.

Dietz, P.E., Matthews, D.B., Martell, D.A., Stewart, T.M., Hrouda, D.R., & Warren, J.B. (1991). Threatening and otherwise inappropriate communications to members of the United States Congress. Journal of Forensic Sciences, JFSCA, 36(5), 1445-1468.

Dietz, P.E., Matthews, D.B., Van Duyne, C., Martell, D.A., Parry, C.D.H., Stewart, T.M., Warren, J., & Crowder, J.D. (1991). Threatening and otherwise inappropriate communications to Hollywood celebrities. Journal of Forensic Sciences, 36(1), 185-209.

Martell, D.A. (1989). Predicting potentially dangerous approaches toward public figures from the writings of mentally disordered individuals. (Doctoral dissertation, University of Virginia, 1988). Dissertation Abstracts International, 50(9B), 4226. (University Microfilms No. 90-02-867).

Dietz, P.E., & Martell, D.A. (1989). Mentally disordered offenders in pursuit of celebrities and politicians. Final report to the National Institute of Justice. Washington, D.C.: U.S. Department of Justice.

Anchor, K.N., Rogers, J.P., Solomon, G.S., Barth, J.T., Peacock, C., & Martell, D.A. (1985). Fundamentals of disability determination and rehabilitation: A higher ground for the applied neurobehavioral sciences. American Journal of Trial Advocacy, 8(3), 337-375.

Showalter, C.R., & Martell, D.A.  (1985).  Personality, stress, and health in American judges.  Journal of the American Judicature Society, 69(2), 82-87.

Hogan, E.A., & Martell, D.A.  (1985).  A confirmatory structural equations analysis of the Job Characteristics Model.  Organizational Behavior and Human Decision Processes, 39(1), 242-263.

## PAPERS AND PRESENTATIONS

Martell, D.A.  (2019, Feb.).  Neuropsychological testing in insanity cases.  Paper presented as part of the AAFS Interdisciplinary Symposium: Insane or Just Bad? The Anatomy of the Not Guilty by Reason of Insanity (NGRI) Defense,  Annual Meeting of the American Academy of Forensic Sciences, Baltimore, MD.

Martell, D.A. (2019, Jan.).  Psychological instruments to assess risk of future violence:  The current state of the art.  Invited lecture to be presented at the Annual Meeting of the Tri-State Chapter of the American Academy of Psychiatry and the Law, New York, NY.

Martell, D.A. (2018, Oct.).  Forensic neuroscience in criminal cases: An overview from the USA.  Invited paper presented at the International Congress of Legal Medicine, Havana, Cuba.

Martell, D.A.  (2018, Oct.).  Psychodiagnostic testing in forensic evaluations of Posttraumatic Stress Disorder:  Avoiding iatrogenic outcomes and preserving diagnostic integrity.  Paper presented as part of a Workshop entitled, Contemporary Forensic Evolution of Posttraumatic Stress Disorder.  American Academy of Psychiatry and the Law, Austin, Tx.

Martell, D.A.  (2018, June).  Emerging topics in forensic psychological science and capital litigation: Cognitive bias, behavior genetics, and neurobehavioral imaging.  Invited presentation as part of part of a forensic science webinar series funded by the U.S. Department of Justice Bureau of Justice Assistance, Stetson University College of Law, Gulfport, FL.

Martell, D.A. (2018, May).  Cuba and the origins of the American Academy of Forensic Sciences: A return to the beginning.  Paper presented as part of the American Academy of Forensic Sciences' International Educational Outreach meeting between Cuban and American forensic scientists, Havana, Cuba.

Thompson, C, & Martell, D.A  (2018, Feb.).  Putting the science in forensic behavioral science: Advances in forensic psychiatry and forensic psychology.  Presentation as part of the Interdisciplinary Symposium: Raising the Bar in Forensic Science.  Annual Meeting of the American Academy of Forensic Sciences, Seattle, WA.

Martell, D.A.  (2017, Feb.).  Psychodiagnostic testing in mass tort litigation. Paper presented as part of a panel entitled, "Resiliency and trauma: An interdisciplinary approach to the evaluation of individuals in mass tort cases."  Annual Meeting of the American Academy of Forensic Sciences, New Orleans, LA.

Martell, D.A. (2016, May).  Complex forensic psychological evidence in the military courtroom. Invited presentation at the Litigating Complex Cases Course, Navy Justice School, Newport, R.I.

Martell, D.A. (2016, May).  Elder abuse, undue influence, and testamentary capacity determinations.  Invited presentation at the 4th Annual APA Division 42 Forensic Psychology Conference: Psychological Assessment, Ethics, and Expert Testimony.  Pasadena, CA.

Martell, D.A. (2015, Feb.).  Chair: Plenary Session: Human Factors in Forensic Science: Why Cognitive Bias Can Lead to Flawed Expert Opinions and Testimony, How Its Influence Can Be Minimized, and What Challenges Testifying Experts and Judges Can Expect to Face  Annual Meeting of the American Academy of Forensic Sciences, Orlando, FL.

Martell, D.A. (2015, Feb.).  Chair: Interdisciplinary Symposium.  Past Presidents- Future Science: Hot Leads in Contemporary Forensic Research. Annual Meeting, American Academy of Forensic Sciences, Orlando,  FL.

Martell, D.A. (2015, Feb.).  Contemporaneous Assessments of Testamentary Capacity and Undue Influence: Strike While the Iron is Hot.  Paper presented at the Annual Meeting of the American Academy of Forensic Sciences, Orlando,  FL.

Martell, D.A. (2015, Feb.).  President's Address to the Young Forensic Scientists' Forum: The Role of Young Forensic Scientists in the AAFS. Annual Meeting of the American Academy of Forensic   Sciences, Orlando,  FL.

Martell, D.A.  (2015, Feb.).   Session Chair: Developing a global research architecture in forensic science.  Paradigm Shift for Forensic Science Conference, The Royal Society, London.

Martell, D.A.  (2014, Oct.).   International perspectives on reliable and valid forensic science.  Invited presentation at the 20th World Meeting of the International Association of Forensic Sciences, Seoul, Korea.

Martell, D.A.  (2014, Oct.).   Consulting for the Hague: Evaluating dementia and competency in a Bosnian war criminal.  Presentation at the 20th World Meeting of the   International Association of Forensic Sciences, Seoul, Korea.

Martell, D.A. (2014, Oct.). Global perspectives on contemporaneous testamentary capacity evaluations. Paper presentation at the 20th World Meeting of the International Association of Forensic Sciences, Seoul, Korea.

Martell, D.A. (2014, June). New forensic science initiatives in the United States. ABA Criminal Justice Section Fifth Annual Prescription for Criminal Justice Forensics, Fordham University, New York, NY.

Martell, D.A. (2014, June). Mechanisms for confirming the competence of experts in both traditional and innovative forensic sciences: The American experience. Invited presentation at the IV-th St. Petersburg International Legal Forum, St. Petersburg, Russia.

Martell, D.A. (2014, Feb.). Measuring the mind of a war criminal: Behind the scenes on an assignment for the United Nations International Criminal Court in the Hague. Paper presented at the annual meeting of the American Academy of Forensic Sciences, Seattle, WA.

Martell, D.A., Muscatello, L., & Pozzoli, A., et. al (2014, Feb.). Why is mentorship pivotal in the future of forensic science? Paper presented at the annual meeting of the American Academy of Forensic Sciences, Seattle, WA.

Martell, D.A. (2014, Jan.) Measuring the mind of a war criminal: Behind the scenes on an assignment for the United Nations International Criminal Court in the Hague. Invited presentation at the annual meeting of the Tri-State Chapter of the American Academy of Psychiatry and the Law, Columbia University, New York, NY.

Martell, D.A. (2013, Oct.). Testamentary capacity and undue influence: Clinical and legal evaluation strategies and techniques. Invited presentation for the Fall Summit of the American Academy of Estate Planning Attorneys, San Diego, CA.

Martell, D.A. (2012, May). Forensic behavioral science in capital litigation: Advanced topics. Invited presentation at Forensic Science Training for Capital Defense Attorneys, National Clearinghouse for Science, Technology and the Law at Stetson University College of Law, Las Vegas, NV.

Martell, D.A. (2011, August). Forensic behavioral science in capital litigation. Invited presentation at Forensic Science Training for Capital Prosecutors, National Clearinghouse for Science, Technology and the Law at Stetson University College of Law, Tampa, FL.

Martell, D.A. (2011, June). Forensic behavioral science in capital litigation. Invited presentation at Forensic Science Training for Capital Defense Attorneys, National Clearinghouse for Science, Technology and the Law at Stetson University College of Law, Plano, TX.

Martell, D.A. (2011, March). Neuropsychological science and forensic competencies: Applications in civil and criminal cases. Invited course taught at the annual conference of the American College of Professional Neuropsychology, Las Vegas, NV.

Martell, D.A. (2010, March). Exploring childhood trauma histories in capital mitigation: Convergent validation through evidence-based analysis. Invited presentation at the annual meeting of the American Society of Adolescent Psychiatry, Los Angeles, CA.

Martell, D.A. (2010, Feb.). Victims of arson: Psychological outcomes and issues in the forensic treatment of trauma. Paper presented as part of a Workshop entitled, "Fires and Explosions: A Multidisciplinary Overview of Investigative Methods, Mental States of Perpetrators, and Psychological Trauma to Victims." American Academy of Forensic Sciences Annual Meeting, Seattle, WA.

Martell, D.A. (2010, Feb.). Assessing symptom validity and level of effort in mild traumatic brain injury testing. Paper presented at the annual meeting of the American Academy of Forensic Sciences, Seattle, WA.

Martell, D.A. (2009, Oct.). Helping victims of firesettings and bombings: Psychological outcomes and issues in treatment. Invited presentation at the annual meeting of the American Academy of Psychiatry and the Law.

Kleinman, S.B., Butler, J.R., & Martell, D.A. (2008, Oct.). Risks of forensic use of trauma-specific tests. Paper presented at the annual meeting of the American Academy of Psychiatry And the Law, Seattle, WA.

Martell, D.A. & Kenan, J. (2008, Feb.). Forensic neuropsychiatric assessments of toxic mold exposure. Paper presented at the Annual Meeting of the American Academy of Forensic Sciences, Washington, D.C.

Martell, D.A. (2007, Feb). Mild traumatic brain injury: State-of-the-art practice guidelines for testimony in criminal and civil litigation. Paper presented at the annual meeting of the American Academy of Forensic Sciences, San Antonio, TX.

Martell, D.A. (2006, Feb.). Mental retardation and the death penalty: Issues in the assessment of adaptive functioning. Presentation at the 2006 Meeting of the American Academy of Forensic Sciences, Seattle, WA.

Martell, D.A. (2004, Oct.). Forensic evaluation of neuropsychological malingering. Invited address at the XIII National Congress of Legal Psychiatry, Malaga, Spain.

Martell, D.A. (2004, Feb.). Mental retardation and the death penalty: Responding to the U.S. Supreme Court's landmark decision in *Atkins v. Virginia*. Annual Meeting of the American Academy of Forensic Sciences, Dallas, TX.

Martell, D.A., & Adelman, R.E. (2003, October). Forensic behavioral analysis: Applications in criminal and civil litigation. Invited presentation at the joint American Bar Association / American Psychological Association Conference on Psychological Expert Testimony in Civil and Criminal Litigation, Chicago, IL.

Adelman, R.E., Amador, X.F., Coburn, B., Laurence, M., Martell, D.A., Matthews, D., Poe, G. (2003, August). Mental Health and criminal law: The intersection of politics, science and culture. Invited presentation at the 2003 Annual Meeting of the American Bar Association, San Francisco, CA.

Martell, D.A. (2000, April). Understanding psychological and psychiatric evidence in criminal litigation. Statewide meeting of the Missouri District Attorneys Association, Columbia, MO.

Martell, D.A. (1999, October). The psychologist as expert witness in capital litigation: Objectivity vs. advocacy. Invited presentation at the joint American Psychological Association/American Bar Association conference on Psychological Expertise and Criminal Justice, Washington, D.C.

Martell, D.A. (1999, July). Recent advances in forensic neuroscience: Implications for capital cases. Invited address for the Association of Government Attorneys in Capital Litigation, Chicago, IL.

Martell, D.A. (1999, June). Mitigating evidence in capital cases: Recent advances in forensic neuroscience. Invited presentation for the Navy Justice School, Newport, R.I.

Martell, D.A. (1999, April). Psychopathology and workplace violence. Presentation at Workplace Violence 7: An Intensive Course for Fortune 500 Companies and Selected Private and Government Organizations, Threat Assessment Group, Inc., Newport Beach, CA.

Martell, D.A., & Bressler, S. (1999, Feb.). The use of neuropsychological testing in forensic evaluations. Paper presented at the 51st Annual Meeting of the American Academy of Forensic Sciences, Orlando, FL.

Martell, D.A. (1999, Feb.). Standards and methods of psychiatric and psychological exams: Competency evaluation, guilt phase, sanity. Invited address, California District Attorney's Association Mental Defenses Seminar, San Francisco.

Martell, D.A. (1999, Feb.). Confronting novel psychological defenses. Invited address, California District Attorney's Association Mental Defenses Seminar, San Francisco.

Martell, D.A. (1998, Oct.). Psychological testing of hypersensitivity in sexual harassment claims. Annual meeting of the American Academy of Psychiatry and the Law, New Orleans, LA.

Martell, D.A. (1988, Oct.). Forensic assessment of competency to stand trial: Clinical and legal contours. Invited presentation for a workshop on Competency to Stand Trial, Midwest Regional Forensic Services, Minneapolis, Minnesota.

Martell, D.A. (1988, Aug.). Evaluating mental status evidence in criminal litigation. Invited address for the Monterey County District Attorney's Office, Monterey, CA.

Martell, D.A. (1998, June). Psychological testing in criminal litigation. Invited lecture for the United States Attorney's Office, Philadelphia, PA.

Martell, D.A. (1998, April). Death penalty mitigation. Invited lecture presented at as part of a seminar for military attorneys at the United States Navy Justice School, Newport, R.I.

Martell, D.A. (1998, March). Mental defenses in homicide litigation. Invited keynote address for the New York County Distract Attorney's Office, New York, NY.

Martell, D.A. (1998, February). Mental disorder and violent criminal behavior in the community: Prediction and practice. Presentation at the 50th Anniversary meeting of the American Academy of Forensic Sciences, San Francisco, CA.

Martell, D.A. (1997, December). Organic brain disorders in maximum security forensic psychiatric patients. Invited presentation at the 10th Annual New York State Office of Mental Health Psychiatric Research Conference, Albany, NY.

Martell, D.A. (1997, September). Mental defenses: Technical analysis. Invited presentation for the Los Angeles District Attorney's Office, Complex Litigation and Strategies Conference, Los Angeles, CA.

Martell, D.A. (1997, August). Comparing prediction and practice in clinical risk assessment for violence. Invited presentation as part of a symposium entitled, "Violence: Prediction and practice: Sharing contexts - Criminal justice, civil commitment, and industrial psychology." Annual meeting of the American Psychological Association, Chicago, Ill.

Martell, D.A. (1997, June).  Malingered mental disorders and crimes of violence.  Invited presentation for the California District Attorneys Association Summer Conference, San Diego, CA.

Martell, D.A.  (1997, May).  Mental health evidence in capital litigation.  Invited lecture presented at as part of a seminar for military attorneys at the United States Navy Justice School, Newport, R.I.

Martell, D.A.  (1997, March).  Psychological testing in criminal cases.  Invited address to California District Attorney's Association Mental Defenses Seminar, Manhattan Beach, CA.

Martell, D.A.  (1996, Dec.).  Mental issues in complex litigation.  National College of District Attorneys, Conference on Complex Litigation, San Diego, CA.

Martell, D.A.  (1996, Nov.)  Mental health issues raised in the mitigation phase of capital cases.  Invited presentation, State of Connecticut Attorney General's Office.

Martell, D.A.  (1996, Sept.).  Psychiatric defenses: Insanity, diminished capacity, and inability to form intent.  Invited lecture for the U.S. Department of Justice, U.S. Attorney's Office of Legal Education, Los Angeles, CA.

Martell, D.A.  (1996, Sept.).  Psychological and psychiatric evidence in capital cases.  Invited lecture presented at as part of a seminar for military attorneys at the United States Navy Justice School, Newport, R.I.

Martell, D.A. (1996, Aug.).  Mental health issues in capital litigation.  Invited lecture presented at the 17th Annual Conference of the Association of Government Attorneys in Capital Litigation, Orlando, FL.

Martell, D.A.  (1996, March).  Investigations involving mentally disordered offenders: Techniques and tips for detectives.  Invited address presented at the annual California Homicide Investigator's Association conference, Los Angeles, CA.

Martell, D.A.  (1996, March).  Mental retardation issues under the 1995 New York State capital litigation statutes.  Invited lecture presented for the New York Prosecutor's Training Institute, Albany, NY.

Martell, D.A.  (1995, Oct.).  Challenging the ecological validity of neuroscientific evidence in a landmark homicide case.  Invited lecture presented as part of an interdisciplinary panel entitled Neuropsychiatry in the Courtroom, at the annual meeting of the American Neuropsychiatric Association and the Behavioral Neurology Society, Pittsburgh, PA.

Martell, D.A. (1995, Oct.). Behavioral science issues and the insanity defense in capital litigation. Invited address presented at the first conference on capital litigation for the New York State Prosecutors Training Institute, New York, NY.

Martell, D.A. (1995, Sept.). Psychological and neuropsychological issues in capital cases. Invited address presented at a conference on capital litigation for the Los Angeles Public Defender's Office, Los Angeles, CA.

Martell, D.A. (1995, Sept.). Behavioral science evidence in capital litigation. Invited address presented at as part of seminar for attorneys at the United States Navy Justice School, Newport, R.I.

Martell, D.A. (1995, Aug.). Examining mental status experts in capital litigation. Invited address presented at the annual meeting of the Association of Government Attorneys in Capital Litigation, Las Vegas, NV.

Martell, D.A. (1995, May). Confronting mental and neurobehavioral issues in mitigation during capital sentencing proceedings. Invited address, Capital Litigation in Federal Courts, U.S. Dept. of Justice, U.S. Attorney's Office of Legal Education, Dallas, Texas.

Martell, D.A. (1995, April). Domestic violence and the workplace. Paper presented at Workplace Violence III: An Intensive Course for Fortune 500 Companies and Selected Private and Government Organizations, Threat Assessment Group, Inc., Newport Beach, CA.

Martell, D.A., & Soden, L. (1995, Feb.). Risk assessment for dangerousness: How theory and practice diverge in clinical decision-making. Paper presented at the 47th annual meeting of the American Academy of Forensic Sciences, Seattle, WA.

Mack, G.I., & Martell, D.A. (1995, Feb.). Psychopathy in a racially diverse forensic population. Paper presented at the 47th annual meeting of the American Academy of Forensic Sciences, Seattle, WA.

Davar, D.A., Tryon, W., & Martell, D.A. (1995, Feb.). Towards an environmental model of the prediction of inpatient violence in a forensic psychiatric facility. Paper presented at the 47th annual meeting of the American Academy of Forensic Sciences, Seattle, WA.

Martell, D.A. & Soden, L. (1994, Aug.). Practicing what we preach?: Risk assessment for dangerousness "in the trenches." Paper presented as part of a symposium on Psychology in the Criminal Justice System at the American Psychological Association annual meeting, Los Angeles, CA.

Martell, D.A.  (1994, July).  Mental status issues in capital litigation.  Invited address presented at the annual meeting of the Association of Government Attorneys in Capital Litigation, San Francisco, CA.

Martell, D.A.  (1994, March).  Mentally disordered defendants who cannot be restored to competency: A study of cases converted to civil status pursuant to *Jackson v. Indiana*.  Paper presented at the bi-annual meeting of the American Psychology-Law Society, Santa Fe, New Mexico.

Martell, D.A.  (1994, Feb.).  Forensic neuroscience in the criminal courtroom: Techniques and strategies.  Panel presentation for the annual meeting of the American Academy of Forensic Sciences, San Antonio, Texas.

Davar, D., & Martell, D.A.  (1994, Feb.).  Forensic neuropsychology: Challenges and dilemmas in the assessment of difficult patients.  Paper presented at the annual meeting of the American Academy of Forensic Sciences, San Antonio, Texas.

Martell, D.A.  (1993, Dec.)  The intrusion of domestic violence into the workplace.  Paper presented as part of an intensive course for Fortune 500 companies entitled, Workplace violence: Myths, facts, and corporate prevention, Threat Assessment Group, Inc, Newport Beach, CA.

Martell, D.A.  (1993, Oct.).  Forensic psychological assessment and the dissociative disorders.  Paper presented as part of a panel on Dissociation and the Mens Rea Defense at the annual meeting of the American Academy of Psychiatry and the Law, San Antonio, Texas.

Martell, D.A.  (1993, Sept.).  Homelessness, mental illness, and violent crime.  Graduate Lecture Series, John Jay College of Criminal Justice, New York, NY.

Martell, D.A.  (1993, Aug.).  Forensic neuropsychological evidence in capital litigation.  Invited address presented at the annual meeting of the Association of Government Attorneys in Capital Litigation, Chicago, IL.

Martell, D.A.  (1993, May).  Violent crime and the homeless mentally ill: Myths and realities.  Paper presented as part of the workshop, "Homelessness and Mental Illness: Debunking the Myths," presented at the annual meeting of the American Psychiatric Association, San Francisco, CA.

Martell, D.A.  (1993, Feb.).  Over the edge: Mentally disordered offenders who push victims onto New York City subway tracks.  Paper presented at the annual meeting of the American Academy of Forensic Sciences, Boston, MA.

Martell, D.A. (1992, December).  Mental illness and violence in the community.  Paper presented at the Fifth Annual Research Conference, NYS Office of  Mental Health, Albany, New York.

Martell, D.A. (1992, October).  Mental illness and violence in the community.  Paper presented as part of the Colloquium Series, Department of Psychology, NYU/Bellevue Psychiatric Hospital, New York, NY.

Martell, D.A.  (1992, March).  Violent crime and the homeless mentally ill:  Base rate estimates, victimization patterns, and mental status findings.  Paper presented at the bi-annual meeting of the American Psychology-Law Society, San Diego, CA.

Martell, D.A., Rosner, R., & Harmon, R.  (1992, Feb.).  Six-month prevalence of homelessness among mentally disordered offenders referred by the court for competency evaluations.  Paper presented at the American Academy of Forensic Sciences Annual Meeting in New Orleans, LA.

Martell, D.A.  (1991, Dec.).  The homeless mentally ill and violent crime:  Prevalence estimates for New York City.  Paper presented at the 4th Annual Research Conference, NYS Office of Mental Health, Albany, NY.

Martell, D.A. & Convit, A.  (1991, May).  Violence and brain dysfunction:  Prevalence estimates and approaches to evaluation and treatment.  Paper presented at the Fifth Annual Forensic Conference: Consequences of Child-hood Victimization in Adult Forensic Patients.  NYS Office of Mental Health, Bureau of Forensic Services, and New York University, New York, NY.

Martell, D.A.  (1991, Feb.).  Estimating the prevalence of brain damage among maximum-security forensic patients.  Paper presented at the 43rd annual meeting of the American Academy of Forensic Sciences, Los Angeles, CA.

Martell, D.A. & Convit, A.J.  (1991, Feb.).  Neurobehavioral studies of violence and criminal behavior: Data from Kirby Forensic Psychiatric Center and Manhattan Psychiatric Center.  Grand Rounds, Kirby Forensic Psychiatric Center, New York, N.Y.

Martell, D.A.  (1990, Feb.).  Homelessness, mental illness and violent crimes:  Preliminary research findings.  Paper presented at the 42nd annual meeting of the American Academy of Forensic Sciences in Cincinnati, Ohio.

Dietz, P.E., & Martell, D.A.  (1989, Oct.).  Mentally disordered offenders in pursuit of public figures: Executive summary.  Presentation to the executive staff of the National Institute of Justice, Washington, D.C.

Martell, D.A. (1988, Mar.). Applications for clinical neuropsychology in forensic settings. Paper presented at the American Psychology-Law Association Mid-Winter Conference in Miami Beach, Fla.

Martell, D.A. (1988, Dec.). Predicting dangerousness from threats toward public figures: Clinical applications. Colloquium Series, Department of Psychology, Bellevue Psychiatric Hospital, New York, NY.

Martell, D.A. (1987, Nov.). Neuropsychological contributions in evaluations of competency to stand trial. Grand Rounds, Forensic Psychiatry Clinic, Criminal and Supreme Courts of New York (First Judicial Department), Department of Mental Health, Mental Retardation, and Alcoholism Services of the City of New York, N.Y.

Dietz, P.E., & Martell, D.A. (1986, Jan.). Research on mental disorder and threats to public figures. Presentation to the Intelligence Division of the United States Secret Service, Washington, D.C.

Martell, D.A., & Dietz, P.E. (1985, Nov.). Mental disorder and threats toward public figures: Preliminary research results. Paper presented to the American Society of Criminology, San Diego, CA.

Showalter, C.R., & Martell, D.A. (1985, Oct.). Profiling the judicial personality: A comparative study. Paper presented at the American Academy of Psychiatry and the Law, Albuquerque, NM.

Martell, D.A., & Showalter, C.R. (1985, Aug.). Personality, stress and coping in American judges: A longitudinal study. Paper presented at the annual convention of the American Psychological Association, Toronto.

Martell, D.A., & Wilcox, B.L. (1984, April). Exploratory and confirmatory structural models for Ward Atmosphere Scale data. Paper presented at the American Psychological Association Convention, Toronto, Canada.

Martell, D.A. (1984, April). Macro-level environmental determinants of violent behavior among juvenile street gangs. Paper presented at the 55th meeting of the Eastern Psychological Association, Baltimore, MD.

Martell, D.A., & Hogan, E.I. (1984, Mar.). Exploratory structural models for job diagnostic survey data. Paper presented at the 30th meeting of the Southeastern Psychological Association, New Orleans, LA.

Martell, D.A., & Wilcox, B.L. (1983, April). Empirical dimensions of the Ward Atmosphere Scale: The search for underlying characteristics of psychiatric treatment environments. Paper presented at the 54th meeting of the Eastern Psychological Association, Philadelphia, PA.