# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                              Case No.: 1:19−cr−00567
                                                         Honorable Harry D. Leinenweber

Robert Sylvester Kelly, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 16, 2023:

      MINUTE entry before the Honorable Harry D. Leinenweber: The Government's motion to defer the calculation of restitution [412] is denied. The Court will consider restitution at Defendant Kelly's sentencing hearing. The Court notes that the possibility of restitution is slim, considering the amount of unsatisfied judgments and IRS liens against Defendant Kelly. Mailed notice (maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.