# Exhibit 3

(Filed separately under seal)