| Last Name | First Name | Address |
|---|---|---|
| "Pauline" | | |

| City | State | Zip Code | Amount | Loss Description | Address 2 |
|---|---|---|---|---|---|
| | | | 42,000.00 | losses for past therapy | |

Address 3  Address 4  Address 5  Country  Email

Phone