**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Appellee, <br><br> v. <br><br> **ROBERT SYLVESTER KELLY**, <br><br> Appellant. | Case No. 1:19 CR 00567 <br><br> The Honorable Harry D. Leinenweber, Judge Presiding |

## NOTICE OF APPEAL

ROBERT SYLVESTER KELLY appeals to the United States Court of Appeals for the Seventh Circuit from the District Court's final judgment entered in this action on March 7, 2023.

Dated: March 9, 2023

Respectfully Submitted,

/s/ Jennifer Bonjean
*Attorney for Appellant*

Jennifer Bonjean
Bonjean Law Group
750 Lexington Avenue, 9th Fl.
New York, NY 10022
718-875-1850
Jennifer@bonjeanlaw.com

**Chicago Office:**
Bonjean Law Group, PLLC
53 W. Jackson Blvd., Ste. 315
Chicago, Illinois 60604