# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

March 9, 2023

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 23-1449 <br><br> Caption: <br> UNITED STATES OF AMERICA, <br>         Plaintiff - Appellee <br><br> v. <br><br> ROBERT SYLVESTER KELLY, <br>         Defendant - Appellant |
| District Court No: 1:19-cr-00567-1 <br> District Judge Harry D. Leinenweber <br> Clerk/Agency Rep Thomas G. Bruton <br><br> Date NOA filed in District Court: 03/09/2023 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)