IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> ROBERT SYLVESTER KELLY, <br><br> Defendant. | Honorable Harry D. Leinenweber <br><br> Case No. 19 CR 567 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, Samuel Kennedy ("Movant") hereby notifies the parties that he withdraws her appearance as counsel for Defendant Robert Kelly. Movant states as the following grounds for this motion:

1. Movant has represented the Defendant as part of his employment with Bonjean Law Group, PLLC. ("Bonjean Law Group"). Movant will no longer be employed by Bonjean Law Group as of March 27, 2023.

2. Movant's withdrawal will not cause any prejudice on this case. Plaintiff continues to be actively represented by other attorneys from Bonjean Law Group.

For the reasons set forth in this motion, Movant respectfully requests that this Court grant the motion to withdraw Samuel Kennedy's appearance as counsel for Defendant Kelly in the above-captioned case.

Dated: March 27, 2023                                              Respectfully Submitted,

/s/ Samuel Kennedy

Samuel Kennedy
Bonjean Law Group
750 Lexington Avenue, 9th Floor
New York, NY 10022
718-875-1850
Samuel@bonjeanlaw.com

**CERTIFICATE OF SERVICE**

      The undersigned attorney certifies that a copy of the attached document was served on the named individual at the address listed above by e-mail on [DATE].

/s/ Samuel Kennedy
Samuel Kennedy
