UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| ROBERT KELLY, | ) No. 19 CR 567 |
| Defendant, | ) Judge Leinenweber |
| and | ) |
| UNIVERSAL MUSIC GROUP, | ) |
| Third-Party Respondent. | ) |

## AMENDED TURNOVER ORDER

This matter is before the court on the United States of America's agreed motion for a turnover order. The court has reviewed the motion and finds as follows:

1. Judgment was entered in this case in favor of the United States and against defendant Robert Kelly and the outstanding balance is $42,100.00 as of October 5, 2023.

2. Third-party respondent Universal Music Group, answering on behalf of Universal Music Publishing, Inc. stated in its answer to a citation to discover assets that it had property belonging to Kelly under its possession or control. The United States is entitled $42,100 from the royalty account belonging to Kelly, the value of which was about $467,459.52 at the time of the updated answer, which represents the defendant's interest in the royalty account, which is not exempt from garnishment, being held by the respondent. 18 U.S.C. § 3613(a) and 26 U.S.C. § 6334.

3. The Clerk of the Court collects all payments on monetary penalties imposed in criminal cases. Accordingly, all payments should have "No. 19 CR 567" written in the lower left

corner of the check and be submitted to: Clerk of the Court, U.S. District Court, Northern District of Illinois, 219 South Dearborn Street, 20th Floor, Chicago, Illinois 60604. Accordingly, it is hereby

ORDERED that the respondent, Universal Music Publishing, Inc, shall submit to the United States $42,100 from the royalty account belonging to Robert Kelly, minus any mandatory tax withholdings, which represents Kelly's interest in the account, which is not exempt from garnishment, to be applied to his outstanding judgment.

E N T E R:

_____
United States District Judge

Date: 10/18/2023