**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No 17 CR 00029-ABJ-1 |
| vs. | ) | |
| | ) | Hon. Martha M. Pacold |
| | ) | |
| Robert Kelly | ) | |

## DECLARATION OF MIKEAL GLENN STINE

I, Mikeal Stine, hereby swear and affirm under penalty of perjury that the following facts are true:

1.      My name Is Mikeal Glenn Stine. I am _67_ years old. I am presently an inmate at FCI Butner in North Carolina.   I have been diagnosed with terminal cancer, which is untreatable. I have only a matter of months left to live.  I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them.

2.      I have been incarcerated in the Federal Bureau of Prisons since 1982, with only one short interruption of my federal sentences created by a successful prison escape for which I was ultimately apprehended.

3.      While incarcerated, I became a member of the Aryan Brotherhood (A.B.) gang. Over the years, I was elevated through the ranks and ultimately  held the position of Commissioner of the A.B.

4.      As Commissioner over the A.B., I had a great deal of authority and power over other members of the A.B who were in the Bureau of Prisons (BOP). With that authority, I

1

had the power to order beatings, stabbings, and executions that were carried out by other members of the A.B.

5.     I was incarcerated in the ADX Florence Supermax prison facility for __13__ years. *MGS* During my time at ADX, I became familiar with a BOP official whose last name is Childress. Mr. Childress holds a position of authority and oversees multiple Bureau of Prisons facilities. On multiple occasions, Childress has directed me to order assaults, beatings, and killings of inmates who posed problems to various BOP institutions, to certain BOP guards, or to other inmates with whom Bureau of Prisons prison guards had ongoing illegal business.

6.     At the direction of Childress, I have ordered multiple assaults and murders at various institutions, which have been carried out by A.B. members pursuant to my directions. I have personally participated in some of these acts of violence.  In exchange for ordering and/or participating in these acts of violence, I, and other members of the A.B., have received special privileges within the prisons in which we are housed.  These privileges include no shakedowns, no cell searches, and the ability to freely traffic drugs within the institution. I can provide the names of persons I have ordered beaten and killed at the explicit direction of Mr. Childress.  The details of these incidents can also be confirmed by other witnesses.

7.     On or about _Feb. 2023_ *MGS*, I was housed in the Special Housing Unit at USP Tucson.  Without any warning, I was approached in my cell for an unexpected official visit.  No Bureau of Prisons guards were present.  Instead, I was directly approached by Mr. Childress, Warden Gutierrez, and Associate Warden Stangl.  They took me out of my cell and brought me to an office area in the Special Housing Unit.  Being moved without any guards is unprecedented.  But it was done in this instance.  Once in the office, Childress did all of the talking.  He advised me that he was aware of my terminal cancer diagnosis.  He said that he

2                                              *MGS*

knew I had only a matter of months to live. And he said he had a way that would allow me to live out the last of those months as a free man.

8.     Childress advised me that I was being sent to FCI Butner. He further advised that there is an inmate at Butner who poses a threat to the Bureau of Prisons and to the government, a person whose high-priced lawyers are going to expose a bunch of damaging information that will harm other Bureau of Prisons officers and higher ups. Childress said it was his job to make sure that does not happen. He told me that he would like me to help to eliminate the problem. Childress asked if I was familiar with the musical artist, R. Kelly. I said I was aware of who he is from the news. Childress told me that Kelly is a rapist. He told me Kelly raped little white girls. He told me Kelly was scum. And he told me that Kelly was someone that the A.B. would want gone. It is R. Kelly who poses the threat to the BOP.

9.     Childress told me that I would be sent to FCI Butner. He said I would go to the medical center first; and I would then be moved to Kelly's unit. There, Childress told me that I was to execute R. Kelly.          .

10.    Childress told me I would be charged for the murder. But the evidence would be mishandled. He further told me that I would be transferred following the killing and, on the way, I would be permitted to escape. Much like I did when I first escaped from BOP custody. My prior escape and the details surrounding it are a matter of public record. Childress told me I could live out the last of my days as a free man as long as I followed his instruction. I agreed to his proposal. Gutierrez and Stangl were present for this conversation. Following the conversation, I was taken back to my cell in the SHU.

11.    Within less than two weeks, I was transferred to FCI Butner. I arrived at Butner in __Oct. 17th__ ᴹᴳˢ of __2023__ ᴹᴳˢ. In my experience, transfers never happen that



3

quickly. After arriving at Butner, I was not on Kelly's unit. I was ultimately taken to the Medical Center. I was at the medical center between ___Oct 17th___ and ___MARch 2025___ *MGS* Just like Childress said I would be. While at the medical center, I was approached by an official in a suit. I do not know his name. This official told me that he knew my diagnosis. He knew there was no treatment for me. He told me: "You need to do what you came here for." Shortly, after that visit, I was moved to R. Kelly's unit. I arrived on the unit on or about ___MARch 15th 2025___. *MGS*

12.    After arriving on the unit, I found Mr. Kelly. I followed him. I watched him. I considered how I would carry out his murder. A prison execution was nothing new to me. But I am also a dying man. I have a lifetime of violence and murder that I will be held to account for. While much of my conduct may have been sanctioned by Childress and the BOP, my ultimate judgment is not coming from them. I know that for sure. I began to think about my last days and what I want to do with them. I thought about the decades of violence and killings I have seen and participated in. I thought about the way that Childress uses inmates to serve his purposes like animals and never faces consequences for any of it. I thought about how this happens every day in the BOP without anyone knowing or caring. With all of that on mind, I approached R. Kelly. I thought about carrying out the act I was sent to do. I was prepared to carry out the execution I was directed to complete. But, in the moment when I got near Mr. Kelly, I made a different choice. I told him the truth. I told him that I had been sent to kill him. I told him how and by who. And I told him his life was absolutely in danger.

13.    I am prepared to undergo a polygraph examination to establish the truth of what I have said here. I am prepared to identify the killings and beatings I have participated in and ordered at the direction of Childress and other BOP officers. Upon this affidavit becoming

*MGS*

public, I expect that I will almost certainly be killed. I accept that. It is a reality. But, before it happens, I want to know that, in the end, I exposed an ugly and violent truth that lives behind the walls of the BOP. I am not doing this for R. Kelly. I have extreme distaste for the things for which he has been convicted. I have no sympathy for people who take those actions. But, once again, I am not doing this for Kelly. I am doing this with the hope that someone can shine a light on what Childress and those like him have been doing for decades. If Kelly is guilty, he should serve out his sentence. But, killing him to hide misconduct by BOP officers and government officials is something that should not happen. It should never happen. But it does. And it is going to happen to him if no one takes action. There are already a growing number of A.B. members who have come on the yard at FCI Butner. This is not a coincidence. When I do not carry this out, someone else will. Time is of the essence.

Signed, Sworn and Affirmed,

Mikeal Glenn Stine

5-15-2025 MGS
Date

5

MGS