# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                          Plaintiff,

v.                                          Case No.: 1:19−cr−00567
                                          Honorable Martha M. Pacold

, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 11, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: as to Robert Sylvester Kelly: In−person motion hearing held on 6/11/2025. The government's oral motion to strike is granted. Defendant's corrected emergency motion for temporary furlough, [484], is stricken. The corrected motion, [484], shall be placed under seal. Government's response to defendant's second corrected emergency motion for temporary furlough, [485], is due by 6/16/2025, Defendant's reply is due by 6/18/2025. The briefing is limited to the jurisdictional issue and not on the merits. Ruling on the motion is set for 6/20/2025 at 1:00 p.m. in Courtroom 2325. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.