UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>-vs-<br><br>ROBERT SYLVESTER KELLY,<br>also known as "R.Kelly,"<br>        Defendant. | )<br>)<br>)  No. 19 CR 567<br>)<br>)  Hon. Martha M. Pacold<br>)<br>)<br>)<br>) |

## SECOND SUPPLEMENT TO EMERGENCY MOTION FOR TEMPORARY FURLOUGH

COMES NOW Defendant, Robert Sylvester Kelly, by and through counsel, Beau B. Brindley, and hereby provides a supplement to his emergency motion for temporary furlough. In support of his motion, Mr. Kelly provides as follows:

It is with great regret and equally great concern with which the undersigned files his second supplement to Mr. Kelly's motion for immediate release in two days. Yesterday, we became significantly concerned about the transfer of Mr. Kelly to solitary confinement (aka Special Housing Unit) against his will. We were concerned that he was denied access to his own purchased food items that he feels safe eating. We were concerned about Mr. Kelly being punished for seeking redress from the Courts because prison officials basically admitted as much.

This morning, our concern grew exponentially. The undersigned had an 8:30 am attorney/client call scheduled with Mr. Kelly at 8:05 am. That call was cancelled by the facility without explanation. The facility gave no indication of when that call could be rescheduled. When the undersigned specifically inquired about why his call was cancelled, the facility refused to provide an answer. This raised serious concerns about Mr. Kelly's health. Mr. Kelly is not able to

1

eat. He is not able to take his medication. And he is placed in solitary confinement as an obvious act of punishment for exposing a Bureau of Prisons plot to take his life.

With Mr. Kelly cut off from his attorneys—the only people with whom he can have contact now that he is in the SHU—concerns for his welfare are all the more acute. The undersigned has specifically asked the Bureau of Prisons official handling this matter three questions: (1) Has there been any health incident that caused Mr. Kelly to be unavailable for his scheduled telephone conference? (2) Has Mr. Kelly been taken to receive any kind of emergency medical treatment? And (3) Has any medical issue or incident required Mr. Kelly to receive additional treatment beyond his normal medication? The facility at Butner has failed to provide any response. Under the unique and troubling circumstances surrounding our underlying motion, we now have imminent concern for Mr. Kelly's well-being at this moment. Whether he has experienced a health emergency of some kind and made unavailable to his lawyer is a fact about which the facility is choosing to keep secret. Under these circumstances, that qualifies as a grave concern about which we must advise the Court immediately.

To make matters worse, a principal witness with respect to Mr. Kelly's motion, Mikeal Glenn Stine, has also disappeared with the bowels of Butner. The undersigned had a scheduled meeting with Mr. Stine for further interview and discussion of polygraph examination scheduling set for June 18, 2025. However, on June 12, 2025, that meeting was cancelled. Since then, Butner officials have told the undersigned that Mr. Stine both is and is not still at the institution. Hence, Mr. Kelly is unreachable by his lawyers, but confirmed to be in solitary confinement. A principal witness regarding his motion has seemingly disappeared within Bureau of Prisons custody. All of this amounts to a demonstration of the difficulty and the imminence of the issue that is now before the Court. We have no choice but to continue to advise the Court as these matters develop.

WHEREFORE, Mr. Kelly respectfully requests that this Honorable Court order a temporary furlough to home detention.

                Respectfully submitted,

                By: /s/ *Beau B. Brindley*
                Attorney for the Defendant

LAW OFFICES OF BEAU B. BRINDLEY
53 W. Jackson Blvd.
Suite 1410
Chicago, Illinois 60604
(312) 765-8878 (Phone)