# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.                                              Case No.: 1:19–cr–00567
                                              Honorable Martha M. Pacold

, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2025:

      MINUTE entry before the Honorable Martha M. Pacold: as to Robert Sylvester Kelly: Defendant's motion for disqualification or recusal of the United States Attorney's Office for the Northern District of Illinois, [499], is denied. The government shall respond to defendant's motion for a new trial, [498], by 10/16/2025. Defendant shall reply by 11/13/2025. Enter Order. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.