MR

FILED

OCT 15 2026 TE

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**CONDITIONAL ACCEPTANCE UPON PROOF OF CLAIM, REQUEST FOR BRADY MATERIAL, EXCULPATORY, EVIDENCE, AND DUE PROCESS COMPLIANCE**

Certified Mail Packaging
Date: 10/07/2026
Case No: 1:19-CR-00567
Court: UNITED STATES DISTRICT COURT EVERETT MCKINLEY DIRKSON UNITED STATES COURT HOUSE
To: Prosecutor / State Agency / Court Officer
Address: 219 SOUTH DEARBORN STREET CHICAGO, IL 60604

RE: Conditional Acceptance of All Charges, Fines, Penalties, and Imprisonment Upon Proof of Claim

Dear Prosecutor and/or Authorized Representative:

Please accept this Conditional Acceptance in response to the charging instrument, complaint, indictment, citation, summons, or presentment in the above-referenced matter.

The Authorized Representative of Defendant/PERSON/fictitious name**:** ROBERT SYLVESTER KELLY hereby conditionally accepts all charges, allegations, claims, fines, penalties, duties of performance, and even imprisonment upon verified **proof of claim** by competent evidence, testimony, sworn affidavit, and authenticated records under penalty of perjury.

This Conditional Acceptance is made in honor and in good faith to resolve this matter lawfully and efficiently. This is not a refusal, rejection, or dishonor of your presentment. Rather, this is acceptance conditioned upon proof of the essential elements required by law, due process, and constitutional protections.

Under UCC 3-501, presentment creates the obligation to respond. Under UCC 3-502, failure to properly answer lawful presentment may establish dishonor. The Defendant seeks only verified evidence sufficient to establish lawful authority, jurisdiction, standing, and liability.

Additionally, pursuant to Brady v. Maryland and the Due Process Clauses of the Fourth, Fifth, Sixth, and Fourteenth Amendments of the United States Constitution, the Defendant demands immediate disclosure of all exculpatory, impeachment, and material evidence favorable to the defense.

Accordingly, please provide verified Proof of Claim for each of the following:

1. Proof that this Court possesses lawful subject matter jurisdiction over the matter.
2. Proof that this Court possesses lawful personal jurisdiction over Defendant.
3. Proof that this Court possesses lawful territorial jurisdiction over the alleged events.
4. Proof that the charging instrument is valid, verified, sworn, and lawfully supported. Which includes bills, collection letters, summons, court orders, indictments, subpoenas, citations, etc.
5. Proof of a verified complaint made by a competent witness with firsthand knowledge.
6. Proof of probable cause supported by sworn testimony or lawful affidavit.
7. Proof identifying the real party in interest bringing the claim.
8. Proof identifying the injured party or complaining witness.
9. Proof of actual injury, harm, or damages caused by Defendant.
10. Proof that all exculpatory evidence has been disclosed pursuant to Brady v. Maryland.
11. Proof that all impeachment evidence related to officers, witnesses, or agents has been disclosed.
12. Proof that all body camera footage, dash camera footage, reports, notes, and investigative files have been preserved and disclosed.
13. Proof that no material exculpatory evidence has been withheld, destroyed, altered, or concealed.
14. Proof that all law enforcement officers involved acted under lawful authority and within constitutional limits.
15. Proof that all searches, seizures, detentions, arrests, and interrogations complied with the Fourth Amendment.
16. Proof that Defendant's Fifth Amendment rights were preserved and protected at all stages.
17. Proof that Defendant's Sixth Amendment rights, including right to counsel, confrontation, compulsory process, and fair trial, have been preserved.
18. Proof of lawful authority for the Prosecutor to prosecute this matter.
19. Proof of all bonds, surety instruments, insurance policies, indemnity agreements, or liability coverage connected to this action.
20. Proof that all fines, fees, penalties, and monetary obligations

demanded are lawfully supported and properly accounted for.
21.Proof of full accounting of all monetary claims, fines, costs, and assessments.
22.Proof that every constitutional protection guaranteed to the defendant has been fully preserved.
23. Proof that all and if any warrants filed, were lawfully filed with an affidavit under Frank vs Delaware.
24. Proof that you have the lawful right to imprison me under Common Law or MAGNA CARTA, 1215.
25. Proof that there's jurisdiction to litigate another entity, which is the ALL CAPS NAME on the Birth Certificate. (A Birth Certificate is a dead entity, and a bond that generates money through the stock market.) 15 U.S.C. 4724 (e) (1) United States business means (A) a United States citizen. A citizen is legally considered a business entity.
26. Proof that all crimes are NOT prepaid through the Birth Certificate.
27. Proof that under Common Law the injured party is a living man or woman, and that the claimant is an impartial, independent adjudicator.

***IF THERE IS NO INJURED PARTY, THERE IS NO COMMON LAW CRIME.***

**WHEN THE STATE IS CLAIMING INJURY WITHOUT A LIVING MAN OR WOMAN, THEY ARE PRACTICING EXTORTION AND THEFT, AND IT IS VIOLATIVE OF THE LAW OF THE LAND.**

**WHEN EVER THE STATE GOES AGAINST A CITIZEN, ALL CLAIMANTS ARE EITHER STATE OR MUNICIPAL EMPLOYEES. THEREFORE THE STATE IS THE REAL PARTY IN INTEREST.**

**THE STATE CAN'T BE A PARTY TO IT'S OWN CAUSE! WHEN THE STATE IS THE CLAIMANT, IT AUTOMATICALLY LOSES JURISDICTION AND CAN'T PROCEED.**

**STATES CAN'T BE BOTH ACCUSER AND JUDGE IN THE SAME CAUSE. THIS IS CODIFIED IN ARTICLE III, TITLE 28 USC 455 WRITTEN IN THE FEDERALIST #10 AND #78, RULED BY THE SUPREME COURT IN MARTIN VS HUNTER LESSEE, AND VIOLATES THE MOST BASIC PRINCIPLES OF MAXIMS LAW.**
**(JURISDICTION REQUIRES AN IMPARTIAL, INDEPENDENT ADJUDICATOR!)**

**UNDER USC TITLE 18 SECTION 1001, FALSE AND MISLEADING STATEMENTS IS A VIOLATION. AND THIS ACT CAN BRING UP A $25,000,000 CLAIM.**

***SUBJECT MATTER JURISDICTION CAN'T BE WAIVED, EVEN AFTER JUDGEMENTS ARE ENTERED! LACK OF PROOF AUTOMATICALLY VOIDS PAST AND CURRENT BILLS, COURT ORDERS, WARRANTS, CITATIONS, INJUNCTIONS, JUDGEMENTS, CHARGES, PHOTOGRAPHS, FINGERPRINTS, ETC, ASSOCIATED WITH THE**

**DEFENDANT/PERSON/FICTITIOUS NAME. THIS IS APPLIED AT STATE AND FEDERAL COURTS, PLUS ANY OF ITS MUNICIPAL AGENCIES SUCH AS THE FBI, POLICE DEPARTMENT AND SHERIFF'S OFFICE!***

**27 CFR 72.11 ALL CRIMES ARE COMMERCIAL.**

**CHAPTER 39- MAGNA CARTA,1215**
**NO FREEMAN SHALL BE SEIZED OR IMPRISONED, OR STRIPPED OF HIS RIGHTS OR POSSESSIONS, OR OUTLAWED OR EXILED, OR DEPRIVED OF HIS STANDING IN ANY WAY, NOR WILL WE PROCEED WITH FORCE AGAINST HIM, OR SEND OTHERS TO DO SO, EXCEPT BY THE LAWFUL JUDGEMENT OF HIS EQUALS, OR BY THE LAW OF THE LAND.**

**"A COURT CANNOT ACQUIRE JURISDICTION TO TRY A PERSON FOR AN ACT MADE CRIMINAL ONLY BY AN UNCONSTITUTIONAL LAW, AND THUS, AN OFFENSE MADE BY AN UNCONSTITUTIONAL STATUE IS NO LONGER A CRIME AND A CONVICTION UNDER SUCH STATUE CANNOT BE A LEGAL CAUSE FOR IMPRISONMENT."**
**STATE V. BENZEL, 583 N.W.2D 434, 220 WIS.2D 588 (1998)**

**18 U.S. CODE 1581- PEONAGE**

**(A) WHOEVER HOLDS OR RETURNS A PERSON TO A CONDITION OF PEONAGE, OR ARRESTS ANY PERSON WITH THE INTENT OF PLACING THEM IN OR RETURNING THEM TO A CONDITION OF PEONAGE, SHALL BE FINED UNDER THIS TITLE OR IMPRISONED NOT MORE THAN 20 YEARS.**

**ALL LAWS WHICH ARE REPUGNANT TO THE CONSTITUTION ARE NULL AND VOID. MARBURY VS MADISON.**

Each response must be made point-by-point with verified evidence, sworn testimony, authenticated documents, or certified records. General denials, objections, conclusory statements, or non-responsive answers shall constitute failure to cure and dishonor.

You are hereby given ten (10) days from receipt of this presentment, plus three (3) days for mailing, to fully respond.

Failure to respond point-by-point shall constitute:

**Dishonor under UCC 3-502;**
Default;

Tacit agreement;
Admission by silence;
Waiver of objection;
Estoppel from later contesting the administrative record.

Failure to cure dishonor may result in the following remedies:
Notice of Fault;
Notice of Default;
Notice of Dishonor;
Certificate of Notarial Protest under UCC 3-505;
Administrative enforcement;
**Motion for dismissal;**

Sanctions;

Further remedies available in law and equity.

**OATH: UNDER ARTICLE 61, OF 1215 MAGNA CARTER, I AM LAWFULLY BOUND TO DISOBEY ALL LEGISLATION ACTS, AND STATUTES. AS OF INVOCATION OF SECURITY CLAUSE 61 OF MAGNA CARTA, 1215, ON THE 23RD OF MARCH 2001, ALL ACTS, STATUES, AND LEGISLATION ARE NO LONGER OF LEGAL FORCE. AND WHEREWITH, ALL GOVERNANCE AND AGENTS OF THE CROWN ARE TO STAND DOWN AND CONSIDER THEIR OATH. IF YOU ATTEMPT TO ENFORCE ACTS, STATUES, AND LEGISLATION ON ME, EXTORT MONEY FROM ME OR OBSTRUCT OR DETAIN ME, PLEASE KNOW THAT YOU WILL BE PERSONALLY LIABLE, TO LOSS OF COMPLETE COMMERCIAL ASSETS, AND LIFE IN PRISON. ACTIONS AGAINST COMMON LAW IS TREASON. I WILL TRAVEL, ASSEMBLE, AND SPEAK FREELY WITHOUT HINDERANCE.**

This Conditional Acceptance is made without waiver of any rights, remedies, claims, defenses, or constitutional protections, all of which are expressly reserved.

Please send all responses to: 233 BROADWAY, SUITE 707 NEW YORK, NY 10279

Sincerely,
Robert Kelly, Without Prejudice

Robert Kelly

233 Broadway, Suite 707
New York, NY 10279

9589 0710 5270 3657 1157 59

Retail

UNITED STATES POSTAL SERVICE

RDC 99

60604

U.S. POSTAGE PA
FCM LG ENV
GAINESVILLE, FL
OCT 07, 2026

$7.82

S2324N504148-17

RECEIVED

OCT 1 5 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Clerk of Court
United States District Court
Everett McKinley Dirksen United States Court House

219 South Dearborn Street
Chicago, IL 60604