MR



FILED

OCT 15 2026 TE

THOMAS G BRUTON
CLERK, U.S. DISTRICT COURT

**CONDITIONAL ACCEPTANCE UPON PROOF OF CLAIM, REQUEST FOR BRADY MATERIAL, EXCULPATORY EVIDENCE, AND FULL ACCOUNTING OF CASH BAIL / CRIS FUNDS**

Certified Mail Packing
Date: 10/07/2026
Case No: 1:19-CR-00567
Court: UNITED STATES DISTRICT COURT EVERETT MCKINLEY DIRKSEN UNITED STATES COURT HOUSE

To: Prosecutor, Clerk of Court, Court Registry Officer, and/or Authorized Representative Address: 219 SOUTH DEARBORN STREET CHICAGO, IL 60604

RE: Conditional Acceptance of All Charges, Fines, Penalties, Performance, and Imprisonment Upon Proof of Claim, Due Process Compliance, and Full Accounting of Bail Funds Held in Trust

Dear Prosecutor, Clerk, and Authorized Representatives:

Please accept this Conditional Acceptance in response to the charging instrument, complaint, indictment, citation, summons, bail conditions, court orders, and all related presentments in the above-referenced matter.

The Authorized Representative of: ROBERT SYLVESTER KELLY hereby conditionally accepts all charges, allegations, claims, demands, fines, penalties, obligations of performance, court orders, and even imprisonment upon verified proof of claim by competent evidence, sworn testimony, authenticated records, and certified accounting under penalty of perjury.

This Conditional Acceptance is made in honor and in good faith to resolve this matter lawfully and efficiently. This document is not a refusal, rejection, or dishonor of presentment. Rather, this is acceptance conditioned upon proof of the essential elements required by law, due process, equity, and constitutional protections.

Under UCC 3-501, presentment creates obligation to respond. Under UCC 3-502, failure to properly answer lawful presentment may establish dishonor. Under UCC 9-210, the requesting party may demand accounting and verification of obligations and accounts. Under UCC 1-103, supplemental principles of law and equity govern all commercial transactions and remedies.

Additionally, pursuant to Brady v. Maryland and the Due Process Clauses of the Fourth, Fifth, Sixth, and Fourteenth Amendments of the United States Constitution, Defendant demands immediate disclosure of all exculpatory, impeachment, and material evidence favorable to the defense.

Further, because cash bail was deposited into the registry and/or CRIS account under the authority of the Court and Clerk, Defendant invokes equitable rights as beneficiary and demands a full accounting of all funds, credits, earnings, profits, transfers, and balances associated with such deposit.

The Court Clerk and/or Registry Officer, as holder and custodian of deposited bail funds, operates in a fiduciary or bailee capacity. Upon acceptance of deposited funds, legal duties arise concerning preservation, accounting, transparency, and proper administration of such funds. Defendant, as equitable beneficiary and party with beneficial interest in the deposited funds, demands full accounting and disclosure.

Accordingly, please provide verified Proof of Claim and Full Accounting as follows:

1. Proof this Court possesses lawful subject matter jurisdiction over this matter.
2. Proof this Court possesses lawful personal jurisdiction over Defendant.
3. Proof this Court possesses lawful territorial jurisdiction over the alleged events.
4. Proof the charging instrument is valid, verified, sworn, and lawfully supported.
5. Proof of verified complaint made by competent witness with firsthand knowledge.
6. Proof of probable cause supported by sworn affidavit or testimony.
7. Proof identifying the real party in interest bringing this claim.
8. Proof identifying the injured party or complaining witness.
9. Proof of actual injury, harm, or damages caused by Defendant.
10. Proof all Brady material and exculpatory evidence has been disclosed.
11. Proof all impeachment evidence concerning officers, agents, and witnesses has been disclosed.
12. Proof all investigative records, reports, recordings, and files have been preserved and disclosed.

13. Proof no exculpatory evidence has been concealed, altered, or destroyed.
14. Proof all searches, seizures, arrests, detentions, and interrogations complied with constitutional standards.
15. Proof Defendant's Fourth Amendment rights were preserved.
16. Proof Defendant's Fifth Amendment rights were preserved.
17. Proof Defendant's Sixth Amendment rights were preserved.
18. Proof Prosecutor has lawful authority to prosecute this matter.
19. Proof of all bonds, insurance policies, indemnity agreements, risk management policies, and surety instruments associated with this action.
20. Proof all fines, penalties, costs, fees, and monetary claims are lawfully supported and properly accounted for.
21. Proof of full accounting of all monetary claims, fines, costs, penalties, and assessments.
22. Proof every constitutional protection guaranteed to Defendant has been fully preserved.

Regarding cash bail and CRIS funds, provide the following additional accounting:

23. Proof of exact amount of cash bail deposited into court registry.
24. Proof of date deposited into registry or CRIS account.
25. Proof identifying the exact registry, trust, custodial, or CRIS account where funds are held.
26. Proof identifying whether deposited bail funds were transferred, invested, pooled, pledged, or otherwise used.
27. Full accounting of all income, earnings, profits, dividends, interest, credits, offsets, or proceeds generated from deposited funds.
28. Proof identifying all parties with possession, custody, or control over deposited funds.
29. Proof identifying whether funds were deposited into CRIS or any interest-bearing investment system.
30. Full accounting of all gains, credits, or accrued benefits arising from deposited funds.
31. Proof of any deductions, fees, charges, administrative costs, or offsets assessed against deposited funds.
32. Proof Clerk has fulfilled fiduciary, custodial, and equitable duties regarding deposited bail funds.
33. Proof no unlawful conversion, commingling, diversion, encumbrance, or misuse of deposited funds occurred.
34. Proof identifying beneficial owner and equitable beneficiary of deposited funds.
35. Proof of current balance and location of all deposited funds and proceeds.

36. Proof that all crimes are NOT prepaid through the Birth Certificate.

Each response must be made point-by-point with verified evidence, sworn testimony, certified records, or authenticated accounting.

General denials, objections, incomplete responses, or non-responsive answers shall constitute failure to cure and dishonor.

You are hereby given ten (10) days from receipt of this presentment, plus three (3) days mailing, to fully respond.

Failure to respond point-by-point shall constitute:

**Dishonor under UCC 3-502;**
Default;
Tacit agreement;
Admission by silence;
Waiver of objection;
Estoppel from later contesting the administrative record.

Failure to cure dishonor may result in:
Notice of Fault;
Notice of Default;
Notice of Dishonor;
Certificate of Notarial Protest under UCC 3-505;
Administrative enforcement;
Motion for dismissal;
Demand for equitable accounting;
Constructive trust remedies;
Sanctions;

Further remedies available in law and equity.

This Conditional Acceptance is made without waiver of rights, remedies, claims, defenses, equitable interests, beneficiary claims, or constitutional protections, all of which are expressly reserved.

Sincerely,
Robert Kelly, Without Prejudice

Robert Kelly
233 Broadway, Suite 707
New York, NY 10279

9589 0710 5270 3657 1157 59

Retail

UNITED STATES POSTAL SERVICE

60604

RDC 99

U.S. POSTAGE PAI
FCM LG ENV
GAINESVILLE, FL 3
OCT 07, 2026

$7.82

S2324N504148-17

RECEIVED

OCT 15 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Clerk of Court
United States District Court
Everett McKinley Dirksen United States Court House
219 South Dearborn Street
Chicago, IL 60604