MR



# MOTION TO DISMISS

Now comes the Authorized Representative of Defendant/PERSON/FICTITIOUS NAME: ROBERT SYLVESTER KELLY, on the matters of case number: 1:19-CR-00567 in the territory of Cooks County, with the demand of dismissal of all cases closed, pending, unresolved, or unlawful entered judgments and warrants for the following reasons:

FILED
NOV 13 2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

LACK OF SUBJECT MATTER JURISDICTION.

LACK OF INJURED PARTIES.

LACK OF A WARRANT WITH AN LAWFUL AFFIDAVIT.

COMMERCIAL FRAUD/BREACH OF TRUST:
DUE TO CUSIP NUMBERS BEING ATTACHED TO EVERY CASE, WHICH CREATES FINANCIAL TRANSACTIONS WITHOUT AUTHORIZED CONSENT.

***IF THERE IS NO INJURED PARTY, THERE IS NO COMMON LAW CRIME.***

**ALL COURTS HAVE TO BE OPERATING UNDER "FARA" (FOREIGN AGENT REGISTRATION) IN ORDER TO BE LAWFUL. ANYTHING UNDER THE "BAR" IS BRITISH JURISDICTION.**

**WHEN THE STATE IS CLAIMING INJURY WITHOUT A LIVING MAN OR WOMAN, THEY ARE PRACTICING EXTORTION AND THEFT, AND IT IS VIOLATIVE OF THE LAW OF THE LAND.**

**WHEN EVER THE STATE GOES AGAINST A CITIZEN, ALL CLAIMANTS ARE EITHER STATE OR MUNICIPAL EMPLOYEES. THEREFORE THE STATE IS THE REAL PARTY IN INTEREST.**

**THE STATE CAN'T BE A PARTY TO IT'S OWN CAUSE! WHEN THE STATE IS THE CLAIMANT, IT AUTOMATICALLY LOSES JURISDICTION AND CAN'T PROCEED.**

**STATES CAN'T BE BOTH ACCUSER AND JUDGE IN THE SAME CAUSE. THIS IS CODIFIED IN ARTICLE III, TITLE 28 USC 455 WRITTEN IN THE FEDERALIST #10 AND #78, RULED BY THE SUPREME COURT IN MARTIN VS HUNTER LESSEE, AND VIOLATES THE MOST BASIC PRINCIPLES OF MAXIMS LAW.**
**(JURISDICTION REQUIRES AN IMPARTIAL, INDEPENDENT ADJUDICATOR!)**

**UNDER USC TITLE 18 SECTION 1001, FALSE AND MISLEADING STATEMENTS IS A VIOLATION. AND THIS ACT CAN BRING UP A $25,000,000 CLAIM.**

***SUBJECT MATTER JURISDICTION CAN'T BE WAIVED, EVEN AFTER JUDGEMENTS ARE ENTERED! LACK OF PROOF AUTOMATICALLY VOIDS PAST AND CURRENT BILLS, COURT ORDERS, WARRANTS, CITATIONS, INJUNCTIONS, JUDGEMENTS, CHARGES, PHOTOGRAPHS, FINGERPRINTS, ETC, ASSOCIATED WITH THE DEFENDANT/PERSON/FICTITIOUS NAME. THIS IS APPLIED AT STATE AND FEDERAL COURTS, PLUS ANY OF ITS MUNICIPAL AGENCIES SUCH AS THE FBI, POLICE DEPARTMENT AND SHERIFF'S OFFICE!***

**27 CFR 72.11 ALL CRIMES ARE COMMERCIAL.**

**CHAPTER 39- MAGNA CARTA,1215**
**NO FREEMAN SHALL BE SEIZED OR IMPRISONED, OR STRIPPED OF HIS RIGHTS OR POSSESSIONS, OR OUTLAWED OR EXILED, OR DEPRIVED OF HIS STANDING IN ANY WAY, NOR WILL WE PROCEED WITH FORCE AGAINST HIM, OR SEND OTHERS TO DO SO, EXCEPT BY THE LAWFUL JUDGEMENT OF HIS EQUALS, OR BY THE LAW OF THE LAND.**

**"A COURT CANNOT ACQUIRE JURISDICTION TO TRY A PERSON FOR AN ACT MADE CRIMINAL ONLY BY AN UNCONSTITUTIONAL LAW, AND THUS, AN OFFENSE MADE BY AN UNCONSTITUTIONAL STATUE IS NO LONGER A CRIME AND A CONVICTION UNDER SUCH STATUE CANNOT BE A LEGAL CAUSE FOR IMPRISONMENT."**
**STATE V. BENZEL, 583 N.W.2D 434, 220 WIS.2D 588 (1998)**

**18 U.S. CODE 1581- PEONAGE**

**(B) WHOEVER HOLDS OR RETURNS A PERSON TO A CONDITION OF PEONAGE, OR ARRESTS ANY PERSON WITH THE INTENT OF PLACING THEM IN OR RETURNING THEM TO A CONDITION OF PEONAGE, SHALL BE FINED UNDER THIS TITLE OR IMPRISONED NOT MORE THAN 20 YEARS.**

**ALL LAWS WHICH ARE REPUGNANT TO THE CONSTITUTION ARE NULL AND VOID. MARBURY VS MADISON.**

**(All crimes are prepaid through the CUSIP number on the Birth Certificate.)**

Date: 11/06/2026

Respectfully submitted,

Robert Kelly, Without Prejudice

Robert Kelly
233 Broadway, Suite 707
New York, NY 10279

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

9589 0710 5270 3657 1190 47

Retail

UNITED STATES POSTAL SERVICE®

60604

RDC 99

0 Lb 3.30 Oz

U.S. POSTAG
FCM LG ENV
GAINESVILL
NOV 06, 202

$8.11

S2324D5019

RECEIVED

NOV 13 2026

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Clerk of Court
United States District Court
Everett McKinley Dirksen United States Court House
219 South Dearborn Street
Chicago, IL 60604